[Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,  and SAMSUNG RESEARCH AMERICA<br><br>Defendants. | Case No. 3:16-cv-02787-WHO<br><br>**STIPULATED REQUEST AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE FROM AUGUST 23, 2016 TO SEPTEMBER 13, 2016 AND TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT TO AUGUST 22, 2016** |

Pursuant to Civil L.R. 6-1, 6-2, and 7-12, the above-captioned parties respectfully request that the Court reschedule the initial Case Management Conference from August 23, 2016 to September 13, 2016 to accommodate the schedules of counsel, and to extend the time for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America ("Defendants") to answer or otherwise respond to the complaint until August 22, 2016.

Pursuant to Civil L.R. 6-2(a), the parties state that there has been one previous time modification in this case:  a stipulation for extension of time until August 15, 2016 for Defendants to respond to Plaintiffs' Complaint (Dkt. 30).  The Parties now stipulate that Defendants' deadline to

answer or otherwise respond to the complaint will be extended to August 22, 2016.  The requested modification of the Case Management Conference would also change the deadline for submission of the Case Management Conference Statement to September 6, 2016, the date of the Rule 26(f) conference to August 23, 2016, and the deadline for submission of ADR Certification and Stipulation to ADR Process or Notice of Need for ADR Phone Conference to August 23, 2016.  All other current deadlines, other than those mentioned in this Stipulated Request, will remain the same.

| | |
|---|---|
| Dated: August 3, 2016 | Respectfully Submitted, |
| By: */s/ Michael J. Bettinger* | By: */s/ Victoria Maroulis* |
| Michael J. Bettinger (SBN 122196)<br>*mbettinger@sidley.com*<br>Irene Yang (SBN 245464)<br>*irene.yang@sidley.com*<br>SIDLEY AUSTIN LLP<br>555 California Street, Ste. 2000<br>San Francisco, California 94104<br>Telephone: +1 415 772-1200<br>Facsimile: +1 415 772-7400<br><br>David T. Pritikin (*pro hac vice*)<br>*dpritikin@sidley.com*<br>David C. Giardina (*pro hac vice*)<br>*dgiardina@sidley.com*<br>Douglas I. Lewis (*pro hac vice*)<br>*dlewis@sidley.com*<br>John W. McBride (*pro hac vice*)<br>*jwmcbride@sidley.com*<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: +1 312 853 7000<br>Facsimile: +1 312 853 7036<br><br>*Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc.* | Charles K. Verhoeven (Cal. Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>David A. Perlson (Bar No. 209502)<br>davidperlson@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Tel: 415-875-6600<br>Fax: 415-875-6700<br><br>Kevin Johnson (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria Maroulis (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Tel: 650-801-5000<br>Fax: 650-801-5100<br><br>*Attorneys for Samsung Electronics Co. Ltd., Samsung Electronics America, Inc. and Samsung Research America* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

August 4, 2016

_____
Hon. William H. Orrick, District Judge