1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  David A. Perlson (Bar No. 209502)
   davidperlson@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone:  (415) 875-6600
   Facsimile:  (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California  94065-2139
   Telephone:  (650) 801-5000
10 Facsimile:  (650) 801-5100

11 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
12 Research America, Inc.

13                UNITED STATES DISTRICT COURT

14      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 15  HUAWEI TECHNOLOGIES, CO., LTD., et al., | CASE NO.  3:16-cv-02787-WHO |
| 16  Plaintiffs, | **SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG RESEARCH AMERICA, INC.'S CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 17  v. | |
| 18  SAMSUNG ELECTRONICS CO., LTD., et al., | |
| 19  Defendants. | |
| 20 | |
| 21  SAMSUNG ELECTRONICS CO., LTD. & SAMSUNG ELECTRONICS AMERICA, INC. | |
| 22  Counterclaim-Plaintiffs, | |
| 23  v. | |
| 24 | |
| 25  HUAWEI TECHNOLOGIES, CO., LTD, HUAWEI DEVICE USA, INC., HUAWEI TECHNOLOGIES USA, INC., & HISILICON TECHNOLOGIES CO., LTD. | |
| 26 | |
| 27  Counterclaim-Defendants. | |
| 28 | |

**SAMSUNG DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc. submit the following certification of interested entities or persons:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  August 22, 2016              Respectfully submitted,

                                     QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP


                                     By      */s/ Victoria F. Maroulis*
                                        Charles K. Verhoeven
                                        Kevin P.B. Johnson
                                        Victoria F. Maroulis
                                        David A. Perlson

                                        *Attorneys for Samsung Electronics Co., Ltd.,*
                                        *Samsung Electronics America, Inc., and Samsung*
                                        *Research America, Inc.*