1  [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
5  **SAN FRANCISCO DIVISION**

6  HUAWEI TECHNOLOGIES CO., LTD.,
   HUAWEI DEVICE USA, INC., and
7  HUAWEI TECHNOLOGIES USA, INC.                Case No. 16-cv-02787-WHO

8           Plaintiffs / Counterclaim-
               Defendants,                      **STIPULATED REQUEST AND**
9  v.                                           **ORDER TO RESCHEDULE**
                                                **HEARING ON SAMSUNG'S**
10 SAMSUNG ELECTRONICS CO., LTD.,               **PARTIAL MOTION TO DISMISS**
   SAMSUNG ELECTRONICS AMERICA,                 **AND EXTEND BRIEFING**
11 INC.,                                        **DEADLINES**

12          Defendants / Counterclaim-
               Plaintiffs,
13
            and
14
   SAMSUNG RESEARCH AMERICA,
15
            Defendant,
16 v.

17 HISILICON TECHNOLOGIES CO., LTD.,

18          Counterclaim-Defendant.

19

20         Pursuant to Civil L.R. 6-1, 6-2 and 7-2, the above-captioned parties respectfully request that

21 the Court reschedule the hearing on Samsung's Partial Motion to Dismiss Under Rule 12(b)(6)

22 (Dkt. 39) from September 28 to October 19, 2016, at 2:00 pm, to accommodate an overall case

23 management schedule.  The parties also respectfully request that the deadline for Plaintiffs Huawei

24 Technologies, Co., Ltd., Huawei Device USA, Inc., and Huawei Technologies USA, Inc.

25 ("Huawei") to respond to the motion to dismiss be extended from September 6 to September 20,

26 2016.  The parties further request that the deadline for Defendants Samsung Electronics Co., Ltd.,

27 Samsung Electronics America, Inc., and Samsung Research America ("Samsung") to file their reply

28 be extended from September 27 to October 4, 2016.

Pursuant to Civil L.R. 6-2(a), the parties state that there have been two previous time modifications in this case: (1) a stipulation for an extension of time until August 15, 2016, for Defendants to respond to Plaintiffs' Complaint (Dkt. 30); and (2) a stipulation to reschedule the initial Case Management Conference to September 13, 2016, and for an extension of time until August 22, 2016, for Defendants to respond to Plaintiffs' Complaint (Dkt. 37).  The requested motion hearing date and briefing schedule will have no effect on other deadlines in this case.

1

2   Dated: August 30, 2016                     Respectfully Submitted,

3   By: */s/Michael J. Bettinger*              By: */s/ Victoria Maroulis (by permission)*

4

5   Michael J. Bettinger (SBN 122196)          Charles K. Verhoeven (Cal. Bar No. 170151)
    *mbettinger@sidley.com*                    charlesverhoeven@quinnemanuel.com
6   Irene Yang (SBN 245464)                    David A. Perlson (Bar No. 209502)
    *irene.yang@sidley.com*                    davidperlson@quinnemanuel.com
7   SIDLEY AUSTIN LLP                          QUINN EMANUEL URQUHART &
    555 California Street, Ste. 2000           SULLIVAN LLP
8   San Francisco, California 94104            50 California Street, 22nd Floor
    Telephone: +1 415 772-1200                 San Francisco, California 94111
9   Facsimile: +1 415 772-7400                 Tel: 415-875-6600
                                               Fax: 415-875-6700
10  David T. Pritikin (*pro hac vice*)
11  *dpritikin@sidley.com*                     Kevin Johnson (Cal. Bar No. 177129)
    David C. Giardina (*pro hac vice*)         kevinjohnson@quinnemanuel.com
12  *dgiardina@sidley.com*                     Victoria Maroulis (Cal. Bar No. 202603)
    Douglas I. Lewis (*pro hac vice*)          victoriamaroulis@quinnemanuel.com
13  *dlewis@sidley.com*                        QUINN EMANUEL URQUHART &
    John W. McBride (*pro hac vice*)           SULLIVAN LLP
14  *jwmcbride@sidley.com*                     555 Twin Dolphin Dr., 5th Floor
15  SIDLEY AUSTIN LLP                          Redwood Shores, CA 94065
    One South Dearborn                         Tel: 650-801-5000
16  Chicago, Illinois 60603                    Fax: 650-801-5100
    Telephone: +1 312 853 7000
17  Facsimile: +1 312 853 7036                 *Attorneys for Samsung Electronics Co. Ltd.,*
                                               *Samsung Electronics America, Inc. and*
18  *Attorneys for Huawei Technologies Co., Ltd.,*  *Samsung Research America*
19  *Huawei Device USA, Inc., Huawei*
    *Technologies USA, Inc., and HiSilicon*
20  *Technologies Co. Ltd.*

21

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  Dated:   August 31, 2016                   _____

24                                             Hon. William H. Orrick, District Judge

25

26

27

28

STIPULATED REQUEST AND ORDER TO RESCHEDULE MOTION HEARING AND EXTEND BRIEFING DEADLINES