UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** September 13, 2016 | **Time:** 34 minutes<br>2:21 p.m. to 2:55 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 16-cv-02787-WHO | **Case Name:** Huawei Technologies, Co, Ltd v. Samsung Electronics Co, Ltd. | |

**Attorneys for Plaintiff:** David Pritikin, Mike Bettinger, David Giardina, and Irene I. Yang
**Attorneys for Defendant:** Charles K. Verhoven, Kevin P.B. Johnson, Victoria F. Maroulis, Carl G. Anderson, and David A. Perlson

**Deputy Clerk:** Jean Davis                              **Court Reporter:** FTR Recording

PROCEEDINGS

Parties appear for case management conference. The Court gives his tentative view that he is not inclined to bifurcate the case to address the FRAND issues first absent an agreement of the parties that this is a proper and efficient manner of proceeding with the litigation. Counsel heard as to the issue. Plaintiff may submit a brief as to the issue by September 20, 2016, and Defendant may submit a five-page rebuttal brief by September 27, 2016.

The parties have agreed to private mediation to be scheduled shortly after the Markman order. They also agree to discuss whether an earlier ADR process might prove productive, whether a stay of discovery would be appropriate, and whether a settlement conference with a Magistrate Judge might be of benefit. The Court reviews the procedure for discovery disputes. The parties' proposed case management schedule (in the event bifurcation is denied) is adopted with revisions noted below, subject to the Court's review of the further briefing on the bifurcation issue.

The parties' claims construction schedule is adopted as proposed with the following revisions:
    **Claims Tutorial set for July 14, 2017 at 9:00 a.m.**
    **Markman hearing set for July 21, 2017 at 9:00 a.m.**

Discovery schedule will be set upon entry of the Claims Construction Order.

**PRETRIAL SCHEDULE:**

**Dispositive Motions heard by:**     May 2, 2018
**Pretrial Conference:**              August 20, 2018 at 2:00 p.m.
**Trial:**                            September 17, 2018 at 8:30 a.m. by Jury