[COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC.<br><br>Plaintiffs / Counterclaim-Defendants,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants / Counterclaim-Plaintiffs,<br><br>and<br><br>SAMSUNG RESEARCH AMERICA,<br><br>Defendant,<br><br>v.<br><br>HISILICON TECHNOLOGIES CO., LTD.,<br><br>Counterclaim-Defendant. | Case No. 16-cv-02787-WHO<br><br>**STIPULATED REQUEST AND ORDER TO RESCHEDULE HEARING ON SAMSUNG'S PARTIAL MOTION TO DISMISS AND EXTEND BRIEFING DEADLINES** |

Pursuant to Civil L.R. 6-1, 6-2 and 7-2, the above-captioned parties respectfully request that the Court reschedule the hearing on Samsung's Partial Motion to Dismiss Under Rule 12(b)(6) (Dkt. 39) from October 19, 2016 to October 26, 2016, at 2:00 pm. Huawei's counsel has requested, and Samsung has agreed to this time modification to accommodate the schedules of Huawei's counsel. The parties also respectfully request that the deadline for Plaintiffs Huawei Technologies, Co., Ltd., Huawei Device USA, Inc., and Huawei Technologies USA, Inc. ("Huawei") to respond to the motion to dismiss be extended from September 20 to September 27, 2016. The parties further request that the deadline for Defendants Samsung Electronics Co., Ltd., Samsung

Electronics America, Inc., and Samsung Research America ("Samsung") to file their reply be extended from October 4 to October 11, 2016.

Pursuant to Civil L.R. 6-2(a), the parties state that there have been four previous time modifications in this case: (1) a stipulation for an extension of time for Defendants to respond to Plaintiffs' Complaint (Dkt. 30); (2) a stipulation to reschedule the initial Case Management Conference, and for an extension of time for Defendants to respond to Plaintiffs' Complaint (Dkt. 37); (3) a stipulation to reschedule the hearing date and briefing deadlines for Defendants' partial motion to dismiss (Dkt. 62); and (4) a stipulation for extension of time for Plaintiffs and counterclaim Defendants to respond to Defendants' answer and counterclaims (Dkt. 68).  The requested motion hearing date and briefing schedule will have no effect on other deadlines in this case.

| | |
|---|---|
| Dated: September 16, 2016 | Respectfully Submitted, |
| By: */s/ Michael J. Bettinger* | By: */s/ Victoria Maroulis (by permission)* |
| Michael J. Bettinger (SBN 122196)<br>*mbettinger@sidley.com*<br>Irene Yang (SBN 245464)<br>*irene.yang@sidley.com*<br>SIDLEY AUSTIN LLP<br>555 California Street, Ste. 2000<br>San Francisco, California 94104<br>Telephone: +1 415 772-1200<br>Facsimile: +1 415 772-7400<br><br>David T. Pritikin (*pro hac vice*)<br>*dpritikin@sidley.com*<br>David C. Giardina (*pro hac vice*)<br>*dgiardina@sidley.com*<br>Douglas I. Lewis (*pro hac vice*)<br>*dlewis@sidley.com*<br>John W. McBride (*pro hac vice*)<br>*jwmcbride@sidley.com*<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: +1 312 853 7000<br>Facsimile: +1 312 853 7036<br><br>*Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co. Ltd.* | Charles K. Verhoeven (Cal. Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>David A. Perlson (Bar No. 209502)<br>davidperlson@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Tel: 415-875-6600<br>Fax: 415-875-6700<br><br>Kevin Johnson (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria Maroulis (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Tel: 650-801-5000<br>Fax: 650-801-5100<br><br>*Attorneys for Samsung Electronics Co. Ltd., Samsung Electronics America, Inc. and Samsung Research America* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 20, 2016

_____
Hon. William H. Orrick, District Judge