# Exhibit A

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patent Application No. 13/330,252

Confirmation No. 4372

Applicant: QU et al.

Filed: December 19, 2011

TC/AU: 2469

Examiner: Warner Wong

Docket No. 81378948US36

Customer No. 97291


Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## REPLY TO OFFICE ACTION

Sir:

In response to the Office action dated January 25, 2013, please enter the following amendments and consider the remarks.

**Remarks** begin on page 2 of this paper.

Application No. 13/330,252                                                    Reply to Office Action

*REMARKS*

*Status of the Claims*

  In the Office action dated January 19, 2013, claims 1-23 are rejected, and claims 1, 12 and 17 are objected. In reply, no claim is amended.

  Thus, claims 1-23 are currently pending in the patent application, including independent claims in 1, 12 and 17.

## Claim Objections

Each of independent claims 1, 12 and 17 are objected to because of the following informalities: Limitations "at least one of $\lfloor k \cdot N_i/N_1 \rfloor$, $\lceil k \cdot N_i/N_1 \rceil$," appear to be redundant.

The limitations "the value of $r_i$ is at least one of $\lfloor k \cdot N_i/N_1 \rfloor$, $\lceil k \cdot N_i/N_1 \rceil$, $\lfloor k \cdot N_i/N_1 \rfloor + 1$ and $\lceil k \cdot N_i/N_1 \rceil - 1$," in claim 1 is defined four values, and $r_i$ is at least one of the four values. In which, the value $\lfloor k \cdot N_i/N_1 \rfloor$ is the value of $k \cdot N_i/N_1$ rounded down, the value $\lceil k \cdot N_i/N_1 \rceil$ is the value of $k \cdot N_i/N_1$ rounded up, so the symbol $\lfloor \ \rfloor$ is a mathematic symbol of rounded down, the symbol $\lceil \ \rceil$ is a mathematic symbol of rounded up, the two symbols are not the symbol of bracket []. Therefore, it is respectfully submitted that this objection should be withdrawn.

## Claim Rejections-35 USC § 112

  Claims 1-23 are rejected under 35 U.S.C 112 (a) or 35 U.S.C 112 (pre-AIA), first paragraph, because the specification, while being enabling for ($r_q/N_q$-$k/N_i$) in Para.66, does not reasonably provide enablement for limitations $\lfloor k \cdot N_i/N_1 \rfloor$, $\lceil k \cdot N_i/N_1 \rceil$, $\lfloor k \cdot N_i/N_1 \rfloor + 1$ and $\lceil k \cdot N_i/N_1 \rceil - 1$ in each of the independent claims.

The original paragraphs **[0146]**:

  In practice, working out the $r_m$ indexes that make $|r_m/N_m - k/N_1|$ the smallest, second smallest, ..., may induce a general method. That is, with an known integer $N_1, N_2, e$, the integer $f$ needs to make the $|e/N_1 - f/N_2|$ value the smallest. Evidently, $f$ is the

Application No. 13/330,252                                    Reply to Office Action

integer $w$ closest to $e \cdot N_2 / N_1$, namely, the $\lfloor e \cdot N_2 / N_1 \rfloor$ value rounded down or the $\lceil e \cdot N_2 / N_1 \rceil$ value rounded up. The fewer n sequences are $w \pm 1, w \pm 2, \ldots$.

In this embodiment, because $w$ closest to $e \cdot N_2 / N_1$, namely, the $\lfloor e \cdot N_2 / N_1 \rfloor$ value rounded down or the $\lceil e \cdot N_2 / N_1 \rceil$ value rounded up, that is, $w \pm 1$ is equal to $\lfloor e \cdot N_2 / N_1 \rfloor \pm 1$, or $w \pm 1$ is equal to $\lceil e \cdot N_2 / N_2 \rceil \pm 1$. So the value of $r_i$ in claim 1 is selected from at least one of $\lfloor k \cdot N_i / N_1 \rfloor$, $\lceil k \cdot N_i / N_1 \rceil$, $\lfloor k \cdot N_i / N_1 \rfloor \pm 1$ and $\lceil k \cdot N_i / N_1 \rceil \pm 1$, which can be supported by the description.

Therefore, it is respectfully submitted that this rejection should be withdrawn.

## CONCLUSION

In view of the above, applicants respectfully submit that the pending claims are in condition for allowance.   No new matter has been added by this amendment.   If the Examiner should have any questions, please contact applicant's Attorney, Dalia S. Cohen at 469-277-5754. The Commissioner is hereby authorized to charge any fees due in connection with this filing, or credit any overpayment to Deposit Account No. 504983.

Respectfully submitted,

Filed:   April 24, 2013                         /Dalia S. Cohen/

                                                Dalia S. Cohen
Futurewei Technologies, Inc.                    Attorney for Applicant
Huawei US R&D Center                            Reg. No. 47,611
5340 Legacy Drive, Bldg. 3
Plano, TX 75024
(469) 277-5700