| | |
|---|---|
| Michael J. Bettinger (SBN 122196)<br>mbettinger@sidley.com<br>Irene Yang (SBN 245464)<br>irene.yang@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Ste. 2000<br>San Francisco, California  94104<br>Telephone:  +1 415-772-1200<br>Facsimile:    +1 415-772-7400<br><br>Attorneys for HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., HUAWEI TECHNOLOGIES USA, INC., and HISILICON TECHNOLOGIES CO. LTD. | David T. Pritikin (*pro hac vice*)<br>dpritikin@sidley.com<br>David C. Giardina (*pro hac vice*)<br>dgiardina@sidley.com<br>Douglas I. Lewis (*pro hac vice*)<br>dilewis@sidley.com<br>John W. McBride (*pro hac vice*)<br>jwmcbride@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois  60603<br>Telephone:  +1 312-853-7000<br>Facsimile:    +1 312-853-7036 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC.<br><br>            Plaintiffs / Counterclaim-Defendants,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>            Defendants / Counterclaim-Plaintiffs,<br><br>            and<br><br>SAMSUNG RESEARCH AMERICA,<br><br>            Defendant,<br>v.<br><br>HISILICON TECHNOLOGIES CO., LTD.,<br><br>            Counterclaim-Defendant. | Case No. 16-cv-02787-WHO<br><br>**HUAWEI'S [PROPOSED] ORDER DENYING SAMSUNG'S PARTIAL MOTION TO DISMISS UNDER RULE 12(B)(6)**<br><br>Date:          October 26, 2016<br>Time:          2:00 p.m.<br>Courtroom:  2<br>Judge:         Hon. William H. Orrick |

**ORDER**

The Court has considered Defendants' Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc.'s (collectively "Samsung") Partial Motion to Dismiss under Rule 12 (b)(6) (Dkt. 39) and Huawei Technologies Co., Ltd., Huawei Device USA, Inc., and Huawei Technologies USA, Inc.'s (collectively "Huawei") opposition thereto.

IT IS HEREBY ORDERED AND ADJUDGED THAT Samsung's Motion to Dismiss under Rule 12(b)(6) is DENIED.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE WILLIAM H. ORRICK