UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** October 26, 2016 | **Time:** 26 minutes<br>3:20 p.m. to 3:46 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 16-cv-02787-WHO | **Case Name:** Huawei Technologies, Co, Ltd v. Samsung Electronics Co, Ltd. | |

**Attorney for Plaintiff:** Mike Bettinger, Irene I. Ying, and Douglas I. Lewis
**Attorney for Defendant:** David Perlson and Victoria Maroulis

**Deputy Clerk:** Jean Davis                           **Court Reporter:** JoAnn Bryce

PROCEEDINGS

Counsel heard as to motion to dismiss.  Motion taken under submission; written order to follow.