**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC., | Case Number: 3:16-cv-2787-WHO |
| Plaintiff(s)/Counterclaim Defendants, | STIPULATION & ORDER RE: CLAIM CONSTRUCTION DATES |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD, SAMSUNG ELECTRONICS AMERICA, INC., | |
| Defendants / Counterclaim-Plaintiffs, | |
| and | |
| SAMSUNG RESEARCH AMERICA, | |
| Defendant, | |
| v. | |
| HISILICON TECHNOLOGIES CO., LTD., | |
| Counterclaim-Defendant. | |

It is hereby stipulated and agreed by and between Plaintiffs HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., HUAWEI TECHNOLOGIES USA, INC., and HISILICON TECHNOLOGIES CO., LTD. (collectively, "Plaintiffs and Counterclaim-Defendant"), and Defendants SAMSUNG ELECTRONICS CO., LTD. ("SEC"), SAMSUNG ELECTRONICS AMERICA, INC. ("SEA"), and SAMSUNG RESEARCH AMERICA ("SRA") (collectively, "Defendants"), through their respective counsel, that the initial claim construction disclosure dates be rescheduled as follows:

|   | | Current Date | Proposed Date |
|---|---|---|---|
| 4-1 | Exchange of Proposed Terms for Construction | Feb. 10, 2017 | Feb. 24, 2017 |
| 4-2 | Exchange of Preliminary Constructions and Extrinsic Evidence | Mar. 3, 2017 | Mar. 17, 2017 |
| 4-3 | Joint Claim Construction and Pre-Hearing Statement | Mar. 24, 2017 | Apr. 7, 2017 |

Pursuant to Civil L.R. 6-2(a), the parties state that there have been six previous modifications in this case:  (1) a stipulation for an extension of time for Defendants to respond to Plaintiffs' Complaint (Dkt. 30); (2) a stipulation to reschedule the initial Case Management Conference, and for an extension of time for Defendants to respond to Plaintiffs' Complaint (Dkt. 37); (3) a stipulation to reschedule the hearing date and briefing deadlines for Defendants' partial motion to dismiss (Dkt. 62); (4) a stipulation for extension of time for Plaintiffs and Counterclaim Defendants to respond to Defendants' answer and counterclaims (Dkt. 68); (5) a stipulation to reschedule the hearing on Samsung's partial motion to dismiss and extend briefing deadlines (Dkt. 81); and (6) a stipulation to reschedule the hearing on Samsung's partial motion to dismiss and extend briefing deadlines (Dkt. 83).

The requested change to the initial claim construction deadlines will have no effect on other deadlines in this case.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated:  January 19, 2016     */s/ Michael J. Bettinger*

Counsel for Plaintiffs/Counterclaim-Defendants

Dated:  January 19, 2016     */s/ Marissa R. Ducca*

Counsel for Defendants/Counterclaim-Plaintiffs

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:  1/26/2017

The Honorable William H. Orrick
UNITED STATES DISTRICT JUDGE