[COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC. | Case No. 16-cv-02787-WHO |
| Plaintiffs / Counterclaim-Defendants, | **STIPULATED REQUEST AND ORDER TO RESCHEDULE TECHNOLOGY TUTORIAL AND CLAIM CONSTRUCTION HEARING** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | |
| Defendants / Counterclaim-Plaintiffs, | |
| and | |
| SAMSUNG RESEARCH AMERICA, INC. | |
| Defendant, | |
| v. | |
| HISILICON TECHNOLOGIES CO., LTD., | |
| Counterclaim-Defendant. | |

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, Plaintiffs and Counterclaim-Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co., Ltd. (collectively, "Huawei") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc. (collectively, "Samsung"), through their respective counsel, respectfully request that the Court reschedule the Technology Tutorial and Claim Construction Hearing to the proposed dates in the following table to accommodate the schedules of Samsung's counsel.

| Event | Current Date | Proposed Date |
|---|---|---|
| Technology Tutorial | July 17, 2017 | August 7, 2017 |
| Patent L.R. 4-6 Claim Construction Hearing | July 19, 2017 | August 10, 2017 |

Pursuant to Civil L.R. 6-2(a), the parties state that there have been six previous time modifications in this case: (1) a stipulation extending the time for Samsung to respond to Huawei's Complaint (Dkt. 30); (2) a stipulation and order rescheduling the initial Case Management Conference and extending the time for Samsung to respond to Huawei's Complaint (Dkt. 38); (3) a stipulation and order rescheduling the hearing date and briefing deadlines for Samsung's Partial Motion to Dismiss (Dkt. 62); (4) a stipulation extending the time for Huawei to respond to Samsung's Answer and Counterclaims (Dkt. 68); (5) a stipulation and order rescheduling the hearing date and briefing deadlines for Samsung's Partial Motion to Dismiss (Dkt. 83); and (6) a stipulation and order rescheduling the initial claim construction disclosure dates (Dkt. 112).

The requested change to the Technology Tutorial and Claim Construction Hearing dates will not have an effect on other deadlines in this case.

| | |
|---|---|
| Dated: May 9, 2017 | Respectfully Submitted, |
| By: */s/ Michael Bettinger (with permission)* | By: */s/ Victoria Maroulis* |
| | Charles K. Verhoeven (Cal. Bar No. 170151) |
| Michael J. Bettinger (SBN 122196) | *charlesverhoeven@quinnemanuel.com* |
| *mbettinger@sidley.com* | David A. Perlson (Cal. Bar No. 209502) |
| Irene Yang (SBN 245464) | *davidperlson@quinnemanuel.com* |
| *irene.yang@sidley.com* | QUINN EMANUEL URQUHART & |
| SIDLEY AUSTIN LLP | SULLIVAN, LLP |
| 555 California Street, Ste. 2000 | 50 California Street, 22nd Floor |
| San Francisco, California 94104 | San Francisco, California 94111 |
| Telephone: +1 415 772-1200 | Tel: 415-875-6600 |
| Facsimile: +1 415 772-7400 | Fax: 415-875-6700 |
| | |
| David T. Pritikin (*pro hac vice*) | Kevin Johnson (Cal. Bar No. 177129) |
| *dpritikin@sidley.com* | *kevinjohnson@quinnemanuel.com* |
| David C. Giardina (*pro hac vice*) | Victoria Maroulis (Cal. Bar No. 202603) |
| *dgiardina@sidley.com* | *victoriamaroulis@quinnemanuel.com* |
| Douglas I. Lewis (*pro hac vice*) | QUINN EMANUEL URQUHART & |
| *dlewis@sidley.com* | SULLIVAN, LLP |
| John W. McBride (*pro hac vice*) | 555 Twin Dolphin Drive, 5th Floor |
| *jwmcbride@sidley.com* | Redwood Shores, California 94065 |
| SIDLEY AUSTIN LLP | Tel: 650-801-5000 |
| One South Dearborn | Fax: 650-801-5100 |
| Chicago, Illinois 60603 | |
| Telephone: +1 312 853 7000 | *Attorneys for Samsung Electronics Co., Ltd.,* |
| Facsimile: +1 312 853 7036 | *Samsung Electronics America, Inc., and* |
| | *Samsung Research America, Inc.* |
| *Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co., Ltd.* | |

PURSUANT TO STIPULATION, IT IS SO ORDERED: The tutorial is set for August 7, 2017 at 9:30 a.m. and the Claim Construction hearing is set for August 10, 2017 at 9:00 a.m.

Dated: May 10, 2017

The Honorable William H. Orrick
UNITED STATES DISTRICT JUDGE

3

STIPULATED REQUEST AND ORDER TO RESCHEDULE TECHNOLOGY TUTORIAL AND CLAIM CONSTRUCTION HEARING