Pages 1 - 109

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Orrick, Judge

HUAWEI TECHNOLOGIES, CO, LTD,  )
et al.,                        )
                               )
          Plaintiffs,          )
                               )
   VS.                         )    NO. C 16-02787 WHO
                               )
SAMSUNG ELECTRONICS CO, LTD,   )
et al,                         )
                               )
          Defendants.          )
_____)

San Francisco, California
Monday, August 7, 2017

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:

SIDLEY AUSTIN LLP
555 California Street
San Francisco, California  94104
BY:  **MICHAEL BETTINGER**
     **HELEN YANG**
     **ATTORNEYS AT LAW**

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois  60603
BY:  **DOUGLAS LEWIS**
     **ATTORNEY AT LAW**

For Defendants:

QUINN, EMANUEL, URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
BY:  **CHARLES K. VERHOEVEN**
     **ATTORNEY AT LAW**

Reported By:     Rhonda L. Aquilina, CSR #9956, RMR, CRR
                 Official Court Reporter

**APPEARANCES:   (CONTINUED):**

For Defendants:

                    QUINN, EMANUEL, URQUHART & SULLIVAN LLP
                    555 Twin Dolphin Dr. - 5th Floor
                    Redwood Shores, California  94065
        BY:  **RAY R. ZADO**
             **ATTORNEY AT LAW**

                    QUINN, EMANUEL, URQUHART & SULLIVAN
                    777 6th Street, NW, 11th Floor
                    Washington, DC 20001
        BY:  **ALAN LEE WHITEHURST**
             **DEEPA ACHARYA**
             **MARISSA R. DUCCA**
             **ATTORNEYS AT LAW**

1    <u>**Monday - August 7, 2017**</u>                    <u>**9:00 a.m.**</u>

2                        P R O C E E D I N G S

3                          ---o0o---

4        **THE CLERK:**  And we are here in Case Number 16-2787

5    Huawei Technologies Company, LTD versus Samsung Electronics

6    Company.

7        Counsel, please come forward and state your appearance.

8        **MR. BETTINGER:**  Good morning, Your Honor.  Mike

9    Bettinger along with my colleagues Doug Lewis, John McBride,

10   and Irene Yang for Plaintiff Huawei.

11       **THE COURT:**  Welcome.

12       **MR. BETTINGER:**  Thank you.

13       **MR. VERHOEVEN:**  Good morning, Your Honor.  Charles

14   Verhoeven on behalf of Samsung, and with me is Alan Whitehurst,

15   Ray Zado, Deepa Acharya, and Marissa Ducca.

16       **THE COURT:**  Great.  Welcome.

17       **MR. VERHOEVEN:**  Thank you.

18       **THE COURT:**  All right.  So we're here for the

19   tutorial.  One thing I wanted to say before I forgot it is with

20   respect to the claim construction hearing, I saw that you

21   thought that it might take four hours.  It won't, in case you

22   were wondering.

23                        (Laughter)

24       We will absolutely be done by 11:30.  And the -- I'm going

25   to give you a tentative construction the day before, which will

1    hopefully make argument even shorter.

2            **MR. BETTINGER:**  Yes.

3            **THE COURT:**  Okay.  Good.  So Mr. Bettinger, go ahead.

4            **MR. BETTINGER:**  Yes.  And just as a matter of

5    procedure, Your Honor, the way -- we've spoken with counsel --

6    we thought we'd give you a little overview of the technology,

7    and then get a little more specific with each of the five

8    Huawei patents; and to the extent counsel has response to that,

9    they would provide that; then they would do the same for the

10   Samsung patents; then to the extent we had a response, we would

11   provide that.

12           **THE COURT:**  Great.

13           **MR. BETTINGER:**  We thought that made an efficient way

14   to go about it, so...

15           **THE COURT:**  That makes a lot of sense.

16           **MR. VERHOEVEN:**  We agreed on that.

17       Just so we can make sure we have the right timing, we were

18   assuming a three-hour limit; is that about --

19           **THE COURT:**  Oh, I think -- yes, and if you wanted to

20   make it faster, that would be --

21                         (Laughter)

22           **MR. VERHOEVEN:**  We'll try.  We'll try, Your Honor.

23           **THE COURT:**  My attention span just is more limited

24   than you might guess, so I'd do it expeditiously.

25           **MR. VERHOEVEN:**  Thank you, Your Honor.

1          **THE COURT:**  All right.

2          **MR. BETTINGER:**  If it please the Court, we do have a

3  slide presentation, and we have the printouts of those to

4  follow along.

5          **THE COURT:**  Excellent.

6          **MR. BETTINGER:**  Thank you.

7      Good morning, Your Honor.  On behalf of Huawei, I might

8  also add that a number of folks from the Huawei team are

9  present both from China and the U.S. operations.

10          **THE COURT:**  Excellent.  Welcome, all.

11          **MR. BETTINGER:**  Thank you.  Just as a matter of

12  introduction, Your Honor, just with respect to Huawei and the

13  patents that are at issue -- if we could go to that next slide,

14  Alan -- Huawei, for background, is the world's largest

15  telecommunications equipment manufacturer.  Worldwide it is

16  third in mobile devices.  It invests heavily in R&D, in 2016

17  alone, $11 million -- billion.  Worldwide, 45 percent of its

18  workforce is related to R&D, and that's particularly relevant

19  because here in the U.S -- and that's a picture of the Huawei

20  facilities down in Santa Clara -- there are 700 of the R&D

21  engineers and scientists here in the U.S.

22      Since 2013, Huawei has had more contributions to that 4G,

23  which is fourth generation, LTE long-term evolution, that's

24  standard for telecommunications equipment.  I mention that

25  because it is those patents that will be at issue today,

1  patents that have been contributed to the LTE standard by

2  Huawei.

3       And there's some acronyms, so at the back of the book we

4  did provide a glossary, because this -- we don't get into the

5  Core Network here, but when you get into that, it is alphabet

6  soup.  So we've tried to give you terms that may come up today

7  as a helpful guide.

8            **THE COURT:**  Great.

9            **MR. BETTINGER:**  To add to that list there's what's

10  called "ETSI," that's the standard group, the European Telecom

11  Standards Institute, which kind of governs the whole standards

12  process.

13       And so Huawei has offered its patents, as we laid out in

14  our complaint, on FRAND terms.  We have entered into licenses

15  with a number of companies in the telecommunications space,

16  including Apple.  We have been in negotiations now for five

17  years with Samsung and have not reached any kind of agreement,

18  which brings us to the Court today.

19       So, if we could hit the next slide, Alan, please.

20       At a very basic level -- and I'll give you some overview

21  and then others will get into it in more detail.  With 4G LTE

22  technology, we had all of a sudden wanting to provide

23  Internet-like services to mobile devices in the field.  So you

24  needed Broadband, there was a lot of data, a lot of information

25  had to be conveyed now to mobile devices in the field, which

1   was different than previous generations.  And those -- the

2   basic way that was done is through a cell.  In 4G, the cell can

3   be up to a hundred kilometers in diameter, 62 miles.  They

4   could be as small as maybe 20 feet in a little picocell.  So

5   the size of cells, range, matters, and it can be quite large in

6   4G.  As a result, that adds to the complications that are

7   addressed by some of the patents that I want to give you a high

8   level overview for.

9        At a basic level, information is transmitted between the

10  mobile device, which you'll hear referred to as a UE, or user

11  equipment, to a cell tower through radio waves.  That process

12  is sometimes you'll hear the acronym RAN, for Radio Access

13  Network, and that's that communication between the user

14  equipment and the cell tower.

15       At the base of the cell tower there is a base station.

16  That's kind of command central.  It receives and throws it out

17  into the Core Network, which is really not at issue for today's

18  technology.  But the base station in 4G, it's called an

19  "eNodeB."  The "B," I think, goes back to being an abbreviation

20  for base station, and so that was the node on the transmission

21  network that would collect the information and send it to the

22  Core Network.  In 4G, it's eNodeB; in 3G it's just called

23  "NodeB."  The "E" stands for evolve, and that's the technology

24  that you'll be hearing about.  And, again, the focus of these

25  patents is going to be that communication for the most part

1    between the UE, the user equipment, and the cell tower, back

2    and forth it goes on.

3         If we could go to the next cell.

4         So the first level of complication is that there are many

5    cells, and there are many UEs within those cells.  And the

6    cells are depicted here as being separate, but in reality they

7    overlap.  They overlap, and they can be on top of each other

8    and in different areas.  So when a UE is in one cell, there's

9    an issue that comes up:  Well, what base -- what cell tower do

10   you connect to, and how do you do that?  And what if that's no

11   good, that connection is no good, how do you move to another

12   one?  When you think through those problems, it gets fairly

13   complex, and as the number of cells increase with the UEs, it

14   adds to the complexity of that particular problem.

15        On top of that -- if we could go to the next slide -- is

16   the UEs move from one cell to the next, and so when you move,

17   there's these handover issues.  You've got to get all that

18   information that's been going to a base station now to a new

19   base station, and it's got to know the UEs in its cell, and can

20   communicate effectively with usually thousands, tens of

21   thousands of other units that may be in that cell.  So the

22   complexity is increased.

23        If we go to the next slide, and the next level of

24   complexity, it's one thing to move from a 4G LTE cell to

25   another 4G LTE cell.  The equipment is the same, the handoff is

1    a little easier.  But life is not so simple, and sometimes you

2    end up having to go to what's called a "legacy cell," so 2G and

3    3G.  Those are still systems that are in use today.  Sometimes

4    in rural areas they're more prevalent today.  But perhaps when

5    you get texts -- the plane lands and you're taxiing into the

6    gate, sometimes you'll see 3G comes up, because the 4G is

7    overloaded, and you get kicked over to a 3G network.  So there

8    the equipment is different.  Mr. McBride in particular will be

9    describing that, the different equipment between 4G and 3G, and

10   how you make sure that all the information you have from 4G is

11   transmitted over to 3G, so there can still be communication.

12        If we go to the next slide then.

13        What you'll hear a lot about today is this notion of the

14   uplink and the downlink.  And the uplink is communication from

15   the UE, or the phone, to the cell tower base station; and the

16   downlink is the reverse, sending messages back and forth.  Even

17   though those are radio signals -- they go out as radio

18   signals -- we've depicted them as arrows for purposes of

19   illustrating for ease of the Court today.

20        Both the uplink and the downlink at a basic level have

21   control signals, kind of tell you what to do, and user data,

22   the actual packets if something from a web site is coming

23   across, similarly with the downlink sending that down to the

24   UEs, same thing, control signals and user data.  It gets fairly

25   complex as to how those uplinks and downlinks work, and they'll

1    get into it in more detail today.  But at a basic level, that's

2    what we're talking about.

3         If we could go to the next slide.

4         So the structure of that communication in the uplink and

5    the downlink, if you break it down, across the top we show

6    time.  So this is time going from the UE to the base station.

7    You start out with what are called "radio frames," and then

8    within each frame there is a subframe.  That radio frame is ten

9    milliseconds long, ten milliseconds, which is -- one is

10   1/1000th of a second, so the subframe -- each subframe is one

11   millisecond.  And then you'll hear that the subframes are

12   actually divided into slots, which makes that one millisecond,

13   or 1/1000th of a second, and then it actually further breaks

14   down from there.  So from a time standpoint a slot can have

15   1/1000th of a second from a time standpoint, so you could

16   imagine the amount of back and forth that's going on when you

17   get down to the level of a slot to put information in to send

18   it back and forth between a UE and a base station.  So the

19   complexities and the speed are things that are in a different

20   dimension almost than we're used to in everyday life.

21        Adding to that is it's not just a time domain that you're

22   operating in.  There's also what's called a "frequency domain."

23   So you have over time, but you have frequencies, because you

24   can divide that Radio Network up into channels and sub

25   channels, so that you'll be combining time with frequency.

1      And you'll see if we go to the next slide, if we use this
2   as a guide and across the top is time, and down the side is --
3   call that frequency -- you have to schedule everything that's
4   happening between this base station and the UE.  And so if you
5   think of it almost as a TV guide that you can pull up on your
6   screen, if you think of the Fox or CNN, or whatever station has
7   a frequency, it comes in at a particular frequency, and then at
8   a particular time a show will be on on that frequency.  So you
9   have both a time and frequency domain, and both have to be
10   taken into account for purposes of uplink and downlink, and the
11   communication between the base station and the UE.

12      And so that's at a very high level.  There's much more
13   complexity below it, but I'm just trying to give you a
14   framework for what you're going to be hearing today.

15      And so the way we've organized it is my colleague
16   Mr. McBride will address more detail of the '613 and '166
17   patents.  Then Ms. Yang will cover the '197 and give you some
18   more background for that technology; and then Mr. Lewis will do
19   the '278 and '239 patent.

20           **THE COURT:**  Okay.

21           **MR. BETTINGER:**  So let me turn it over to them.  I
22   appreciate your time.

23           **MR. MCBRIDE:**  Good morning, Your Honor.  John McBride
24   for Huawei.

25           **THE COURT:**  Good morning.

1          **MR. MCBRIDE:**  So we'll dive into the '613 patent.

2      Broadly, the '613 patent relates to downlink communication

3  services that is transmissions from the base station to the UE.

4  In particular the patent discusses -- and I've highlighted it

5  here -- a unicast service and what it calls an MBMS or a

6  multimedia broadcast or multicast service.  We'll get into what

7  those are on the next slide.

8      The concept of unicast is pictured on the left-hand side

9  of the slide.  A unicast transmission is one that is sent from

10  one sender and intended for one receiver.  There are also

11  transmissions that can be sent to -- from one sender and

12  intended for many receivers.  A broadcast transmission is a

13  transmission that is sent from one sender and intended for

14  everyone.  And a multicast transmission is one intended for a

15  particular group.

16      This slide provides some real world examples of unicast

17  and broadcast.  On the left we see Alice and Bob.  Alice is

18  texting with a friend, and Bob is, I guess, trying to book a

19  room at the Hilton.  On the right-hand side -- and those are

20  transmissions that are intended just for Alice and just for

21  Bob.  On the right-hand side we have an example of a broadcast.

22  In this case, Alice and Bob have completed their texting and

23  hotel reservations and are now tuned into the Super Bowl, along

24  with Charlie, David and Ellen.  Everyone is watching it all

25  live at the same time.  The '613 patent is directed to an

1   efficient way of scheduling these sorts of transmissions

2   between the base station and the UE.

3        So returning to this TV guide that Mr. Bettinger put up

4   earlier.  To really understand how unicast and multicast work

5   in LTE, we need to understand how the base station carves up

6   and allocates the resources both in that time domain and

7   frequency domain.  Because as Mr. Bettinger said, there can be

8   many, many UEs in a different cell, say thousands or even tens

9   of thousands.  It's very important that the base station can

10  inform the UE when and where, at what time and at what

11  frequency the UE should be listening, because otherwise

12  everyone is listening to what is intended for everyone else.

13       So to do this, the base station allocates tiny slices of

14  time and frequency for each cell.  As Mr. Bettinger said, you

15  can think of the channels as the frequencies, and the time

16  domain as sort of half hour blocks or hour blocks, normal TV,

17  except, of course, in an LTE the slices of time we're talking

18  about are a thousandth of a second.

19       So just like the channels in the TV guide, the LTE radio

20  spectrum is divided up into a number of component pieces which

21  can be assigned to a different UE at a different slice of time.

22  It is a fairly complicated process and, for the purposes of the

23  '613 patent, we don't really need to get too deeply into the

24  low levels.  But we are going to focus on things at the level

25  of those subframes that Mr. Bettinger was talking about.

1       As he explained earlier, a subframe is a concept that

2   refers to a chunk of the radio spectrum; for example, twelve

3   different pieces each measuring 15 kilohertz in range over a

4   one millisecond slice of time.  And what I've tried to do is

5   depict that on this slide with each block being one of those

6   subframes, and each of the subframes can be assigned to a

7   different UE, which I've shown here through color coding.  So

8   UE-1 has those subframes in purple, UE-2 in gold, et cetera.

9       And now this slide just sort of rehashes again what

10  Mr. Bettinger showed earlier, that these subframes compose

11  frames which are each ten subframes in length over one

12  millisecond long.

13      In LTE, each subframe, each of those little boxes at the

14  bottom, can hold unicast or multicast or broadcast.  So in any

15  given frame, you may have unicast and broadcast, let's say.

16      So putting broadcast and unicast in the context of this

17  discussion helps highlight some of the benefits that multicast

18  and broadcast have over unicast.  The main advantage of

19  multicast or broadcast is that the bandwidth that would

20  normally be used to send information to just one device can be

21  used to send that information to multiple devices.

22      So as you can see on the right-hand side, if a number of

23  people are to receive the same content using unicast, at least

24  one subframe must be used to send the content for each UE that

25  wishes to receive the content.  So five UEs, five subframes;

1   10,000 UEs, 10,000 subframes; whereas on the left-hand side,

2   broadcast or multicast is used, just one subframe can be used

3   to send the content to everyone, regardless of the number of

4   UEs that you have.  And just to be clear, Your Honor, this red

5   box is meant to indicate that that subframe is reserved for

6   broadcast; it's not part of the gold that UE number 3 or UE

7   number 2 is listening for.

8        And so this slide just shows one image and a couple of

9   UEs.  But given that you can have thousands of UEs in a cell,

10  and that, you know, a three-hour Super Bowl broadcast is made

11  up of hundreds of thousands of images, you can imagine how

12  doing this in a unicast mode would really put a load on the

13  network.

14       So broadcast and multicast were available in the legacy

15  networks, but they required the network operators to dedicate

16  portions of the radio spectrum or network resources solely for

17  broadcast, which meant that if there was nothing to broadcast,

18  no Super Bowl and no Olympics that day, those resources went

19  unused.  And so that was not a particularly attractive

20  scenario, because if you're not using those resources, you

21  can't use them for unicast.

22       So therefore there was a desire in LTE to have a system

23  whereby broadcast and multicast could be dynamically scheduled.

24  And by "dynamically scheduled," I mean what's showing here on

25  this slide.  If, you know, if there's nothing to broadcast,

everything can be used for unicast.  When one or more services have something to broadcast, you can grab up some of those subframes or resources and schedule the broadcast, and then you can release those resources when the broadcast has concluded.

There are some problems, though, that crop up with dynamic scheduling.  Because the resources aren't permanently assigned, the UE doesn't know in advance when and where it should be finding the broadcast.  And so without knowing that, it doesn't know that, it has to listen to every frame and subframe and process them as they come in to see if, you know, the Super Bowl is there.  And, obviously, that will deplete the battery if your phone is constantly having to process everything over the course of the broadcast.

Another problem is if the UE doesn't know where to find the service, it not only has to read through all these frames and subframes, but the base station will still need to have some sort of indicator in a frame or subframe to indicate that, *hey, this is part of the Super Bowl, you should listen for it*. The UE doesn't know that in advance to find the Super Bowl in frame X, the UE will -- the base station will have to insert some sort of identifier in each of those subframes.  And, you know, as I said before, given that there are -- these subframes are one millisecond slices of time, that would mean adding additional overhead information, you know, that is being sent a thousand times every second.

1          So we get -- when we get to the invention of the '613

2     patent, which is, I think, a pretty clever solution, the UE

3     merely needs to receive a small amount of what the patent

4     refers to as position information.  And that position

5     informational allows the UE to identify a pattern of frames in

6     which the service will be sent.  So here, the pattern is every

7     other frame.  This means that the UE will not need to

8     constantly process frames looking for the service it's

9     interested in, and that the base station will not have to

10    constantly send information identifying where to find the

11    service.

12         Again, think about the example of the Super Bowl.  The UE

13    just needs to receive this position information, you know, when

14    the Super Bowl starts, and then the -- you know, until it's

15    told otherwise, it knows it can find the service in those

16    frames.  So you go from a scenario where you would be crowding

17    the network with signaling every millisecond to one where you

18    can just send a tiny piece of information at the beginning of

19    your broadcast and don't need to send anything else until

20    something changes.

21         The benefits of being able to dynamically broadcast

22    services have been widely recognized, especially as people

23    consume more and more video on their phones.  I don't know if

24    you do, Your Honor, but I find myself occasionally stuck in the

25    airport watching a fair number of movies.

 1          And finally, just to tie this into claim construction to

 2     foreshadow next week, it's the meaning of the term "service"

 3     that's in dispute.  Huawei doesn't think that the term needs to

 4     be construed, and Samsung has proposed that the "service"

 5     should be interpreted as the value of a service.  But we'll get

 6     to that next week.

 7          I'm happy to answer any questions about the '613, or I can

 8     move on to the '166.

 9              THE COURT:  That was very helpful, Mr. McBride.  Thank

10     you.

11              MR. MCBRIDE:  Thank you.

12          So the '166 patent, here we're talking about the concept

13     that Mr. Bettinger referred to, UE mobility, where a phone or a

14     wireless device moves from one cell to another.  And in

15     particular the '166 patent refers -- is concerned with the

16     transition of a mobile device from an LTE network to a legacy

17     network.

18          Now, there's, you know, 4G, 3G, 2G.  Generally when we

19     talk about legacy networks, I'm talking about 2G and 3G.  But

20     even that gets complicated, so for the purposes of presentation

21     today, I'm just going to talk about 3G, and that will be my

22     standing for legacy networks.

23          So the improvements in 4G networks created some

24     compatibility issues with legacy networks.  The LTE networks

25     have a different architecture, they have different identifiers,

```
 1   and they use some different messages than the 3G or legacy
 2   networks did.  However, for efficiency purposes, it's often
 3   advantageous if the 3G network can obtain information from the
 4   4G network about the phone and various other things that were
 5   happening in the 4G network before the phone transitioned or
 6   moved to the 3G network.
 7        In particular there's one piece of information that the
 8   legacy network would like to obtain from that LTE network after
 9   the phone moves, and that is the context or the so-called
10   context of the UE or the UE context.  The UE context contains
11   important information about the UE, such as an identifier for
12   the UE, billing information for the subscribers so they know
13   whether your call should go through or you should be allowed to
14   receive data, and a whole bunch of various capabilities that
15   are too complicated for me to understand, and so I'm not going
16   to go into them.
17        But in both 3G and 4G there are specific entities on the
18   network that are responsible for managing and keeping track of
19   this UE context.  I've done my best to come up with an abstract
20   representation of it which I've, you know, pictured with a
21   Rolodex - each little card on that Rolodex being a context, a
22   context that one of these entities is keeping track of.  And
23   it's advantageous if we could just swap cards for context
24   rather than having to copy it all over or create the card from
25   scratch.
```

1          And I'm going to address what these entities are that's

2     shown on this slide, the SGSN, or Serving GPRS Support Node,

3     and the MME, the Mobility Management Entity, on the next slide

4     when we show a picture of the network.

5          And so this is just generally a simplified high-level

6     overview of 3G and 4G networks, Your Honor.  Unlike I think

7     most of the other patents you're going to hear about today, to

8     understand the '166 patent we need to get into not just the

9     wireless communication between the UE and the base station, but

10    also the wired back end of communication that connects

11    everything up to the Internet.

12         So as Mr. Bettinger, I think, mentioned at a high level

13    you can divide both the 3G and 4G networks up into two parts.

14    So pictured in the box on the left-hand side of the screen you

15    have the Radio Access Network, or RAN, and that's really in

16    charge of handling all the wireless communications.  On the

17    right-hand side you have the Core Network, which is responsible

18    for handling the back end wired communications that ultimately

19    result in the information your phone wants to receive or

20    sending going out to the Internet.

21         And I do apologize in advance, because we have to wade

22    pretty deeply into the alphabet soup that Mr. Bettinger was

23    referring to.  We do have that glossary, but if it at all

24    becomes confusing, let me know, and I'll try to clarify as we

25    march through some of these acronyms and abbreviations.

1       So as I said, this slide shows a simplified overview of

2    the network architecture in both of these networks.  For

3    purposes of this patent, there are a couple of network entities

4    that are particularly important.  As you'll see highlighted in

5    the top in green there is a NodeB and a Radio Network

6    Controller, RNC.  These entities were combined together in LTE

7    as an eNodeB shown in green at the bottom.  They are in the RAN

8    portion of the network, and are therefore sometimes referred to

9    as "RAN Nodes."  But they're generally responsible for wireless

10   communications with the UE and passing information back to the

11   Core Network.

12       And really the entities that are most important in the

13   Core Network are those two highlighted in orange, that SGSN,

14   and the MME for LTE.  They're the entities that are responsible

15   for handling UE mobility, and an important part they are the

16   ones that keep track of the UEs' context.

17       Each MME and SGSN are assigned a numeric identifier in

18   their respective systems.  In 3G, the SGSN is assigned a

19   Network Resource Identifier, or NRI, just a number between zero

20   and ten bits in length.

21       In 4G, there's an MMEC, or MME Code, again, a number

22   that's used to identify the MME in the system.  These

23   identifiers can be used to look up the actual network or IP

24   address of its respective servers to allow other devices or

25   entities on the network to communicate with them.

1          There's one other important identifier that we need to

2    discuss, and that is the International Mobile Subscriber

3    Identity, or IMSI.   That is a number that uniquely identifies a

4    cellular subscriber.   There's a picture here.   It's a lot like

5    a social security number.   And it's just as sensitive as a

6    social security number, because if a hacker gets a hold of your

7    IMSI, they can make potentially unauthorized charges to your

8    account, or unauthorized use of your account.

9          A while ago there was a big scurry about cloning cell

10   phones, and I think that's dropped out of the popular press,

11   but that involved stealing the IMSI.

12         Now, because it's so sensitive, 3G and LTE were designed

13   to avoid transmitting this identifier over the air whenever

14   possible, and so instead the systems use temporary identifiers

15   when the UE connects to the network.

16         There are two temporary identifiers that are important for

17   the '166 patent.   The Packet Temporary Mobile Subscriber

18   Identifier, that's a 3G concept, and the Globally Unique

19   Temporary Identifier, which I'm assured is pronounced "GUTI."

20   These are each allocated by the -- with respect to SGSN or the

21   MME when the UE connects to the network.

22         Just a brief aside.   When the '166 patent was drafted, the

23   standards body had not yet finalized the name of the temporary

24   identifier in LTE, and so in the patent there's reference to an

25   SAE TMSI.   SAE stands for System Architecture Evolved.   It's

sort of a common term that's used in LTE for what's coming

next.  And Mr. Guo, who is the inventor of the '166 patent, is

also the one who proposed that GUTI and its structure to 3GPP,

which is how I know it's called "GUTI."

So just diving very quickly into -- a little bit deeper

into the structure of the P-TMSI and the GUTI, here we're

looking at the P-TMSI.  Some of this information is just being

given for reference, so you have a full picture.  But really

what we care about is that NRI portion shown with the blue,

I'll call it, at the top, and the UE identifier.

The next slide, the GUTI, as you can see, is significantly

more complicated, but, again, we're just going to focus on a

couple pieces.  Really what's important for us is this MME

Code, the identifier for the MME, and the M-TMSI, which is just

another name for the Identifier, the Temporary Identifier that

is used for the UE in a 4G system.

So now we get to the fun part where we get to put all

these pieces into play.  In this slide we're looking at the

legacy network, the 3G network, and all the processes that

occur when the UE moves from an area that is served by one RNC,

one of those RAN Nodes, to another.

When the UE moves to a new area, it will send a type of

access message that is called a "Radio Resource Control," or

"RRC" message, to the new RNC that is now serving.  So as you

can see as the phone moves, it was being served by RNC-1, now

1    it's being served by RNC-2.  It passes an RRC message to the

2    RNC number 2, and if the RNC-2 is not served by that old SGSN

3    that has the context, the RNC number 2 will ask the SGSN that

4    it is connected to to use an identifier found in that RRC

5    message to look up the address of the old SGSN in a domain name

6    server, or DNS, and in that way the new SGSN can contact the

7    old SGSN and obtain that UE context.

8         Similarly, when the UE moves from an LTE 4G network to the

9    legacy network, the UE really only has available this same

10   legacy message to establish a connection with the legacy

11   network.

12        An RRC message, this is this legacy message that's being

13   sent, has two portions.  One is -- one portion is an access

14   stratum, and that is a portion of the message that's intended

15   for that RNC, or RAN Node; and then there's a non-access

16   stratum, or NAS portion of the message, which is intended for

17   the Core Network.

18        There is an NRI field in the RRC message that is used to

19   identify the network entity that has the UE context.  As we

20   previously talked about, that NRI may be included in a P-TMSI,

21   and there is a P-TMSI in the RRC message.

22        But the problem, of course, is that the UE that's moving

23   from the LTE network to the 3G network doesn't have the P-TMSI,

24   all it has is the GUTI, and that is not something which the

25   legacy network recognizes.

1       So we end up with this problem:  How can the legacy

2   network get the context from the LTE network if the legacy

3   network doesn't understand the identifier that was used by the

4   LTE system, and if the legacy messages don't contain the fields

5   designed to carry the LTE identifiers.

6       And what the inventor of the '166 patent realized was that

7   the UE could break apart the GUTI and extract information from

8   it, the MME Code, and construct a legacy message with

9   repurposed portions.

10      These next few slides will walk through exactly how that

11  works.  I think it's easier to sort of see it animated than for

12  me to just throw the alphabet soup at you.

13      So as I said, at first the UE extracts the MMEC or the MME

14  Identifier from the GUTI, and then it will create that RRC

15  message and place the MME Code inside the P-TMSI.  This was

16  actually, I think, a really clever point of the invention,

17  because if you think about these identifiers, they're only ever

18  given out by network entities to the UEs.  It's not something

19  that the UE creates itself.  It would be like you changing your

20  driver's license number on the fly, or changing your social

21  security number.  It's just not something that's really done.

22      So then the UE will shoot that RRC message off to the RNC,

23  or the RAN Node.  The RAN Node will take that NAS portion of

24  the message and shoot it off to the SGSN, and the SGSN uses the

25  identifier and the P-TMSI to contact the DNS, which sends back

1    the IP address of the MME, and then the SGSN will send its

2    message to the MME.  Now, the MME can speak both 3G and 4G,

3    because it is, you know, the new system, so it can respond with

4    a message that the SGSN understands, and the context can be

5    transferred from the MME back to the SGSN, and that's the long

6    and the short of it.

7        Just to -- and then, again, a little preview of claim

8    construction.  The dispute here relates to claim language, a

9    first P-TMSI in an access message.  I think it's Samsung's

10   position that that first P-TMSI must be in a particular portion

11   of the message, and Huawei thinks it can be anywhere.

12        And if there are no other questions, Your Honor, that

13   concludes my presentation on those patents.

14          **THE COURT:**  Great.  Thank you.

15          **MR. MCBRIDE:**  Thank you.

16          **MS. YANG:**  Good morning, Your Honor.  Irene Yang for

17   Huawei.

18        You'll be pleased to know that there are many fewer

19   acronyms in this patent than in the last one, so hopefully that

20   makes it a little bit easier to follow.

21        So I'm going to talk about the '197, the '246 and the '003

22   patents.  These are all related, so we'll just talk about them

23   in a group, and in general I'll talk about them as the '197

24   patent family.

25        So these patents deal with an aspect of LTE that's

 1  actually related to UE mobility, which Mr. McBride just

 2  discussed, and specifically they deal with cell selection.

 3       So when a UE is connected to a network, it's actually

 4  constantly still seeking the best available cell, because it

 5  wants to give users the best quality signal and experience.  So

 6  there's a few common scenarios where a UE might need to find a

 7  better cell.  First, the one shown on the top is if the UE

 8  physically moves locations and it needs to select to a

 9  different cell.  So, for example, if I'm holding my phone and I

10  move physically to a different area, my cell phone, my UE needs

11  to select a new cell.  And so this is more like the UE mobility

12  situation that we were talking about before.

13       And second is the UE might detect that the quality of

14  service from the cell that it's been using has degraded;

15       Or third, a UE might need to find a better cell, if some

16  cells in the system are heavily loaded and others are lightly

17  loaded, because the system wants to reduce cell congestion

18  generally, so that if the system needs to balance the load on

19  its cells, the UE may need to select another cell.

20       There are different possibilities for the cell that the UE

21  can select.  So one possibility is, for example, if the UE is

22  in an LTE system, it can pick another cell in that same LTE

23  system using the same frequency band that it was on before.

24       And just as a note, because we've talked about frequency

25  already this morning, here we're using frequency in a slightly

1    different way.  We're talking about different cells using

2    different frequency bands, so different portions of the

3    spectrum that have been allocated to different carriers.

4        And the second possibility is to select other cells in the

5    same system, for example, LTE if you're already in LTE, but

6    using a different frequency band; and then the third is to go

7    to a different system entirely, such as going from LTE or

8    UMTS -- excuse me -- from LTE to UMTS, or 3G.

9        So in general up until now we've been depicting cells as

10   if they're separate geographically.  But as Mr. Bettinger

11   mentioned, cells can be overlapping, and that's what we're

12   trying to depict here, showing that a -- you know, different

13   LTE cells might be overlapping, and they might overlap with a

14   non-LTE cell.

15       So in LTE, a UE that is in the LTE system will take

16   measurements of its neighboring cells, according to a list of

17   priorities that are established by the LTE base station, which

18   governs which cells the UE can try to select, and so it's

19   taking these measurements, because it's trying to check the

20   quality of the cells around it, so, for example, the signal

21   strength.  And so if the cell that it measures that has the

22   highest priority meets that quality criteria, then the UE will

23   select that cell.

24       So LTE uses this concept of priorities, because it reduces

25   the number of measurements that need to be taken.  So without

1  the concept of priorities, a UE will take the measurements of
2  all of the cells that are nearby, all of its neighboring cells.
3  But the concept of priorities helps the UE save battery power
4  and operate more efficiently, because it only has to check the
5  cells that are indicated by the priorities.

6      And so the options that are set forth in that list of
7  priorities are each given a number that indicates their
8  priority from 0 to 7, where 7 is the highest priority, and
9  that's where the UE will start when it starts seeking to select
10  a cell from where it is.

11      There's two different types of priorities that can be
12  given to a UE.  The first on the left is public priorities, and
13  this is where the base station would give every UE the same
14  list of priorities to follow, and so that's depicted here on
15  the left where each of those UEs that is part of that cell is
16  getting that same list of priorities; and the second is
17  dedicated priorities, which is shown on the right where the
18  base station gives each individual UE its own list of
19  priorities to follow, and we've depicted that, because it's a
20  little hard to see, showing that one of them is green, and one
21  of them is blue, so they're not the same.

22      The concept of priorities for use in cell selection was
23  introduced in LTE, but it was advantageous to incorporate the
24  concept into 2G and 3G so that you would have increased
25  compatibility between LTE and 2G and 3G.  And since the UE in

an LTE system could be given priorities that include 2G or 3G
systems, the question is how to incorporate 2G and 3G into this
general concept of priorities.

And so to solve that issue, one idea or one option was to
use dedicated priorities established by the 2G or the 3G cell.
And so, as depicted here, for example, then it would require
the non-LTE or the 2G or 3G cell to send the UEs their own
dedicated priorities.

But this had some issues.  Because each cell then has its
own priorities, you're not coordinating among 2G, 3G and LTE.
Carriers would have to go and upgrade all of their non-LTE
system equipment, because priorities came in LTE, and so their
non-LTE systems that existed didn't have that understanding or
that capability, and that's time-consuming and expensive for
the carriers.

And then third, it increases the control signaling
overhead in the carrier systems, because now non-LTE systems
were also sending around dedicated priorities to all of the
UEs.

So the solution of the '197 family of patents is that
after the UE obtains dedicated priorities from the LTE system,
if it then selects a non-LTE cell, then even while it is in
that non-LTE system, 2G or 3G, the UE will continue to use the
dedicated priorities that it received from the LTE system when
it is looking for better cells while in non-LTE.

1          So as you see here, it gets the dedicated priorities from

2     the LTE system, and then when the UE has selected to a non-LTE

3     cell, it just carries those with it, and it continues to use

4     that.  And the benefit of this solution is it reduces the need

5     to upgrade your non-LTE networks, because they don't have to

6     now be able to provide their own dedicated priorities.  They're

7     just using what they've carried from the LTE system; and it

8     reduces the amount of signaling, because now only LTE is

9     sending out these priorities, and it allows for more

10    coordination among 2G, 3G and 4G.

11         And just to wrap up, as a preview again for next week, the

12    issue to be discussed is the meaning of the term "dedicated

13    priority list."  And so Huawei's position is no construction is

14    necessary, but in the alternative a correct construction is

15    just a priority list for the specific terminal.

16         And Samsung's position is that the "dedicated priority

17    list" is a dedicated list that includes different radio access

18    technologies listed in order of priority.

19         So the question is whether the "dedicated priority list"

20    must include different radio access technologies, and whether

21    they must be listed in priority order.  But we will discuss

22    that next week.

23         **THE COURT:**  So you listed public priorities in

24    addition to dedicated priorities.

25         **MS. YANG:**  Yes.

1        **THE COURT:**  And why does a base station choose one or

2   the other?  Or have public priorities now gone the way of all

3   flesh, and we only deal with dedicated priorities?

4        **MS. YANG:**  No.  So there are still public priorities,

5   and a number of the claims in the patents do address the

6   situation where they basically say -- and this is not all of

7   the claims, so, you know, I'm not trying to characterize what

8   all of the claims say, but they go to the idea that you would

9   have a dedicated priority list that you take -- that the UE

10  takes from LTE to non-LTE and uses it in the non-LTE system.

11  But there's actually also this concept of expiration of a valid

12  time of that dedicated priority list; and then there are claims

13  that discuss that when that valid time expires, then the UE

14  will revert to using a public priority list.  So it still

15  exists.

16       **THE COURT:**  All right.  Is that a concept that I need

17  to understand for claim construction?

18       **MS. YANG:**  No, I think "dedicated priority list" will

19  do it.

20       **THE COURT:**  Great.  Thank you.

21       **MS. YANG:**  Thank you.

22       **MR. LEWIS:**  Good morning.  Doug Lewis, and I'm going

23  to cover the next two patents, the '278 and the '239, starting

24  with '278.

25       So to put the '278 patent into context, this patent

involves both uplink and downlink, but using them for different things.  We, on the '278 patent, are getting control signals on the downlink from the base station and using that data to provide user data, the useful stuff we all care about, Facebook pages, web pages, requests to the base station.  And that's the context.

First thing -- again, this is more concepts -- general things I think you need to know to understand the patent.  The downlink control signaling involves sending control data from the base station to the user equipment, to the UE, the mobile device.  And in the case of the '278 patent, the specific user specifically used by the UE to format its uplinked data requests, what data it's sending to the base station.

In particular there are two parameters that are at issue from the downlink control signaling.  The first is the payload size.  And the payload size represents the size of the payload portion of the uplink data.  So in other words, the base station is saying to the UE *when you send me data, size it in this way.  This is what I'll expect from you*.  And that's part of setting up a new transmission from the UE to the base station.

The other term and concept is "redundancy version," and this is something that's also sent from the base station to the UE, and it's used for retransmission.  And when the data is not properly received, the base station will send, as part of the

control data back to the UE, a redundancy version, and then the
UE will send the data again up to the base station.  And we'll
cover that in a little more detail in a minute.

So what is the invention and why are we all here?  The
goal is to reduce the number of bits used in the downlink
control signal.  The more bits you use for something, the less
bits are available for other things.  These systems are always
trying to push both capacity and speed.  And so this patent
actually will save bandwidth and the downlink by combining the
two parameters we just talked about, payload size and the
redundancy version, into one parameter that will be smaller
than the two original parameters were in the prior art.

For a moment let's talk about sort of the background here.

This is how the control signaling is used.  The user
equipment first says to the base station it needs to send some
data.  So user data A could be a request for a web page or a
Facebook posting or something.  The base station then says,
well, here's -- there's a lot of other things going on, of
course, as well -- but the base station says, you know, you
need to size the payload portion in this particular way, and
the payload size is then sent to the user equipment.  The user
equipment already knows to use a default RV at that point.
It's a default.  It means it already knows it when it gets the
payload size.  At that point the UE will send the user data up
to the base station, in our example here on this slide that

1    works great, and the base station sends back to the UE *got it,*

2    *we're done,* move on to the next piece of data.

3        Unfortunately, in wireless communications things don't

4    always work quite that well, so we have to have a provision for

5    when things don't work well.  In this case it starts out the

6    same, the request to send some user data.  Payload size is

7    again sent.  The user data is sent from the mobile up to the

8    base station, but for whatever reason it's corrupted or it

9    doesn't get there, or something happens.  The base station then

10   sends back to the UE and says *you're going to have to resend*

11   *that*, and *here's your redundancy version*, which gets

12   specifically sent back from the base station to the UE in that

13   case.  The UE then resends the data, in this case user data B,

14   to the base station.

15       Now, the user equipment, the UE, knows to use the same

16   payload size, because it's resending the same thing.  So you

17   don't need to resend the payload size, you already have it from

18   the initial transmission.  So you use that same payload size in

19   response to the RV, and send the data back up to the base

20   station, and in this case it works, and we're done with this.

21       So this leads to the invention.

22       In the prior art, we had a field that had a bunch of other

23   stuff in it, but in particular for our purposes we had a

24   payload size, and we had a redundancy version.  And the payload

25   size can vary in size, but let's assume it has six bits and two

1   bits for the RV, a total of eight bits.  Using the invention,

2   you have one field of six bits only, and you can still pass the

3   data on to the user equipment from the base station using only

4   six bits.  You save two bits, which frankly doesn't sound like

5   a lot, 2, 1s and 0s, but this is something that happens

6   constantly as data is being sent back and forth.  Obviously,

7   there are many, many UEs, and we're not even talking the same

8   base station or the same cell, this multiplies out.

9        So the invention is to realize that the state or the value

10  of that one field can tell you if you're talking about a

11  redundancy version or if you're talking about a payload size.

12  So you don't have to send them separately.  The value of that

13  field can tell you whether it's one or the other, as the patent

14  explains here.

15       The patent also gives a particular example, which I've

16  blown out in this slide with the table at the bottom.  The

17  specification talks about using a six-bit field - 6 bits to the

18  6 is 64, so there would be 64 possible values or states from

19  six bits.  The patent explains that the first four bits, values

20  given there in binary, and the table at the bottom I converted

21  them in parenthesis to the more familiar decimal.  So the value

22  0, 1, 2 and 3 would be redundancy versions, and then the values

23  on from there are 4 through 63 would be payload size,

24  different, you know, examples of payload size would be given

25  that way.

1      You're providing -- then it's practical as the

2   specification goes on, to figure out whether or not you're

3   receiving a redundancy version or a payload size from just the

4   value.  You know, if you have a 2, it must be a redundancy

5   version.  If you have an 8, it must be a payload size.  And so

6   you're able to save those two bits, but still provide the data

7   you need to provide to the UE for that to function.

8      Now, in addition, the patent talks about having a default

9   value for the redundancy version, or the RV, so when you're

10   sending payload size, the system knows that the RV is a default

11   value.  It doesn't need to be sent, because the system just

12   knows it.  That's what "default" essentially means.  And that's

13   part of the dispute, or, actually, basically the dispute

14   between the parties that we'll talk about next week, about the

15   default value, and how that fits into this term.

16      Your Honor, if you have any questions on '278, I was

17   planning on moving on.

18          **THE COURT:**  Go ahead.

19          **MR. LEWIS:**  All right.  '239.  This patent is in a

20   slightly different context.  This involves interference, or

21   more accurately reducing interference for the uplink, and it

22   allows more efficient transmissions.  The less resending we do,

23   the more the base station understands what the UE is sending,

24   the faster and more efficient the network can be.

25      So what kind of interference are we talking about?  In

1    this case it's inter-cell interference.  Cells overlap, radio

2    waves travel where radio waves want to travel.  If you're near

3    the edge of a cell, like the UE with the red around it in this

4    figure, those radio waves are going to travel as intended to

5    the base station for cell B, but quite possibly they're also

6    going to travel to the base station for the bottom of cell C.

7    That's going to cause interference, because the base station

8    for cell C isn't expecting those radio waves.  That UE is not

9    even in that cell.  So you have to have a system to deal with

10   the interference, and the goal with the '239 patent is to

11   reduce that interference.

12       And conversely, when cells are farther away, just less of

13   an issue.  You can use -- those aren't going to interfere,

14   because they're farther away.

15       So let's talk about what is the invention.  The invention

16   is to reduce the interference at the base station caused by UEs

17   in other cells.  This is not a patent about reducing

18   interference between cells in the same base station.  That's a

19   different category of problem.  This is between cells in the

20   two different -- sorry -- UEs in different cells, and it

21   relates to allocating sequences, which we'll talk about in a

22   minute, to different cells to reduce that interference.

23       I'd like to introduce a few concepts relating to really

24   the kind of interference in particular that we're trying to

25   reduce.  The interference of the '239 patent is discussed and

1   is interference when the UE sends a reference signal.  And a

2   reference signal is kind of like the light from a lighthouse.

3   It's this sort of signal that's sent out, and it's known to the

4   UE.  It's a constantly -- not a constant, but the signal is

5   known to both the base station and the UE.  And by receiving

6   that signal and knowing what it's supposed to be, the UE --

7   that the UE is sent -- the base station can then interpret the

8   other data.  So if the known signal is distorted in a certain

9   way, it can undistort the data, the useful data, control data

10  or user data, and understand it better.  So reference signals

11  are important, and, if they're interfered with, that process

12  can't occur.

13       And to do this where there's sequences are a little more

14  complicated than the one I have there, and we'll talk about

15  those in a minute.

16       Another concept is correlation, and correlation refers to

17  similarity.  And so what we're ultimately going to talk about

18  is correlation between reference signals, but let's talk

19  about -- talking about how correlation relates to other things.

20       So low correlation means not similar.  Those would have

21  low interference.  And, you know, we struggled to try to find a

22  way to represent this metaphorically, and we finally came up

23  with colors.  So the colors there at the top are different.

24  They don't interfere.  Easy for I to pull them apart and to see

25  which one is which.

1          A high correlation, or similar signals, are those that

2     would interfere, and the colors are sort of gray there at the

3     bottom and all kind of look alike.  And sure we can pull them

4     apart with our eyes, but it's difficult.  Those would be high

5     correlation interference signals.

6          So the goal of the '239 patent is to give low correlation

7     signals to nearby base stations, and then let the base stations

8     better able then to distinguish the reference signals.

9          One more -- another couple concepts.

10         The sequences, as I mentioned, are much more complicated

11    in the 0 through 9 that I had before.  This patent talks about

12    things called "ZC sequences."  There's other sequences in the

13    patent, too, but I'm going to focus on ZC sequences for the

14    moment.

15         ZC sequences are mathematical concepts invented in the

16    1970's by Mr. Zadoff and Chu, hence the "ZC."  These are

17    complex numbers, real and imaginary components, that I am not

18    going to explain in any more detail than that.  But certain ZC

19    sequences have lower correlation, are less similar with other

20    ZC sequences; some are more similar.  So the goal of the

21    patent, and what you want to do, is you want to figure out the

22    similar and the non-similar signals and use them appropriately

23    to reduce interference in the reference signal.

24         One more concept.  This is actually straight from the

25    claim.  The claim uses these brackets (indicating).  Everybody,

1    when they first look at them, thinks they're square brackets,

2    but they're not.  There's no top on one, and no bottom on the

3    other.  They're really simple:  Floor function always round

4    down, ceiling always round up.  I think there's a footnote in

5    our brief that explains this, too.  But they look like square

6    brackets.  I just wanted to mention that they're not.

7         Okay.  Back to the invention.

8         Reducing interference between cells.  So what you want to

9    do is you want to take interfering ZC sequences and use them in

10   farther apart cells, if you need to, and use low interference

11   ZC sequences for cells near each other.  Therefore, like the

12   colors, the cell can distinguish signals sent from the one in

13   the middle there, the cell phone in the middle, from the ones

14   that are supposed to be in its cell at the bottom.

15        And so the patent talks about grouping sequences.  This is

16   how we figure out which sequences have low correlation and

17   which have high.  So you want to group sequences such that each

18   group has sequences with a high correlation, in other words,

19   they're very similar.  Put those in a group.  By definition

20   then, the correlation will be low between groups.  And I did

21   this with the color just illustrated.  If you put all the grays

22   together, all the greens together, and all the purples

23   together, while it's hard to distinguish the particular circles

24   within each group, the groups are all distinct.

25        And then if you assign -- going on to the next slide -- if

1    you assign different groups to different cells to different

2    base stations running those cells, you're able to use sequences

3    that don't interfere.

4        And so the invention involves defining which sequences to

5    include in which group, which results in groups that have

6    highly correlated or similar sequences within the group, but

7    dissimilar without.  So by assigning different groups to

8    different cells, you've solved your correlation problem and

9    reduced interference.  And then the way this is actually done

10   in practice, and how these things are calculated is a subject

11   of the claims.

12       And Your Honor, with that, we have concluded Huawei's

13   presentation.

14            **THE COURT:**  Great.

15       **MR. LEWIS:**  And then I will give the floor to my

16   colleagues on other side.

17            **THE COURT:**  Thank you, Mr. Lewis.

18       **MR. VERHOEVEN:**  Good morning, Your Honor.  Charles

19   Verhoeven on behalf of Samsung.

20       We also have some slides I'd like to hand up.  And I'll be

21   addressing the same patents that were addressed, and my

22   colleague, Ms. Acharya, will address the '613, but I'll be

23   addressing the other, Your Honor.

24       I'd like to start with '278 patent, Your Honor.  This is

25   the one that talks about combining the RV and the payload.

1    So just to start out, we're dealing with control signaling

2    in the data packet; and typically nowadays those are separated

3    out, so you have control signal, which is a little bit of data,

4    then you have the huge data packet that comes down from the

5    base station.

6        When you -- when the data packet comes down, it has a

7    certain payload per packet, and that's what we're illustrating

8    here in the green box.  And then what the control tower -- base

9    station will do is it will send a control signal that indicates

10   what size that packet will be, so that the UE, the cell phone

11   knows that before it gets the packet, and it helps it process

12   the packet.

13       So there's certain concepts that I'd like to cover briefly

14   that are kind of background to this patent.  One is this HARQ

15   process, Hybrid Automatic Repeat Request, so you might see

16   that, Your Honor; and what that is talking about is when you

17   have interference between the base station and the cell phone.

18   And we illustrate here there's a packet with blue and red and a

19   line in it indicating data, and then there's interference, and

20   then by the time the UE gets it, it's corrupted, and it has

21   errors.

22       So what happens in a HARQ process is the cell phone will

23   then send a NACK, which indicates to the bay station that we're

24   not acknowledging that this is -- that we received the whole

25   packet, there's a problem, resend.  And then the base station

1    will resend again the packet, and it might have some different

2    errors.  But the -- what will happen is that the UE will match

3    the previous packet to the -- to the prior or to the incoming

4    packet, and it will repeat that until it feels -- it determines

5    it has the whole packet, and then it will send an ACK.  So

6    that's the HARQ process.

7          Now, another concept relevant to this patent is what's

8    called a "redundancy version," and this is used in connection

9    with the HARQ process to help it.  And so here, what happens is

10   the base station will send data that has different redundancy

11   versions, so there are different versions in the encoded data.

12   And so here is redundancy version zero, gets a NACK, the

13   interference corrupted it, sends a redundancy version one,

14   there's interference, gets a NACK, then it says redundancy

15   version two.  And by comparing those three versions with an

16   algorithm, it can then determine what the packet is and sends

17   an acknowledgment.  So the redundancy version information is

18   sent in the control channel.  And that's all I'm indicating on

19   this slide here.

20         So just like it tells you the packet size of the control

21   channel, the control channel also tells the user device what

22   redundancy version it's sending, so that the user device knows

23   when it gets the packets that, hey, this is redundancy version

24   zero.  And then as I said, the receiver then recreates the

25   original data using an algorithm.

```
 1          Third concept.  This is control signaling using what's
 2     called a "common field."  A long time ago the control signal
 3     would have a separate field for the payload size and a separate
 4     field for the redundancy version.  More recently what's
 5     happened is the payload size and the redundancy version are
 6     combined into what's called a "common field."  And so this
 7     patent concerns specifically this common field and certain
 8     attributes of this common field.  It's a very particular
 9     patent.
10          The prior art -- I guess I have a little bit different
11     view than counsel who said the prior art is eight bits.
12     Actually, the prior art -- there's prior art that's six bits
13     just as claimed in the patent.
14          This is an example, Your Honor, from a Samsung patent.
15     This patent was filed in December 2002, four years before the
16     '278 priority date.  And here you see the common field, we've
17     highlighted it there, and under N, the TBSS in the top; do you
18     see that, Your Honor?  That is referring to the transmit block
19     size.  So this field is used in N to transmit to the UE what
20     the payload size is.  Then the same six-bit field is then used
21     to trans -- but it only uses two of the six bits, and those two
22     of the six bits, without using the others, indicates to the UE
23     that it's sending a redundancy version.  So it has the same
24     field.  It sends -- it uses all six when it's sending a
25     payload, and it uses only two when it's sending a redundancy
```

```
 1    version.  This patent is very particular about this stuff.
 2         Now, turning to the patent.  It says:
 3              (reading) For ease of identification, in a six-bit
 4         field, four states whose foremost upper limits (sic) are
 5         all zeros can indicate four different RVs.  That is, the
 6         four states, 0, 1, 10, 11, and that's illustrated down
 7         below.
 8         So that, if that -- in the patent, those four states would
 9    indicate that it's an RV.
10         Then it says:  "Accordingly, the remaining 60 states" --
11    which we've illustrated in I guess pink down at the bottom with
12    an ellipsis.
13              (Reading) Accordingly, the remaining 60 states, any
14         bit in the four foremost upper bits of the remaining 60
15         states is non-zero.  That indicates that it's a payload
16         size.
17         So what it's basically saying is, on this next slide, this
18    is slide 13, it's referring to what I highlighted in blue.  If
19    any of those bits -- the '278 patent says if any of those bits
20    are non-zero, that means it's a payload size.  And if -- but if
21    they're all zero, that means it's a redundancy version, and
22    that's how the system knows whether this common field is
23    indicating a payload size or a redundancy version.
24         And in the detailed specification, you can see it
25    describes this about indicating it's one or the other - it's a
```

```
 1    payload size or a redundancy version.  And I'm not going to

 2    read those in the interest of time.

 3         And then notably in the prosecution history, this Kim

 4    patent came up.  And this same picture you looked at from

 5    Figure 10, this is in the prosecution history, and the patentee

 6    distinguished the '278 by saying:

 7              (Reading) The '278 Claim One requires that both

 8         payload size and RV are indicated through states of a

 9         field where the states is indicated by all N bits of the

10         field.  And in contrast, Kim uses only some bits, but not

11         all bits of the common field.

12         So the point of distinction in this patent is simply the

13    '278 says it always uses all fields, and the prior art uses --

14    for redundancy version only uses two of the six fields.

15         So that's basically the '278 patent, Your Honor.

16         Now, if I could move to the '239 patent.  This is -- this

17    one is math, so it's a little hard for me at least, but this is

18    the patent that allocates sequences to avoid interference

19    between cells, have a low correlation.  And so for background,

20    the -- here we start with the base station sending to the UE

21    something called a "known reference symbol," so that's a new

22    concept.  And, again, this is all about avoiding interference.

23    And it also -- this is the payload coming over, so there's a

24    known reference symbol, and the unknown data is the payload.

25    So the reference symbol is something that both the base station
```

1    and the UE know.  They both know what the known reference

2    symbol is supposed to be.

3        So then what happens is you get interference, and the UE

4    receives corrupted data for both the known reference symbol and

5    the unknown data, and then it sends back to the base station

6    the known reference symbol and the unknown data, and the same

7    thing happens.  There's corruption.

8        So before I get into the more specifics of the patent,

9    just to close the loop on this.  The known symbol is used to

10   help figure out what the interference is doing to the symbol --

11   or to the data, and it's used to correct errors in the data

12   that's transmitted.

13       So that's all background, and then we get specifically

14   into the area where the patent is talking about.  And this --

15   the patent is talking about something to do with these known

16   symbols, Your Honor.  That's why I go into those.

17       The patent describes a way to improve the performance of

18   these reference symbols by assigning different subgroups of

19   symbols or sequence to different cells.  So here you have group

20   K which is a group of cells, and then within it you have

21   subgroups.  So you have cell one, cell two, and cell three, so

22   you have these three different subgroups in my example.

23       And then what the patent is trying to do is assign

24   sequences for these known symbols that have a low correlation

25   between -- when -- between the cells that are touching each

```
 1   other.  And so they want to avoid -- it helps avoid
 2   interference when you're moving from say subgroup 1 to
 3   subgroup 2 or subgroup 3.  And there's certain mathematical
 4   properties that they can use in these sequences that give them
 5   a low correlation which translates into less likely that
 6   they'll be confused.
 7        So here is an example of sequences.  I just want to point
 8   out that the sequence group can be different sizes.  So here
 9   I've shown one is 10, two is 9 and three is 8 bits.
10        Now, getting to the -- one more thing before we get to the
11   specifics of the patent.  There's something that it's hard to
12   understand, but it's called a "basic sequence."  And the way
13   the basic sequence works with cyclic shifts is you start with a
14   number, and then the cyclic shift -- in this example you shift
15   left one bit, and this is something that's part of this whole
16   thing.  So you have cyclic shifts based on a basic sequence.
17        Now we get to the claim at issue.  I have to use the
18   claim, because this equation -- there's a specific equation in
19   this claim, Your Honor, and it is -- that specific equation is
20   not in the spec, so I have to use the claim to explain it.
21        So here you see the sequence of each length need be
22   planned separately, and the interference among sequences with
23   different lengths needs to be considered in a system with
24   multiple cells.  So that's what I've illustrated or highlighted
25   with the red underline.  If you look at the claim it says $N_I$ is
```

1   a length of a sequence in the candidate sequence collection.

2   $N_1$ is a length of a reference subgroup sequence.  So that's

3   where the claim talks about different sequences, lengths that

4   you need to keep track of and plan for separately.

5        Then the claim also talks about a basic sequence index.

6   And the sequence in each subgroup are generated by this -- by a

7   particular basic sequence.  So that's what we just looked at,

8   the basic sequence, and then you have the cyclic shift after

9   that, and that's what the basic sequence index is referring to

10  there.  It's a very particular basic index sequence that's

11  being defined in the claim, and that's what you're looking for

12  in this claim.

13       Then you'll also note that there's -- the claimant in this

14  equation in the claim uses a group number k.  That is a

15  reference, Your Honor, if you think back to the illustration of

16  the big circle group K, and then from that number K, which is a

17  constant in this equation, you determine subgroups, basic

18  sequence index, et cetera, et cetera.

19       So how does this work?  Well, it's just math, Your Honor.

20  And so I've just provided one example.

21       Now, some of these variables, $I_K$, $N_I$ and $N_1$, or I should

22  say some of these indications are variables, and some of them

23  are constants.  So, for example, K is a constant in this

24  equation, whereas I and the others ones can be variable, I

25  believe.

1          So here on the left-hand side, Your Honor, we've tried to

2     put -- well, if you look at the claim, it says:

3               (Reading) A value of a basic sequence RI in the

4          subgroup I in the sequence group K is at least one of, and

5          it has four things.

6          So then if you look down at the bottom left, that's

7     basically a restatement of what they said, because the claim is

8     pretty -- not worded very clearly.  But there's four different

9     things RI could be, basic sequence could be.

10         And so this is just an example, but say you have I is 1

11    and K is 5, $N_I$ is 10 and $N_1$ is 6, the claim would then, if you

12    follow the claim, then you'd get a reference sequence of 8.3,

13    8.3, 9.3 and 7.3.  So that's what the claim is basically --

14    that's how you walk through the claim, the equation in the

15    claim.

16         And then there's also this concept of rounding down and

17    rounding up.  I think counsel already covered that, so I

18    will -- I don't think I need to talk about that.

19         Now, Ms. Acharya, will address the '613, Your Honor.

20              **THE COURT:**  Great.

21              **MS. ACHARYA:**  Good morning, Your Honor.

22              **THE COURT:**  Good morning.

23              **MS. ACHARYA:**  Deepa Acharya for Samsung.

24         So I'm going to be talking about the '613 patent.  Just so

25    you know, there isn't as much math involved in this one, so it

1  might be a little bit easier to understand.  A little bit of

2  math, but not too much.

3      So this was the first patent that Huawei's counsel talked

4  about this morning.  Basically, this patent has to do with a

5  device and a method for sending a specific type of information,

6  and that information is called a "service," and it uses a known

7  method of transmitting this information called "time division

8  multiplexing."  So the '613 patent calls this service "time

9  division multiplexing," because you're sending a service using

10  this method called "time division multiplexing."

11      Let me just talk about time division multiplexing for you.

12      So you heard a lot about transmitting information between

13  the mobile phone and the base station today.  Time division

14  multiplexing is just one way of transmitting that information

15  between the mobile phone and the base station.  And basically

16  what it allows the network to do is it allows, for example, the

17  base station to send multiple independent signals all together

18  in a common signal path.  The base station can do this when

19  it's sending it to the mobile phone, and the mobile phone can

20  also do this when it's sending it to the base station.

21      So if you look at the example on this side, the base

22  station is able to send signals 1 and 2 together over a common

23  signal path to the mobile phone.  Similarly, the mobile phone

24  can send, for example, signals 3 and 4 over a common signal in

25  the uplink to the base station.  And this is basically to help

 1   save network resources.

 2       Time division multiplexing is a very well known concept.

 3   It's been used over the years, dating as early as the 1870s.

 4   It was used in telegraphy to route transmissions simultaneously

 5   over a single transmission line.  It was also used in

 6   telecommunications standards in the 2G GSM standard in the

 7   early 1990S, and then again it was also used in the wireless

 8   standard in the early 2000s in the IEEE 802.6 standard.

 9       I mentioned earlier that this patent is directed to

10   transmitting a specific type of information using time division

11   multiplexing.  That type of information is called a "service."

12   And as it shows in the patent, a service can be either a

13   multimedia broadcast multicast service, which we also just

14   referred to as "multicast service," or it can be a unicast

15   service.  The patent is directed at only transmitting this kind

16   of specific information, which is a service, not sending any

17   other type of potential service information, just this

18   multimedia multicast service or a unicast, the service itself.

19       So I just mentioned there are these two types of services.

20   There's the unicast service and a multicast service.  What is a

21   unicast service?  Well, it's a point-to-point service, meaning

22   the mobile device request for a specific type of information

23   from the network, and the network in response to that request

24   sends that information back to the UE; for example, a text

25   message, point-to-point, from one UE to another UE in the

1   network.

2        Another type of unicast service is, for example, we have

3   these apps like Netflix, Hulu.  A user opens it up on their

4   phone and chooses, you know, a show that they want to watch.

5   They send a request to the network.  The network collects that

6   information and sends that data for that video back to the UE,

7   point-to-point.  It doesn't send that information to any other

8   device at that time.

9        A multicast service, on the other hand, is a little

10  different.  What that does is the network is able to send the

11  same information at the same time to a number of devices that

12  have requested that information.  So it's a type of broadcast.

13  Counsel for Huawei talked about broadcasting TV.  You can

14  broadcast radio.  So it's a very specific type of broadcasting,

15  and it's sent to multiple devices, as opposed to just sending

16  it to one device as in unicast.

17       Here, I've provided some examples.  And I just want to

18  make it clear, because Huawei's counsel talked a lot about

19  broadcasting video.  Well, not all video is multicast.

20  Actually, a majority of the video that we stream today on our

21  phones and on our devices is unicast.  So if you think of

22  streaming video on Netflix or Hulu or HBO or Showtime, that's

23  all unicast, because a user requests for a video or show on

24  their phone, and that information is sent only to that device

25  in response to that request; for example, text messaging is the

same, and you can also do music, Pandora, Spotify, same thing.

Multicast services, however, is a very narrow portion of that video streaming; and, actually, in the U.S. it's never really caught on.  Verizon is the only major network carrier in the U.S. that's deployed LTE multicast in its networks.  And Verizon has two applications which we can see here.  There's the Verizon Go90 and the Verizon Indycar series, and that's basically how multicast is used on the Verizon network. Verizon Go90 allows a user to watch TV, pro live sports, certain sports that allow it.  Verizon Indycar lets the user watch, I guess, Indycar races on their phone.

The fact, that multicast services is just not widely used, I can give you an example; for example, the Apple iPhones, they don't even allow for multicast services to be used on their phones.  It's just not capable of it, because it's really not used.  Other phones just don't have the functionality for users to be able to take advantage of the multicast services.  So just to give you an example, it's just not something that's very well known.

Again, transmitting multicast and unicast services was also very well known.  This was done in the 2G systems, it was done again in the 3G system, and then incorporated in 4G.

Now, there's two ways of transmitting multicast services. You can send it in mixed carrier mode, which is like we talked about using time division multiplexing; you can send multicast

1    and unicast over a common signal; you can also send it

2    separately on the multicast and unicast in separate signals,

3    and that's known as "dedicated carrier mode."  But the '613

4    patent is directed to mixed carrier mode.

5        Now, I'm not going to spend too much time on this, because

6    Huawei's counsel talked about it, but there is a carrier -- and

7    this is the format for transmitting information from the base

8    station to the UE.  There's a carrier, it's made out of radio

9    frame, radio frames are made out of subframes.  But let's see

10   how mixed carrier mode looks like when it's transmitted from

11   the UE -- I mean from the base station to the mobile device.

12       You can see there's a carrier.  I have an example up here.

13   And in this example, radio frame 2 contains the multicast

14   information.  Radio frame 6 contains the unicast information.

15   So this carrier is transmitting both multicast and unicast in

16   the same carrier.  So that's what mixed carrier mode means in

17   this patent.

18       Again, transmitting in mixed carrier mode is known.  The

19   '613 patent acknowledges this in the background as well.

20       Now, the inventors of the '613 patent thought that there

21   was a problem, because they thought that if you're sending both

22   multicast and unicast in the same carrier, the UE, the mobile

23   device won't know what's being transmitted.  So what it has to

24   do is it has to actually go through and unpackage each radio

25   frame in order to figure out what's in there.  And that, you

1    know, wastes resources for the phone.

2        So what do they do?  They decided to send position

3    information to the mobile device.  Position information is

4    basically a map.  What it does is it tells the mobile device

5    where exactly the multicast information is located, so then the

6    mobile device can just figure out, okay, I know what's in these

7    frames.

8        The patent claims talk about two different ways of sending

9    this position information, and the easiest way for me to talk

10   about it is by using an example.  So the first way of sending

11   this position information is to send the specific radio frames

12   in the carrier.  What I have here on the left-hand side, that

13   I've highlighted in yellow, the highlighted yellow radio frames

14   are the frames that contain the multicast information.

15       So in this case, in the first scenario, the base station

16   would just send four radio frames to -- or send the number 4 to

17   indicate that there are four radio frames that contain

18   multicast information.

19       In the second way of sending position information, the

20   base station indicates to the UE the interval or the pattern of

21   where that multicast information is.  Here, it would send

22   what's called this 2 to the little M.  In this example, little

23   M is just number 1, because 2 to the 1 is equal to 2.  That

24   means every second frame now contains the multicast

25   information.  So it's a map.  It lets the mobile device know

1    where this information is located.

2        Now, I just want to quickly talk about and clear up

3    something related to the Super Bowl.  Huawei's counsel talked

4    about the use of streaming the Super Bowl using multicast to

5    stream Super Bowl.  Well, you know, when this concept was first

6    introduced into the LTE standards, yeah, carriers were excited

7    about it initially.  They started testing it, started to see

8    how they could potentially use the benefits of multicast

9    services.  In 2014, Verizon tested it in hopes of being able to

10   stream the 2014 Super Bowl.  It never did, though.  It didn't

11   get beyond a test.

12       We fast forward three years later in 2016, 2017, we see

13   that even Verizon, who is the only major network carrier that's

14   deployed LTE multicast, even they're saying it's not a

15   moneymaker.  Basically other than Verizon, no one else has done

16   this.

17       Unless you have any other questions --

18            **THE COURT:**  I don't.  Thank you.

19            **MS. ACHARYA:**  -- I'll pass it.

20            **MR. VERHOEVEN:**  Your Honor, I'll quickly address the

21   last two patents.  I'll start with the '166.

22       This patent concerns where you're moving from an LTE

23   system to a legacy system.

24       If we could go to slide 47.

25       So here in the description for the field of the invention

section, it's referring -- the present invention relates to a
method and apparatus for accessing legacy, e.g. preexisting
technology, such as 2G/3G wireless networks through a temporary
ID of an evolved network.

So you have this temporary ID, that you heard about
before, and what it's talking about -- how you handle that
temporary ID when you move from an LTE to a legacy system.

And then I think it's helpful to sort of frame ourselves,
for me to point out that all of the asserted claims that you'll
be considering, Your Honor, are claims from the UE side of this
back and forth.  So when you're looking at all of this, you
should be looking at it for what does the UEs do, because
that's what the asserted claims are.  There are other claims
that are from the systems side, but they're not asserted.

All right.  So really quickly, here we have a slide
illustrating the known technique from the legacy network.  And
just in terms of architecture, the legacy network is broken
into what's called an "access network," which is on the left,
and that includes a series of base stations or NodeBs.  And
then on the other side is the Core Network, and that includes a
series of entities called "SGSNs."  So you have SGSN1, SGSN2.
SGSN stands for Serving GPRS Support Node.

The name is not important, just -- so we just say "SGSN."
The SGSN acts as a gateway to external networks, which I've
just shown by the cloud on the top right, like the Internet,

1  and it passes data between the mobile device and these external

2  networks.

3       So here we see an illustration.  So the UE sends a signal

4  to the NodeB, and the NodeB sends the signal to SGN1, and then

5  what happens is SGN1 sends back an NRI.  "NRI" stands for

6  "Network Resource Identifier."  So it sends back an identifier.

7  And what is the Identifier?  The Identifier is what we're

8  talking about, this temporary identifier.  And what does the

9  mobile device do in this legacy system?  It puts this

10  Identifier in something called a "P-TMSI," which is -- stands

11  for "Packet Temporary Mobile Subscriber Identity."  And then

12  the device uses this NRI to identify in order to avoid sending

13  sensitive information permanently over the air.  So as you

14  heard, temporary ID instead of permanent ID is used for

15  security purposes.

16       This next slide.  Oh, that's how it works (indicating).

17       The next slide shows how the mobile device uses this

18  P-TMSI and NRI when it moves geographically within the same

19  network, so the same legacy network.  So first the mobile

20  device moves from one network to the other.  Next, the mobile

21  device connects to the base station in the new cell.  Then the

22  mobile device sends what's called an "access message" to the

23  base station, and the access message includes the P-TMSI and

24  also includes the NRI bits.  So the base station looks at the

25  NRI bits in the P-TMSI and determines that the mobile device is

1    registered among all these different SGNs to SGN1.  Then the

2    base station reroutes the connection to the SGN1.

3         Now, now I have an illustration here which gets to the

4    area of the patent.  So you have an LTE network that's in the

5    blue, and you have the 3G legacy network.  So the main

6    difference between the LTE network and the legacy network, for

7    our purposes here, is that the LTE network uses something

8    called a "Mobile Management Entity," or "MME" to fulfill the

9    role of the SGSN.

10        So you see up here on the right side the blue box is the

11   LTE system and uses this phrase "MME," and the legacy system

12   uses the phrase "SGSN."  The MME, similarly a gateway to the

13   external networks the same way as the SGSN, so those two terms

14   are roughly equivalent between the systems.

15        Now, all of this so far is known in the art, and this just

16   illustrates how it works (indicating).

17        You get back the MMI (sic) ID, similar to getting the NRI

18   ID, and then the MM (sic) ID is put into the P-TMSI.  In the

19   legacy system it's called "Go10," or, I'm sorry, in the LTE

20   system it's called "Go10."  But for purposes of this patent,

21   we're talking about transitioning from LTE to the legacy

22   network.  So this would be taking the MME-ID and putting it

23   into the legacy network P-TMSI.

24        Quickly.  Now, here's what the patent is talking about.

25   So suppose a user moves from the LTE network to the 3G network,

1    so it moves from the current network to a legacy network.  The

2    mobile device sends a signal to the base station in the legacy

3    network.  It sends up its access message.  The base station

4    pulls out -- opens the package, and it pulls out the P-TMSI

5    from the access message.  The base station looks at the MME-ID,

6    and then it reroutes it to the LTE network.  So what the patent

7    is talking about doing, generally, is you just substitute the

8    NRI into the P-TMSI with the MME-ID into the PTSI (sic), and

9    that's a point of distinction in that patent.

10        Unless there's any questions, I'll move on to '197.

11            **THE COURT:**  Go ahead.

12            **MR. VERHOEVEN:**  Just to frame this, the three patents

13   here, '197, 246 and 003, are basically all the same invention.

14   They have the same specification, the same figures, and they're

15   all terminally disclaimed, so we're treating them as one patent

16   or one group.

17        So this patent concerns cell reselection.  So let's start

18   with cell selection before we get to reselection.

19        So cell selection is when the user device sends a signal

20   to LTE 1, in this example, and then the base station sends the

21   signal back, and the UE, or the user device, says:  *Have

22   certain criteria been met*?  And I think the other side uses a

23   list, but these are things like is the signal strong enough,

24   and technical aspects of the signal to say whether it wants to

25   communicate on that base station.  If it's "no," then the cell

1    phone then sends a signal to LTE 2.  The signal comes back, and

2    cell phone says:  *Is the criteria met on this one?*  And the

3    answer is "No."  So it switches to another cell.  In this

4    example, LTE 3 does the same thing.  It comes back:  *Are the*

5    *criteria met*?  "Yes."  So it chooses LTE 3.  That's cell

6    selection.

7         Now, moving to cell reselection is -- this concerns, say,

8    for example, the cell phones move geographically.  So you

9    already had a cell selection, and then you move somewhere, and

10   it may want to select a new cell, so the signal may no longer

11   meet the requirements.  And that's cell reselection.  But the

12   same thing is true for cell reselection.  There's many cells

13   that are available, and so for reselection, the mobile device

14   needs some way to prioritize the cells it should measure, and

15   this is done with a priority list.  And there are two types of

16   priority lists, which Your Honor already asked a question

17   about:  There's the "dedicated priority list" and a "public

18   priority list."  For our purposes, we only need to understand

19   the "dedicated priority list," so I'm not going to go into the

20   other one.

21        So here, the way it works is the cell phone sends a

22   signal, and it gets this "dedicated priority list" back, and

23   then the cell phone moves, and, when the cell phone moves, it

24   sends signals according to the dedicated priority list.  It's

25   hard to see, but in our example the list is LTE 5, LTE 8 and

1  LTE 4.  So in our example, following the priority list, it

2  first checks LTE 5 with the same methodology:  *Is this criteria*

3  *met on LTE 5*?  "No."  Then it goes next on the priority list to

4  LTE 8:  *Is the criteria met*?  "No."  Then it goes to the next

5  item on its priority list and does the same thing, and then

6  asks:  *Is the criteria met*?  "Yes."  And then it selects the

7  cell.

8      So turning to the patent, in the background technology --

9  so all of this is -- I should say all of this is background.

10  So turning to the patent, it's talking about -- it describes

11  this existing technology.  So we've just presented an excerpt

12  from that.

13         (Reading) In the current LTE system, the terminal will

14      first measure a frequency or system having a higher

15      priority.  If the cell or frequency or system having a

16      higher priority meets the cell's reselection process, the

17      cell will be reselected.

18      So that's what we just looked at.

19      Then it talks about the problem with the existing

20  technology.  And this is column one, lines 556 through 61, and

21  they say:

22         (Reading) In the existing technical solutions, the

23      terminal performs cell reselection by using a "dedicated

24      priority list" established by the non-mobile

25      communications system.  The access network or the Core

1       Network has to add more signaling for establishment of the

2       dedicated priorities, which leads to higher costs for the

3       network.

4       So this is the higher cost that you heard counsel refer to

5  that this patent is designed to avoid, and it does that by not

6  needing this additional signaling.  And here's how it does it.

7       So first the mobile device starts out in an LTE network.

8  I should have said -- sorry, I apologize -- I should have said

9  the patents is talking about moving from one network to another

10 just like the other patent.  So this is talking about moving

11 from LTE to some other network.  And there's a GERAN network,

12 which is GSM, there's the UMTS network, there's the LTE

13 network.  There's different networks that have different radio

14 technology.

15      So, like the other patent we just looked at, this one is

16 talking about cell reselection, and all that, but it's talking

17 about when you move from the LTE to a legacy network.  And

18 that's why you need the extra signaling before the invention,

19 because the -- previously the identification stuff didn't work

20 in the other networks, unless you added more signaling.

21      So here, the mobile device moves, in our example -- so

22 first the mobile device gets the dedicated priority list, and

23 from the LTE network, but then the user moves to let's say the

24 GERAN system.  Then the mobile device connects -- so then

25 the -- well, I think we might have a glitch there.  The mobile

 1    device realizes it can't connect using the dedicated priority
 2    list as received from the LTE network, so the mobile device
 3    then -- I didn't show the signal how it determined that, but it
 4    determines that, and then it sends the signal to the GERAN
 5    system, and the GERAN system generates a new dedicated priority
 6    list and provides the new dedicated priority list to the UE.
 7    So that's basically, without talking about the claims, what
 8    we're talking about here.
 9         This is illustrated in Figure 1.  Very simply, terminal --
10    the terminal -- and terminal in the patent is UE, the
11    handset -- obtains a dedicated priority list from a first
12    system.  Cell reselection is performed according to the
13    dedicated priority list when the terminal camps on a cell of a
14    second system.  And this is to avoid increased signaling.
15         So the next -- and here, if you look at the specification,
16    it's talking about -- the dedicated priority list talks about
17    moving from GERAN to UMTS to LTE, et cetera.
18         So here's what the patent is talking about.  You get the
19    dedicated prior list.  Now, this is a list about systems,
20    GERAN, UMTS, LTE.  And then the user moves and contacts the
21    GERAN system first, according to that priority list.  *Is the*
22    *criteria is met*?  "No."  Then it contacts the UMTS system, and
23    it does the same thing:  *Are the criteria met*?  "No."  And then
24    it goes back to the LTE system:  *Are the criteria met*?  Yes,
25    they are, because the phone was set up in that system.

1          So it's the same back and forth for all of these, cell

2      selection, cell reselection, and then moving from different

3      networks.  And the point of distinction is you have this

4      priority list among networks in addition to the prior art where

5      you have priority lists among a single system.

6          So I think that concludes my presentation, unless you have

7      any questions.

8              THE COURT:  Great.  Thank you.

9              MR. VERHOEVEN:  So now we're done with the asserted

10     patents by the plaintiff.  I don't know if you want to take a

11     break, but otherwise we'll turn to the asserted patents by the

12     defendants.

13             THE COURT:  I think we better take a break for the

14     court reporter, if nobody else.

15             MR. VERHOEVEN:  Okay.

16             THE COURT:  So we'll take ten minutes, Mr. Bettinger.

17             MR. BETTINGER:  Yes, Your Honor.  Would it be possible

18     for the folks in the audience if we could turn one of the

19     screens around just so they could see?

20             THE COURT:  Certainly.

21             MR. BETTINGER:  Okay.  We'll do that at the break.

22     Thank you.

23             THE COURT:  Thank you.

24                     (Recess taken at 10:47 a.m.)

25                     (Proceedings resumed at 10:58 a.m.)

1          THE COURT:  All right.

2          MR. WHITEHURST:  Good afternoon, Your Honor.  Alan

3    Whitehurst for Samsung.

4        If it pleases the Court, I'll be addressing Samsung's

5    patents.

6          THE COURT:  Great.

7          MR. WHITEHURST:  I'll go to slide three.  I believe

8    you have a copy of the slides somewhere up there.

9          THE COURT:  I do.

10          MR. WHITEHURST:  Huawei has identified five terms from

11   five of Samsung's patents.  These patents are shown on the

12   screen in front of you.  All five of these patents have to do

13   with the LTE standard.

14        Just to provide a quick overview, we're going to see a lot

15   of overlap of what we already saw this morning.  The first two

16   patents, the '130 and the '726 patents have to do with fixing

17   errors.  The '130 patent has to do with protecting

18   acknowledgment information.  These are the ACKs and NACKS that

19   Mr. Verhoeven previously mentioned.  And the '726 patent is

20   going to have -- is going to do with calculating a HARQ Process

21   Identifier, and we've already discussed the HARQ processes.

22        The next two patents, if you look there in the middle of

23   the screen, the '825 and '588 patents have to do with what's

24   called a "shared channel."  You could kind of think of this

25   like a busy highway.  Lots of phones are going to be sharing

1  the same channel.  Now, whenever a phone initially powers up or
2  moves to a new area, it has to initialize communications on a
3  shared channel, and this is what the '825 patent is about.
4      '588 patent is a little different.  It has to do with
5  making sure that the phone doesn't miss important data on the
6  shared channel.  In order to save battery power, these phones
7  are going to take naps, but they wake up periodically to check
8  for data on the shared channel, and the '588 patent has to do
9  with how long the phone wakes up for, and this is called the
10  "active time period."
11      And finally, the '195 patent has to do with scanning
12  control signals.  In an LTE system, there are lots of control
13  signals, and it would be inefficient to scan all of them, so
14  the '195 patent describes a process where the phone can take
15  its identifier -- each phone has a terminal identifier -- and
16  use that identifier to limit the number of channels that it
17  actually has to scan.
18      Now, to save time, I'm going to jump forward to slide 11
19  and dive right into the '130 patent.  And if we look at the
20  first slide, slide 12, you'll see this acknowledgment
21  information that we talked about earlier today.  The
22  acknowledgment information is something that the phone is
23  sending back and saying *hey, I got the packet*, or *something is*
24  *wrong, please resend it.*  And the '130 patent is about
25  protecting this acknowledgment information.

1     If we go to the next slide, slide 13, you can see here the

2  reference signal and the acknowledgment information, the *got it*

3  or the *resend*.  Now, in a HARQ process, the acknowledgment

4  information is actually more important than the data itself,

5  and there's a good reason for this.  If there are errors in the

6  data, you can use the HARQ process to actually fix the errors.

7  But if there are errors in the acknowledgment information, the

8  whole system, the whole process can break down.  And so this

9  reference signal, which we discussed earlier, is something that

10  the transmission is going to use to fix the errors.  And the

11  '130 inventors figured out that the safest place to put this

12  acknowledgment information was next to this reference signal,

13  and that's what you see here on the screen before you with the

14  acknowledgment information next to the reference signal.

15     Now, just to provide some background, you're going to see

16  a series of arrows going back and forth.  This green arrow is

17  showing the downlink, which we already discussed today, and

18  you'll see that there are errors when the signal arrives at the

19  phone.  But fortunately the phone is able to correct a lot of

20  these errors, and if it does and it successfully corrects all

21  the errors, it sends the ACK back.

22     But if you look at the next slide, slide 16, you'll see

23  that there were two errors in this transmission that the phone

24  was unable to fix, unable to correct, so in this instance it

25  sends back the NACK.

1          Now, I'm not going to go through the HARQ process in

2     detail, because we've already touched on that earlier today.

3     But we see that in the HARQ process we have this back and

4     forth.  The same packet is retransmitted a couple times:  You

5     send the NACK, you get another copy, you combine them, once you

6     combine them, hopefully you get the complete package, and if

7     you do, you send the ACK back.

8          Now, one other concept that's important to the '130 patent

9     is the reference signal.  Mr. Verhoeven explained how the

10    reference signal passes through the interference.  And if you

11    look on the screen here, you can see that this reference signal

12    and the unknown data are passing through the interference.

13    When it arrives at the phone, the reference signal has been

14    distorted.  The unknown data has errors in it.  But what the

15    phone can do is compare the distorted reference signal with the

16    known reference signal to figure out what the interference is

17    doing to the unknown data, and then it can use that information

18    to better correct the errors in the unknown data.

19         And the same thing works on the uplink.  You can take a

20    known reference signal of unknown data in this transmission

21    from the phone to the base station.  The base station can use

22    the known signal to figure out what the interference is doing

23    and better correct the errors.  And that's why we send a

24    reference signal in the first place, is so that each receiver

25    can do the error correction better.

1    Now, the reference signal can also be used for another

2    purpose.  The reference signal can be used by the phone to

3    figure out whether it's on a good channel.  It's a little hard

4    to see in this picture, but you can see that the base station

5    is transmitting these nice clean signals.  Each of the bits is

6    properly formed.  When it arrives at the phone, it has been

7    terribly distorted.  So now the phone can tell that this is a

8    poor channel, and it will send back a channel quality indicator

9    letting the base station know that it's a poor channel.  The

10    base station can use this information; maybe it will use

11    another channel; maybe it will aim to create the signal power.

12    We see the next thing on the next slide, but slightly

13    different.  In this instance, it's a good channel, and the

14    phone lets the base station know this.

15    At this point I'm going to kind of change gears a little

16    bit.  On slide 22, I'm going to explain what the frame

17    structure looks like on these transmissions, because this is

18    something that's important to the '130 patent, and it's

19    important to understand it.

20    And Huawei's counsel addressed this some this morning, but

21    you have this frame that's ten milliseconds long.  Now, within

22    the frame there are subframes.  They're each one millisecond,

23    and there are ten of them.  If you take ten one-millisecond

24    subframes and put them together, you get a ten-millisecond

25    frame.  Now, within each of these millisecond subframes, there

what are called "slots," and each of these slots are half a
microsecond long.  But this is where it gets complicated.

If we look at slide 23, you'll see that LTE actually uses
two different slot structures.  If it's a strong signal, the
phone can use a higher data rate with seven symbols, and that's
what we see above the purple arrow.  If you look below the
purple arrow, you'll see what happens when there's a weaker
signal:  The phone uses a lower data rate with only six symbols
in each slot.  And LTE uses both of these slot structures
depending on the strength of the signal.

Now I'm going to change gears and go back to the '130
patent itself and explain the invention better.

One of the important things that the inventors realized
is, as I mentioned, that the control bits are more important
than the data bits, and that's what you see highlighted on this
passage.  And they also figured out that the ACK and NACK bits
are more important than the channel quality indicator bits.
Now, the '130 inventors couldn't change the LTE frame
structure.  They were working with an existing structure, but
they did come up with a better way to protect these ACK and
NACK bits.

Now, if we look at the next passage from the '130 patent,
here on slide 125, you can see another thing that the inventors
realized.  They realized that errors increased as you move away
from the reference signal.  If you're right next to the

1   reference signal, there are less errors, and the farther away

2   you get, the more errors there are.  So they figured out that

3   the reference signal should be in one of the middle symbols,

4   and that the ACK and NACK should be immediately next to it.

5       Now, if we look at Figure 10 of the patent, you can get an

6   idea of how this could work.  The reference signal, which is

7   yellow, is one of the middle symbols.  You'll see there "RS,"

8   and that's an abbreviation for "Reference Signal."  You'll see

9   it's crosshatched.  And to help the Court we've highlighted it

10  in yellow here.

11      Now, the ACK and NACK bits, which are solid black, we

12  didn't do any additional shading.  They are solid black in the

13  original figure, and they're solid black there, and you'll see

14  that they're directly next to the Reference Signal.

15      Now, the channel quality indicator bits are highlighted in

16  green, and you'll see that they are spread out through the data

17  transmission.  And the data, which is purple, the channel

18  quality indicator bits are multiplex, which is a fancy word for

19  shuffling or interleaving.  The channel quality indicator bits

20  are shuffled into the data.

21      Now, if we look at Claim Nine of the invention, you can

22  see how this all fits together, and you can understand things

23  better.  You can see that the reference signal is met to a

24  middle symbol in the slot.  That's what's highlighted in

25  yellow, and that's what we just saw.

 1          Claim Nine talks about the acknowledgment information.

 2     This is the ACKs and NACKs, and you can see that it's in

 3     directly adjacent symbols.  The data is also in directly

 4     adjacent symbols, and the channel quality indicator bits are

 5     multiplexed with data.  That's the purple and green part.

 6          Now, on slide 30, if we go back to the LTE slot structure

 7     that we previously looked at, you can see what the inventors

 8     were working with and what this would have looked like.  As we

 9     just saw, the reference signal is in a middle symbol of the

10     slot.

11          If you go to slide 31, you can see that the acknowledgment

12     information, the ACKs and NACKs, are in directly adjacent

13     symbols.  So in one instance above the purple line, this would

14     be the third and fifth, and if you look at the sixth symbol

15     slot, this would be the second and the fourth.

16          If you go to slide 32, you can see that data is also in

17     these directly adjacent symbols.  The ACK and NACK doesn't take

18     up the entire symbol, so with the space that's left over, you

19     put data in it.

20          And then finally on slide 33, you can see that the CQI

21     bits are multiplexed with the data throughout the remaining

22     symbols within the slot.

23          And that covers the '130 patent.  So unless you have any

24     questions, I'll move on to the '726 patent.

25          **THE COURT:**  Go ahead.

1              **MR. WHITEHURST:**  Going to slide seven -- excuse me.

2        Going to slide 35, you can see that this patent, the '726

3    patent, is about calculating a HARQ Process Identifier.

4        Now, if you have a video call, you don't just send the

5    video all in one package.  You break the video up into single

6    frames, and that's what you're seeing here on the screen.

7    You're seeing a woman that -- she's transmitting a video call,

8    and you're seeing the first still image of this transmission.

9    You can see it arriving at the phone.  And unfortunately there

10   are errors in the transmission, so the phone is sending a NACK

11   back to the base station asking it to retransmit.

12       Now, what's going on in these transmissions is there are

13   lots of HARQ processes going on at the same time.  If it was

14   just one, it would be easy.  But unfortunately we have multiple

15   HARQ processes.  You can see here that we have a second still

16   image.  The woman's face is at a slightly different angle.

17   It's the next still frame in the video.  And you can see that

18   it's arriving at the phone.  And just like we saw for the first

19   packet, the second packet has errors as well, and that's why

20   the phone is going to send back a second NACK.

21       But here's where the problem arises.  This is where things

22   get interesting.  When you've got lots of HARQ processes going

23   on at the same time, you've got HARQ Process 1 and a HARQ

24   Process 2, sometimes these retransmissions arrive at the phone

25   about the same time, and that's where the '726 patent comes

1    into play.  It's a way that the phone can figure out which

2    packet goes with which HARQ processes, so that it can combine

3    the incoming packet with a stored copy, try to put them

4    together, and try to fix all the errors so they can

5    successfully get the package.

6        Now, the '726 patent pertains to something called

7    "persistent resources."  For large amounts of data like video

8    calls, LTE uses what are called "persistent resources" to send

9    the data.  These are particular frequency bands and time slots

10   that are reserved for the data.  The more data you're trying to

11   get through, it's nice to have these set resources that you can

12   use.  But the tricky part is when you're using these persistent

13   resources, the base station gets rid of the headers that would

14   normally be on the packets.  In most HARQ processes there's a

15   header that tells you this is HARQ Process 1, this is HARQ

16   Process 2.  But when you're using these persistent resources,

17   because you're trying to get more data through, you strip these

18   headers off, so that information is no longer there like it

19   normally is.  If the packets were numbered, it would be easy.

20   But in this instance the headers are gone, so you need the '726

21   invention.

22        And this problem and this solution that the inventors came

23   up with is shown in Figure 1 of the patent.  You can see here

24   that we're talking about the persistent resource interval.

25   This is where you take the headers off, and you're trying to

1   get more data through.

2        Now, this is the first packet that we just saw.  It came

3   in, it had errors.  The phone is sending a NACK back, saying

4   *hey, I need another copy of this packet*.  So the base station

5   retransmits the same packet as before.  That's in reference

6   number 120.  Unfortunately, the second copy is still corrupted,

7   so the phone is going to send back this NACK 125.  That's the

8   second resent message.  And this process continues.

9        Now, in HARQ Process 1, when you get the third packet 135,

10  it's still corrupted, so the phone sends back this third NACK.

11  But now you're getting into the second persistence resource

12  interval, and this is where the second HARQ process starts, and

13  this is the slightly different picture that we saw before where

14  the woman's face is at a different angle.  When the packet

15  arrives in the second persistent resource interval 145, the

16  phone sends back the NACK for a different HARQ process.  That's

17  NACK 150.  And then we see at reference numeral 160, here's

18  where the problem arrives.  A new packet comes in, and the

19  phone has to figure out whether this is HARQ 1 or HARQ 2.

20       Now I'm going to turn to the patent to see what the patent

21  says about this.  You can see here on the screen a passage from

22  column eight of the patent.  The '726 inventors figured out

23  that you can calculate the HARQ Process Identifier using three

24  variables:  I, N and T.  I is the length of the interval.  That

25  was the Persistence Resource Interval which we saw highlighted

1    in yellow.  It's actually in units of ten milliseconds, but it

2    relates to the length of the interval.  N in the number of

3    processes:  How many HARQ processes do we have going on at the

4    same time.  In this example we were just walking through, we

5    had two, but you could have a higher number of HARQ processes

6    that are going on at the same time, and that's N.  And then the

7    third variable is Time information, and that comes from the

8    equation 1, which is in the first part of this passage.  You'll

9    see that here in column eight of the '726 patent we have two

10   equations:  Equation 1 and equation 2, and the HARQ Process

11   Identifier is a function of I, N and T.

12        Now, just like we did before, if we go and look at the

13   claims, we can see how this is expressed in the claims.  You

14   are calculating a HARQ Process Identifier using three

15   variables:  The Number:  How many HARQ processes are there; the

16   Interval information:  How long is the Interval; and then the

17   Time information.  That's what comes from equation 1.

18        Now, the patent has another equation, equation 3, and we

19   see this in the specification in column nine.  What we were

20   just looking at comes from column eight.  You have equations 1

21   and 2, you keep reading R, and you get to equation 3 in column

22   nine.  And equation 3 is a more specific example of how the I,

23   N, and T can be used to calculate the ID.  And the next couple

24   of slides are going to explain how equation 3 works.

25        If we look at slide 46, you'll see that the variables I

1    and T, this is the Interval and Time information, are used to

2    calculate S.   T is divided by I and then rounded up to the

3    nearest integer.   This is what Huawei's counsel mentioned

4    earlier.   This is the ceiling function.   These are the brackets

5    where you only have them on the top but not on the bottom.

6         And so in this example that the patent is providing in

7    equation 3, it's using the ceiling function.   So if you had a

8    number like 2.4, if you're using the ceiling function, you go

9    up to 3.   It doesn't mean you're necessarily going to the

10   closest whole number, you're just automatically going up.   So

11   if you have 2.4, you go up to 3.   Now, once you divided T by I

12   and you round up, you get the output S.   And the point here is

13   you're not -- it's not so much that you're using the ceiling

14   function, but that you want to get a whole number.   You could

15   also use the floor to go down to the lower number.   You could

16   round up.   There are other ways to do it, but in this specific

17   example you're using the ceiling function to automatically go

18   up.

19        If we go to the next slide 47, we can see how equation 3

20   continues.   The output S in this other variable number of

21   processes N are used to calculate an index.   And the way

22   equation 3 does it is S is divided by N, and then the remainder

23   is the index.   This is called the "mod function".   "Mod" stands

24   for "modulo," and it's another name for remainder.

25        So, for example, if you took 11 and divided it by 3, you

1   would -- the 3 would go in three times to 11, and you would

2   have a remainder of 2.  So if you were using the mod function,

3   the remainder of 2 would be the output, and that's what's going

4   on here.

5        And finally, on slide 48, you see that the index is then

6   used to get the ID.

7        Now, if we go back to the claims, if you look at dependent

8   Claim Four, you can see that Claim Four is mentioning this

9   integer S.  It doesn't say you have to use the ceiling

10  function, just that it is an integer that is derived from T

11  divided by I.  It also says that the ID is calculated using the

12  modulo function.  That's what we just saw in equation 3.  And

13  the ID is calculated using the remainder when S is divided by

14  N.

15       And just one final slide.  If you put Claims One and Four

16  side-by-side, you can see how they're different.  If you look

17  on the left-hand side of the screen, you will see -- well,

18  you'll see that they both mention I, N and T.  These are the

19  three variables that are highlighted in green.  But if you look

20  on the left-hand side in Claim One, you'll see that it says the

21  ID is calculated using the three variables.  Well, if you look

22  on the right-hand side of the screen, you'll see that Claim

23  Four mentions S and the modulo function.

24       And that concludes my presentation for the '726 patent.  I

25  don't know if you have any questions; otherwise I'm going to

 1    turn the floor over to my colleague, Mr. Zado, who is going to

 2    address the '825 patent.

 3              **THE COURT:**  All right.

 4              **MR. ZADO:**  Good morning, Your Honor.  Ray Zado on

 5    behalf of Samsung.

 6         And the next patent we'd like to discuss today is the '825

 7    patent that relates to initiating communications on a shared

 8    channel.

 9         So you heard a little bit about shared channels earlier

10    today, but essentially shared channels are used by multiple UEs

11    to communicate with the NodeB.  So you can think of it like, as

12    my colleague Mr. Whitehurst said, as a highway where you have

13    multiple UEs sending data over a shared uplink channel to a

14    NodeB or a NodeB sending data down to multiple UEs.

15         Now, because multiple UEs can receive data or send data

16    over a single shared channel, there needs to be some way to

17    uniquely identify each of the UEs so you know which is the

18    intended recipient or the sender of data over that channel.

19    And the way this is accomplished, in the context as described

20    in the '825 patent, is by using what's simply called a "short

21    ID."  And a short ID is a unique ID that's assigned to each UE

22    within the cell, as reflected in the ID numbers here on the

23    representative UEs on the left-hand side.

24         Now, the IDs need to be short, because these IDs have to

25    be included within each message or packet of data that is sent

1    over the shared channel.  So in this example you can see this

2    is a shared downlink where the NodeB is sending data to a UE.

3    There's a message or a packet of data that includes a

4    particular short ID number there.  It's the 1742.  Because that

5    ID is included in the packet, then the UE with the

6    corresponding ID number 1742 knows the packet is intended for

7    that UE, and correspondingly, the other UEs know that that

8    packet is not intended for those UEs.

9        Now, before data can be sent over a shared channel,

10   there's some housekeeping or setup work that needs to be done,

11   and this includes assigning the short ID to the UE.  I'm going

12   to walk through that process over the next few slides.

13       So the first step in this process is the NodeB has to send

14   system information to the UE, and the system information is

15   basic information about the characteristics of the NodeB that

16   allow the UE to send data over the network.

17       After receiving this system information, the UE can then

18   use that information to send a message that's called an

19   "initial uplink message" to the NodeB.  And what the initial

20   uplink message does is it informs the NodeB of the presence of

21   the UE, and then requests the use of a shared channel.  And

22   this message is sent over a special kind of channel for this

23   purpose referred to as the "Random Access Channel."

24       Now, after the NodeB receives that initial uplink message,

25   it processes the message, and then it can assign a unique ID,

 1   or the short ID, to the particular UE, and then sends a

 2   response message that includes that assigned short ID.  And in

 3   the prior art this was generally sent in the message column,

 4   initial downlink message.

 5       Now, prior systems before the '825 patent weren't able to

 6   send this initial -- this response message, including the

 7   assigned short ID on a shared channel.  Rather, they had to use

 8   a special type of channel for this purpose, which was called

 9   the "Forward Access Channel," or the "FACH."

10       And so with the '825 patent, by contrast, that describes

11   systems to -- or systems and methods to initiate communications

12   with the NodeB, but don't require the use of this special

13   channel, but instead allow for the response message to be sent

14   over the shared channels, which are used for other

15   communications within the system.

16       And this technique uses what are called "pools" or groups

17   of temporary IDs as part of setting up the communication with

18   the -- with the UE and the NodeB.  And I'll describe that a

19   little bit more in the next few slides.

20       So first, as you heard earlier, the NodeB sends system

21   information to the UE, but in the context of the '825

22   inventions, this system information also indicates pools or

23   groups of temporary IDs from which the UE can randomly select.

24       After receiving this system information, the UE then

25   randomly selects one of the temporary IDs from the indicated ID

 1  pool, and then it prepares its initial uplink message, and it

 2  includes in that initial uplink message the temporary selected

 3  ID.  And this is also sent over the Random Access Channels

 4  similarly as was done previously.

 5       So after the -- after the -- after the NodeB then receives

 6  the initial uplink message a couple things happen.  So on UE

 7  side, the UE starts monitoring the control channel for a

 8  response message with that selected temporary ID.  And then on

 9  the NodeB side, the NodeB receives the message, processes the

10  message, assigns a short ID to the UE, and then sends the

11  response using that temporary ID in the process of assigning

12  the dedicated short ID.

13       And the '825 patent discloses a couple different ways to

14  do this, and there are two examples here.  On the left-hand

15  side is the embodiment, is Figure 4.  There's a first message

16  that's sent from the NodeB to the UE, and that includes the

17  temporary ID, which is sent over the shared control channel,

18  and this message informs the UE that it should expect a

19  subsequent message on the shared downlink channel, and then the

20  follow-on message the NodeB sends to the UE initial download

21  message that includes the temporary ID and the dedicated short

22  ID.

23       The Figure 9 process works a little bit differently, but

24  it accomplishes the same purpose.  In figure -- as is disclosed

25  in Figure 9, the NodeB sends a single message over the shared

1   control channel, which includes both a temporary ID and the

2   dedicated short ID that's been assigned to the UE.  So the two

3   embodiments describes a little bit of a different process, but

4   the same goal is accomplished.  Essentially you're assigning

5   the short ID to the UE over a shared channel.

6       And after the dedicated short ID has been assigned to the

7   UE, then that dedicated short ID can be appended to and used

8   for all subsequent communications on the shared channel between

9   the UE and the NodeB.

10      Now, there's a potential issue, though, that can arise

11  with the use of these temporary ID pools and the selection of

12  temporary IDs, and I'm going to try and explain that through

13  this animation.  Specifically, if two UEs select the same

14  temporary ID from a temporary ID pool at around the same time,

15  and I'll show you in this example, you can get a problem that's

16  called a collision.

17      So in this example, we have a first UE sends its initial

18  uplink message into a selected temporary ID number of 12, and

19  at that time it sends the message it also starts monitoring the

20  control channel for a response from the NodeB with a message

21  with that temporary ID number.  The NodeB then receives the

22  message, starts processing it, and starts generating that

23  response message that should be directed to the first UE or the

24  UE-1.  However, then a short time afterward, in this example, a

25  second UE, or UE-2, generates its initial uplink message, but

1    it also -- it happened to randomly select the same temporary

2    ID, this ID number of 12.  So it sends its initial uplink

3    message with the selected temporary ID, and it also starts

4    monitoring the shared control channel for a response message

5    with that ID.

6         Now, the NodeB then finishes processing the first initial

7    uplink message from UE-1 and sends a response over the shared

8    controlled channel with that temporary ID number of 12.  But

9    the problem that you have here is that both UE-1 and UE-2 are

10   monitoring the shared control channel for that kind of response

11   message with that temporary ID, and, as a result, both of them

12   receive the message, think that the message is intended for

13   them when it's really only intended for the first UE, and this

14   is referred to as a collision.

15        But the '825 patent also discloses how to address this

16   potential issue of collisions, and specifically what the '825

17   patent talks about is instead of monitoring the shared channel

18   right away after sending the initial uplink message, what you

19   should do is you should wait for a period of time before you

20   actually start monitoring the shared control channel.  And this

21   period of time is called in patent a "delayed duration" or

22   "Delayed Duration T," as reflected in Element 610, and here

23   it's Figure 6.  So you can see during that period the UE that

24   has sent the initial uplink message is not monitoring a shared

25   control channel.  After that period of time is expired, then

1   there's what's called a "Valid Period P," and during that valid

2   period is when the UE is monitoring the shared control channel

3   for the response message from the NodeB with the temporary ID,

4   and they can receive and process the message.

5          And the reason that this delay period works to help

6   prevent collisions is because it takes a little bit of time for

7   the initial uplink message to get to the NodeB, so the NodeB

8   can process it and assign a short ID, and then send a message

9   back down to the UE.  And because you know that there's a

10  certain period of time that it's going to take for all that

11  process to take place, any message that comes within that

12  period of time couldn't have been intended for that UE.  So you

13  can basically ignore any messages that come in during that

14  period of time.  So by adding this delay, the UE avoids

15  processing these unintended messages which can cause problems,

16  or specifically can cause collisions.

17         And at some of the embodiments of the '825 patent, they

18  refer to this delayed duration as a "predefined delayed

19  duration."  And this operation is reflected in the '825 patent

20  claims where you can see that it refers to waiting a

21  predetermined delayed duration without checking a downlink

22  channel, and then after waiting for that delayed duration by

23  checking the downlink channel by the valid period.

24         So in this animation we're trying to illustrate how this

25  process actually works to help prevent collisions on that

1    shared control channel, which is going to have a similar set to

2    the prior slide.  First, in the same way with the prior slide,

3    you have an initial uplink message in which the UE has selected

4    a temporary ID number of 12, and at that time, unlike the prior

5    animation, it doesn't start monitoring a shared control channel

6    right away.  Instead, it waits for a period of time before it

7    starts monitoring.  That's reflected by that "T" on the bottom

8    of the animation.  So then the NodeB receives that initial

9    uplink message from UE-1, and starts processing the message.

10       Now, a short time afterward, UE-2 sends its initial uplink

11   message with its selected temporary ID number of 12, but it

12   also starts waiting its delayed duration for a period of time

13   T.

14       Now, after the first period of time T for UE-1 has

15   expired, UE-1 starts monitoring the control channel for a

16   response message.  So the NodeB now has had enough time to

17   finish processing UE-1's initial uplink message, has generated

18   a response, and sends the response message with that temporary

19   ID.  So UE-1 can receive the message and process it

20   appropriately.

21       Now, by contrast, the UE-2 is still within its period

22   where it's delayed where it's waiting to monitor the control

23   channel, because it's still within its delayed duration.  As a

24   result, because it's not monitoring the shared control channel,

25   it doesn't receive the message, and it doesn't start processing

1   it, and as a result there's no collision.

2       And unless you had any further questions, that is my

3   presentation, and I'll hand it over to Mr. Whitehurst.

4           **THE COURT:**  Great.   Thank you.

5           **MR. WHITEHURST:**  Three down, two to go.

6       The next patent is the '195 patent, and I'm going to dive

7   right in with slide 71.

8       As I mentioned before, in an LTE system there are lots of

9   possible control channels, but it would be very inefficient for

10  the phone to scan all of these channels.  It would waste

11  battery time.  It's more processing power.  It's a lot easier

12  to monitor a smaller subset than to monitor all of the possible

13  control channels.

14      Well, all of the phones had an ID.  This is what's

15  highlighted in yellow, the ID of the terminal.  And in the '195

16  patent, the NodeB and the phone use this ID to limit the number

17  of control channels that the phone has to monitor.  So if you

18  look at the right-hand side of the screen, the NodeB is going

19  to take this terminal ID and use it to select just Channels 2,

20  3 and 6; and if it has control information for the phone, it's

21  going to transmit it on just these three channels.

22      Well, meanwhile, the phone takes this exact same ID, runs

23  the algorithm, figures out all I have to do is monitor Channels

24  2, 3 and 6.  So by doing this the phone can monitor or scan

25  less channels than it otherwise would.   It saves processing

1    power.  It saves battery power.

2         Now, to provide some additional background on the '195

3    patent, control channels are formed using Control Channel

4    Elements.  These are often referred to as "CCEs."  The number

5    of CCEs depends on the strength of the channel.  If it's a

6    strong signal, you can use a single CCE.  That's what's shown

7    on the top arrow on the screen.  If you have a weaker signal,

8    then the NodeB has to use a lower data rate and multiple CCEs,

9    and that's what we see on the second arrow.  There might be

10   two, four or even eight CCEs.

11        These slides are showing the same concepts that we

12   previously saw.  The base station -- there are lots of

13   different control channels that could use these red arrows or

14   showing this point that's going from one up to some number N.

15   But as we previously discussed, in an LTE system the UE has an

16   identifier, and both the base station and the phone know this

17   identifier.  So as we previously discussed, this identifier is

18   used to restrict the number of control channels that the base

19   station actually uses in the phone monitors.

20        This is what we see in the claim highlighted before you.

21   We're determining a set of control channel candidates, and

22   you'll see highlighted in blue based on an identifier ID of the

23   terminal.

24        Now, we see this throughout the patent.  You'll see here

25   on the screen we have column seven as well as Figure 7.  Column

1    seven is talking about the monitoring set.  This is the set of

2    control channels that the UE monitors, and it says that the

3    monitoring set is determined by the terminal ID.  That's what

4    you also see on the right-hand side in Figure 7.  We also see

5    this in column eight in Figure 9 where once again it's talking

6    about the monitoring set is determined by the terminal ID.  And

7    if you look at Figure 9, you'll see on the right-hand side

8    highlighted in yellow is the monitoring set, and the blue box

9    mentions using the terminal ID to get this monitoring set.

10        One last slide, slide 79, column six in Figure 5A, we see

11   the same thing again where it's talking about the monitoring

12   set.  Column six provides an example where there's seven

13   possible channels, and the monitoring set is only four of those

14   seven channels.  And it says that the monitoring set is reduced

15   according to a predetermined role where the predetermined role

16   is the identifier of the terminal.

17        So that was pretty quick.

18             **THE COURT:**  Yes.

19             **MR. WHITEHURST:**  One last patent to go.

20             **THE COURT:**  Okay.

21             **MR. ZADO:**  I'll try to wrap it up quickly as well,

22   Your Honor.

23        So the final patent we're hoping to discuss today is the

24   '588 patent, which relates to controlling an active period

25   during a discontinuous reception, or DRX operation.

1          Now, a DRX operation is a way to save power in a UE by

2     alternating periods of time when you have the UE and its

3     receiver on and when you're turning the receiver off.  So as

4     shown in the figure here, you can see these green portions are

5     periods of time, and that's what I would refer to as the active

6     period.  When the receiver is on, the alternating period would

7     be these yellow periods where the receiver is off.  And by

8     keeping the receiver off, that's how you can save power.

9          And just some background concepts.  One of these

10    alternating on/off periods is called a "DRX cycle."  And in

11    conventional UMTS or 3G systems, the active period of a DRX

12    cycle is preset to a fixed time of ten milliseconds.

13         Now, however, in the context of an LTE system, this

14    conventional DRX operation wouldn't work, and this is because

15    in an LTE system, data is generated and shared between the UE

16    and the NodeB as part of a set of operations, I'll call it a

17    high level, which I'll refer to as "services;" and depending

18    upon the type of service, you have a variable and an

19    unpredictable amount of data that needs to be sent between the

20    NodeB and the UE in a given DRX cycle.  So if you had a fixed

21    "on" time for the DRX cycle, then what could take place is that

22    because of a particular service, there may need to be more data

23    that needs to be sent within that DRX cycle, but the UE is not

24    "on" to receive it.

25         And so what the '588 patent describes is a system and

1  methods to address this particular issue of how to combine

2  conventional DRX operation with the LTE requirements of the LTE

3  system, and to do this they describe system and methods that

4  alter or vary the length of the active period when needed.

5      And as you can see here in the Figure 3, on the right-hand

6  side you see what's the shortest of the green bars that

7  designates the active period.  And there's no indication

8  there's any packet data that's coming in during that period of

9  time, so the length of that active period is referred to there

10  as the "minimum active period."  And by contrast, in the middle

11  active period, reception period, designated by 320, you can see

12  that the length of the active period has been extended, because

13  there are additional packets of data that are coming within

14  that active period.

15      Now, the '588 patent accomplishes this varying of the

16  active period by using this set of two timers.  And the first

17  timer is referred to as the T Minimum Active Timer.  That's a

18  timer that sets the minimum amount of time that the UE is going

19  to be active or the receiver is on during a DRX cycle.  So at

20  the start of a DRX cycle, then you turn on the first timer, and

21  if there's no indication from the NodeB during the running of

22  that timer that there's data coming in to the UE, at the

23  expiration of that timer, then the receiver turns off, or you

24  enter what's called "sleep mode."

25      And that's illustrated in this animation here.  So we have

1    the first timer.  At the start of the active period, the first

2    timer starts running.  There's no indication from the NodeB

3    that there's any data that's coming in.  The first timer

4    expires and runs out, and then the UE can enter sleep mode.

5        However, if there are packets -- if there is an indication

6    from NodeB that there are packets to receive during that DRX

7    cycle, there's a couple things that happen.  First is, of

8    course, the UE is going to be receiving the packets that are

9    coming in; but, second, when the UE gets that indication, it's

10   going to start a second timer, and this timer is called a T

11   Active Period End Timer.  That timer is used basically to

12   extend the "on" time during a given DRX cycle.  So each time

13   that there's an indication from NodeB that there's a packet of

14   data received that are coming in, then that timer is restarted.

15   So then this process continues until all the packets have been

16   received.  And you can see that's reflected in the feedback

17   loop in Figure 6 where you're restarting the timer when that

18   new packet data comes in.

19       And then once all packets have been received, there's no

20   further indication from NodeB that new packets are coming in,

21   the second timer expires, and then you can move to proceed to

22   entering into sleep mode.  And this animation hopefully helps

23   illustrate that operation.

24       So, again, as in the prior example, at the moment you

25   enter into the active period, you start the first timer.  The

1    first timer starts running.  The NodeB sends an indication that

2    there's some data that needs to be sent during that DRX cycle.

3    The UE stays active, starts the second timer, and the second

4    timer starts running.  The NodeB then in this example sends

5    another indication there's some more data that's coming in.

6    The UE can -- restarts the second timer and it continues to

7    run.  The UE remains in active period.  Second timer then --

8    there's no further indication data is coming in, the second

9    timer expires, and then you can move into sleep mode.

10        Now, just a minor final point I want to address is how the

11   UE enters sleep mode when the second timer expires.  There's a

12   couple different ways that that can take place, and it depends

13   upon -- it depends upon the HARQ processes that you heard

14   earlier about with respect to a couple different patents, and

15   specifically when packets need to be retransmitted that haven't

16   been transmitted correctly.

17        So in the first method, the UE restarts the second timer

18   only when the packet of data -- there's an indication that the

19   packet of data that's coming in is a new packet.  So once the

20   second timer expires, the UE still needs to complete the HARQ

21   process to get new packets, and they need to be retransmitted

22   that haven't yet been properly accepted by the UE.  So the UE

23   needs to keep the receiver on or stay in the active state until

24   those HARQ packets have been transmitted and processed and the

25   HARQ process is completed.  And then after that, after that

```
 1    HARQ process is completed, then you can enter sleep mode.

 2         In the second method, the UE actually restarts the second

 3    timer, if the packet received is either a new packet or a

 4    retransmitted packet.  And so in the second method, instead of

 5    having to wait for HARQ processing, you know, HARQ processing

 6    to finish and then you retransmit packets, because for each

 7    retransmitted packet, you are restarting the second timer,

 8    if -- once the second timer expires, there will be no further

 9    indication then coming from the NodeB that we're going to try

10    and send the retransmitted packet, we can assume that the NodeB

11    has given up, and can enter into sleep mode.

12         And that's it.  So thank you, Your Honor.

13              THE COURT:  Great.  Thank you.

14         Mr. Bettinger.

15              MR. BETTINGER:  Yes, Your Honor.  Brief response on

16    the five patents.

17              THE COURT:  Please.

18              MR. BETTINGER:  The way we've handled it, Ms. Yang

19    will handle the '825, '588, and '726, and Mr. Lewis will do the

20    '195 and '130.

21              THE COURT:  Terrific.

22              MR. BETTINGER:  We'll keep the comments brief.

23         And if you are interested, it begins at page 83 of our

24    presentation.  Thank you.

25              THE COURT:  Okay.  Thank you.
```

1    Ms. Yang.

2         **MS. YANG:**  Thank you.

3    So now that you've been promised brief remarks, so I'll do

4    my best to comply.

5    All right.  So going back, let's start with the '825

6    patent, which is in the middle of the group that Samsung

7    discussed.

8    So just for a little bit of context, the '825 patent is

9    directed to the initiation of communications on a shared

10   channel.  It applies -- this concept applies to both the uplink

11   and the downlink.

12   So in the prior art when communications are being

13   initiated between a UE and the base station, first you have

14   system broadcast information that's sent from the base station

15   to the UE.  It's broadcast to all the UEs.  It includes various

16   parameters like a list of neighbor cells, et cetera, that are

17   used by the UE to initiate communications.  Then a UE will send

18   a message up to the base station with an ID using what's called

19   a "Random Access Channel," and this is called an "Initial

20   Uplink Message."  And then the base station will send a message

21   back down to the UE with an ID.  And basically, if the UE is

22   associated with the uplink and the downlink match, then you

23   know that you're ready to transmit and receive data between the

24   UE and the base station, because you've got a channel that they

25   can communicate on.

1       So the problem with the prior art -- and counsel went into

2  this, so I'll just go over it very, very briefly.

3       So in the prior art, the UEs can pick temporary IDs for

4  their uplink messages.  So in this case, for example, UE-1 has

5  picked temporary IDX, and then each UE is listening for

6  downlink messages with that same temporary ID.  So if you have

7  two UEs that wanted to access the network, it's possible that

8  they could pick the same temporary ID.  Here, for example, UE-1

9  and UE-2 have both picked temporary IDX.  So if a downlink

10 message comes in with a temporary ID that both UEs picked, you

11 don't know which UE that message is for, and that's called a

12 collision.

13      So in the '825 patent, the first UE sends its initial

14 uplink message using a temporary ID -- here we're using X

15 again -- that it has selected from some pool of temporary IDs.

16 And then the UE does not monitor the downlink channel for some

17 time period, called the Predetermined Delay Duration,

18 immediately after sending that uplink.  And then after waiting

19 that time period, the UE-1 can start to monitor that downlink

20 to check whether there's a corresponding downlink signal with

21 that temporary IDX for it.  And this time period where the UE

22 is not monitoring the downlink is dependent on things like the

23 capabilities of the base station or maybe capabilities of a

24 particular UE.

25      And so you can think of the Predetermined Delay Duration

```
 1    for UE-1 and UE-2 as if you're sending off a job application.
 2    You've got two employers.  You're applying to both.  They're
 3    both busy.  Therefore, the first employer says *great, you're
 4    not going to get a response for two weeks*.  The second employer
 5    says *you're not going to get a response for three weeks*.  So
 6    you know that you don't start checking for a response from the
 7    first employer for two weeks.  You know you've got three weeks
 8    to wait.
 9          So if the second ID also selects temporary IDX, the idea
10    of the '825 patent is that it would not be checking the
11    downlink for a message with that same temporary IDX at the same
12    time as the first UE.  But if it turns out that UE -- the
13    second UE with temporary IDX is monitoring at the same time as
14    UE-1 with temporary IDX, you could still have a collision.  But
15    using the '825 patent, the time and the probability of having a
16    conflict is greatly reduced.  It doesn't completely guarantee
17    there will be no collision, but by introducing this
18    Predetermined Delay Duration, it reduces that possibility.
19          And so a little preview for next week, again, the issue
20    for claim construction is whether that predetermined delay
21    duration in the '825 is provided by the base station.
22          I think that was under five minutes.
23          All right.  So the '588 patent --
24               THE COURT:  You only get points when you stop.
25                         (Laughter)
```

1          **MS. YANG:**  Okay.  I'll just keep going.

2      All right.  So the '588 patent, for context, this one

3  addresses downlink from the base station to the UE.  And so

4  just as a reminder, this was the last patent that Samsung's

5  counsel mentioned, and this deals with Discontinuous Reception

6  Operations.

7      And so the patent explains what a DRX is.  It says the UE

8  in an idle state will wake up at a predetermined time; it will

9  monitor a predetermined channel for a predetermined period, and

10 then it will go back to sleep mode in an idle state.  So in the

11 prior art, the UE and the base station agree on when an active

12 period will be, and when the sleep period will be.  And so

13 during the active period the UE receiver is on, and the UE is

14 performing normal reception operations.

15     Here, in this figure, the yellow rectangles depict the

16 active period, the green period of time depicts the entire DRX

17 cycle, and that white in between is where it's asleep.  And

18 hopefully it's not confusing, because I did notice that

19 Samsung's counsel used exactly the same colors, but sort of

20 flipped.  So in this one at least the active period is depicted

21 by the yellow.

22     So the issue with this approach in LTE is due to the

23 nature of LTE.  And LTE, just by the way it was set up, is much

24 more data intensive.  And so the problem is that the UE needs

25 to be able to stay awake while there's more data coming,

1  because under the old system it would just cut out when that

2  active period ends, and we want to avoid that.

3      So the '588 patent is directed to defining a DRX operation

4  for use in LTE.  In the '588 patent, you have Timer 1, which in

5  that patent is called "T Minimum Active," and that is started

6  periodically.  So the UE, when Timer 1 is running, the UE will

7  be active, or it will be awake, and it will see if there's data

8  coming for it.  If there is data coming for the UE during that

9  time period, then Timer 2 starts, and in the patent that's

10  called "T Active Period End." And Timer 2 is used to extend

11  that active time period, the time that the UE is awake.  So the

12  effect of this is that the UE stays awake as long as Timer 1 or

13  Timer 2 is running.  And then after both timers have expired,

14  then the UE will go back to sleep.

15      So in this figure you can see that in the first active

16  period there are no data packets for the UE, so the UE just

17  stays awake, and then it goes back to sleep when Timer 1 ends.

18  In that second active period in the middle there, there are

19  data packets, so when that first data packet comes in, Timer 2

20  starts; and then when it receives the indication that the last

21  data packet has come, then Timer 2 knows that it can end.  So

22  at this point both timers have stopped, and the active period

23  is over, and this allows the UE to save power without cutting

24  out in the middle of a transmission.  And so in order to save

25  power, then it's advantageous for the UE to be in sleep mode as

1    long as possible, which is why it's important that the timers

2    expire to let the UEs go to sleep.

3        So the dispute in this case for claim construction next

4    week is over the preamble and the independent claims.  And so

5    Huawei's position is it's indefinite, or, alternatively, that

6    it means monitoring control data on a shared control channel

7    during a DRX operation only between the start of a first timer

8    and the expiration of a second timer.  And Samsung's position

9    is that the term does not require construction.

10       All right.  Moving on to the '726.

11       So this patent addresses concepts that are used in both

12   the uplink and the downlink.  And so the first one that I want

13   to touch on is the concept of persistent resources.  So the

14   patent explains that "persistent resource" refers to

15   transmission resources that are periodically allocated to a

16   particular UE without separate allocation information.

17       So real world analogy, you know, for example, you have a

18   conference room.  It gets scheduled for a weekly meeting every

19   week.  And so in that case, the conference room is your

20   resource.  It's getting reused at a set interval that doesn't

21   have to be like renegotiated every week.  You just know that's

22   when you get that conference room.  And that's kind of our

23   analogy for "persistent resource."

24       So the next concept is HARQ, which you've heard about, so

25   I won't dwell on it too much.  But basically the idea is that

1    in LTE, the data packets can get corrupted as they travel over

2    the air.  So HARQ processes are used to check for corruption of

3    patents -- packets, excuse me, on either the uplink or the

4    downlink, and then try to fix them.

5        So here, we are depicting corrupted data packets just with

6    the jagged red part.  Those are the corrupted packets.  The

7    blue ones are the packets that are okay.

8        And so the idea of HARQ processes actually came up in 3G,

9    but, again, because LTE had so many more data transmissions,

10   that's where it has really become useful.

11       So in the HARQ process, if the UE gets a corrupted data

12   packet on the downlink, for example, it will send back a

13   negative acknowledgment to the base station that basically

14   says: *I didn't get it.  I didn't get the packet successfully.*

15   *You need to resend it*.  And then after receiving that, the base

16   station will retransmit it, and it will actually retransmit a

17   slight variation on the data, which is depicted here by that

18   little yellow variation on that blue rectangle.  And so the

19   idea then is that you can combine that first transmission and

20   the retransmission, and then that gives you a better chance of

21   recovering what was originally intended.

22       So when -- so an associated concept is a HARQ Process ID.

23   So when the UE receives a packet -- and here, just as an

24   example, I'm just using downlink -- it will determine which

25   HARQ process is going to handle that packet.  And so you can

think of it as a HARQ process is like a worker who gets an
incoming packet and then deals with it.  Each of those
processes or each of those workers has an ID called a "HARQ
Process ID" which identifies the process that goes along with
it, and it's numbered from 0 to 7.

     And so, for example, if your first packet comes in and
HARQ Process 5 or Worker 5 is available, then the HARQ Process
ID of that packet is going to be 5.  If the second process
comes in and 0 is available, then your HARQ Process ID will be
0.  And on the downlink it's whatever, you know, whatever
process or whatever worker is available that is going to get
assigned to handle that data packet, so it's asynchronous.  You
don't have to go in order from 0 to 7.

     And this is not really -- you know, just kind of as an
aside, on the uplink they actually do have to go in order, so
it's synchronous on the uplink.

     And so then the '726 patent talks about putting these
ideas together, persistent resource and HARQ processes.  So the
patent explains what the term "persistent resource dedicated
HARQ process" is, and it says that it refers to a HARQ process
which will be used for a HARQ operation of a packet received
through persistent resources.  And so when persistent resources
are used, that initial transmission actually does not include a
HARQ Process ID.  So when you have -- you know, if you send
back a negative acknowledgment and you need to retransmit that

```
 1   packet, it's not clear which packet to combine.  And so then
 2   the question is how to determine what that HARQ ID is for that
 3   initial transmission so that the retransmitted packet, which
 4   does have a HARQ ID, can be combined with the initial
 5   transmission.
 6        So the question for the *Markman* is how to calculate the
 7   HARQ Process ID of the initial transmission.  And counsel for
 8   Samsung mentioned equation 3, and because they spent some time
 9   discussing that calculation of equation 3 that's disclosed in
10   the specification, I won't step through it here.  But for
11   purposes of claim construction, Huawei's position is that the
12   patent discloses what is shown on this slide, this equation, as
13   the calculation for HARQ Process ID and Samsung's position is
14   that no construction is necessary.
15        THE COURT:  Great.
16        MS. YANG:  And with that, I'll turn it over to
17   Mr. Lewis.
18        THE COURT:  Thank you, Ms. Yang.
19        MR. LEWIS:  Your Honor, I'm going to skip virtually
20   all of my presentation and just make like a couple of points.
21        THE COURT:  Excellent.
22                    (Laughter)
23        MR. LEWIS:  So for the '195 patent -- I'm doing these
24   in the opposite order, just because it's the way our slides
25   were put together -- for the '195 patent, I'm going to skip
```

1   through all these, and I just want to make a couple points

2   about this slide.

3        Counsel showed you this figure.  I just want to make sure

4   Your Honor understands what it shows, because it's a little

5   conceptual.  First of all, the little boxes are Control Channel

6   Elements, and the vertical are control channels, so this talks

7   about the control channel candidate set as that entire group,

8   but it's the vertical that are the control channels themselves.

9   So you have the control channel candidate set, and then you

10  have the monitoring set, which is a subset of the control

11  channel candidate set, as it shows.

12       As a preview for next week's dispute, we dispute the term

13  "Control Channel Candidate Set."  It's phrased a little bit

14  different.  It's "Set of Control Channel Candidates" in the

15  Claim, and whether that means essentially monitoring set or

16  whether it means all of the control channels, and we'll get

17  into that next week.

18       For the '130 patent -- I, again, will skip most of these

19  slides -- this one Samsung provided in their brief the analogy

20  of an airline seat, so I circled that one there as being in the

21  middle.  The parties appear to agree that an even number of

22  symbols in a slot have a middle.  We proposed a construction,

23  and Samsung doesn't like it.  You know, we're open to, you

24  know, working next week or in the meantime to get a

25  construction that's agreed upon.

1     But, so anyway, the dispute next week I think will be less

2  about what this means and whether an even number of symbols can

3  have a middle, but, rather, should it be construed or not, and,

4  if so, what.  But we'll tune in next week for that one.

5         **THE COURT:**  Great.

6         **MR. LEWIS:**  And Your Honor, with that, I don't have

7  anything else.

8         **MR. MCBRIDE:**  I just have a brief housekeeping matter.

9         **THE COURT:**  Come on up.

10        **MR. MCBRIDE:**  All right.  Thank you, Your Honor.

11     I just noticed a printing error on the slides, on the

12  slides for the '166, and it's -- you know, should you be

13  keeping this on your nightstand as a cure for insomnia and pick

14  it up and be flipping through it, on slides 39, 40, 41, 42, and

15  43, there's an arrow shown between that SGSN to the MME, but of

16  course that's the big payoff in slide 45.  So, again, in slides

17  39 through 43, we have this arrow between the SGSN and the MME

18  that really shouldn't be there until slide 44.

19        **THE COURT:**  Hang on just a second.

20        **MR. MCBRIDE:**  Sure.

21        **THE COURT:**  Okay.  So say that again.

22        **MR. MCBRIDE:**  So yeah, so on pages --

23        **THE COURT:**  So the arrow -- I shouldn't be looking at

24  the arrow until slide 45?

25        **MR. MCBRIDE:**  Until slide 44, Your Honor, yes.

1    Starting from that arrow from SGSN to MME in slide

2    39 through 43.  I don't know.  I think that might have been

3    just an artifact of the animation we used.

4        But thank you, Your Honor.

5            **THE COURT:**  Okay.  Great.

6        All right.  Thank you, all, very much.

7        And one thing I really appreciate is that you kept your

8    advocacy to a more minimum than I usually get in tutorials, and

9    so this was actually very helpful.

10       So thank you, all.  And I will see you on the 18th.

11           **ALL COUNSEL:**  Thank you, Your Honor.

12               (Proceedings adjourned at 12:00 p.m.)

13                       ---oOo---

1

2

3                        **CERTIFICATE OF REPORTER**

4              I certify that the foregoing is a correct transcript

5       from the record of proceedings in the above-entitled matter.

6

7       DATE:   Tuesday, August 15, 2017

8

9

10

11       _____

12              Rhonda L. Aquilina, CSR No. 9956, RMR, CRR
                            Court Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25