UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>CIVIL MINUTE ORDER</u>

| **Case No.:** 16-cv-02787-WHO (JCS) | **Case Name:** Huawei Technologies, Co, Ltd v. Samsung Electronics Co, Ltd. | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: January 19, 2018 | **Time:**  14 M |

**Attorney for Plaintiff:** Michael Bettinger, Curt Holbreich
**Attorney for Defendant:** Victoria Maroulis, Charles Verhoeven, Sam Stake

**Deputy Clerk:** Karen Hom  **Court Reporter:** FTR 2:34-2:48

## PROCEEDINGS

1. Further Case Management Conference - Held
2. Discovery Hearing re: Joint Letter Brief to Add Galaxy Note 8 [dkt 222] - DENIED

## ORDERED AFTER HEARING

Updated joint case management conference statement due 4/27/18.
Parties shall work on further narrowing of products before the next case management conference.
Parties shall meet and confer to negotiate a representative product agreement.

**NOTES:**

**CASE CONTINUED TO:**   05/04/18 at 2:00 PM for a further case management conference.

**REFERRALS:**

[  ] Case referred to ADR for   to occur within  .
[  ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[  ] Case referred to Magistrate Judge   for  a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:**
**Reduce Assert Patents to no more than**
**Reduce Assert Claims to 15:**
**Reduce Accused Products to 18:**
**Opening Expert Reports:**
**Rebuttal Expert Reports:**

**Expert Discovery Cutoff:**
**Reduce Asserted Patents to no more than 5:**
**Reduce Assert Claims to 10:**
**Reduce Accused Products to 15:**
**Limit Invalidity References/Systems/Combinations to 25:**
**Motions Hearing & Daubert Motions:** at **2:00 PM**
**Reduce Asserted Claims to 5:**
**Reduce Accused Products to 10:**
**Limit invalidity references/systems/combinations to 15:**
**Pretrial Conference:** at **2:00 PM**
**Trial:** at **8:30 AM** [ ] **Jury Trial** [ ] **Court**

**Order to be prepared by:**
[ ] Plaintiff     [ ] Defendant     [ ] Court
**cc:**
*(T) = Telephonic Appearance