1        UNITED STATES DISTRICT COURT

2     NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

3      HONORABLE JOSEPH C. SPERO, U.S. MAGISTRATE JUDGE

4                    – – –

5  HUAWEI TECHNOLOGIES COMPANY, LTD.,        )
   HUAWEI DEVICE USA, INC., and              )
6  HUAWEI TECHNOLOGIES USA, INC.,            )
                                             )
7                    Plaintiffs and          )
                     Counterclaim Defendants, )   Case No.
8                                             )
              vs.                             )   3:16–CV–02787
9                                             )
   SAMSUNG ELECTRONICS COMPANY, LTD.,        )
10 SAMSUNG ELECTRONICS AMERICA, INC.,        )
                                             )
11                   Defendants and          )
                     Counterclaim Plaintiffs, )
12                                            )
              and                             )
13                                            )
   SAMSUNG RESEARCH AMERICA,                 )
14                                            )
                     Defendant,               )
15                                            )
              vs.                             )
16                                            )
   HISILICON TECHNOLOGIES COMPANY, LTD.,     )
17                                            )
                     Counterclaim Defendant.  )
18 _____ )

19

20                  *TRANSCRIPT OF THE OFFICIAL*
          *ELECTRONIC SOUND RECORDING 2:34 P.M. – 2:48 P.M.*
21                 *CASE MANAGEMENT CONFERENCE*
                        *JANUARY 19, 2018*
22                 *SAN FRANCISCO, CALIFORNIA*

23
                     (APPEARANCES ON PAGE 2)
24

25  TRANSCRIBED BY:   VICTORIA L. VALINE, CSR 3036, RMR, CRR
                      VictoriaValineCSR@gmail.com

```
 1
 2    APPEARANCES:

 3    FOR PLAINTIFFS and COUNTERCLAIM DEFENDANTS:

 4            SIDLEY AUSTIN, LLP
              Attorneys at Law
 5            BY:  Michael J. Bettinger, Esq.
                   Curt Holbreich, Esq.
 6            555 California Street, Suite 2000
              San Francisco, California 94104
 7            415-772-1200   Fax:  415-772-7400
              Email:  Mbettinger@sidley.com
 8

 9    FOR DEFENDANT and COUNTERCLAIM PLAINTIFFS:

10            QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP
              Attorneys at Law
11            BY:  Victoria F. Maroulis, Esq.
                   Charles K. Verhoeven, Esq.
12                 Sam Stake, Esq.
              555 Twin Dolphin Drive, Fifth Floor
13            Redwood Shores, California 94065
              650-801-5000   Fax:  650-801-5100
14            Email:  Victoriamaroulis@quinnemanuel.com

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT

1          *SAN FRANCISCO, CALIFORNIA; SEPTEMBER 26, 2017*

2                            --o0o--

3          (TRANSCRIBER'S NOTE:  Due at times to counsels'

4    failure to identify themselves when speaking, certain speaker

5    attributions are based on an educated guess.)

6                            --o0o--

7          THE COURT:  You're back.

8          MS. MAROULIS:  Good afternoon, your Honor.

9          THE COURT:  Appearances, please.

10         MR. BETTINGER:  Good afternoon, your Honor.  Mike

11   Bettinger for plaintiff Huawei.

12         MS. MAROULIS:  Good afternoon, your Honor.  Victoria

13   Maroulis with Charles Verhoeven and Sam Stake for Samsung.

14         MR. BETTINGER:  I neglected to mention my colleague,

15   Curt Holbreich is also here.

16         THE COURT:  I noticed.  All right.  Thank you very

17   much.

18       So taking a step at a time, the first item on my agenda is

19   to add the Galaxy Note 8.  My inclination about that is that

20   this is very late in the process, that there's very little time

21   for discovery left, that there are already many products in the

22   case, and that the -- there is some chance that this will

23   require significant additional discovery and perhaps other

24   things, given that the build is different for the broadband

25   processor in this particular model than the other broadband

1  processors by the same company.

2      That's my inclination.  Any thoughts?

3          MR. BETTINGER:  Yes, your Honor.

4      The fact is that we first requested this back in

5  September.  There has been a long process of back and forth,

6  and we were finally told no, which is what prompted the motion.

7  We thought we would be able to work this out.

8      The chip in question is a Qualcomm chip.  It's the same

9  chip for the S8 and the S8+ that Qualcomm has still not

10 produced code for either one of those either in this case.

11 We're dependent -- there's two chips --

12         THE COURT:  Yeah.  I understand that problem, yes.

13         MR. BETTINGER:  -- at issue.  This is Qualcomm, and so

14 they haven't even produced the S8 and the S8+.  So there's no

15 prejudice that it hasn't been produced, it would come along

16 with this.

17         THE COURT:  Well, no, it would be prejudice because it

18 might be a third different build's software, right?

19         MR. BETTINGER:  Um --

20         THE COURT:  No.

21         MR. BETTINGER:  -- not from Qualcomm.

22         THE COURT:  I see.

23         MR. BETTINGER:  It would be the underlying chip is the

24 underlying chip.

25         THE COURT:  I see.  I see.  Okay.

1       Did you want to say something about that?

2           MS. MAROULIS:  Your Honor, we agree that it's way too

3   late to add any products.  We're less than two months away from

4   the close of discovery.  The trial is around the corner in

5   December.  We've been working very hard to narrow the case, and

6   one of the reasons --

7           THE COURT:  Only in a patent case could somebody say

8   in January the trial is around the corner in December.  You --

9   you know, you've probably litigated a lot in San Jose, I bet.

10          MS. MAROULIS:  I have a few -- I have a few cases

11  there, your Honor.

12          THE COURT:  Yes.  It's --

13          MS. MAROULIS:  So basically, if you look at the cases

14  in this district, if it's that little time left to the close of

15  discovery, with two or three months, typically courts do not

16  add products in.  The only case that Huawei relies on is

17  actually the *Apple Samsung* case from San Jose, but there the

18  addition of the product was early in the case.  It was before

19  the Markman hearing, before -- way before close of discovery,

20  and almost two years before trial.

21      Here we would be adding a whole new product very late into

22  the game, and, as your Honor points out, it is a different

23  build ID.  We're going to need to do more additional work.

24  It's going to prejudice Samsung.  We worked very hard to narrow

25  the case.  We actually have reached an agreement on case

UNITED STATES DISTRICT COURT

1    narrowing which was the subject of our dispute last time we

2    were before your Honor.

3              THE COURT:  Right.

4              MS. MAROULIS:  We're very pleased with ourselves that

5    the case is getting to where it should be, which is closer.

6              THE COURT:  As well, you all should be pleased with

7    yourselves.

8              MS. MAROULIS:  So, your Honor, respectively --

9              THE COURT:  On that part -- on that part.

10       There's a lot of stuff I wouldn't be pleased with

11   yourselves.

12             MR. BETTINGER:  Pleased and not pleased.

13             THE COURT:  Exactly.

14             MS. MAROULIS:  So, your Honor, we don't think it's

15   appropriate to add any more products at this stage.  That

16   window has long closed, and we should move towards the trial

17   and keep narrowing things in the --

18             THE COURT:  Do you want to speak to his point though?

19   His --

20             MS. MAROULIS:  We've already started reviewing the

21   third party source code that is at issue.  So we'd have to go

22   back and review code, and get more information, and create new

23   arguments about this different build ID.

24             THE COURT:  That's the argument.

25             MR. BETTINGER:  The fact is Qualcomm has not produced

1   S8 or S8+ because they have to notify us when they do.  And

2   they have just not produced it yet.  So there's been no review

3   of that code, your Honor.

4       We know that from Qualcomm, we inquired again this week,

5   they said they would have to get back to us next week as to

6   when it would be produced.

7           MS. MAROULIS:  Your Honor, it is correct the code has

8   not been produced yet.  But it doesn't change the fact that we

9   need to do a lot more additional work now that we should be

10  focused on -- focusing our arguments based on the discovery.

11          THE COURT:  Those are the arguments -- that's the

12  arguments.

13          MS. MAROULIS:  Yes.

14          THE COURT:  That it's additional work to be done on a

15  different build of the chip.

16      The question is whether that's significant?

17      I think it's too late.  I'm going to -- at some point I

18  have to cut this off so we can get a trial done.  So I'm not

19  going to add the Note 8 to the case.

20      Now, having said that, I'm tickled pink that you have an

21  agreement.  I've got to the say that I want you to work on

22  further narrowing the number of products that we're actually

23  going to try here.

24      I'm -- this is a fine schedule.  I'm not sure we -- and

25  the distinction between five or ten products, I'm not sure how

1  significant that is, and it depends on a lot of things, but to

2  the extent that you can do further narrowing, we will -- and

3  I'd like you to work on that between now and the next case

4  management.  We'll have a better ability to meet the goal that

5  Judge Orrick set for us, which is try this case in two weeks.

6  If you don't, then I may have to do something arbitrary.  I'd

7  rather not.  It doesn't -- it's not in anyone's interests for

8  judges to act arbitrarily, so that's your task for the next

9  CMC, further narrow the products, number one.

10      Number two, I want -- I'm ordering the parties to

11  negotiate a representative product agreement.  I -- you know,

12  the answer given by Samsung that oh, we've done this already,

13  so therefore we don't have to do that, doesn't speak to me.

14  You can further make this an efficient trial by negotiating a

15  representative products agreement.

16      Now, whether one can be negotiated, generally depends on

17  the science, facts on the ground, but if the facts on the

18  ground suggest that there should be one, then I want you to

19  negotiate it.  So I want you to put that effort in.

20      I know that it's not an insignificant effort to negotiate

21  such things and involves more than just lawyers, but I think

22  that's an important next step to make this trial more

23  efficient.

24          MR. BETTINGER:  Thank you, your Honor.

25          THE COURT:  That's number two, or number three.

1      The plaintiffs want to file a motion to amend infringement

2  contentions to reflect information learned in discovery?

3      What's that about?

4          MR. BETTINGER:  There's review of source code going on

5  now.  There's source code depositions scheduled for the next

6  two weeks, I think, in Hong Kong, and then in Seoul in

7  February.

8          THE COURT:  Yeah.

9          MR. BETTINGER:  It's standard practice that once

10  you've completed that discovery, you then go in and amend your

11  contentions --

12          THE COURT:  Do you want to put --

13          MR. BETTINGER:  -- because the way this was -- I'm

14  sorry.

15          THE COURT:  -- to put in the source code citations?

16          MR. BETTINGER:  Yes.  The way this case was pled was,

17  there's an acknowledgement that the phones practice the

18  standard and therefore practice each of the -- the allegations

19  right now are based on admissions of practicing a standard,

20  this solidifies there's underlying code that confirms that.

21          THE COURT:  Are you going to oppose that?

22          MS. MAROULIS:  Your Honor, we haven't heard that

23  specific proposal before.

24          THE COURT:  Right.

25          MS. MAROULIS:  I need to discuss with the team.

UNITED STATES DISTRICT COURT

1        THE COURT:  Yeah.

2        MS. MAROULIS:  I mean, typically the guidance in the

3    local patent rules, which is if there's good cause and if it's

4    timely, then parties don't have much chance to oppose.

5      So we just need to understand because the patents go both

6    ways.

7        THE COURT:  Yes.  That's how it works.

8        MS. MAROULIS:  Yes.

9        THE COURT:  What's sauce for the goose, et cetera.

10        MS. MAROULIS:  Right.  So if it's okay with your

11    Honor, now that we understand what they want to do, which is to

12    add source code sites --

13        THE COURT:  Yes.

14        MS. MAROULIS:  -- and that's how I understand the

15    scope of it, we'd like to discuss with them and with ourselves.

16        THE COURT:  Yes.  Meet and confer on it.  If there's

17    an issue, you know how to tee it up.

18        MR. BETTINGER:  Sure.

19        THE COURT:  The usual process.

20        MS. MAROULIS:  Thank you, your Honor.

21        THE COURT:  So what else is going on?  When are we

22    settling this case?

23        MR. BETTINGER:  Well, so that's what I want to talk to

24    you about.

25        THE COURT:  Oh, good.

1          MR. BETTINGER:  There was a decision two weeks ago in

2     China on belated patents.  The Court in China ruled on the

3     infringement and validity of those.  This is called a court of

4     first impression, but also had to deal with the FRAND issues,

5     and found that Samsung had delayed the negotiations and was in

6     breach of that brand obligation.  Huawei was not.

7          THE COURT:  Mmmm-hmmm.

8          MR. BETTINGER:  That kind of is a central theme in

9     this case.  It's really why this case was filed because we had

10    been in negotiations for five years and not getting anywhere.

11         THE COURT:  Mmmm-hmmm.

12         MR. BETTINGER:  So your Honor had asked hey, if

13    something comes along that might be a catalyst for discussions,

14    I think this particular ruling, though it's not final --

15         THE COURT:  Mmmm-hmmm.

16         MR. BETTINGER:  -- there is what's called in China, I

17    understand, a court of second impression, which is similar to

18    our appellate court.

19         THE COURT:  Yeah.

20         MR. BETTINGER:  Though it sounds like maybe they can

21    take evidence, I'm not sure, but that was a recent development.

22         THE COURT:  Okay.  That's interesting.  That's

23    interesting.

24       What's going on with that?

25         MR. VERHOEVEN:  Your Honor, we're still getting

1    translations.  It's all in Chinese.

2            THE COURT:  Yes, of course.

3            MR. VERHOEVEN:  But, your Honor may recall that one of

4    our causes of actions -- an antitrust cause of action for this

5    very conduct, it's -- we take this event very seriously.  The

6    notion that there's any sort of parity between what happens in

7    Huawei's hometown in China versus our adversarial system, we

8    take issue with, and -- so we're evaluating our options.

9            THE COURT:  Well, it all depends on whose --

10           MR. VERHOEVEN:  We consider this to be another event

11   that's a violation of the antitrust claims that we've made.

12       I can't tell you what we're going to do about it.  We're

13   still looking at it.  I still haven't read the translation yet

14   of the --

15           THE COURT:  Okay.

16           MR. VERHOEVEN:  -- of the opinion.  So it sounds like

17   Mr. Bettinger has.

18           MR. BETTINGER:  I have -- there's been some press

19   reports.  I was only describing to the Court what's --

20           MR. VERHOEVEN:  So you haven't read it either then?

21           MR. BETTINGER:  No.  No.  It's in Chinese character.

22           THE COURT:  Yes.  Right.

23           MR. BETTINGER:  It's been summarized.

24           THE COURT:  I would think this far into the case you

25   would both read Chinese, but it's all right.

1          MR. BETTINGER:  Well, I've got ni hao down, but --

2          THE COURT:  Right.  That's about it, right?

3          MR. VERHOEVEN:  So anyway, your Honor, I agree with

4    Mr. Bettinger.  This is a significant event, but it's too early

5    for us to say what we're going to do about it.

6          THE COURT:  Okay.  And my recollection is the trial is

7    in November, is that when we set -- when did we --

8          MS. MAROULIS:  December, your Honor.

9          THE COURT:  December?

10          MR. VERHOEVEN:  Yes.

11          MS. MAROULIS:  December 3.

12          THE COURT:  I can't remember what we set.  December.

13    Okay.

14       Well, you know, if there's a time to start talking about

15    settlement, it's probably coming up relatively soon, you know.

16       When's the summary judgment date?

17          MR. BETTINGER:  We have expert reports, I believe, in

18    May is when we start filing summary judgment.

19          THE COURT:  I see.

20          THE CLERK:  The motion hearing is set for August 8.

21          THE COURT:  August.

22          MR. BETTINGER:  Judge Orrick mentioned that he wanted

23    plenty of time on those motions prior to the hearing --

24          THE COURT:  Yes.  I'm sure.

25          MR. BETTINGER:  -- to file them.

1          There are depositions coming up of the main -- the folks

2    who negotiated back and forth between Samsung and Huawei.

3              THE COURT:  Okay.

4              MR. BETTINGER:  I think end of March -- end of

5    February.

6              MR. VERHOEVEN:  They're still being negotiated.  I

7    have a trial that I have conflicts with, but we're working it

8    out together.

9              MR. BETTINGER:  Yeah.  But that gets the principals in

10   the room.

11             THE COURT:  Well, I don't know.  I'm not going -- I'm

12   not in the practice of forcing people into a room anymore

13   unless they agree to be forced into a room to discuss things,

14   but it seems to me that you're starting -- you're -- over the

15   next few months you're going to start to develop a body of

16   information from the depositions and from the experts that will

17   give you a little better picture of the case, and hopefully

18   that means you're in a better position to have discussions.

19        I appreciate that in a case that is, you know, maybe not

20   World War III, but World War I --

21             MR. VERHOEVEN:  Wait a minute, that was a bad war,

22   your Honor.

23             THE COURT:  It was a bad war.  They're all bad wars.

24             MR. VERHOEVEN:  I was just reading about it.

25             THE COURT:  We can call this the conflict then instead

UNITED STATES DISTRICT COURT

1  of a war.

2          MR. VERHOEVEN:  Yes.  Thank you.

3          THE COURT:  For those of us of a certain age.  You

4  know, it may not be possible and that's fine.  That's what

5  sometimes happens.  This may just being one piece in a puzzle,

6  but think about that and let's talk about that also at the next

7  case management, when is the right time to have a discussion.

8          MR. BETTINGER:  All right.  Thank you, your Honor.

9          THE COURT:  All right.  So the next case management

10  will be -- I don't know.

11          THE CLERK:  How far out do you want?

12          MR. BETTINGER:  May 4.

13          THE COURT:  Yeah.  I think --

14          THE CLERK:  May 4, 90 days?

15          THE COURT:  You know you're into the --

16          MS. MAROULIS:  Your Honor, I'm out of town that day,

17  but if that's the date that's convenient to the Court, I can

18  send someone else.

19          THE COURT:  Send someone else.

20          MS. MAROULIS:  Sure.

21          THE COURT:  Would that be all right?

22          MS. MAROULIS:  Absolutely.

23          THE COURT:  May 4th, 2:00.  Give me an updated

24  statement a week in advance and we'll talk.

25      Is there anything else you'd like to address today?

1        MR. BETTINGER:  Not for Huawei, your Honor.

2        MS. MAROULIS:  Not for Samsung, your Honor.

3        THE COURT:  Great.

4        MS. MAROULIS:  Thank you.

5        THE COURT:  Thank you all.

6        MR. BETTINGER:  Thank you very much for your time,

7   your Honor.

8        THE COURT:  Thanks.

9         (Whereupon the matter concluded at 12:48 p.m.)

10                        --o0o--

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    CERTIFICATE OF TRANSCRIBER

 2

 3         I certify that the foregoing is a true and correct

 4   transcript, to the best of my ability, of the above pages of

 5   the official electronic sound recording provided to me by the

 6   U.S. District Court, Northern District of California, of the

 7   proceedings taken on the date and time previously stated in the

 8   above matter.

 9

10        I further certify that I am neither counsel for, related

11   to, nor employed by any of the parties to the action in which

12   this hearing was taken; and, further, that I am not financially

13   nor otherwise interested in the outcome of the action.

14

15              /s/ VICTORIA L. VALINE

16              _____

17              Victoria L. Valine, CSR 3036, RMR, CRR
                     January 30, 2018

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT

## /

**/s** [1] - 17:15

## 1

**12:48** [1] - 16:9

## 2

**2017** [1] - 3:1
**2018** [1] - 17:17
**26** [1] - 3:1
**2:00** [1] - 15:23

## 3

**3** [1] - 13:11
**30** [1] - 17:17
**3036** [1] - 17:16

## 4

**4** [2] - 15:12, 15:14
**4th** [1] - 15:23

## 8

**8** [3] - 3:19, 7:19, 13:20

## 9

**90** [1] - 15:14

## A

**ability** [2] - 8:4, 17:4
**able** [1] - 4:7
**absolutely** [1] - 15:22
**acknowledgement** [1] - 9:17
**act** [1] - 8:8
**action** [3] - 12:4, 17:11, 17:13
**actions** [1] - 12:4
**add** [6] - 3:19, 5:3, 5:16, 6:15, 7:19, 10:12
**adding** [1] - 5:21
**addition** [1] - 5:18
**additional** [4] - 3:23, 5:23, 7:9, 7:14
**address** [1] - 15:25
**admissions** [1] - 9:19
**advance** [1] - 15:24
**adversarial** [1] - 12:7
**afternoon** [1] - 3:8,

3:10, 3:12
**age** [1] - 15:3
**agenda** [1] - 3:18
**ago** [1] - 11:1
**agree** [3] - 5:2, 13:3, 14:13
**agreement** [4] - 5:25, 7:21, 8:11, 8:15
**allegations** [1] - 9:18
**almost** [1] - 5:20
**amend** [2] - 9:1, 9:10
**answer** [1] - 8:12
**antitrust** [2] - 12:4, 12:11
**anyway** [1] - 13:3
**appearances** [1] - 3:9
**appellate** [1] - 11:18
**Apple** [1] - 5:17
**appreciate** [1] - 14:19
**appropriate** [1] - 6:15
**arbitrarily** [1] - 8:8
**arbitrary** [1] - 8:6
**argument** [1] - 6:24
**arguments** [4] - 6:23, 7:10, 7:11, 7:12
**attributions** [1] - 3:5
**August** [2] - 13:20, 13:21

## B

**bad** [3] - 14:21, 14:23
**based** [3] - 3:5, 7:10, 9:19
**belated** [1] - 11:2
**best** [1] - 17:4
**bet** [1] - 5:9
**better** [3] - 8:4, 14:17, 14:18
**BETTINGER** [34] - 3:10, 3:14, 4:3, 4:13, 4:19, 4:21, 4:23, 6:12, 6:25, 8:24, 9:4, 9:9, 9:13, 9:16, 10:18, 10:23, 11:1, 11:8, 11:12, 11:16, 11:20, 12:18, 12:21, 12:23, 13:1, 13:17, 13:22, 13:25, 14:4, 14:9, 15:8, 15:12, 16:1, 16:6
**Bettinger** [3] - 3:11, 12:17, 13:4
**between** [4] - 7:25, 8:3, 12:6, 14:2
**body** [1] - 14:15

**brand** [1] - 11:6
**breach** [1] - 11:6
**broadband** [2] - 3:24, 3:25
**build** [4] - 3:24, 5:23, 6:23, 7:15
**build's** [1] - 4:18

## C

**California** [1] - 17:6
**CALIFORNIA** [1] - 3:1
**case** [22] - 3:22, 4:10, 5:5, 5:7, 5:16, 5:17, 5:18, 5:25, 6:5, 7:19, 8:3, 8:5, 9:16, 10:22, 11:9, 12:24, 14:17, 14:19, 15:7, 15:9
**cases** [2] - 5:10, 5:13
**catalyst** [1] - 11:13
**causes** [1] - 12:4
**central** [1] - 11:8
**certain** [2] - 3:4, 15:3
**CERTIFICATE** [1] - 17:1
**certify** [2] - 17:3, 17:10
**cetera** [1] - 10:9
**chance** [2] - 3:22, 10:4
**change** [1] - 7:8
**character** [1] - 12:21
**Charles** [1] - 3:13
**China** [4] - 11:2, 11:16, 12:7
**Chinese** [3] - 12:1, 12:21, 12:25
**chip** [6] - 4:8, 4:9, 4:23, 4:24, 7:15
**chips** [1] - 4:11
**citations** [1] - 9:15
**claims** [1] - 12:11
**CLERK** [3] - 13:20, 15:11, 15:14
**close** [3] - 5:4, 5:14, 5:19
**closed** [1] - 6:16
**closer** [1] - 6:5
**CMC** [1] - 8:9
**code** [10] - 4:10, 6:21, 6:22, 7:3, 7:7, 9:4, 9:5, 9:15, 9:20, 10:12
**colleague** [1] - 3:14
**coming** [2] - 13:15, 14:1
**company** [1] - 4:1
**completed** [1] - 9:10

**concluded** [1] - 16:9
**conduct** [1] - 12:5
**confer** [1] - 10:16
**confirms** [1] - 9:20
**conflict** [1] - 14:25
**conflicts** [1] - 14:7
**consider** [1] - 12:10
**contentions** [2] - 9:2, 9:11
**convenient** [1] - 15:17
**corner** [2] - 5:4, 5:8
**correct** [2] - 7:7, 17:3
**counsel** [1] - 17:10
**counsels'** [1] - 3:3
**course** [1] - 12:2
**Court** [4] - 11:2, 12:19, 15:17, 17:6
**COURT** [63] - 3:7, 3:9, 3:16, 4:12, 4:17, 4:20, 4:22, 4:25, 5:7, 5:12, 6:3, 6:6, 6:9, 6:13, 6:18, 6:24, 7:11, 7:14, 8:25, 9:8, 9:12, 9:15, 9:21, 9:24, 10:1, 10:7, 10:9, 10:13, 10:16, 10:19, 10:21, 10:25, 11:7, 11:11, 11:15, 11:19, 11:22, 12:2, 12:9, 12:15, 12:22, 12:24, 13:2, 13:6, 13:9, 13:12, 13:19, 13:21, 13:24, 14:3, 14:11, 14:23, 14:25, 15:3, 15:9, 15:13, 15:15, 15:19, 15:21, 15:23, 16:3, 16:5, 16:8
**court** [3] - 11:3, 11:17, 11:18
**courts** [1] - 5:15
**create** [1] - 6:22
**CRR** [1] - 17:16
**CSR** [1] - 17:16
**Curt** [1] - 3:15
**cut** [1] - 7:18

## D

**date** [3] - 13:16, 15:17, 17:7
**days** [1] - 15:14
**deal** [1] - 11:4
**December** [6] - 5:5, 5:8, 13:8, 13:9, 13:11, 13:12
**decision** [1] - 11:1
**delayed** [1] - 11:5
**dependent** [1] - 4:11
**depositions** [3] - 9:5,

14:1, 14:16
**describing** [1] - 12:19
**develop** [1] - 14:15
**development** [1] - 11:21
**different** [5] - 3:24, 4:18, 5:22, 6:23, 7:15
**discovery** [8] - 3:21, 3:23, 5:4, 5:15, 5:19, 7:10, 9:2, 9:10
**discuss** [3] - 9:25, 10:15, 14:13
**discussion** [1] - 15:7
**discussions** [2] - 11:13, 14:18
**dispute** [1] - 6:1
**distinction** [1] - 7:25
**district** [1] - 5:14
**District** [2] - 17:6
**done** [3] - 7:14, 7:18, 8:12
**down** [1] - 13:1
**Due** [1] - 3:3

## E

**early** [2] - 5:18, 13:4
**educated** [1] - 3:5
**efficient** [2] - 8:14, 8:23
**effort** [2] - 8:19, 8:20
**either** [2] - 4:10, 12:20
**electronic** [1] - 17:5
**employed** [1] - 17:11
**end** [2] - 14:4
**et** [1] - 10:9
**evaluating** [1] - 12:8
**event** [3] - 12:5, 12:10, 13:4
**evidence** [1] - 11:21
**exactly** [1] - 6:13
**expert** [1] - 13:17
**experts** [1] - 14:16
**extent** [1] - 8:2

## F

**fact** [3] - 4:4, 6:25, 7:8
**facts** [2] - 8:17
**failure** [1] - 3:4
**far** [2] - 12:24, 15:11
**February** [2] - 9:7, 14:5
**few** [5] - 5:10, 14:15
**file** [2] - 9:1, 13:25
**filed** [1] - 11:9
**filing** [1] - 13:18

**final** [1] - 11:14
**finally** [1] - 4:6
**financially** [1] - 17:12
**fine** [2] - 7:24, 15:4
**first** [3] - 3:18, 4:4, 11:4
**five** [2] - 7:25, 11:10
**focused** [1] - 7:10
**focusing** [1] - 7:10
**folks** [1] - 14:1
**forced** [1] - 14:13
**forcing** [1] - 14:12
**foregoing** [1] - 17:3
**forth** [2] - 4:5, 14:2
**FRANCISCO** [1] - 3:1
**FRAND** [1] - 11:4

## G

**Galaxy** [1] - 3:19
**game** [1] - 5:22
**generally** [1] - 8:16
**given** [2] - 3:24, 8:12
**goal** [1] - 8:4
**goose** [1] - 10:9
**great** [1] - 16:3
**ground** [2] - 8:17, 8:18
**guess** [1] - 3:5
**guidance** [1] - 10:2

## H

**hao** [1] - 13:1
**hard** [2] - 5:5, 5:24
**heard** [1] - 9:9
**hearing** [4] - 5:19, 13:20, 13:23, 17:12
**hmmm** [3] - 11:7, 11:11, 11:15
**Holbreich** [1] - 3:15
**hometown** [1] - 12:7
**Hong** [1] - 9:6
**Honor** [27] - 3:8, 3:10, 3:12, 4:3, 5:2, 5:11, 5:22, 6:2, 6:8, 6:14, 7:3, 7:7, 8:24, 9:22, 10:11, 10:20, 11:12, 11:25, 12:3, 13:3, 13:8, 14:22, 15:8, 15:16, 16:1, 16:2, 16:7
**hopefully** [1] - 14:17
**Huawei** [5] - 3:11, 5:16, 11:6, 14:2, 16:1
**Huawei's** [1] - 12:7

## I

**ID** [2] - 5:23, 6:23
**identify** [1] - 3:4
**III** [1] - 14:20
**important** [1] - 8:22
**impression** [2] - 11:4, 11:17
**inclination** [2] - 3:19, 4:2
**information** [3] - 6:22, 9:2, 14:16
**infringement** [2] - 9:1, 11:3
**inquired** [1] - 7:4
**insignificant** [1] - 8:20
**instead** [1] - 14:25
**interested** [1] - 17:13
**interesting** [2] - 11:22, 11:23
**interests** [1] - 8:7
**involves** [1] - 8:21
**issue** [4] - 4:13, 6:21, 10:17, 12:8
**issues** [1] - 11:4
**item** [1] - 3:18

## J

**January** [2] - 5:8, 17:17
**Jose** [2] - 5:9, 5:17
**judges** [1] - 8:8
**judgment** [2] - 13:16, 13:18

## K

**keep** [1] - 6:17
**kind** [1] - 11:8
**Kong** [1] - 9:6

## L

**last** [1] - 6:1
**late** [4] - 3:20, 5:3, 5:21, 7:17
**lawyers** [1] - 8:21
**learned** [1] - 9:2
**left** [2] - 3:21, 5:14
**less** [1] - 5:3
**litigated** [1] - 5:9
**local** [1] - 10:3
**look** [1] - 5:13
**looking** [1] - 12:13

## M

**main** [1] - 14:1

**management** [3] - 8:4, 15:7, 15:9
**March** [1] - 14:4
**Markman** [1] - 5:19
**MAROULIS** [25] - 3:8, 3:12, 5:2, 5:10, 5:13, 6:4, 6:8, 6:14, 6:20, 7:7, 7:13, 9:22, 9:25, 10:2, 10:8, 10:10, 10:14, 10:20, 13:8, 13:11, 15:16, 15:20, 15:22, 16:2, 16:4
**Maroulis** [1] - 3:13
**matter** [2] - 16:9, 17:8
**mean** [1] - 10:2
**means** [1] - 14:18
**meet** [2] - 8:4, 10:16
**mention** [1] - 3:14
**mentioned** [1] - 13:22
**might** [2] - 4:18, 11:13
**Mike** [1] - 3:10
**minute** [1] - 14:21
**mmmm** [2] - 11:7, 11:11, 11:15
**mmmm-hmmm** [3] - 11:7, 11:11, 11:15
**model** [1] - 3:25
**months** [3] - 5:3, 5:15, 14:15
**motion** [3] - 4:6, 9:1, 13:20
**motions** [1] - 13:23
**move** [1] - 6:16
**MR** [45] - 3:10, 3:14, 4:3, 4:13, 4:19, 4:21, 4:23, 6:12, 6:25, 8:24, 9:4, 9:9, 9:13, 9:16, 10:18, 10:23, 11:1, 11:8, 11:12, 11:16, 11:20, 11:25, 12:3, 12:10, 12:16, 12:18, 12:20, 12:21, 12:23, 13:1, 13:3, 13:10, 13:17, 13:22, 13:25, 14:4, 14:6, 14:9, 14:21, 14:24, 15:2, 15:8, 15:12, 16:1, 16:6
**MS** [25] - 3:8, 3:12, 5:2, 5:10, 5:13, 6:4, 6:8, 6:14, 6:20, 7:7, 7:13, 9:22, 9:25, 10:2, 10:8, 10:10, 10:14, 10:20, 13:8, 13:11, 15:16, 15:20, 15:22, 16:2, 16:4

## N

**narrow** [3] - 5:5, 5:24, 8:9
**narrowing** [4] - 6:1, 6:17, 7:22, 8:2
**need** [4] - 5:23, 7:9, 9:25, 10:5
**neglected** [1] - 3:14
**negotiate** [3] - 8:11, 8:19, 8:20
**negotiated** [3] - 8:16, 14:2, 14:6
**negotiating** [1] - 8:14
**negotiations** [2] - 11:5, 11:10
**new** [2] - 5:21, 6:22
**next** [8] - 7:5, 8:3, 8:8, 8:22, 9:5, 14:15, 15:6, 15:9
**ni** [1] - 13:1
**Northern** [1] - 17:6
**NOTE** [1] - 3:3
**Note** [2] - 3:19, 7:19
**noticed** [1] - 3:16
**notify** [1] - 7:1
**notion** [1] - 12:6
**November** [1] - 13:7
**number** [5] - 7:22, 8:9, 8:10, 8:25

## O

**obligation** [1] - 11:6
**OF** [1] - 17:1
**official** [1] - 17:5
**once** [1] - 9:9
**one** [7] - 4:10, 5:6, 8:9, 8:16, 8:18, 12:3, 15:5
**opinion** [1] - 12:16
**oppose** [2] - 9:21, 10:4
**options** [1] - 12:8
**ordering** [1] - 8:10
**Orrick** [2] - 8:5, 13:22
**otherwise** [1] - 17:13
**ourselves** [2] - 6:4, 10:15
**outcome** [1] - 17:13

## P

**p.m** [1] - 16:9
**pages** [1] - 17:4
**parity** [1] - 12:6
**part** [2] - 6:9
**particular** [2] - 3:25,

11:14
**parties** [3] - 8:10, 10:4, 17:11
**party** [1] - 6:21
**patent** [2] - 5:7, 10:3
**patents** [2] - 10:5, 11:2
**people** [1] - 14:12
**perhaps** [1] - 3:23
**phones** [1] - 9:17
**picture** [1] - 14:17
**piece** [1] - 15:5
**pink** [1] - 7:20
**plaintiff** [1] - 3:11
**plaintiffs** [1] - 9:1
**pleased** [5] - 6:4, 6:6, 6:10, 6:12
**pled** [1] - 9:16
**plenty** [1] - 13:23
**point** [2] - 6:18, 7:17
**points** [1] - 5:22
**position** [1] - 14:18
**possible** [1] - 15:4
**practice** [4] - 9:9, 9:17, 9:18, 14:12
**practicing** [1] - 9:19
**prejudice** [4] - 4:15, 4:17, 5:24
**press** [1] - 12:18
**previously** [1] - 17:7
**principals** [1] - 14:9
**problem** [1] - 4:12
**proceedings** [1] - 17:7
**process** [3] - 3:20, 4:5, 10:19
**processor** [1] - 3:25
**processors** [1] - 4:1
**produced** [7] - 4:10, 4:14, 4:15, 6:25, 7:2, 7:6, 7:8
**product** [3] - 5:18, 5:21, 8:11
**products** [8] - 3:21, 5:3, 5:16, 6:15, 7:22, 7:25, 8:9, 8:15
**prompted** [1] - 4:6
**proposal** [1] - 9:23
**provided** [1] - 17:5
**put** [3] - 8:19, 9:12, 9:15
**puzzle** [1] - 15:5

## Q

**Qualcomm** [6] - 4:8, 4:9, 4:13, 4:21, 6:25, 7:4

## R

**rather** [1] - 8:7
**reached** [1] - 5:25
**read** [3] - 12:13, 12:20, 12:25
**reading** [1] - 14:24
**really** [1] - 11:9
**reasons** [1] - 5:6
**recent** [1] - 11:21
**recollection** [1] - 13:6
**recording** [1] - 17:5
**reflect** [1] - 9:2
**related** [1] - 17:10
**relatively** [1] - 13:15
**relies** [1] - 5:16
**remember** [1] - 13:12
**reports** [2] - 12:19, 13:17
**representative** [2] - 8:11, 8:15
**requested** [1] - 4:4
**require** [1] - 3:23
**respectively** [1] - 6:8
**review** [3] - 6:22, 7:2, 9:4
**reviewing** [1] - 6:20
**RMR** [1] - 17:16
**room** [2] - 14:10, 14:12, 14:13
**ruled** [1] - 11:2
**rules** [1] - 10:3
**ruling** [1] - 11:14

## S

**S8** [5] - 4:9, 4:14, 7:1
**S8+** [1] - 4:14
**Sam** [1] - 3:13
**Samsung** [7] - 3:13, 3:17, 5:24, 8:12, 11:5, 14:2, 16:2
**San** [2] - 5:9, 5:17
**SAN** [1] - 3:1
**sauce** [1] - 10:9
**schedule** [1] - 7:24
**scheduled** [1] - 9:5
**science** [1] - 8:17
**scope** [1] - 10:15
**second** [1] - 11:17
**see** [4] - 4:22, 4:25, 13:19
**send** [2] - 15:18, 15:19
**Seoul** [1] - 9:6
**September** [1] - 4:5
**SEPTEMBER** [1] - 3:1

**seriously** [1] - 12:5
**set** [4] - 8:5, 13:7, 13:12, 13:20
**settlement** [1] - 13:15
**settling** [1] - 10:22
**significant** [4] - 3:23, 7:16, 8:1, 13:4
**similar** [1] - 11:17
**sites** [1] - 10:12
**software** [1] - 4:18
**solidifies** [1] - 9:20
**someone** [2] - 15:18, 15:19
**sometimes** [1] - 15:5
**soon** [1] - 13:15
**sorry** [1] - 9:14
**sort** [1] - 12:6
**sound** [1] - 17:5
**sounds** [2] - 11:20, 12:16
**source** [5] - 6:21, 9:4, 9:5, 9:15, 10:12
**speaker** [1] - 3:4
**speaking** [1] - 3:4
**specific** [1] - 9:23
**stage** [1] - 6:15
**Stake** [1] - 3:13
**standard** [3] - 9:9, 9:18, 9:19
**start** [3] - 13:14, 13:18, 14:15
**started** [1] - 6:20
**starting** [1] - 14:14
**statement** [1] - 15:24
**step** [2] - 3:18, 8:22
**still** [5] - 4:9, 11:25, 12:13, 14:6
**stuff** [1] - 6:10
**subject** [1] - 6:1
**suggest** [1] - 8:18
**summarized** [1] - 12:23
**summary** [2] - 13:16, 13:18
**system** [1] - 12:7

## T

**task** [1] - 8:8
**team** [1] - 9:25
**tee** [1] - 10:17
**ten** [1] - 7:25
**THE** [66] - 3:7, 3:9, 3:16, 4:12, 4:17, 4:20, 4:22, 4:25, 5:7, 5:12, 6:3, 6:6, 6:9, 6:13, 6:18, 6:24, 7:11, 7:14, 8:25, 9:8, 9:12, 9:15, 9:21, 9:24, 10:1, 10:7,

10:9, 10:13, 10:16, 10:19, 10:21, 10:25, 11:7, 11:11, 11:15, 11:19, 11:22, 12:2, 12:9, 12:15, 12:22, 12:24, 13:2, 13:6, 13:9, 13:12, 13:19, 13:20, 13:21, 13:24, 14:3, 14:11, 14:23, 14:25, 15:3, 15:9, 15:11, 15:13, 15:14, 15:15, 15:19, 15:21, 15:23, 16:3, 16:5, 16:8
  **theme** [1] - 11:8
  **themselves** [1] - 3:4
  **therefore** [2] - 8:13, 9:18
  **third** [2] - 4:18, 6:21
  **thoughts** [1] - 4:2
  **three** [2] - 5:15, 8:25
  **tickled** [1] - 7:20
  **timely** [1] - 10:4
  **today** [1] - 15:25
  **together** [1] - 14:8
  **towards** [1] - 6:16
  **town** [1] - 15:16
  **TRANSCRIBER** [1] - 17:1
  **TRANSCRIBER'S** [1] - 3:3
  **transcript** [1] - 17:4
  **translation** [1] - 12:13
  **translations** [1] - 12:1
  **trial** [9] - 5:4, 5:8, 5:20, 6:16, 7:18, 8:14, 8:22, 13:6, 14:7
  **true** [1] - 17:3
  **try** [2] - 7:23, 8:5
  **two** [9] - 4:11, 5:3, 5:15, 5:20, 8:5, 8:10, 8:25, 9:6, 11:1
  **typically** [2] - 5:15, 10:2

## U

**U.S** [1] - 17:6
**underlying** [3] - 4:23, 4:24, 9:20
**unless** [1] - 14:13
**up** [3] - 10:17, 13:15, 14:1
**updated** [1] - 15:23
**usual** [1] - 10:19

## V

**validity** [1] - 11:3
**VALINE** [1] - 17:15
**Valine** [1] - 17:16
**Verhoeven** [1] - 3:13
**VERHOEVEN** [11] - 11:25, 12:3, 12:10, 12:16, 12:20, 13:3, 13:10, 14:6, 14:21, 14:24, 15:2
**versus** [1] - 12:7
**VICTORIA** [1] - 17:15
**Victoria** [2] - 3:12, 17:16
**violation** [1] - 12:11

## W

**wait** [1] - 14:21
**War** [2] - 14:20
**war** [3] - 14:21, 14:23, 15:1
**wars** [1] - 14:23
**ways** [1] - 10:6
**week** [3] - 7:4, 7:5, 15:24
**weeks** [3] - 8:5, 9:6, 11:1
**whole** [1] - 5:21
**window** [1] - 6:16
**works** [1] - 10:7
**World** [1] - 14:20

## Y

**years** [2] - 5:20, 11:10
**yourselves** [2] - 6:7, 6:11

UNITED STATES DISTRICT COURT