1    QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Cal. Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     David A. Perlson (Cal. Bar No. 209502)
3    davidperlson@quinnemanuel.com
     50 California Street, 22nd Floor
4    San Francisco, California 94111
     Telephone: (415) 875-6600
5    Facsimile: (415) 875-6700

6    Kevin P.B. Johnson (Cal. Bar No. 177129)
     kevinjohnson@quinnemanuel.com
7    Victoria F. Maroulis (Cal. Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
8    555 Twin Dolphin Drive 5th Floor
     Redwood Shores, California 94065
9    Telephone: (650) 801-5000
     Facsimile: (650) 801-5100
10
     Attorneys for Samsung Electronics Co., Ltd.,
11   Samsung Electronics America, Inc., and
     Samsung Research America, Inc.
12

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16   HUAWEI TECHNOLOGIES CO., LTD., et al.,     CASE NO. 16-cv-02787-WHO

17              Plaintiffs,                     **DECLARATION OF DR. SONG
                                                LIANBING IN SUPPORT OF
18         v.                                   SAMSUNG'S MOTION TO ENJOIN
                                                HUAWEI FROM ENFORCING THE
19   SAMSUNG ELECTRONICS CO., LTD., et al.,     INJUNCTION ISSUED BY THE
                                                INTERMEDIATE PEOPLE'S COURT
20              Defendants.                     OF SHENZHEN**

21
     SAMSUNG ELECTRONICS CO., LTD. &
22   SAMSUNG ELECTRONICS AMERICA, INC.,         **REDACTED VERSION OF DOCUMENT
                                                SOUGHT TO BE SEALED**
23              Counterclaim-Plaintiffs,

24         v.

25   HUAWEI TECHNOLOGIES CO., LTD,
     HUAWEI DEVICE USA, INC., HUAWEI
26   TECHNOLOGIES USA, INC. & HISILICON
     TECHNOLOGIES CO., LTD.,
27
                Counterclaim-Defendants.
28

I, Song Lianbing, declare as follows:

1.      I am Professor of Law and Doctor's Tutor on the Faculty of International Law at China University of Political Science and Law in Beijing, China.  I have held this position since 2012.  I submit this declaration in support of Samsung's Motion to Enjoin Huawei from Enforcing the Injunction Issued by the Intermediate People's Court of Shenzhen.  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

**Academic and Professional Qualifications**

2.      I have attached my current curriculum vitae as Exhibit A.  I received my L.L.M. from Wuhan University Law School in 1993, and my Doctor of Law from Wuhan University Law School in 1999.  I have been a member of the Chinese Society of International Law since 1992 and a member of the China Law Society since 1996.  Since 2001, I have served as Standing Board Member and Deputy Secretary General of the Chinese Society of Private International Law.  I have served as an academic advisor to the Journal of Beijing Arbitration since 2002, and as academic advisor to the Journal of Arbitration Study since 2012.

3.      I have published over 100 research and thesis papers on international law, Chinese civil law, private international law, and arbitration law.  I am a co-author of Methodology of Legal Education, published by Wuhan University Press in 2009, as well as of Treatise of Arbitration Law, 1st, 2nd and 3rd editions, published by China University of Political Science and Law Press in  1997, 1999, 2002, 2007, and 2008.  I am also a co-author of Private International Law, published by Hunan People's Publishing House in 2003.  I have also co-translated numerous academic publications, including Information Technology Law, published by Press of Wuhan University in 2004, and Selected Materials on International Commercial Arbitration, published by Intellectual Property Press in 2004.

**Appellate Procedure with Respect to the Shenzhen Court's Injunction Order**

4.      On January 11, 2018, the Shenzhen Intermediate People's Court ("Shenzhen Court") found that Samsung's Chinese affiliates infringed Chinese Patent Nos. 201010137731.2 and 201110269715.3, and issued an injunction barring Samsung from manufacturing, selling, and

-1-          CASE NO. 16-cv-02787-WHO

DECLARATION OF DR. SONG LIANBING ISO SAMSUNG'S MOTION FOR ANTISUIT INJUNCTION

1    offering to sell certain smartphones in China.

2        5.    I have reviewed the Shenzhen Court's order ("injunction order") in Chinese and a

3    certified translation to English, and have been asked by counsel for Samsung to provide this

4    declaration regarding the appellate procedure with respect to the order.

5        6.    The injunction order states:

6    ████████████████████████████████████████████████

7    ████████████████████████████████████████████████

8    ████████████████████████████████████████████████

9    ████████████████████████████████████████████████

10   ████████████████████████████████████████████████

11   ████████████████████████████████████████████████

12   ████████████████████████████████████

13   ██

14   ████████████████████████████████████████████████

15   ████████████████████████████████████████████████

16   ████████████████████████████████████████████████

17   ████████████████████

18       7.    ██████████████████████████████████████████

19   ██████████████████████████████   Moreover,

20   provided one or both parties appeal, the injunction order will not be enforced until after the appeal

21   concludes.   ████████████████████████████████████

22   ████████████████████████████████████████████████

23   ████████████████████████████████████████████████

24   ████████████████████████████████████e.

25       8.    On January 26, 2018, Samsung filed a notice of appeal of the Shenzhen Court's

26   judgment.  That appeal will give the Guangdong High Court the opportunity to review *de novo* the

27   procedural and substantive determinations made by the Shenzhen Court.  The parties can submit

28   additional evidence during the appeal, and the Guangdong High Court may hold an additional

evidentiary hearing.

9.      The appeal is expected to conclude within months.  Huawei can withdraw its lawsuits against Samsung at any time during the appeal to the Guangdong High Court. Alternately, Huawei can request a stay of the appeal pending resolution of its claims before this Court, and the Guangdong High Court can grant such a stay in its discretion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed February 1, 2018, in Beijing, China.

_____
Dr. Song Lianbing

DECLARATION OF DR. SONG LIANBING ISO SAMSUNG'S MOTION FOR ANTISUIT INJUNCTION