QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and
Samsung Research America, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | CASE NO. 16-cv-02787-WHO <br><br> **DECLARATION OF GUANBIN XIE IN SUPPORT OF SAMSUNG'S MOTION TO ENJOIN HUAWEI FROM ENFORCING THE INJUNCTION ISSUED BY THE INTERMEDIATE PEOPLE'S COURT OF SHENZHEN** |
| SAMSUNG ELECTRONICS CO., LTD. & SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO., LTD, HUAWEI DEVICE USA, INC., HUAWEI TECHNOLOGIES USA, INC. & HISILICON TECHNOLOGIES CO., LTD., <br><br> Counterclaim-Defendants. | **REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |

I, Guanbin Xie, declare as follows:

1. I am an attorney at the law firm of Lifang Partners, counsel for Samsung's Chinese affiliates. I submit this declaration in support of Samsung's Motion To Enjoin Huawei from Enforcing the Injunction Issued by the Intermediate People's Court of Shenzhen. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

**Overview of Huawei's Litigation Against Samsung in China**

2. Since May 25, 2016, Huawei has filed a total of twenty-one lawsuits against Samsung in the People's Republic of China ("China"), including thirteen standard-essential patent ("SEP") infringement suits, seven non-standard-essential patent ("NSEP") infringement suits, and one rate-setting and royalty payment suit.[1] Of those original twenty-one lawsuits, Huawei has withdrawn one SEP infringement suit and two NSEP infringement suits.

**Proceedings Before the Shenzhen Intermediate People's Court**

3. On May 25, 2016, Huawei Technologies Co., Ltd. ("Huawei") filed nine patent infringement lawsuits against Chinese affiliates[2] of Samsung Electronics Co., Ltd. ("Samsung") in the Shenzhen Intermediate People's Court ("Shenzhen Court"). Huawei Terminals Co., Ltd. ("Huawei Terminals") filed an additional patent infringement lawsuit against Samsung's Chinese affiliates in the Shenzhen Court on the same day. Eight of the ten lawsuits involve SEPs. In those eight lawsuits, Huawei requested that the Shenzhen Court enjoin Samsung's alleged infringement, and Huawei elected not to seek damages. In the other two lawsuits, both involving NSEPs, Huawei requested that the Shenzhen Court (1) enjoin the alleged infringement of Samsung's Chinese affiliates, and (2) order Samsung's Chinese affiliates to pay damages of RMB 80 million and expenses of RMB 500,000 for each infringed patent. Samsung's affiliates were served by

---

[1] As a countermeasure to the lawsuits brought by Huawei in China, Samsung has filed twenty-two lawsuits in response, including fourteen SEP infringement suits and eight NSEP infringement suits. Of those twenty-two lawsuits, five SEP infringement suits and five NSEP infringement suits have since been withdrawn.

[2] Samsung (China) Investment Co., Ltd. ("Samsung China"), Samsung Electronics Huizhou Co., Ltd. ("Samsung Huizhou"), Tianjin Samsung Communication Technology Co., Ltd., and Shenzhen Nanfangyunhe Technology Co., Ltd.

1  Shenzhen Court onJune 7, 2016.

2      4.    On December 19-23, 2016 and January 12-13, 2017, hearings occurred in two of the SEP infringement lawsuits filed by Huawei in the Shenzhen Court. Those two lawsuits involve Chinese Patent Nos. 201010137731.2 and201110269715.3, which are counterparts,respectively, of U.S. Patent Nos. 8,885,587 and 8,369,278 asserted by Huawei in the action before this Court.At the hearing on December 19, 2016, Samsung China requested to add Samsung, its parent company, as a party because Samsung led the license negotiations with Huawei at issue in the case. The Shenzhen Court denied this request.

    5.    During the hearings, Huawei argued that its licensing offers were consistent with its FRAND obligations. Huawei rested this argument on its assertion that its offers were consistent with the relative strength of each party's patent portfolio and with the rates in licenses it argued were comparable.Huawei further argued that Samsung negotiated in bad faith by refusing to pay a meaningful royalty, pursuing delay, and refusing to arbitrate. Huawei also asserted that Samsung's proposed royalty rates undervalued Huawei's patent portfolio and inappropriately relied on the InterDigital royalty rate.

    6.    Samsung's Chinese affiliates argued in response that Huawei violated its FRAND obligations by (1) consistently insisting on applyinga [REDACTED] throughout a negotiation that lasted more than four years, (2) exaggerating the number of patents Huawei acquired from Sharp, (3) pursuing a patent "hold up" strategy by asking for injunctions while simultaneously asking a U.S. court to determine FRAND terms, and (4) asking for a royalty rate not commensurate with the relative strength of the parties' patent portfolios.

    7.    On January 11, 2018, the Shenzhen Court issued an order finding that Samsung's Chinese affiliates infringe Chinese Patent Nos. 201010137731.2 and201110269715.3. The Shenzhen Court entered an injunction prohibiting Samsung's Chinese affiliates from any further infringement of those two patents. The Shenzhen Court made findings to support its order [REDACTED]

1. █████████████████████████████
2. █████████████████████████████
3. █████████████████████████████
4. ███████████
5. . . .
6. █████████████████████████████
7. █████████████████████████████
8. █████████████████████████████
9. █████████████████████████████
10. █████████████████████████████
11. █████████████████████████████
12. █████████████████████████████
13. █████████████████████████████
14. ███████████████

8. On January 26, 2018, Samsung's Chinese affiliates filed a notice of appeal of the judgment of the Shenzhen Court to the Guangdong High People's Court.

9. Of the remaining six SEP infringement lawsuits filed by Huawei in the Shenzhen Court, five have not yet had a hearing, and one was withdrawn on June 14, 2017. On March 31 and June 26, 2017, Huawei withdrew the two NSEP infringement lawsuits it filed in the Shenzhen Court.

10. In response to the ten patent infringement lawsuits filed by Huawei and Huawei Terminals, Samsung filed eight SEP infringement lawsuits and two NSEP infringement lawsuits against Huawei on July 8, 2016 in the Shenzhen Court. Samsung has since withdrawn four of the SEP infringement lawsuits and the two NSEP infringement lawsuits. Of the four SEP infringement lawsuits filed by Samsung that are currently outstanding, two have had a hearing and are currently awaiting judgment, and the other two have not yet had a hearing.

**Proceedings Before the Guangzhou Intellectual Property Court**

11. On May 25, 2016, Huawei Terminals filed an NSEP infringement lawsuit against

two of Samsung's Chinese affiliates[3] in the Guangzhou Intellectual Property Court ("Guangzhou IP Court"). Huawei Terminals requested that the Guangzhou IP Court enjoin Samsung's alleged infringement and order that Samsung pay all litigation costs. The Guangzhou IP Court has since suspended the hearing for this lawsuit.

12. In response to the patent infringement lawsuit filed by Huawei Terminals, Samsung filed an NSEP infringement lawsuit against Huawei on July 8, 2016 in the Guangzhou IP Court. Samsung has withdrawn this case.

**Proceedings Before the Quanzhou Intermediate People's Court**

13. On June 12, 2016, Huawei Terminals filed an NSEP infringement lawsuit against Chinese affiliates[4] of Samsung in the Quanzhou Intermediate People's Court ("Quanzhou Court"). Huawei Terminals requested that the Quanzhou Court (1) enjoin the alleged infringement of Samsung's Chinese affiliates, and (2) order Samsung's Chinese affiliates to pay damages of RMB 80 million and expenses of RMB 500,000.

14. On December 5-6 and 26-29, 2016, January 17-20, 2017, and February 16-17 and 20-21, 2017, hearings occurred before the Quanzhou Court in Huawei Terminals' NSEP infringement lawsuit.

15. On March 30, 2017, the Quanzhou Court entered judgement in Huawei Terminals' favor, granting all of Huawei Terminals' litigation requests.

16. On April 14, 2017, Samsung's Chinese affiliates appealed the judgment of the Quanzhou Court to the Fujian High Court. The Fujian High Court held hearings on June 28, July 19, and August 10-11, 2017. The Fujian High Courthas confirmed the Quanzhou Court's judgement.

17. In response to the NSEP infringement lawsuit filed by Huawei Terminals, Samsung filed an NSEP infringement lawsuit against Huawei on August 8, 2016 in the Quanzhou Court. Samsung has applied to stay this case.

---

[3]Samsung China and Samsung Huizhou

[4]Samsung China, Samsung Huizhou, Tianjin Samsung Communication Technology Co., Ltd., and Fujian Quanzhou Huayuan Electron Co., Ltd.

**Proceedings Before the Beijing Intellectual Property Court**

18. On July 8, 2016, and in response to the ten patent infringement lawsuits filed by Huawei and Huawei Terminals in the Shenzhen Court, Samsung filed four SEP infringement lawsuits and two NSEP infringement lawsuits against Huawei in the Beijing Intellectual Property Court ("Beijing IP Court"). Samsung has since withdrawn twoof the SEP infringement lawsuits and twoof the NSEP infringement lawsuits. A hearing has not yet been held for the twoSEP infringement lawsuits currently outstanding.

19. On September 8, 2016, Huawei filed five SEP infringementlawsuits and one NSEP infringement lawsuit against Chinese affiliates[5] of Samsung in the Beijing IP Court. In the five SEP infringement lawsuits, Huawei requested that the Beijing IP Court enjoin the alleged infringement of Samsung's Chinese affiliates. In the NSEP infringement lawsuit, Huawei requested that the Beijing IP Court (1) enjoin the alleged infringement of Samsung's Chinese affiliates, and (2) order Samsung's Chinese affiliates to pay damages of RMB 80 million and expenses of RMB 500,000. The Beijing IP Court has dismissed Huawei's non-SEP infringement lawsuit but has not yet held a hearing on the fiveSEPinfringement lawsuits filed by Huawei.

**Proceedings Before the Xi'an Intermediate People's Court**

20. On July 8, 2016, and in response to the ten patent infringement lawsuits filed by Huawei and Huawei Terminals in the Shenzhen Court, Samsung filed two SEP infringement lawsuits and two NSEP infringement lawsuits against Huawei in the Xi'an Intermediate People's Court ("Xi'an Court"). Samsung has since withdrawn the two NSEP infringement lawsuits. A hearing has not yet been held for the two SEP infringement lawsuits and one NSEP infringement lawsuit currently outstanding.

21. On October 24, 2016, Huawei filed two NSEP infringement lawsuits against Chinese affiliates[6] of Samsung in the Xi'an Court. Huawei requested that the Xi'an Court (1)

---

[5] Samsung China, Samsung Huizhou, Tianjin Samsung Communication Technology Co., Ltd. and Beijing Xingqiutong Telecom Technology Co., Ltd.

[6] Samsung China, Samsung Huizhou, Tianjin Samsung Communication Technology Co., Ltd. and Beijing Zhongbaixin Software Technology Co., Ltd.

enjoin the alleged infringement of Samsung's Chinese affiliates, and (2) order Samsung's Chinese affiliates to pay damages of RMB 80 million and expenses of RMB 500,000. Huawei has withdrawn one of the non-SEP infringement lawsuit. The Xi'an Court has since resumed the hearing for the remaining lawsuit.

**Proceedings Before the Guangdong High People's Court**

22. On March 31, 2017, Huawei filed a FRAND rate-setting and royalty payment lawsuit against Samsung and three of Samsung's Chinese affiliates[7] in the Guangdong High People's Court ("Guangdong High Court"), the superior court of Shenzhen Court, requesting that the Guangdong High Court (1) determine the royalty rates of the two parties' respective LTE Chinese patent portfolios, (2) determine the royalty amount respectively payable by the two parties during 2011 to 2016, and (3) order Samsung to pay Huawei an offset amount of RMB 3.2 billion, expenses of RMB 3 million, and bear all legal costs. The Guangdong High Court has not yet held a hearing on this lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed January 29, 2018, in Beijing, China.

_____
Guanbin Xie

---

[7] Samsung China, Samsung Huizhou, and Tianjin Samsung Communication Technology Co., Ltd.