# EXHIBIT A

**Dr. SONG, Lianbin**
*Professor of Law*
Faculty of International Law
China University of Political Science and Law
Beijing, China  102249
Tel: 0086-18001159752
Email: songlianbin@aliyun.com

**EDUCATION:**

Doctor of Law, Wuhan University Law School, 1999.
LL.M., Wuhan University Law School, LL.M., 1993.
Certificate, Northwestern College of Political Science and Law, 1988.

**AREAS OF INTEREST:**

Arbitration Law, Private International Law

**EMPLOYMENT:**

Professor of Law & Doctor's Tutor, the Faculty of International Law, China University of Political Science and Law, Since 2012.
Professor of Law & Doctor's Tutor, the Research Institute of Int'l Law, Wuhan University, Since 2005.
Associate Professor of Law, the Research Institute of Int'l Law, Wuhan University, Since 2001.
Senior Research Fellow, China International Economic and Trade Arbitration Commission (CIETAC), Shenzhen Commission, Since 1999.
Assistant Arbitrator, China International Economic and Trade Arbitration Commission (CIETAC), Shenzhen Commission, 1995-2001.
Senior Research Fellow, Shenzhen Research Center of Social Sciences, 1993-1995.
Attorney at Law, the Second Law Office of Xishui County, Hubei Province, 1988-1990.

**PROFESSIONAL POSITIONS:**

Chief Legal Counsel, People's Government of Heze, Shandong Province

Standing Board member / Deputy Secretary General, Chinese Society of Private International Law, Since 2001
Member, China Law Society, Since 1996
Member, Chinese Society of International Law, Since 1992

Academic advisor, Journal of Arbitration Study, Since 2012
Academic advisor, Journal of Beijing Arbitration, Since 2002
Executive Editorial Member, Chinese Yearbook of Private International Law and Comparative Law, Since 2001

Arbitrator, Wuhan Arbitration Commission, the City of Wuhan, China, Since 2000
Arbitrator, Shanghai Arbitration Commission, the City of Shanghai, China, Since 2002

    Arbitrator, Beijing Arbitration Commission, the City of Beijing, China, Since 2004
    Arbitrator, China International Economic and Trade Arbitration Commission, the City of Beijing, China, Since 2005
    Arbitrator, Hainan Arbitration Commission, the City of Haikou, China, Since 2005
    Arbitrator, Xiangtan Arbitration Commission, the City of Xiangtan, China, Since 2005
    Arbitrator, Singapore International Arbitration Center, Singapore, Since 2007
    Arbitrator, Weinan Arbitration Commission, the city of Weinan, Since 2007
    Arbitrator, Zhengzhou Arbitration Commission, the City of Zhengzhou, Since 2009
    Arbitrator, Guangzhou Arbitration Commission, the City of Guangzhou, Since 2010
    Arbitrator, Kuala Lumpur Regional Centre for Arbitration, Malaysia, Since 2010
    Arbitrator, Zhuhai Arbitration Commission, the City of Zhuhai, Since 2012
    Arbitrator, South China International Economic and Trade Arbitration Commission, the City of Shenzhen, Since 2012
    Arbitrator, Nanjing Arbitration Commission, the City of Nanjing, Since 2012
    Arbitrator, Dalian Arbitration Commission, the City of Dalian, Since 2013
    Arbitrator, Shenzhen Arbitration Commission, the City of Shenzhen, Since 2014
    Arbitrator, Huizhou Arbitration Commission, the City of HUIzhou, Since 2014
    Arbitrator, Shanghai International Economic and Trade Arbitration Commission, the City of Shanghai, Since 2015
    Arbitrator, Chongqing Arbitration Commission, The City of Chongqing, Since 2015
    Arbitrator, Changsha Arbitration Commission, The City of Changsha, Since 2016
    Arbitrator, Langfang Arbitration Commission, The City of Langfang, Since 2016
    Arbitrator, Anyang Arbitration Commission, The City of Anyang, Since 2017
    Arbitrator, Mianyang Arbitration Commission, The City of Mianyang, Since 2017

**BAR ADMISSIONS:**

    Admitted to practice law in the People's Republic of China

**AWARDS:**

*A Study of Jurisdictional Problems in International Commercial Arbitration* :
First Award of Excellent Works of Private International Law 1996-2000, Chinese Society of Private International Law, 2001;
Second Award of Excellent Works of Law 2002, Ministry of Justice.
*A Treatise on Judicial Review on Arbitration in China*:
Second Award of Excellent Paper 2004, China International Economic and Trade Arbitration Commission, etc.
*Approaches to the Revision of the Arbitration Act 1994: Ideas into Rules*:
First Award of Excellent Paper 2005, Beijing Arbitration Commission & People's Court Daily.
*A Treaties on Arbitration Law*:
First Award of Excellent Works of Law 2009, Ministry of Justice.
*On Methodology of Deciding the Validity of Arbitration Agreement*:
First Award of Excellent Paper 2010, Hainan Arbitration Commission.
*Studies on the Resolution Mechanism of International Commercial Dispute:*
Third Award of Excellent Works of Law 2012, Ministry of Education.

**PUBLICATIONS:**

1. Author, A Study of Jurisdictional Problems in International Commercial Arbitration, Beijing, Publishing House of Law, 2000.

2. Co-author, Selected New Materials on International Commercial Arbitration, Wuhan, Wuhan Press, 2001.

3. Co-author, Treatise on Arbitration Law, 1st, 2nd and 3rd editions, Beijing, Press of the China University of Political Science and Law, 1997, 1999, 2002, 2007, 2008.

4. Co-translator, Information Technology Law, Wuhan, Press of Wuhan University, 2004.

5. Co-translator, Selected Materials on International Commercial Arbitration, Beijing, Intellectual Property Press, 2004.

6. Co-author, Private International Law, Changsha, Hunan People's Publishing House, 2003.

7. Author, ed., Theory and Practice of Commercial Arbitration, Changsha, Press of Hunan University, 2005.

8. Co-author, Methodology of Legal Education, Wuhan, Press of Wuhan University, 2009.

9. More than 100 thesis and research papers on international law, private international law, arbitration law, civil law have been published since 1991.