# DECLARATION OF TONG WANG FILED UNDER SEAL