| | |
|---|---|
| Michael J. Bettinger (SBN 122196) <br> *mbettinger@sidley.com* <br> Irene Yang (SBN 245464) <br> *irene.yang@sidley.com* <br> SIDLEY AUSTIN LLP <br> 555 California Street, Ste. 2000 <br> San Francisco, California  94104 <br> Telephone:  +1 415 772-1200 <br> Facsimile:  +1 415 772-7400 | David T. Pritikin (*pro hac vice*) <br> *dpritikin@sidley.com* <br> David C. Giardina (*pro hac vice*) <br> *dgiardina@sidley.com* <br> Douglas I. Lewis (*pro hac vice*) <br> *dlewis@sidley.com* <br> John W. McBride (*pro hac vice*) <br> *jwmcbride@sidley.com* <br> SIDLEY AUSTIN LLP <br> One South Dearborn <br> Chicago, Illinois  60603 <br> Telephone:  +1 312 853 7000 <br> Facsimile:  +1 312 853 7036 |

Attorneys for Plaintiffs
HUAWEI TECHNOLOGIES CO., LTD.
HUAWEI DEVICE USA, INC.,
HUAWEI TECHNOLOGIES USA, INC., and
HISILICON TECHNOLOGIES CO., LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC., <br><br> Plaintiffs / Counterclaim-Defendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants / Counterclaim-Plaintiffs, <br><br> and <br><br> SAMSUNG RESEARCH AMERICA, <br><br> Defendant, <br><br> v. <br><br> HISILICON TECHNOLOGIES CO., LTD., <br><br> Counterclaim-Defendant. | Case No. 3:16-cv-02787-WHO <br><br> **NOTICE OF APPEARANCE** <br><br> DEMAND FOR JURY TRIAL |

PLEASE TAKE NOTICE that the following attorney from Sidley Austin LLP hereby files this Notice of Appearance in the above-captioned case on behalf of Plaintiffs Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc. and Counterclaim-Defendant HiSilicon Technologies Co., Ltd.  All pleadings, motions, discovery, and other material should be served upon counsel at the following address:

> Kevin J. O'Brien
> Sidley Austin LLP
> 555 California Street, Suite 2000
> San Francisco, CA 94104
> Telephone:  (415) 772-1200
> Facsimile:  (415) 772-7400
> Email: kevin.obrien@sidley.com

Dated:  February 2, 2018                              SIDLEY AUSTIN LLP

By: */s/ Kevin J. O'Brien*
Kevin J. O'Brien

*Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co., Ltd.*