[COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC. | Case No. 16-cv-02787-WHO |
| Plaintiffs / Counterclaim-Defendants, | **STIPULATED REQUEST AND ORDER TO CHANGE DEADLINES FOR OPPOSITION AND REPLY BRIEFS TO DOCKET NUMBERS 234-35** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | |
| Defendants / Counterclaim-Plaintiffs, | |
| and | |
| SAMSUNG RESEARCH AMERICA, INC., | |
| Defendant, | |
| v. | |
| HISILICON TECHNOLOGIES CO., LTD., | |
| Counterclaim-Defendant. | |

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, Plaintiffs and Counterclaim-Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co., Ltd. (collectively, "Huawei") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc. (collectively, "Samsung"), through their respective counsel, respectfully request that the Court reschedule the deadlines for Huawei's opposition and Samsung's reply briefs to Samsung's Motion to Enjoin Huawei from Enforcing the Injunction Issued by the Intermediate

People's Court of Shenzhen ("Samsung's Motion"), which was filed at Dkt. 234 (under seal) and Dkt. 235 (public version). The requested changes are as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Huawei's opposition to Samsung's Motion | Feb. 15, 2018 | ~~Feb. 19, 2018~~ Feb. 20, 2018 |
| Samsung's reply re: Samsung's Motion | Feb. 22, 2018 | Feb. 28, 2018 |
| Hearing on Samsung's Motion | Mar. 14, 2018 | Mar. 14, 2018 (no change) |

Huawei has requested, and Samsung has agreed to the requested changes to accommodate the schedules of Huawei and its counsel. The requested changes will not have an effect on other deadlines in this case. In addition, the requested changes will still give the Court two weeks to review the parties' papers before the March 14, 2018 hearing date.

**Previous Time Modifications in the Case**

Pursuant to Civil L.R. 6-2(a), the parties state that there have been nine previous time modifications in this case: (1) a stipulation extending the time for Samsung to respond to Huawei's Complaint (Dkt. 30); (2) a stipulation and order rescheduling the initial Case Management Conference and extending the time for Samsung to respond to Huawei's Complaint (Dkt. 38); (3) a stipulation and order rescheduling the hearing date and briefing deadlines for Samsung's Partial Motion to Dismiss (Dkt. 62); (4) a stipulation extending the time for Huawei to respond to Samsung's Answer and Counterclaims (Dkt. 68); (5) a stipulation and order rescheduling the hearing date and briefing deadlines for Samsung's Partial Motion to Dismiss (Dkt. 83); (6) a stipulation and order rescheduling the initial claim construction disclosure dates (Dkt. 112); (7) a stipulation and order rescheduling the initial technology tutorial and claim construction dates (Dkt. 139); (8) a stipulation and order rescheduling the claim construction hearing date (Dkt. 157) and (9) an order extending the close of discovery, resetting the trial date, and adjusting intermediate deadlines (Dkt. 207).

| | |
|---|---|
| Dated: February 13, 2018 | Respectfully Submitted, |
| By: */s/ Michael J. Bettinger* | By: */s/ Marissa Ducca* |
| Michael J. Bettinger (SBN 122196)<br>mbettinger@sidley.com<br>Irene Yang (SBN 245464)<br>irene.yang@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Ste. 2000<br>San Francisco, California 94104<br>Telephone: +1 415 772-1200<br>Facsimile: +1 415 772-7400 | Charles K. Verhoeven (Cal. Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>David A. Perlson (Cal. Bar No. 209502)<br>davidperlson@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Tel: 415-875-6600<br>Fax: 415-875-6700 |
| David T. Pritikin (*pro hac vice*)<br>dpritikin@sidley.com<br>David C. Giardina (*pro hac vice*)<br>dgiardina@sidley.com<br>Douglas I. Lewis (*pro hac vice*)<br>dlewis@sidley.com<br>John W. McBride (*pro hac vice*)<br>jwmcbride@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: +1 312 853 7000<br>Facsimile: +1 312 853 7036 | Kevin Johnson (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria Maroulis (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Tel: 650-801-5000<br>Fax: 650-801-5100<br><br>*Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc.* |
| *Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co., Ltd.* | |

Response deadline is revised to avoid the President's Day Holiday, when the CM/ECF system may be offline for maintenance.

PURSUANT TO STIPULATION, AS MODIFIED IT IS SO ORDERED

Dated: February 13, 2018

_____
The Honorable William H. Orrick
UNITED STATES DISTRICT JUDGE