UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUAWEI TECHNOLOGIES, CO, LTD, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO, LTD., et al.,<br><br>　　　　Defendants. | Case No.  3:16-cv-02787-WHO   (KAW)<br><br>**ORDER REGARDING FURTHER SETTLEMENT CONFERENCE SET FOR MARCH 16, 2018; JOINT STATUS REPORT ORDER**<br><br>Re: Dkt. No. 113 |

On March 13, 2017, the Court held an initial settlement conference and set a further settlement conference for March 16, 2018. The parties were ordered to submit updated settlement conference statements on or before March 6, 2018.

The undersigned notes that several motions are currently pending, which may affect the ability to hold a productive settlement conference. Accordingly, the parties are ordered to meet and confer and file a joint status report on or before **March 1, 2018** regarding whether the March 16, 2018 settlement conference should go forward as scheduled or if the parties would benefit from a continuance. If a continuance is preferable, the parties shall provide the timeframe in which they would be best prepared to hold a productive settlement conference. Should the parties wish to go forward on March 16, 2018, in addition to updating the Court on the status of the case, the respective updated settlement conference statements should address the merits of the pending motions and their effect, if any, on the resolution of the lawsuit.

IT IS SO ORDERED.

Dated: February 22, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge