**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC., <br><br>    Plaintiffs / Counterclaim-Defendants, <br>v. <br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., <br><br>    Defendants / Counterclaim-Plaintiffs, <br><br>    and <br><br>SAMSUNG RESEARCH AMERICA, <br><br>    Defendant, <br>v. <br><br>HISILICON TECHNOLOGIES CO., LTD., <br><br>    Counterclaim-Defendant. | Case No.  3:16-cv-2787-WHO <br><br>**JOINT STATUS REPORT RE: SETTLEMENT CONFERENCE** |

Pursuant to the Court's "Order Regarding Further Settlement Conference Set for March 16, 2018; Joint Status Report Order," (Dkt. 243), Plaintiffs/Counterclaim-Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc., and Huawei Technologies USA, Inc., and Counterclaim-Defendant Hi-Silicon Technologies Co. Ltd (collectively, "Huawei") and Defendants/Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc., and Defendant Samsung Research America (collectively "Samsung") jointly submit this Joint Status Report.

The parties have met and conferred, and they agree that they would benefit from a continuance in light of pending motions and ongoing discovery.  Huawei and Samsung respectfully request that they be permitted to file an updated status report by June 10, 2018 after the close of expert discovery, regarding the timing of the settlement conference.

| | |
|---|---|
| Dated: March 1, 2018 | Respectfully Submitted, |
| By: */s/ Michael J. Bettinger* | By: */s/ Victoria Maroulis* |
| Michael J. Bettinger (SBN 122196)<br>*mbettinger@sidley.com*<br>Irene Yang (SBN 245464)<br>*irene.yang@sidley.com*<br>SIDLEY AUSTIN LLP<br>555 California Street, Ste. 2000<br>San Francisco, California 94104<br>Telephone: +1 415 772-1200<br>Facsimile: +1 415 772-7400 | Charles K. Verhoeven (Cal. Bar No. 170151)<br>*charlesverhoeven@quinnemanuel.com*<br>David A. Perlson (Cal. Bar No. 209502)<br>*davidperlson@quinnemanuel.com*<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Tel: 415-875-6600<br>Fax: 415-875-6700 |
| David T. Pritikin (*pro hac vice*)<br>*dpritikin@sidley.com*<br>David C. Giardina (*pro hac vice*)<br>*dgiardina@sidley.com*<br>Douglas I. Lewis (*pro hac vice*)<br>*dilewis@sidley.com*<br>John W. McBride (*pro hac vice*)<br>*jwmcbride@sidley.com*<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: +1 312 853 7000<br>Facsimile: +1 312 853 7036 | Kevin Johnson (Cal. Bar No. 177129)<br>*kevinjohnson@quinnemanuel.com*<br>Victoria Maroulis (Cal. Bar No. 202603)<br>*victoriamaroulis@quinnemanuel.com*<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Tel: 650-801-5000<br>Fax: 650-801-5100<br><br>*Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc.* |
| *Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co., Ltd.* | |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

Dated:  March 1, 2018					By: */s/ Michael J. Bettinger*
								Michael J. Bettinger

								*Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co. Ltd.*