# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** March 14, 2018 | **Time:** 44 minutes<br>2:38 p.m. to 3:22 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 16-cv-02787-WHO | **Case Name:** Huawei Technologies, Co, Ltd v. Samsung Electronics Co, Ltd. | |

**Attorneys for Plaintiff:** David T. Pritikin, Mike Bettinger, Irene I. Yang, and Nathaniel C. Love
**Attorneys for Defendant:** Charles K. Verhooven, Victoria F. Maroulis, Sam Stake, Thomas D. Pease, and R. Paul Zeineddin

**Deputy Clerk:** Jean Davis                                **Court Reporter:** Vicki Eastvold

## PROCEEDINGS

The Court reviews the elements of the parties' dispute to be resolved by this litigation and expresses tentative opinion. Argument of counsel heard. Motion taken under submission; written order to follow.