| | |
|---|---|
| Michael J. Bettinger (SBN 122196) | David T. Pritikin (*Pro Hac Vice*) |
| *mbettinger@sidley.com* | *dpritikin@sidley.com* |
| Irene Yang (SBN 245464) | David C. Giardina (*Pro Hac Vice*) |
| *irene.yang@sidley.com* | *dgiardina@sidley.com* |
| SIDLEY AUSTIN LLP | Douglas I. Lewis (*Pro Hac Vice*) |
| 555 California Street, Suite 2000 | *dilewis@sidley.com* |
| San Francisco, California  94104 | John W. McBride (*Pro Hac Vice*) |
| (415) 772-1200 – Telephone | *jwmcbride@sidley.com* |
| (415) 772-7400 – Facsimile | SIDLEY AUSTIN LLP |
| | One South Dearborn |
| *Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co. Ltd.* | Chicago, Illinois  60603 |
| | (312) 853-7000 – Telephone |
| | (312) 853-7036 – Facsimile |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC., | Case Number: 3:16-cv-2787-WHO |
| Plaintiff(s)/Counterclaim Defendants, | **DECLARATION OF NATHAN A. GREENBLATT IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD, SAMSUNG ELECTRONICS AMERICA, INC., | |
| Defendants / Counterclaim-Plaintiffs | |
| and | |
| SAMSUNG RESEARCH AMERICA, INC., | |
| Defendant, | |
| v. | |
| HISILICON TECHNOLOGIES CO., LTD., | |
| Counterclaim-Defendant. | |

GREENBLATT DECLARATION ISO ADMINISTRATIVE MOTION TO FILE UNDER SEAL

I, Nathan A. Greenblatt, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an attorney at the law firm of Sidley Austin LLP, counsel for Plaintiffs Huawei Technologies Co., Ltd., Huawei Device USA, Inc. and Huawei Technologies USA, Inc., and Counterclaim-Defendant HiSilicon Technologies Co., Ltd. (collectively, "Huawei"). I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify thereto.

2. Pursuant to Civil Local Rule 79-5, I make this declaration in support of Huawei's Administrative Motion to File Under Seal. I have reviewed Huawei's Letter Brief regarding certain discovery disputes and the Declaration of Nathan A. Greenblatt in support thereof, both of which are being filed herewith. Based on my review, the following documents or portions thereof contain information designated by Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc. (collectively, "Samsung") as Highly Confidential – Attorneys' Eyes Only, pursuant to the Protective Order in this case:

| Document | Portions Sought to Be Sealed | Designating Party |
| --- | --- | --- |
| Huawei's Letter Brief | None | N/A |
| Greenblatt Decl., Exh. 5 | Entire document | Samsung |
| Greenblatt Decl., Exh. 6 | Entire document | Samsung |
| Greenblatt Decl., Exh. 7 | Entire document | Samsung |
| Greenblatt Decl., Exh. 8 | Entire document | Samsung |
| Greenblatt Decl., Exh. 13 | Entire document | Samsung |
| Greenblatt Decl., Exh. 18 | Entire document | Samsung |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 19, 2018 in Palo Alto, California.

*/s/ Nathan A. Greenblatt*
Nathan Greenblatt