United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUAWEI TECHNOLOGIES, CO, LTD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO, LTD., et al., <br><br> Defendants. | Case No. 16-cv-02787-WHO   (JCS) <br><br> **ORDER REGARDING SUBSTITUTION OF PATENT AND CLAIMS** <br><br> Re: Dkt. No. 267 |

In light of the Court's recent order granting Huawei's motion to stay Samsung's claim of infringement of the '588 patent, Samsung may amend its March 16, 2018 case narrowing statement (dkt. 256) no later than April 3, 2018 to substitute one other patent for the '588 patent and up to four claims for the claims of the '588 patent designated therein. Any substitute patent or claims must have been included in Samsung's September 11, 2017 case narrowing statement (dkt. 173).

**IT IS SO ORDERED.**

Dated: March 27, 2018

JOSEPH C. SPERO
Chief Magistrate Judge