# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUAWEI TECHNOLOGIES, CO, LTD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO, LTD., et al.,<br><br>Defendants. | Case No. 16-cv-02787-WHO  (JCS)<br><br>**ORDER DENYING DISCOVERY LETTER BRIEFS**<br><br>Re: Dkt. Nos. 257, 258 |

IT IS HEREBY ORDERED that the Discovery Letter Briefs are DENIED for failure to comply with this Court's Order on Discovery Procedures, ECF 189.

IT IS HEREBY ORDERED that lead trial counsel for both parties shall appear, in person, in Courtroom G, on **March 30, 2018, at 9:15 AM**, to meet and confer to resolve the outstanding discovery issues.

**IT IS SO ORDERED.**

Dated: March 27, 2018

JOSEPH C. SPERO
Chief Magistrate Judge