[COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC.,<br><br>    Plaintiffs / Counterclaim Defendants,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD, SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants / Counterclaim-Plaintiffs,<br><br>    and<br><br>SAMSUNG RESEARCH AMERICA, INC.,<br><br>    Defendant,<br><br>v.<br><br>HISILICON TECHNOLOGIES CO., LTD.,<br><br>    Counterclaim-Defendant. | Case Number: 3:16-cv-2787-WHO<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO ADJUST CERTAIN DISCOVERY DATES** |

Pursuant to Civil Local Rule 6-2, Plaintiffs and Counterclaim-Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co., Ltd. (collectively, "Huawei") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc. (collectively, "Samsung"), through their respective counsel, respectfully request that certain discovery deadlines be adjusted as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Opening expert reports | April 13, 2018 | April 27, 2018 |
| Further Case Management Conference before Judge Spero | May 4, 2018 | No change |
| Rebuttal expert reports | May 11, 2018 | May 25, 2018 |
| Expert discovery cut off | June 8, 2018 | June 22, 2018 |
| Case Narrowing: reduce asserted patents to no more than 5, asserted claims to 10, and accused products to 15 | June 15, 2018 | June 26, 2018 |
| Case Narrowing: limit invalidity references, systems, combinations to 25 | June 22, 2018 | June 29, 2018 |

The extension is requested to accommodate the schedules of experts and counsel. Among other things, in view of the fact depositions that were taken in the weeks following the close of fact discovery, the current schedule does not allow adequate time for experts to prepare opening reports related to issues raised in those depositions. The requested adjustments will not have an effect on other deadlines in this case.

## **Previous Time Modifications in the Case**

Pursuant to Civil L.R. 6-2(a), the parties state that there have been 11 previous time modifications in this case: (1) a stipulation extending the time for Samsung to respond to Huawei's Complaint (Dkt. 30); (2) a stipulation and order rescheduling the initial Case Management Conference and extending the time for Samsung to respond to Huawei's Complaint (Dkt. 38); (3) a stipulation and order rescheduling the hearing date and briefing deadlines for Samsung's Partial Motion to Dismiss (Dkt. 62); (4) a stipulation extending the time for Huawei to respond to Samsung's Answer and Counterclaims (Dkt. 68); (5) a stipulation and order rescheduling the hearing date and briefing deadlines for Samsung's Partial Motion to Dismiss (Dkt. 83); (6) a stipulation and order rescheduling the initial claim construction disclosure dates (Dkt. 112); (7) a

stipulation and order rescheduling the initial technology tutorial and claim construction dates (Dkt. 139); (8) a stipulation and order rescheduling the claim construction hearing date (Dkt. 157); (9) an order extending the close of discovery, resetting the trial date, and adjusting intermediate deadlines (Dkt. 207); (10) an order adjusting certain briefing deadlines on Samsung's motion for an injunction (Dkt. 239); and (11) an order permitting certain fact discovery to be completed out of time (Dkt. 250).

Dated:  March 29, 2018

By:  */s/ Michael J. Bettinger*

Michael J. Bettinger (SBN 122196)
*mbettinger@sidley.com*
Irene Yang (SBN 245464)
*irene.yang@sidley.com*
SIDLEY AUSTIN LLP
555 California Street, Ste. 2000
San Francisco, California 94104
415-772-1200 – Telephone
415-772-7400 – Facsimile

David T. Pritikin (*pro hac vice*)
*dpritikin@sidley.com*
David C. Giardina (*pro hac vice*)
*dgiardina@sidley.com*
Douglas I. Lewis (*pro hac vice*)
*dlewis@sidley.com*
John W. McBride (*pro hac vice*)
*jwmcbride@sidley.com*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
312-853-7000 – Telephone
312-853-7036 – Facsimile

*Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co., Ltd.*

Respectfully Submitted,

By:  */s/ Charles K. Verhoeven*

Charles K. Verhoeven (Cal. Bar No. 170151)
*charlesverhoeven@quinnemanuel.com*
David A. Perlson (Cal. Bar No. 209502)
*davidperlson@quinnemanuel.com*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
415-875-6600 – Telephone
415-875-6700 – Facsimile

Kevin Johnson (Cal. Bar No. 177129)
*kevinjohnson@quinnemanuel.com*
Victoria Maroulis (Cal. Bar No. 202603)
*victoriamaroulis@quinnemanuel.com*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
650-801-5000 – Telephone
650-801-5100 – Facsimile

*Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____    _____
The Honorable Joseph C. Spero
United States Magistrate Judge

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatures below.

Dated:   March 29, 2018            By:   *Michael J. Bettinger*
                                         Michael J. Bettinger