### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| **Case No.:** 16-cv-02787-WHO (JCS) | **Case Name:** Huawei Technologies, Co, Ltd v. Samsung Electronics Co, Ltd. | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**:  March 30, 2018 | **Time:**  10  M |

**Attorney for Plaintiff:** Michael Bettinger, Kevin O'Brien, Nathan Greenblatt
**Attorney for Defendant:** Victoria Maroulis, Charles Verhoeven, Cole Malmberg, Sam Stake, Iman Lordgooei

**Deputy Clerk:** Karen Hom                                  **Court Reporter:**  Not Reported

### PROCEEDINGS

1.  Discovery Hearing, lead trial counsel meet and confer - Held

### ORDERED AFTER HEARING

Parties shall file a joint letter stating that the outstanding discovery disputes identified in docket numbers 257 and 258 have been resolved.

**NOTES:**  Counsel met and conferred in the jury room from 9:15 AM to 11:40 AM.

**CASE CONTINUED TO:**

**REFERRALS:**

[  ] Case referred to ADR for   to occur within  .
[  ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[  ] Case referred to Magistrate Judge   for  a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:**
**Motions Hearing & Daubert Motions:  at 2:00 PM**
**Pretrial Conference:        at 2:00 PM**
**Trial:        at 8:30 AM [ ]  Jury Trial  [ ]   Court**

**Order to be prepared by:**
[ ]  Plaintiff          [ ]  Defendant          [ ]  Court

**cc:**