March 30, 2018

**VIA ECF FILING**

Joseph C. Spero
Chief Magistrate Judge
San Francisco Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

      Re:   *Huawei Technologies, Co., Ltd., et al. v. Samsung Electronics Co., Ltd., et al.*
              Case No. 16-cv-02787-WHO - Resolution of Docket Nos. 257-258

Dear Judge Spero:

      Pursuant to the Court's Civil Minute Order (Dkt. 273), Plaintiffs/Counterclaim-Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and Counterclaim-Defendant HiSilicon Technologies Co., Ltd. (collectively "Huawei") and Defendants/Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Defendant Samsung Research America (collectively "Samsung") state that the parties have resolved the discovery disputes identified in the parties' letter briefs (Dkt. Nos. 257-58).

Very truly yours,

| | |
|---|---|
| SIDLEY AUSTIN LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | |
| By: */s/ Michael J. Bettinger* | By: */s/ Charles K. Verhoeven* |
|     Michael J. Bettinger |     Charles K. Verhoeven |
| | |
| *Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co., Ltd.* | *Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc.* |

## **ATTESTATION**

      Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

Dated: March 30, 2018            By: */s/ Michael J. Bettinger*
                                                   Michael J. Bettinger
                                                   *Attorneys for Huawei Technologies Co., Ltd.*
                                                   *Huawei Device USA, Inc., Huawei*
                                                   *Technologies USA, Inc., and HiSilicon*
                                                   *Technologies Co. Ltd.*