[COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC., <br><br> Plaintiffs / Counterclaim Defendants, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD, SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants / Counterclaim-Plaintiffs, <br><br> and <br><br> SAMSUNG RESEARCH AMERICA, INC., <br><br> Defendant, <br><br> v. <br><br> HISILICON TECHNOLOGIES CO., LTD., <br><br> Counterclaim-Defendant. | Case Number: 3:16-cv-2787-WHO <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER TO ADJUST CERTAIN DISCOVERY DATES FOR QUALCOMM INC.** |

Pursuant to Civil Local Rule 6-2, Plaintiffs and Counterclaim-Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co., Ltd. (collectively, "Huawei") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc. (collectively, "Samsung"), through their respective counsel, respectfully request that certain discovery deadlines be adjusted as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline for discovery from third-party Qualcomm Inc. | March 30, 2018 | April 27, 2018 |

The extension is requested to address delays by third-party Qualcomm Inc. in producing certain source code. The requested extension will not have an effect on other deadlines in this case.

**<u>Previous Time Modifications in the Case</u>**

Pursuant to Civil L.R. 6-2(a), the parties state that there have been 12 previous time modifications in this case: (1) a stipulation extending the time for Samsung to respond to Huawei's Complaint (Dkt. 30); (2) a stipulation and order rescheduling the initial Case Management Conference and extending the time for Samsung to respond to Huawei's Complaint (Dkt. 38); (3) a stipulation and order rescheduling the hearing date and briefing deadlines for Samsung's Partial Motion to Dismiss (Dkt. 62); (4) a stipulation extending the time for Huawei to respond to Samsung's Answer and Counterclaims (Dkt. 68); (5) a stipulation and order rescheduling the hearing date and briefing deadlines for Samsung's Partial Motion to Dismiss (Dkt. 83); (6) a stipulation and order rescheduling the initial claim construction disclosure dates (Dkt. 112); (7) a stipulation and order rescheduling the initial technology tutorial and claim construction dates (Dkt. 139); (8) a stipulation and order rescheduling the claim construction hearing date (Dkt. 157); (9) an order extending the close of discovery, resetting the trial date, and adjusting intermediate deadlines (Dkt. 207); (10) an order adjusting certain briefing deadlines on Samsung's motion for an injunction (Dkt. 239); (11) an order permitting certain fact discovery to be completed out of time (Dkt. 250); and (12) an order adjusting certain discovery dates (Dkt. 272).

| | |
|---|---|
| Dated: April 13, 2018 | Respectfully Submitted, |
| By: */s/ Michael J. Bettinger* | By: */s/ Charles K. Verhoeven* |
| Michael J. Bettinger (SBN 122196)<br>*mbettinger@sidley.com*<br>Irene Yang (SBN 245464)<br>*irene.yang@sidley.com*<br>SIDLEY AUSTIN LLP<br>555 California Street, Ste. 2000<br>San Francisco, California 94104<br>415-772-1200 – Telephone<br>415-772-7400 – Facsimile<br><br>David T. Pritikin (*pro hac vice*)<br>*dpritikin@sidley.com*<br>David C. Giardina (*pro hac vice*)<br>*dgiardina@sidley.com*<br>Douglas I. Lewis (*pro hac vice*)<br>*dlewis@sidley.com*<br>John W. McBride (*pro hac vice*)<br>*jwmcbride@sidley.com*<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>312-853-7000 – Telephone<br>312-853-7036 – Facsimile<br><br>*Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co., Ltd.* | Charles K. Verhoeven (Cal. Bar No. 170151)<br>*charlesverhoeven@quinnemanuel.com*<br>David A. Perlson (Cal. Bar No. 209502)<br>*davidperlson@quinnemanuel.com*<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>415-875-6600 – Telephone<br>415-875-6700 – Facsimile<br><br>Kevin Johnson (Cal. Bar No. 177129)<br>*kevinjohnson@quinnemanuel.com*<br>Victoria Maroulis (Cal. Bar No. 202603)<br>*victoriamaroulis@quinnemanuel.com*<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>650-801-5000 – Telephone<br>650-801-5100 – Facsimile<br><br>*Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc.* |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____

          The Honorable Joseph C. Spero
          United States Magistrate Judge

**<u>ATTESTATION</u>**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatures below.

Dated:   April 13, 2018                             By:   *Michael J. Bettinger*
                                                                    Michael J. Bettinger