| | |
|---|---|
| Michael J. Bettinger (SBN 122196) | David T. Pritikin (*Pro Hac Vice*) |
| *mbettinger@sidley.com* | *dpritikin@sidley.com* |
| Irene Yang (SBN 245464) | David C. Giardina (*Pro Hac Vice*) |
| *irene.yang@sidley.com* | *dgiardina@sidley.com* |
| SIDLEY AUSTIN LLP | Douglas I. Lewis (*Pro Hac Vice*) |
| 555 California Street, Suite 2000 | *dilewis@sidley.com* |
| San Francisco, California 94104 | John W. McBride (*Pro Hac Vice*) |
| (415) 772-1200 – Telephone | *jwmcbride@sidley.com* |
| (415) 772-7400 – Facsimile | SIDLEY AUSTIN LLP |
| | One South Dearborn |
| *Attorneys for Huawei Technologies Co., Ltd.,* | Chicago, Illinois 60603 |
| *Huawei Device USA, Inc., Huawei Technologies* | (312) 853-7000 – Telephone |
| *USA, Inc., and HiSilicon Technologies Co. Ltd.* | (312) 853-7036 – Facsimile |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC., <br><br> Plaintiff(s)/Counterclaim Defendants, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD, SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants / Counterclaim-Plaintiffs <br><br> and <br><br> SAMSUNG RESEARCH AMERICA, INC., <br><br> Defendant, <br><br> v. <br><br> HISILICON TECHNOLOGIES CO., LTD., <br><br> Counterclaim-Defendant. | Case Number: 3:16-cv-2787-WHO <br><br> **DECLARATION OF NATHANIEL C. LOVE IN SUPPORT OF HUAWEI'S FRCP 59(e) MOTION TO ALTER OR AMEND THE COURT'S APRIL 13, 2018 ORDER GRANTING SAMSUNG'S MOTION FOR ANTISUIT INJUNCTION, OR, IN THE ALTERNATIVE, L.R. 7-9 MOTION FOR LEAVE TO FILE SAME** |

I, Nathaniel C. Love, declare:

1. I am a member of the State Bar of Illinois and admitted *pro hac vice* in this case. I am an attorney at the law firm of Sidley Austin LLP, counsel for Plaintiffs Huawei Technologies Co., Ltd., Huawei Device USA, Inc. and Huawei Technologies USA, Inc., and Counterclaim-Defendant HiSilicon Technologies Co., Ltd. (collectively, "Huawei"). I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify thereto.

2. Attached hereto as **Exhibit A** is Huawei's Presentation for the March 14, 2018 Hearing on Samsung's Motion for Anti-Suit Injunction, as provided to the Court and to counsel for Samsung at the hearing. (*See* Dkt. No. 254 (3/14/2018 Hearing Tr.) 4:10-15.)

3. Attached hereto as **Exhibit B** is correspondence from David Giardina, counsel for Huawei, to Thomas Pease, counsel for Samsung, dated April 16, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 20, 2018 in Chicago, Illinois.

                                        */s/ Nathaniel C. Love*
                                        Nathaniel C. Love