# **EXHIBIT B**



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

DGIARDINA@SIDLEY.COM
+1 312 853 4155

AMERICA • ASIA PACIFIC • EUROPE

April 16, 2018

**By Email**

Thomas D. Pease
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave., 22nd Floor
New York, NY  10010

> Re:   Huawei Technologies Co., Ltd., et al. v. Samsung Electronics Co., Ltd.
>       Case No. 3:16-cv-02787-WHO

Dear Tom:

In its upcoming expert reports, Huawei's experts will set forth opinions and bases therefor relating to Samsung's alleged breach of its FRAND obligations.  This will include, *inter alia*, Samsung's alleged failure to offer or grant a license worldwide on FRAND terms and conditions.  To avoid any ambiguity as to Huawei's declaratory judgment claim, however, we wanted to advise you in advance that Huawei intends to disclose the terms and conditions that it contends are FRAND for a cross-license to the parties' portfolios of U.S. 3G and 4G SEPs.

Very truly yours,

/s/ David C. Giardina

David C. Giardina
Partner

DCG: dg