1  Michael J. Bettinger (SBN 122196)
   *mbettinger@sidley.com*
2  Irene Yang (SBN 245464)
   *irene.yang@sidley.com*
3  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
4  San Francisco, California  94104
   (415) 772-1200 – Telephone
5  (415) 772-7400 – Facsimile

David T. Pritikin (*Pro Hac Vice*)
*dpritikin@sidley.com*
David C. Giardina (*Pro Hac Vice*)
*dgiardina@sidley.com*
Douglas I. Lewis (*Pro Hac Vice*)
*dilewis@sidley.com*
John W. McBride (*Pro Hac Vice*)
*jwmcbride@sidley.com*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois  60603
(312) 853-7000 – Telephone
(312) 853-7036 – Facsimile

9  *Attorneys for Huawei Technologies Co., Ltd.,*
   *Huawei Device USA, Inc., Huawei Technologies*
10 *USA, Inc., and HiSilicon Technologies Co. Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC., <br><br> Plaintiffs / Counterclaim-Defendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants / Counterclaim-Plaintiffs, <br><br> and <br><br> SAMSUNG RESEARCH AMERICA, <br><br> Defendant, <br> v. <br><br> HISILICON TECHNOLOGIES CO., LTD., <br><br> Counterclaim-Defendant. | Case No. 3:16-cv-02787-WHO <br><br><br> **[PROPOSED] ORDER GRANTING HUAWEI'S FRCP 59(e) MOTION TO ALTER OR AMEND THE COURT'S APRIL 13, 2018 ORDER GRANTING SAMSUNG'S MOTION FOR ANTISUIT INJUNCTION** |

1
2
3
4

Having considered Huawei's FRCP 59(e) Motion to Alter or Amend the Court's April 13, 2018 Order (Dkt. 281) Granting Samsung's Motion for Antisuit Injunction (the "Motion"), the Motion is hereby **GRANTED**, the Court's April 13, 2018 Order is withdrawn and Samsung's motion (Dkt. 234) is hereby **DENIED**.

5

**IT IS SO ORDERED.**

6
7

Dated:_____

_____
District Judge William H. Orrick

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING HUAWEI'S FRCP 59(e) MOTION
CASE 3:16-CV-02787-WHO