**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC., <br><br> Plaintiffs / Counterclaim-Defendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants / Counterclaim-Plaintiffs, <br><br> and <br><br> SAMSUNG RESEARCH AMERICA, <br><br> Defendant, <br><br> v. <br><br> HISILICON TECHNOLOGIES CO., LTD., <br><br> Counterclaim-Defendant. | Case No. 3:16-cv-2787-WHO <br><br> **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** <br><br> Date:      May 4, 2018 <br> Time:     2:00 p.m. <br> Dept.:     Courtroom G, 15th Floor <br> Judge:    Honorable Joseph C. Spero <br> Trial Date:  December 3, 2018 |

Pursuant to the Court's Order of January 22, 2018 (Dkt. 228), Federal Rule of Civil Procedure 26(f), Civil Local Rule 16-9(a), and the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement, Plaintiffs/Counterclaim-Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc., and Huawei Technologies USA, Inc., and Counterclaim-Defendant Hi-Silicon Technologies Co. Ltd. (collectively, "Huawei") and Defendants/Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc., and Defendant Samsung Research America (collectively "Samsung") jointly submit this Case Management Statement.

At this time, the parties do not have any specific issues to address at the May 4, 2018 case management conference, but will be prepared to discuss the current status of the case.

/ / /

/ / /

## I. ADDITIONAL INFORMATION REQUIRED BY THE DISTRICT'S STANDING ORDER

The parties previously submitted a Joint Case Management Conference Statement (Dkt. 67) that includes additional information required by the District's Standing Order, such as the basis for jurisdiction, the factual background for this case, and the principal disputed legal issues. The parties update this information as follows:

<u>Motions</u>. Huawei's Rule 59(e) Motion to Alter or Amend the Court's April 13, 2018 Order Granting Samsung's Motion for Antisuit Injunction (Dkt. 285) was filed on April 20, 2018.

<u>Discovery Status</u>. Fact discovery is largely complete. Expert discovery is ongoing.

| | |
|---|---|
| Dated:  April 27, 2018 | Respectfully Submitted, |
| By: */s/ Michael J. Bettinger* | By: */s/ Charles K. Verhoeven* |
| Michael J. Bettinger (SBN 122196)<br>*mbettinger@sidley.com*<br>Irene Yang (SBN 245464)<br>*irene.yang@sidley.com*<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA  94104<br>415-772-1200 – Telephone<br>415-772-7400 – Facsimile<br><br>David T. Pritikin (*pro hac vice*)<br>*dpritikin@sidley.com*<br>David C. Giardina (*pro hac vice*)<br>*dgiardina@sidley.com*<br>Douglas I. Lewis (*pro hac vice*)<br>*dilewis@sidley.com*<br>John W. McBride (*pro hac vice*)<br>*jwmcbride@sidley.com*<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL  60603<br>312-853-7000 – Telephone<br>312-853-7036 – Facsimile<br><br>*Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co., Ltd.* | Charles K. Verhoeven (Cal. Bar No. 170151)<br>*charlesverhoeven@quinnemanuel.com*<br>David A. Perlson (Cal. Bar No. 209502)<br>*davidperlson@quinnemanuel.com*<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>415-875-6600 – Telephone<br>415-875-6700 – Facsimile<br><br>Kevin Johnson (Cal. Bar No. 177129)<br>*kevinjohnson@quinnemanuel.com*<br>Victoria Maroulis (Cal. Bar No. 202603)<br>*victoriamaroulis@quinnemanuel.com*<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA  94065<br>650-801-5000 – Telephone<br>650-801-5100 – Facsimile<br><br>*Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc.* |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

Dated: April 27, 2018

By: */s/ Michael J. Bettinger*
Michael J. Bettinger
*Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co. Ltd.*