UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| Case No.: 16-cv-02787-WHO (JCS) | Case Name: Huawei Technologies, Co, Ltd v. Samsung Electronics Co, Ltd. | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: May 4, 2018 | **Time:**  15 M |

**Attorney for Plaintiff:** Michael Bettinger, David Giardina, Irene Yang
**Attorney for Defendant:** Victoria Maroulis, Iman Lordgooei

**Deputy Clerk:** Karen Hom          **Court Reporter:** 2:11-2:26

## PROCEEDINGS

1. Further Case Management Conference - Held

## ORDERED AFTER HEARING

Parties shall continue their negotiations and report to the Court in 90 days regarding the use of representative products for the trial.

**NOTES:**

**CASE CONTINUED TO:**   No further case management conferences will be set unless there is a request by any party.

**REFERRALS:**

[ ] Case referred to ADR for   to occur within  .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge   for  a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:**
**Reduce Assert Patents to no more than**
**Reduce Assert Claims to 15:**
**Reduce Accused Products to 18:**
**Opening Expert Reports:**
**Rebuttal Expert Reports:**
**Expert Discovery Cutoff:**
**Reduce Asserted Patents to no more than 5:**

**Reduce Assert Claims to 10:**
**Reduce Accused Products to 15:**
**Limit Invalidity References/Systems/Combinations to 25:**
**Motions Hearing & Daubert Motions:**       **at 2:00 PM**
**Reduce Asserted Claims to 5:**
**Reduce Accused Products to 10:**
**Limit invalidity references/systems/combinations to 15:**
**Pretrial Conference:**           **at 2:00 PM**
**Trial:**     at **8:30 AM  [  ]   Jury Trial   [  ]   Court**

**Order to be prepared by:**
[  ]  Plaintiff         [  ]  Defendant         [ ]  Court
**cc:**
*(T) = Telephonic Appearance