| | |
|---|---|
| Michael J. Bettinger (SBN 122196) | David T. Pritikin (*Pro Hac Vice*) |
| mbettinger@sidley.com | dpritikin@sidley.com |
| Irene Yang (SBN 245464) | David C. Giardina (*Pro Hac Vice*) |
| irene.yang@sidley.com | dgiardina@sidley.com |
| SIDLEY AUSTIN LLP | Douglas I. Lewis (*Pro Hac Vice*) |
| 555 California Street, Suite. 2000 | dilewis@sidley.com |
| San Francisco, California  94104 | John W. McBride (*Pro Hac Vice*) |
| Telephone:  (415) 772-1200 | jwmcbride@sidley.com |
| Facsimile:   (415) 772-7400 | SIDLEY AUSTIN LLP |
| | One South Dearborn |
| *Attorneys for Huawei Technologies Co., Ltd.,* | Chicago, Illinois  60603 |
| *Huawei Device USA, Inc., Huawei Technologies* | Telephone:  (312) 853 7000 |
| *USA, Inc., and HiSilicon Technologies Co. Ltd.* | Facsimile:   (312) 853 7036 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC. | |
| Plaintiffs / Counterclaim-Defendants, | Case No. 16-cv-02787-WHO |
| v. | **HUAWEI'S NOTICE OF APPEAL** |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | |
| Defendants / Counterclaim-Plaintiffs, | |
| and | |
| SAMSUNG RESEARCH AMERICA, | |
| Defendant, | |
| v. | |
| HISILICON TECHNOLOGIES CO., LTD., | |
| Counterclaim-Defendant. | |

Notice is hereby given that Plaintiffs Huawei Technologies Co., Ltd., Huawei Device USA, Inc., and Huawei Technologies USA, Inc. (collectively, "Huawei") appeal to the United States Court of Appeals for the Federal Circuit from the April 13, 2018 Order Granting Samsung's Motion for Anti-Suit Injunction (Dkt. 281). Pursuant to Fed. R. App. P. 4(a)(1)(B)(i), Huawei notes that Huawei's FRCP 59(e) Motion to Alter or Amend the Court's April 13, 2018 Order Granting Samsung's Motion for Anti-Suit Injunction was filed on April 20, 2018 (*see* Dkt. 285) and remains pending before the Court.

Date: May 11, 2018

Respectfully submitted,

SIDLEY AUSTIN LLP

By: */s/Michael J. Bettinger*
   Michael J. Bettinger (SBN 122196)
   *mbettinger@sidley.com*
   Irene Yang (SBN 245464)
   *irene.yang@sidley.com*
   SIDLEY AUSTIN LLP
   555 California Street, Suite. 2000
   San Francisco, California  94104
   Telephone:  (415) 772-1200
   Facsimile:   (415) 772-7400

   David T. Pritikin (*Pro Hac Vice*)
   *dpritikin@sidley.com*
   David C. Giardina (*Pro Hac Vice*)
   *dgiardina@sidley.com*
   Douglas I. Lewis (*Pro Hac Vice*)
   *dilewis@sidley.com*
   John W. McBride (*Pro Hac Vice*)
   *jwmcbride@sidley.com*
   SIDLEY AUSTIN LLP
   One South Dearborn
   Chicago, Illinois  60603
   Telephone:  (312) 853 7000
   Facsimile:   (312) 853 7036

   *Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co. Ltd.*