Michael J. Bettinger (SBN 122196)
*mbettinger@sidley.com*
Irene Yang (SBN 245464)
*irene.yang@sidley.com*
SIDLEY AUSTIN LLP
555 California Street, Suite. 2000
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:   (415) 772-7400

*Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co. Ltd.*

David T. Pritikin (*Pro Hac Vice*)
*dpritikin@sidley.com*
David C. Giardina (*Pro Hac Vice*)
*dgiardina@sidley.com*
Douglas I. Lewis (*Pro Hac Vice*)
*dilewis@sidley.com*
John W. McBride (*Pro Hac Vice*)
*jwmcbride@sidley.com*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois  60603
Telephone:  (312) 853 7000
Facsimile:   (312) 853 7036

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC.,<br><br>    Plaintiffs / Counterclaim-Defendants,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants / Counterclaim-Plaintiffs,<br><br>    and<br><br>SAMSUNG RESEARCH AMERICA,<br><br>    Defendant,<br><br>    v.<br><br>HISILICON TECHNOLOGIES CO., LTD.,<br><br>    Counterclaim-Defendant. | Case No. 16-cv-02787-WHO<br><br>**HUAWEI'S NOTICE OF APPEAL** |

1  Notice is hereby given that Plaintiffs Huawei Technologies Co., Ltd., Huawei Device USA,
2  Inc., and Huawei Technologies USA, Inc. (collectively, "Huawei") appeal to the United States Court
3  of Appeals for the Federal Circuit from the April 13, 2018 Order Granting Samsung's Motion for
4  Anti-Suit Injunction (Dkt. 281).  Pursuant to Fed. R. App. P. 4(a)(1)(B)(i), Huawei notes that
5  Huawei's FRCP 59(e) Motion to Alter or Amend the Court's April 13, 2018 Order Granting
6  Samsung's Motion for Anti-Suit Injunction was filed on April 20, 2018 (*see* Dkt. 285) and remains
7  pending before the Court.

Date:  May 11, 2018

Respectfully submitted,

SIDLEY AUSTIN LLP

By: */s/Michael J. Bettinger*
    Michael J. Bettinger (SBN 122196)
    *mbettinger@sidley.com*
    Irene Yang (SBN 245464)
    *irene.yang@sidley.com*
    SIDLEY AUSTIN LLP
    555 California Street, Suite. 2000
    San Francisco, California  94104
    Telephone:  (415) 772-1200
    Facsimile:   (415) 772-7400

    David T. Pritikin (*Pro Hac Vice*)
    *dpritikin@sidley.com*
    David C. Giardina (*Pro Hac Vice*)
    *dgiardina@sidley.com*
    Douglas I. Lewis (*Pro Hac Vice*)
    *dilewis@sidley.com*
    John W. McBride (*Pro Hac Vice*)
    *jwmcbride@sidley.com*
    SIDLEY AUSTIN LLP
    One South Dearborn
    Chicago, Illinois  60603
    Telephone:  (312) 853 7000
    Facsimile:   (312) 853 7036

    *Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co. Ltd.*