ADRMOP,APPEAL,PRVADR,REFDIS,REFSET-KAW,STAYED

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:16-cv-02787-WHO
# Internal Use Only

*Susan Y. Soong*

Huawei Technologies, Co, Ltd et al v. Samsung Electronics Co, Ltd. et al
Assigned to: Judge William H. Orrick
Referred to: Magistrate Judge Joseph C. Spero
         Magistrate Judge Kandis A. Westmore (Settlement)
Cause: 35:271 Patent Infringement

Date Filed: 05/24/2016
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

## Plaintiff

**Huawei Technologies, Co, Ltd**    represented by **Michael J. Bettinger**
Sidley Austin LLP
555 California St #2000
San Francisco, CA 94104
415-772-1200
Fax: 415-772-7400
Email: mbettinger@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathaniel C. Love**
Sidley Austin LLP
1 S. Dearborn Street
Chicago, IL 60603
312 853-7804
Email: nlove@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cory D. Szczepanik**

Sidley Austin LLP
2021 McKinney Avenue
Dallas, TX 75218
214 969-3572
Email: cszczepanik@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cory David Szczepanik**
Sidley Austin LLP
2021 McKinney Ave Ste 2000
Dallas, TX 75201
United Sta
214-969-3572
Email: cszczepanik@sidley.com
*ATTORNEY TO BE NOTICED*

**Curt Holbreich**
Sidley Austin LLP
555 California Street
Suite 2000
San Francisco, CA 94104
415-772-1200
Fax: 415-772-7400
Email: cholbreich@sidley.com
*ATTORNEY TO BE NOTICED*

**David Giardina**
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603
312-853-7000
Fax: 312-853-7036
Email: dgiardina@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David T. Pritikin**

Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000
Fax: 312-853-7036
Email: dpritikin@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas I. Lewis**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000
Fax: 312-853-7036
Email: dilewis@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ellen S. Robbins**
Sidley Austin, LLP
555 West Fifth Street
Los Angeles, CA 90013
213-896-6000
Email: erobbins@sidley.com
*ATTORNEY TO BE NOTICED*

**Irene Inkyu Yang**
Sidley Austin LLP
555 California Street
Suite 2000
San Francisco, CA 94104
415-772-1200
Fax: 415-772-7400
Email: irene.yang@sidley.com
*ATTORNEY TO BE NOTICED*

**John Weatherby McBride**

Sidley Austin, LLP
1 South Dearborn Street
Chicago, IL 60603
312-853-7014
Email: jwmcbride@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John P. Wisse**
Sidley Austin LLP
2021 McKinney Ave.
Dallas, TX 75218
214-981-3425
Email: jwisse@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Joseph O'Brien**
Sidley Austin LLP
555 California Street
Suite 2000
San Francisco, CA 94104
(415) 772-7435
Fax: (415) 772-7400
Email: kevin.obrien@sidley.com
*ATTORNEY TO BE NOTICED*

**Leif E. Peterson , II**
Sidley Austin LLP
1 S. Dearborn St.
Chicago, IL 60603
312-853-7190
Email: leif.peterson@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan A. Greenblatt**
Sidley Austin LLP

1001 Page Mill Road
Bldg. 1
Palo Alto, CA 94304
650-565-7107
Fax: 650-565-7100
Email: ngreenblatt@sidley.com
*ATTORNEY TO BE NOTICED*

**Rachel R. Davidson**
Sidley Austin LLP
555 California Street
Suite 2000
San Francisco, CA 94104
415-772-1200
Fax: 415-772-7400
Email: rachel.davidson@sidley.com
*ATTORNEY TO BE NOTICED*

**Raquel Catalina Rodriguez**
Sidley Austin, LLP
1000 Louisiana Street
Suite 6000
Houston, TX 77002
713-495-4500
Fax: 713-495-7799
Email: raquel.rodriguez@sidley.com
*TERMINATED: 12/30/2016*
*PRO HAC VICE*

**Russell E Cass**
Clark Hill PLC
One Prudential Plaza, 130 E.
Randolph St
Suite 3900
Chicago, IL 60601
312-360-2125
Fax: 312-985-5999
Email: rcass@clarkhill.com

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Huawei Device USA** represented by **Michael J. Bettinger**
**Inc.**                                    (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Nathaniel C. Love**
                                            (See above for address)
                                            *PRO HAC VICE*
                                            *ATTORNEY TO BE NOTICED*

                                            **Cory D. Szczepanik**
                                            (See above for address)
                                            *PRO HAC VICE*
                                            *ATTORNEY TO BE NOTICED*

                                            **Cory David Szczepanik**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **Curt Holbreich**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **David Giardina**
                                            (See above for address)
                                            *PRO HAC VICE*
                                            *ATTORNEY TO BE NOTICED*

                                            **David T. Pritikin**
                                            (See above for address)
                                            *PRO HAC VICE*
                                            *ATTORNEY TO BE NOTICED*

                                            **Douglas I. Lewis**
                                            (See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ellen S. Robbins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Irene Inkyu Yang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Weatherby McBride**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John P. Wisse**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Joseph O'Brien**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leif E. Peterson , II**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan A. Greenblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel R. Davidson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raquel Catalina Rodriguez**
(See above for address)
*TERMINATED: 12/30/2016*
*PRO HAC VICE*

**Russell E Cass**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Huawei**                   represented by   **Michael J. Bettinger**
**Technologies USA,**                         (See above for address)
**Inc**                                       *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Nathaniel C. Love**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cory D. Szczepanik**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cory David Szczepanik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Curt Holbreich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Giardina**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David T. Pritikin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas I. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ellen S. Robbins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Irene Inkyu Yang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Weatherby McBride**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John P. Wisse**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Joseph O'Brien**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leif E. Peterson , II**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan A. Greenblatt**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel R. Davidson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raquel Catalina Rodriguez**
(See above for address)
*TERMINATED: 12/30/2016*
*PRO HAC VICE*

**Russell E Cass**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Samsung**                  represented by **Charles Kramer Verhoeven**
**Electronics Co, Ltd.**                    Quinn Emanuel Urquhart & Sullivan,
                                            LLP
                                            50 California Street, 22nd Floor
                                            San Francisco, Ca 94111
                                            415-875-6600
                                            Email:
                                            charlesverhoeven@quinnemanuel.com

                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Alan Lee Whitehurst**
                                            Quinn Emanuel Urquhart & Sullivan,
                                            LLP
                                            1300 I Street, NW, Suite 900
                                            Washington, DC 20005
                                            202-538-8000

Fax: 202-538-8100
Email:
alanwhitehurst@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Laban Singer**
Singer Bea LLP
601 Montgomery Street, Suite 1950
San Francisco, CA 94111
(415) 500-6077
Fax: (415) 500-6080
Email: bsinger@singerbea.com
*ATTORNEY TO BE NOTICED*

**Brian E Mack**
Quinn Emanuel Urquhart and Sullivan
LLP
50 California Street 22nd Floor
San Francisco, CA 94111
415-875-6600
Email:
brianmack@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Carl Gunnar Anderson**
Quinn Emanuel Urquhart & Sullivan,
LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email:
carlanderson@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Cole Daniel Malmberg**
Quinn Emanuel Urquhart Sullivan

LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5047
Fax: (650) 801-5100
Email:
colemalmberg@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Daryl M. Crone**
Crone Hawxhurst LLP
11111 Santa Monica Boulevard, Ste.
620
Los Angeles, CA 90025
310-893-5150
Fax: 310-893-5195
Email: daryl@cronehawxhurst.com
*TERMINATED: 12/14/2017*

**David Andrew Perlson**
Quinn Emanuel Urquhart & Sullivan,
LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email:
davidperlson@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Deepa Acharya**
Quinn Emmanuel Urquhart & Sullivan
LP
1300 I Street, NW
Suite 900
Washington, DC 20005
202-538-8000
Fax: 202-538-8100

Email:
deepaacharya@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Evan N. Budaj**
Singer / Bea LLP
601 Montgomery St. Ste. 1950
San Francisco, CA 94111
628-400-4125
Fax: 415-500-6080
Email: ebudaj@singerbea.com
*ATTORNEY TO BE NOTICED*

**Iman Lordgooei**
Quinn Emanuel Urquhart & Sullivan,
LLP
50 California St 22nd Fl
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email:
imanlordgooei@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Jared Weston Newton**
Quinn Emanuel Urquhart & Sullivan
LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
202-538-8000
Fax: 202 538-8100
Email:
jarednewton@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hardy**
725 12th Street, N.W.

Washington, DC 20005
202-434-5000
Fax: 202-434-5029
Email: khardy@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin P.B. Johnson**
Quinn Emanuel Urquhart & Sullivan
LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email:
kevinjohnson@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Marissa R. Ducca**
Quinn Emanuel Urquhart & Sullivan
1300 I Street, NW, Suite 900
Washington, DC 20005
202-538-8000
Fax: 202 538-8100
Email:
marissaducca@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Thomas Gray**
Quinn Emanuel Urquhart and Sullivan

555 Twin Dolphin Drive
5th Floor
Redwood City, CA 94065
650-801-5061
Email: markgray@quinnemanuel.com

*ATTORNEY TO BE NOTICED*

**Philip Charles Sternhell**
Quinn Emanuel Urquhart and Sullivan

777 6th Street NW
Washington, DC 20001
202-538-8000
Email:
philipsternhell@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rafik Paul Zeineddin**
ZEINEDDIN PLLC
1717 K Street, NW
Suite 900
Washington, DC 20006
202-787-1051
Email: paul@zeineddin.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ray R. Zado**
Quinn Emanuel Urquhart & Sullivan,
LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: rayzado@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Sam Stephen Stake**
Quinn Emmanuel Urquhart &
Sullivan, LLP
50 California Street, 22nd Floor

San Francisco, CA 94111
415-875-6387
Fax: 415-875-6700
Email: samstake@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Samuel Bryant Davidoff**
Williams and Connolly LLP
725 Twelfth St., NW
Washington, DC 20005
202-434-5648
Email: sdavidoff@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas D. Pease**
Quinn Emanuel Urquhart & Sullivan,
LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7000
Fax: 212-849-7100
Email:
thomaspease@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria F. Maroulis**
Quinn Emanuel Urquhart Oliver &
Hedges L
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
(650) 801-5000
Fax: (650) 801-5100
Email:
victoriamaroulis@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Samsung Electronics America Inc** | represented by | **Charles Kramer Verhoeven** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Lee Whitehurst**
Quinn Emanuel Urquhart & Sullivan,
LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
202-538-8103
Fax: 202-538-8100
Email:
alanwhitehurst@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Laban Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl Gunnar Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cole Daniel Malmberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daryl M. Crone**
(See above for address)
*TERMINATED: 12/14/2017*

**David Andrew Perlson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deepa Acharya**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan N. Budaj**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Iman Lordgooei**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jared Weston Newton**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hardy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin P.B. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marissa R. Ducca ,**
Quinn Emanuel Urquhart & Sullivan

1300 I Street, NW, Suite 900

Washington, DC 20005
202-538-8000
Fax: 202 538-8100
Email:
marissaducca@quinnemanuel.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Mark Thomas Gray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Charles Sternhell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rafik Paul Zeineddin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ray R. Zado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sam Stephen Stake**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Bryant Davidoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas D. Pease**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria F. Maroulis**
(See above for address)
*ATTORNEY TO BE NOTICED*

## **Defendant**

| | | |
|---|---|---|
| **Samsung Research America** | represented by | **Charles Kramer Verhoeven**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Alan Lee Whitehurst**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Laban Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl Gunnar Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cole Daniel Malmberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daryl M. Crone**
(See above for address)
*TERMINATED: 12/14/2017*

**David Andrew Perlson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deepa Acharya**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan N. Budaj**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Iman Lordgooei**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jared Weston Newton**
1299 Pennsylvania Ave NW
Suite 825
Washington, DC 20004
202-538-8108
Email:
jarednewton@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hardy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin P.B. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marissa R. Ducca ,**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Thomas Gray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Charles Sternhell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rafik Paul Zeineddin**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ray R. Zado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sam Stephen Stake**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Bryant Davidoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas D. Pease**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria F. Maroulis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-defendant**

**HiSilicon Technologies Co., Ltd.**   represented by   **Michael J. Bettinger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cory David Szczepanik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Curt Holbreich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Giardina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ellen S. Robbins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Irene Inkyu Yang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Joseph O'Brien**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nathan A. Greenblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel R. Davidson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**Nokia Solutions and**    represented by   **Ryan W. Koppelman**
**Networks US LLC**                         Alston & Bird LLP
                                            1950 University Avenue, 5th Floor
                                            East Palo Alto, CA 94303-2282
                                            (650) 838-2000
                                            Fax: (650) 838-2001
                                            Email: ryan.koppelman@alston.com
                                            *ATTORNEY TO BE NOTICED*

**3rd party plaintiff**

**Samsung Research**       represented by   **Charles Kramer Verhoeven**
**America**                                 (See above for address)
                                            *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Daryl M. Crone**
(See above for address)
*TERMINATED: 12/14/2017*
*LEAD ATTORNEY*

**Alan Lee Whitehurst ,**
Quinn Emanuel Urquhart & Sullivan,
LLP

1300 I Street, NW, Suite 900

Washington, DC 20005
202-538-8000
Fax: 202-538-8100
Email:
alanwhitehurst@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Laban Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cole Daniel Malmberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Andrew Perlson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deepa Acharya**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan N. Budaj**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Iman Lordgooei**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jared Weston Newton**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hardy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin P.B. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marissa R. Ducca ,**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Thomas Gray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nathan A. Greenblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rafik Paul Zeineddin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ray R. Zado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sam Stephen Stake**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Bryant Davidoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas D. Pease**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria F. Maroulis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**3rd party plaintiff**

**Samsung**                  represented by   **Charles Kramer Verhoeven**
**Electronics Co, Ltd.**                     (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Daryl M. Crone**
                                             (See above for address)
                                             *TERMINATED: 12/14/2017*
                                             *LEAD ATTORNEY*

                                             **Alan Lee Whitehurst ,**
                                             (See above for address)
                                             *PRO HAC VICE*
                                             *ATTORNEY TO BE NOTICED*

**Benjamin Laban Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cole Daniel Malmberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Andrew Perlson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deepa Acharya**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan N. Budaj**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Iman Lordgooei**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jared Weston Newton**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hardy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin P.B. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marissa R. Ducca**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Thomas Gray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nathan A. Greenblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Charles Sternhell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rafik Paul Zeineddin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ray R. Zado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sam Stephen Stake**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Bryant Davidoff**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas D. Pease**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria F. Maroulis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**3rd party plaintiff**

**Samsung
Electronics America
Inc**

represented by **Charles Kramer Verhoeven**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daryl M. Crone**
(See above for address)
*TERMINATED: 12/14/2017*
*LEAD ATTORNEY*

**Alan Lee Whitehurst ,**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Laban Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cole Daniel Malmberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Andrew Perlson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deepa Acharya**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan N. Budaj**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Iman Lordgooei**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jared Weston Newton**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hardy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin P.B. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marissa R. Ducca ,**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Thomas Gray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nathan A. Greenblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Charles Sternhell**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Rafik Paul Zeineddin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ray R. Zado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sam Stephen Stake**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Bryant Davidoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas D. Pease**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria F. Maroulis**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**3rd party defendant**

| **HiSilicon Technologies Co., Ltd.** | represented by | **Curt Holbreich** (See above for address) *ATTORNEY TO BE NOTICED* |
| --- | --- | --- |
| | | **David Giardina** (See above for address) |

*ATTORNEY TO BE NOTICED*

**Michael J. Bettinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nathan A. Greenblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Samsung Research**    represented by    **Charles Kramer Verhoeven**
**America**                                                                               (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daryl M. Crone**
(See above for address)
*TERMINATED: 12/14/2017*
*LEAD ATTORNEY*

**Alan Lee Whitehurst ,**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Laban Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl Gunnar Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cole Daniel Malmberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Andrew Perlson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deepa Acharya**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan N. Budaj**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Iman Lordgooei**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jared Weston Newton**
Quinn Emanuel Urquhart & Sullivan
LLP
1300 I Street, NW, Suite 900
Suite 825
Washington, DC 20005
202-538-8000
Fax: 202 538-8100
Email:
jarednewton@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hardy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin P.B. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marissa R. Ducca ,**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Thomas Gray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Charles Sternhell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rafik Paul Zeineddin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ray R. Zado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sam Stephen Stake**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Bryant Davidoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas D. Pease**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria F. Maroulis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

| | | |
|---|---|---|
| **Samsung Electronics Co, Ltd.** | represented by | **Charles Kramer Verhoeven** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daryl M. Crone**
(See above for address)
*TERMINATED: 12/14/2017*
*LEAD ATTORNEY*

**Alan Lee Whitehurst ,**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Laban Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl Gunnar Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cole Daniel Malmberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Andrew Perlson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deepa Acharya**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan N. Budaj**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Iman Lordgooei**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jared Weston Newton**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hardy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin P.B. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marissa R. Ducca**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Thomas Gray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Charles Sternhell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rafik Paul Zeineddin**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Ray R. Zado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sam Stephen Stake**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Bryant Davidoff**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas D. Pease**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria F. Maroulis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Samsung**                represented by   **Charles Kramer Verhoeven**
**Electronics America**                     (See above for address)
**Inc**                                     *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Daryl M. Crone**
                                            (See above for address)
                                            *TERMINATED: 12/14/2017*
                                            *LEAD ATTORNEY*

                                            **Alan Lee Whitehurst ,**
                                            (See above for address)
                                            *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Benjamin Laban Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl Gunnar Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cole Daniel Malmberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Andrew Perlson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deepa Acharya**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan N. Budaj**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Iman Lordgooei**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jared Weston Newton**
Quinn Emanuel Urquhart & Sullian
LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
202-538-8000
Fax: 202 538-8100
Email:

jarednewton@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hardy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin P.B. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marissa R. Ducca ,**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Thomas Gray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Charles Sternhell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rafik Paul Zeineddin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ray R. Zado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sam Stephen Stake**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Bryant Davidoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas D. Pease**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria F. Maroulis**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Counter-defendant</u>**

**Huawei Device USA**   represented by   **Michael J. Bettinger**
**Inc.**                                 (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Nathaniel C. Love**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Curt Holbreich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Giardina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David T. Pritikin**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Douglas I. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ellen S. Robbins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Irene Inkyu Yang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Weatherby McBride**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John P. Wisse**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leif E. Peterson , II**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan A. Greenblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raquel Catalina Rodriguez**
(See above for address)
*TERMINATED: 12/30/2016*

**Russell E Cass**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Counter-defendant**

| | | |
|---|---|---|
| **Huawei Technologies USA, Inc** | represented by | **Michael J. Bettinger** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathaniel C. Love**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Curt Holbreich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Giardina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David T. Pritikin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas I. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ellen S. Robbins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Irene Inkyu Yang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Weatherby McBride**

(See above for address)
*ATTORNEY TO BE NOTICED*

**John P. Wisse**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leif E. Peterson , II**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan A. Greenblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raquel Catalina Rodriguez**
(See above for address)
*TERMINATED: 12/30/2016*

**Russell E Cass**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-defendant**

**Huawei**                  represented by **Michael J. Bettinger**
**Technologies, Co,**                       (See above for address)
**Ltd**                                     *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                            **Nathaniel C. Love**
                            (See above for address)
                            *PRO HAC VICE*
                            *ATTORNEY TO BE NOTICED*

                            **Curt Holbreich**
                            (See above for address)

*ATTORNEY TO BE NOTICED*

**David Giardina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David T. Pritikin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas I. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ellen S. Robbins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Irene Inkyu Yang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Weatherby McBride**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John P. Wisse**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leif E. Peterson , II**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan A. Greenblatt**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Raquel Catalina Rodriguez**
(See above for address)
*TERMINATED: 12/30/2016*

**Russell E Cass**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Counter-claimant

**Samsung**              represented by   **Charles Kramer Verhoeven**
**Electronics America**                  (See above for address)
**Inc**                                  *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Daryl M. Crone**
                                         (See above for address)
                                         *TERMINATED: 12/14/2017*
                                         *LEAD ATTORNEY*

                                         **Alan Lee Whitehurst ,**
                                         (See above for address)
                                         *PRO HAC VICE*
                                         *ATTORNEY TO BE NOTICED*

                                         **Benjamin Laban Singer**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **Cole Daniel Malmberg**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **David Andrew Perlson**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

**Deepa Acharya**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan N. Budaj**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Iman Lordgooei**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jared Weston Newton**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hardy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin P.B. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marissa R. Ducca ,**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Thomas Gray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Charles Sternhell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rafik Paul Zeineddin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ray R. Zado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sam Stephen Stake**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Bryant Davidoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas D. Pease**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria F. Maroulis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Samsung**                    represented by   **Charles Kramer Verhoeven**
**Electronics Co, Ltd.**                        (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Daryl M. Crone**
                                                (See above for address)
                                                *TERMINATED: 12/14/2017*
                                                *LEAD ATTORNEY*

                                                **Alan Lee Whitehurst ,**
                                                (See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Laban Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cole Daniel Malmberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Andrew Perlson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deepa Acharya**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan N. Budaj**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Iman Lordgooei**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jared Weston Newton**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hardy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin P.B. Johnson**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Marissa R. Ducca**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Thomas Gray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Charles Sternhell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rafik Paul Zeineddin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ray R. Zado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sam Stephen Stake**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Bryant Davidoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas D. Pease**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria F. Maroulis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Samsung Research**        represented by   **Charles Kramer Verhoeven**
**America**                                 (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Daryl M. Crone**
                                            (See above for address)
                                            *TERMINATED: 12/14/2017*
                                            *LEAD ATTORNEY*

                                            **Alan Lee Whitehurst ,**
                                            (See above for address)
                                            *PRO HAC VICE*
                                            *ATTORNEY TO BE NOTICED*

                                            **Benjamin Laban Singer**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **Carl Gunnar Anderson**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **Cole Daniel Malmberg**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **David Andrew Perlson**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **Deepa Acharya**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **Evan N. Budaj**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Iman Lordgooei**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jared Weston Newton**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hardy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin P.B. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marissa R. Ducca ,**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Thomas Gray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Charles Sternhell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rafik Paul Zeineddin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ray R. Zado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sam Stephen Stake**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Bryant Davidoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas D. Pease**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria F. Maroulis**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Counter-defendant</u>**

**HiSilicon**              represented by   **Michael J. Bettinger**
**Technologies Co.,**                       (See above for address)
**Ltd.**                                    *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Curt Holbreich**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **David Giardina**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **Ellen S. Robbins**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Irene Inkyu Yang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nathan A. Greenblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-defendant**

**Huawei Device USA Inc.**   represented by   **Michael J. Bettinger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathaniel C. Love**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Curt Holbreich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Giardina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David T. Pritikin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas I. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ellen S. Robbins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Irene Inkyu Yang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Weatherby McBride**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John P. Wisse**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leif E. Peterson , II**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan A. Greenblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raquel Catalina Rodriguez**
(See above for address)
*TERMINATED: 12/30/2016*

**Russell E Cass**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Counter-defendant

| | | |
|---|---|---|
| **Huawei Technologies USA, Inc** | represented by | **Michael J. Bettinger** (See above for address) *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Curt Holbreich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Giardina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David T. Pritikin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas I. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ellen S. Robbins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Irene Inkyu Yang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Weatherby McBride**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John P. Wisse**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leif E. Peterson , II**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Nathan A. Greenblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raquel Catalina Rodriguez**
(See above for address)
*TERMINATED: 12/30/2016*

**Russell E Cass**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-defendant**

| | | |
|---|---|---|
| **Huawei Technologies, Co, Ltd** | represented by | **Michael J. Bettinger**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Nathaniel C. Love**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Curt Holbreich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Giardina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David T. Pritikin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas I. Lewis**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Ellen S. Robbins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Irene Inkyu Yang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Weatherby McBride**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John P. Wisse**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leif E. Peterson , II**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan A. Greenblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raquel Catalina Rodriguez**
(See above for address)
*TERMINATED: 12/30/2016*

**Russell E Cass**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2016 | 1 | COMPLAINT *(REDACTED)* against Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America ( Filing fee $ 400, receipt number 0971-10473851.). Filed byHuawei Technologies, Co, Ltd, Huawei Technologies USA, Inc, Huawei Device USA Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 (Filed Under Seal), # 3 Exhibit 3 (Filed Under Seal), # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Civil Cover Sheet)(Bettinger, Michael) (Filed on 5/24/2016) (Entered: 05/24/2016) |
| 05/24/2016 | 2 | Proposed Summons. (Bettinger, Michael) (Filed on 5/24/2016) (Entered: 05/24/2016) |
| 05/24/2016 | 🔒 3 | Administrative Motion to File Under Seal filed by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Declaration of Michael J. Bettinger & Ex. A (FILED UNDER SEAL), # 2 Proposed Order, # 3 Redacted Version of Complaint, # 4 Unredacted Version of Complaint, # 5 Unredacted Version of Exhibit 2.1 - 2.14, # 6 Unredacted Version of Exhibit 2.15 - 2.21, # 7 Unredacted Version of Exhibit 2.22 - 2.29, # 8 Unredacted Version of Exhibit 2.30 - 2.36, # 9 Unredacted Version of Exhibit 2.37, # 10 Unredacted Version of Exhibit 2.38, # 11 Unredacted Version of Exhibit 2.39, # 12 |

|  |  | Unredacted Version of Exhibit 2.40 - 2.41, # [13]<br>Unredacted Version of Exhibit 2.42 - 2.43, # [14]<br>Unredacted Version of Exhibit 3.1 - 3.10, # [15]<br>Unredacted Version of Exhibit 3.11 - 3.19, # [16]<br>Unredacted Version of Exhibit 3.20 - 3.28, # [17]<br>Unredacted Version of Exhibit 3.29 - 3.33, # [18]<br>Unredacted Version of Exhibit 3.34 - 3.36, # [19]<br>Unredacted Version of Exhibit 3.37 - 3.40, # [20]<br>Unredacted Version of Exhibit 3.41, # [21]<br>Unredacted Version of Exhibit 3.42 (Part 1), # [22]<br>Unredacted Version of Exhibit 3.42 (Part 2), # [23]<br>Unredacted Version of Exhibit 3.43 - 3.44, # [24]<br>Unredacted Version of Exhibit 3.45 - 3.47, # [25]<br>Unredacted Version of Exhibit 3.48 - 3.51, # [26]<br>Unredacted Version of Exhibit 3.52 - 3.53)<br>(Bettinger, Michael) (Filed on 5/24/2016)<br>(Entered: 05/24/2016) |
| 05/24/2016 | [4] | Certificate of Interested Entities by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd (Bettinger, Michael) (Filed on 5/24/2016) (Entered: 05/24/2016) |
| 05/24/2016 | [5] | NOTICE by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd *FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT* (Bettinger, Michael) (Filed on 5/24/2016) (Entered: 05/24/2016) |
| 05/24/2016 | [6] | NOTICE by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd *REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK* (Bettinger, Michael) (Filed on 5/24/2016) (Entered: 05/24/2016) |
|  |  |  |

| 05/24/2016 | 7 | NOTICE of Appearance by Irene Inkyu Yang (Yang, Irene) (Filed on 5/24/2016) (Entered: 05/24/2016) |
|---|---|---|
| 05/24/2016 | 8 | MOTION & [PROPOSED] ORDER for leave to appear in Pro Hac Vice of David Pritikin ( Filing fee $ 305, receipt number 0971-10474521.) filed by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Pritikin, David) (Filed on 5/24/2016) Modified on 5/25/2016 (aaaS, COURT STAFF). (Entered: 05/24/2016) |
| 05/24/2016 | 9 | MOTION & [PROPOSED] ORDER for leave to appear in Pro Hac Vice of Douglas I. Lewis ( Filing fee $ 305, receipt number 0971-10474637.) filed by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Lewis, Douglas) (Filed on 5/24/2016) Modified on 5/25/2016 (aaaS, COURT STAFF). (Entered: 05/24/2016) |
| 05/24/2016 | 10 | MOTION & [PROPOSED] ORDER for leave to appear in Pro Hac Vice of David C. Giardina ( Filing fee $ 305, receipt number 0971-10474697.) filed by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Giardina, David) (Filed on 5/24/2016) Modified on 5/25/2016 (aaaS, COURT STAFF). (Entered: 05/24/2016) |
| 05/24/2016 | 11 | MOTION & [PROPOSED] ORDER for leave to appear in Pro Hac Vice of John McBride ( Filing fee $ 305, receipt number 0971-10474736.) filed by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (McBride, John) (Filed on 5/24/2016) Modified on 5/25/2016 (aaaS, COURT STAFF). (Entered: 05/24/2016) |

| 05/24/2016 | 12 | MOTION & [PROPOSED] ORDER for leave to appear in Pro Hac Vice *of Raquel Rodriguez* ( Filing fee $ 305, receipt number 0971-10474888.) filed by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Rodriguez, Raquel) (Filed on 5/24/2016) Modified on 5/25/2016 (aaaS, COURT STAFF). (Entered: 05/24/2016) |
| 05/24/2016 | 13 | Case assigned to Magistrate Judge Sallie Kim. Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5-1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. by 6/7/2016. (as, COURT STAFF) (Filed on 5/24/2016) (Entered: 05/24/2016) |
| 05/24/2016 | 15 | **Initial Case Management Scheduling Order with ADR Deadlines:** Case Management Statement due by 8/17/2016. Case Management Conference set for 8/24/2016 01:30 PM. Signed by Magistrate Judge Sallie Kim on 5/24/16. (aaaS, COURT STAFF) (Filed on 5/24/2016) (Entered: 05/25/2016) |

| 05/25/2016 | 14 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd.. (Bettinger, Michael) (Filed on 5/25/2016) (Entered: 05/25/2016) |
| --- | --- | --- |
| 05/25/2016 | 16 | Summons Issued as to Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (aaaS, COURT STAFF) (Filed on 5/25/2016) (Entered: 05/25/2016) |
| 05/25/2016 | 17 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned. ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED. *This is a text only docket entry; there is no document associated with this notice.* (mklS, COURT STAFF) (Filed on 5/25/2016) (Entered: 05/25/2016) |
| 05/25/2016 | 18 | NOTICE of Appearance by Raquel Catalina Rodriguez (Rodriguez, Raquel) (Filed on 5/25/2016) (Entered: 05/25/2016) |

| | | |
|---|---|---|
| 05/26/2016 | 19 | **ORDER, Case reassigned to Hon. William H. Orrick. Magistrate Judge Sallie Kim no longer assigned to the case.. Signed by Executive Committee on 5/26/16. (haS, COURT STAFF) (Filed on 5/26/2016) (Entered: 05/26/2016)** |
| 05/26/2016 | 20 | NOTICE of Appearance by Nathan Greenblatt (Greenblatt, Nathan) (Filed on 5/26/2016) (Entered: 05/26/2016) |
| 05/26/2016 | 21 | **CASE MANAGEMENT CONFERENCE ORDER: Case Management Conference set for 8/23/2016 02:00 PM in Courtroom 2, 17th Floor, San Francisco. Case Management Statement due by 8/16/2016. Signed by Judge William H. Orrick on 05/26/2016. (jmdS, COURT STAFF) (Filed on 5/26/2016) (Entered: 05/26/2016)** |
| 05/27/2016 | 22 | CERTIFICATE OF SERVICE by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd re 3 Administrative Motion to File Under Seal , 1 Complaint,,, (Bettinger, Michael) (Filed on 5/27/2016) (Entered: 05/27/2016) |
| 05/27/2016 | 23 | **Order by Hon. William H. Orrick granting 8 Motion for Pro Hac Vice by David T. Pritikin. (jmdS, COURT STAFF) (Filed on 5/27/2016) (Entered: 05/27/2016)** |
| 05/27/2016 | 24 | **Order by Hon. William H. Orrick granting 9 Motion for Pro Hac Vice by Douglas I. Lewis. (jmdS, COURT STAFF) (Filed on 5/27/2016) (Entered: 05/27/2016)** |
| 05/27/2016 | 25 | **Order by Hon. William H. Orrick granting 10 Motion for Pro Hac Vice by David C. Giardina. (jmdS, COURT STAFF) (Filed on 5/27/2016) (Entered: 05/27/2016)** |

| 05/27/2016 | 26 | **Order by Hon. William H. Orrick granting 11 Motion for Pro Hac Vice by John McBride. (jmdS, COURT STAFF) (Filed on 5/27/2016) (Entered: 05/27/2016)** |
| 05/27/2016 | 27 | **Order by Hon. William H. Orrick granting 12 Motion for Pro Hac Vice by Raquel Rodriguez. (jmdS, COURT STAFF) (Filed on 5/27/2016) (Entered: 05/27/2016)** |
| 06/02/2016 | 28 | CERTIFICATE OF SERVICE by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd re 3 Administrative Motion to File Under Seal (Bettinger, Michael) (Filed on 6/2/2016) (Entered: 06/02/2016) |
| 06/13/2016 | 29 | NOTICE of Appearance by Victoria F. Maroulis (Maroulis, Victoria) (Filed on 6/13/2016) (Entered: 06/13/2016) |
| 06/13/2016 | 30 | STIPULATION *for Extension of Time to Respond to the Complaint* filed by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Maroulis, Victoria) (Filed on 6/13/2016) (Entered: 06/13/2016) |
| 06/13/2016 | 31 | NOTICE of Appearance by Charles Kramer Verhoeven (Verhoeven, Charles) (Filed on 6/13/2016) (Entered: 06/13/2016) |
| 06/13/2016 | 32 | NOTICE of Appearance by Kevin P.B. Johnson (Johnson, Kevin) (Filed on 6/13/2016) (Entered: 06/13/2016) |
| 06/13/2016 | 33 | NOTICE of Appearance by David Andrew Perlson (Perlson, David) (Filed on 6/13/2016) (Entered: 06/13/2016) |
| 06/17/2016 | 34 | CERTIFICATE OF SERVICE by Huawei Device USA Inc., Huawei Technologies USA, Inc, |

| | | |
|---|---|---|
| | | Huawei Technologies, Co, Ltd re 17 Clerk's Notice of Impending Reassignment - Text Only,,, (Bettinger, Michael) (Filed on 6/17/2016) (Entered: 06/17/2016) |
| 06/21/2016 | 35 | MOTION & [PROPOSED] ORDER for leave to appear in Pro Hac Vice *of Marissa Ducca* ( Filing fee $ 305, receipt number 0971-10546900.) filed by Samsung Electronics Co, Ltd.. (Attachments: # 1 Exhibit)(Ducca, Marissa) (Filed on 6/21/2016) Modified on 6/22/2016 (aaaS, COURT STAFF). (Entered: 06/21/2016) |
| 06/22/2016 | 36 | **Order by Hon. William H. Orrick granting 35 Motion for Pro Hac Vice by Marissa Ducca. (jmdS, COURT STAFF) (Filed on 6/22/2016) (Entered: 06/22/2016)** |
| 08/03/2016 | 37 | STIPULATION WITH PROPOSED ORDER filed by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 8/3/2016) (Entered: 08/03/2016) |
| 08/04/2016 | 38 | **STIPULATION AND ORDER - Case Management Conference set for 9/13/2016 02:00 PM in Courtroom 2, 17th Floor, San Francisco. Case Management Statement due by 9/6/2016. Signed by Judge William H. Orrick on 08/04/2016. (jmdS, COURT STAFF) (Filed on 8/4/2016) (Entered: 08/04/2016)** |
| 08/22/2016 | 39 | MOTION to Dismiss *Portions of Huawei's Complaint Under Rule 12(b)(6)* filed by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. Motion Hearing set for 9/28/2016 02:00 PM in Courtroom 2, 17th Floor, San Francisco before Hon. William H. Orrick. Responses due by 9/6/2016. Replies due by 9/13/2016. |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)(Maroulis, Victoria) (Filed on 8/22/2016) (Entered: 08/22/2016) |
| 08/22/2016 | | 40 | NOTICE by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America re 3 Administrative Motion to File Under Seal (Maroulis, Victoria) (Filed on 8/22/2016) (Entered: 08/22/2016) |
| 08/22/2016 | 🔒 | 41 | Administrative Motion to File Under Seal *Portions of Samsung Answer & Counterclaims and Supporting Exhibit* filed by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Attachments: # 1 Declaration of Hojin Chang in Support of Administrative Motion to File Under Seal, # 2 Declaration of Marissa Ducca in Support of Administrative Motion to File Under Seal, # 3 Samsung Answer & Counterclaims [SEALED], # 4 Exhibit 58 [SEALED], # 5 Proposed Order Granting Samsung Motion to File Under Seal) (Maroulis, Victoria) (Filed on 8/22/2016) (Entered: 08/22/2016) |
| 08/22/2016 | | 42 | *Public Redacted* ANSWER to 1 Complaint with Jury Demand , THIRD PARTY COMPLAINT against HiSilicon Technologies Co., Ltd., COUNTERCLAIM *for Breach of Contract, Patent Infringement, and Violation of Section 2 of Sherman Antitrust Act* against Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd bySamsung Research America, Samsung Electronics Co, Ltd., Samsung Electronics America Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # |

| | | |
|---|---|---|
| | | 14 Exhibit 14, # 15 Exhibit 15)(Maroulis, Victoria) (Filed on 8/22/2016) Modified on 8/23/2016 (aaaS, COURT STAFF). (Entered: 08/22/2016) |
| 08/22/2016 | 43 | EXHIBITS re 42 Answer to Complaint,,,, Third Party Complaint,,,, Counterclaim,,, *Exhibit 16* filed bySamsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Attachments: # 1 Exhibit 17, # 2 Exhibit 18, # 3 Exhibit 19, # 4 Exhibit 20, # 5 Exhibit 21, # 6 Exhibit 22, # 7 Exhibit 23, # 8 Exhibit 24, # 9 Exhibit 25)(Related document(s) 42 ) (Maroulis, Victoria) (Filed on 8/22/2016) (Entered: 08/22/2016) |
| 08/22/2016 | 44 | EXHIBITS re 42 Answer to Complaint,,,, Third Party Complaint,,,, Counterclaim,,, *Exhibit 26* filed bySamsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Attachments: # 1 Exhibit 27, # 2 Exhibit 28, # 3 Exhibit 29, # 4 Exhibit 30, # 5 Exhibit 31, # 6 Exhibit 32, # 7 Exhibit 33, # 8 Exhibit 34, # 9 Exhibit 35, # 10 Exhibit 36, # 11 Exhibit 37, # 12 Exhibit 38, # 13 Exhibit 39, # 14 Exhibit 40, # 15 Exhibit 41, # 16 Exhibit 42, # 17 Exhibit 43, # 18 Exhibit 44, # 19 Exhibit 45, # 20 Exhibit 46)(Related document(s) 42 ) (Maroulis, Victoria) (Filed on 8/22/2016) (Entered: 08/22/2016) |
| 08/22/2016 | 45 | EXHIBITS re 42 Answer to Complaint,,,, Third Party Complaint,,,, Counterclaim,,, *Exhibit 47* filed bySamsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Attachments: # 1 Exhibit 48, # 2 Exhibit 49, # 3 Exhibit 50, # 4 Exhibit 51, # 5 Exhibit 52, # 6 Exhibit 53, # 7 Exhibit 54, # 8 Exhibit 55, # 9 Exhibit 56, # 10 Exhibit 57, # 11 |

| | | |
|---|---|---|
| | | Exhibit 58 [slip sheet])(Related document(s) 42 ) (Maroulis, Victoria) (Filed on 8/22/2016) (Entered: 08/22/2016) |
| 08/22/2016 | 46 | NOTICE by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America *Samsung FRCP 7.1 Corporate Disclosure Statement* (Maroulis, Victoria) (Filed on 8/22/2016) (Entered: 08/22/2016) |
| 08/22/2016 | 47 | Certificate of Interested Entities by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America (Maroulis, Victoria) (Filed on 8/22/2016) (Entered: 08/22/2016) |
| 08/23/2016 | 48 | NOTICE by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America *Notice of Filing of Patent Infringement Claims* (Maroulis, Victoria) (Filed on 8/23/2016) (Entered: 08/23/2016) |
| 08/23/2016 | 49 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Bettinger, Michael) (Filed on 8/23/2016) (Entered: 08/23/2016) |
| 08/23/2016 | 50 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Maroulis, Victoria) (Filed on 8/23/2016) (Entered: 08/23/2016) |
| 08/23/2016 | 51 | STIPULATION and Proposed Order selecting Private ADR by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd filed by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 8/23/2016) (Entered: 08/23/2016) |
| 08/24/2016 | 52 | **Order by Hon. William H. Orrick granting 51 Stipulation selecting Private ADR. (jmdS,** |

| | | | |
|---|---|---|---|
| | | | COURT STAFF) (Filed on 8/24/2016) (Entered: 08/24/2016) |
| 08/26/2016 | 🔒 | 53 | EXHIBITS re 41 Administrative Motion to File Under Seal *Portions of Samsung Answer & Counterclaims and Supporting Exhibit DECLARATION OF XIAOWU ZHANG IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL & EXHIBIT A* filed byHiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Unredacted Version of Exhibit A, # 2 Certificate/Proof of Service)(Related document(s) 41 ) (Bettinger, Michael) (Filed on 8/26/2016) (Entered: 08/26/2016) |
| 08/26/2016 | | 54 | NOTICE of Appearance by Brian E Mack (Mack, Brian) (Filed on 8/26/2016) (Entered: 08/26/2016) |
| 08/26/2016 | | 55 | NOTICE of Appearance by Carl Gunnar Anderson (Anderson, Carl) (Filed on 8/26/2016) (Entered: 08/26/2016) |
| 08/26/2016 | | 56 | NOTICE of Appearance by Mark Thomas Gray (Gray, Mark) (Filed on 8/26/2016) (Entered: 08/26/2016) |
| 08/26/2016 | | 57 | NOTICE of Appearance by Ray R. Zado (Zado, Ray) (Filed on 8/26/2016) (Entered: 08/26/2016) |
| 08/29/2016 | | 58 | NOTICE of Appearance by Daryl M. Crone (Crone, Daryl) (Filed on 8/29/2016) (Entered: 08/29/2016) |
| 08/29/2016 | | 59 | EXHIBITS re 3 Administrative Motion to File Under Seal *UNREDACTED VERSION OF ORIGINAL COMPLAINT & EXHIBITS HERETO ORIGINALLY FILED UNDER SEAL* filed byHuawei Device USA Inc., Huawei |

| | | |
|---|---|---|
| | | Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Exhibit 2.1-2.14, # 2 Exhibit 2.15-2.21, # 3 Exhibit 2.22-2.29, # 4 Errata 2.30-2.36, # 5 Exhibit 2.37, # 6 Exhibit 2.38, # 7 Exhibit 2.39, # 8 Exhibit 2.40-2.41, # 9 Exhibit 2.42-2.43, # 10 Exhibit 3.1-3.10, # 11 Exhibit 3.11-3.19, # 12 Exhibit 3.20-3.28, # 13 Exhibit 3.29-3.33, # 14 Exhibit 3.34-3.36, # 15 Exhibit 3.37-3.40, # 16 Exhibit 3.41, # 17 Exhibit 3.42 Part 1, # 18 Exhibit 3.42 Part 2, # 19 Exhibit 3.43-3.44, # 20 Exhibit 3.45-3.47, # 21 Exhibit 3.48-3.51, # 22 Exhibit 3.52-3.53)(Related document(s) 3 ) (Bettinger, Michael) (Filed on 8/29/2016) (Entered: 08/29/2016) |
| 08/30/2016 | 60 | EXHIBITS re 3 Administrative Motion to File Under Seal *UNSEALED VERSIONS OF DECLARATION OF MICHAEL J. BETTINGER IN SUPPORT OF PLAINTIFFS ADMINISTRATIVE MOTION TO FILE UNDER SEAL & EX. A (ORIGINALLY FILED UNDER SEAL)* filed byHuawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Exhibit A)(Related document(s) 3 ) (Bettinger, Michael) (Filed on 8/30/2016) (Entered: 08/30/2016) |
| 08/30/2016 | 61 | STIPULATION WITH PROPOSED ORDER *STIPULATED REQUEST AND ORDER TO RESCHEDULE HEARING ON SAMSUNGS PARTIAL MOTION TO DISMISS AND EXTEND BRIEFING DEADLINES* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 8/30/2016) (Entered: 08/30/2016) |
| 08/31/2016 | 62 | **ORDER granting Stipulation to Reset Deadlines as to 39 MOTION to** |

| | | |
|---|---|---|
| | | Dismiss.Responses due by 9/20/2016. Replies due by 10/4/2016. Motion Hearing set for 10/19/2016 02:00 PM in Courtroom 2, 17th Floor, San Francisco before Hon. William H. Orrick. Signed by Judge William H. Orrick on 08/31/2016. (jmdS, COURT STAFF) (Filed on 8/31/2016) (Entered: 08/31/2016) |
| 09/01/2016 | 63 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971-10736727.) filed by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Pease, Thomas) (Filed on 9/1/2016) (Entered: 09/01/2016) |
| 09/02/2016 | 64 | First MOTION for leave to appear in Pro Hac Vice *Alan Whitehurst* ( Filing fee $ 305, receipt number 0971-10741289.) filed by Samsung Electronics Co, Ltd.. (Whitehurst, Alan) (Filed on 9/2/2016) (Entered: 09/02/2016) |
| 09/02/2016 | 65 | **Order by Hon. William H. Orrick granting 63 Motion for Pro Hac Vice by Thomas D. Pease. (jmdS, COURT STAFF) (Filed on 9/2/2016) (Entered: 09/05/2016)** |
| 09/02/2016 | 66 | **Order by Hon. William H. Orrick granting 64 Motion for Pro Hac Vice by Alan L. Whitehurst. (jmdS, COURT STAFF) (Filed on 9/2/2016) (Entered: 09/05/2016)** |
| 09/06/2016 | 67 | JOINT CASE MANAGEMENT STATEMENT filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 9/6/2016) (Entered: 09/06/2016) |
| 09/08/2016 | 68 | STIPULATION *FOR EXTENSION OF TIME FOR HUAWEI TO ANSWER OR OTHERWISE* |

|  |  | *RESPOND TO SAMSUNGS COUNTERCLAIMS* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 9/8/2016) (Entered: 09/08/2016) |
| 09/12/2016 | 69 | MOTION & [PROPOSED] ORDER for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971-10761384.) filed by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Zeineddin, Rafik) (Filed on 9/12/2016) Modified on 9/13/2016 (aaaS, COURT STAFF). (Entered: 09/12/2016) |
| 09/13/2016 | 70 | **Order by Hon. William H. Orrick granting 69 Motion for Pro Hac Vice by R. Paul Zeineddin. (jmdS, COURT STAFF) (Filed on 9/13/2016) (Entered: 09/13/2016)** |
| 09/13/2016 | 75 | **Minute Entry for proceedings held before Hon. William H. Orrick: Initial Case Management Conference held on 9/13/2016. Plaintiff may submit a brief as to bifurcation and FRAND issues by September 20, 2016, and Defendant may submit a five-page rebuttal brief by September 27, 2016. Tutorial Hearing set for 7/14/2017 09:00 AM and Claims Construction Hearing set for 7/21/2017 09:00 AM, both in Courtroom 12, 19th Floor, San Francisco. Dispositive motions to be heard by 5/2/2018. Final Pretrial Conference set for 8/20/2018 02:00 PM and Jury Trial set for 9/17/2018 08:30 AM in Courtroom 12, 19th Floor, San Francisco before Hon. William H. Orrick. FTR Time 2:21-2:55. Plaintiff Attorneys David Pritikin, Mike Bettinger, David Giardina, and Irene I. Yang. Defendant Attorneys Charles K.** |

|  |  |  |
|---|---|---|
|  |  | **Verhoven, Kevin P.B. Johnson, Victoria F. Maroulis, Carl G. Anderson, and David A. Perlson. (jmdS, COURT STAFF) (Date Filed: 9/13/2016) Modified on 9/15/2016: Matter transcribed by Joan Columbini. (rjdS, COURT STAFF). (Entered: 09/14/2016)** |
| 09/14/2016 | [71] | NOTICE by HiSilicon Technologies Co., Ltd. *COUNTERCLAIM-DEFENDANT HISILICON TECHNOLOGIES CO. LTD.S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT* (Bettinger, Michael) (Filed on 9/14/2016) (Entered: 09/14/2016) |
| 09/14/2016 | [72] | Certificate of Interested Entities by HiSilicon Technologies Co., Ltd. (Bettinger, Michael) (Filed on 9/14/2016) (Entered: 09/14/2016) |
| 09/14/2016 | [73] | MOTION & [PROPOSED] ORDER for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971-10768289.) filed by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Hardy, Kevin) (Filed on 9/14/2016) Modified on 9/15/2016 (aaaS, COURT STAFF). (Entered: 09/14/2016) |
| 09/14/2016 | [74] | MOTION & [PROPOSED] ORDER for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971-10768752.) filed by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Davidoff, Samuel) (Filed on 9/14/2016) Modified on 9/15/2016 (aaaS, COURT STAFF). (Entered: 09/14/2016) |
| 09/15/2016 | [76] | TRANSCRIPT ORDER for proceedings held on 9/13/2016 before Hon. William H. Orrick by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, |

| | | |
|---|---|---|
| | | Huawei Technologies, Co, Ltd, for Court Reporter FTR - San Francisco. (Yang, Irene) (Filed on 9/15/2016) (Entered: 09/15/2016) |
| 09/15/2016 | 77 | **Order by Hon. William H. Orrick granting 73 Motion for Pro Hac Vice by Kevin Hardy. (jmdS, COURT STAFF) (Filed on 9/15/2016) (Entered: 09/15/2016)** |
| 09/15/2016 | 78 | **Order by Hon. William H. Orrick granting 74 Motion for Pro Hac Vice by Samuel Davidoff. (jmdS, COURT STAFF) (Filed on 9/15/2016) (Entered: 09/15/2016)** |
| 09/15/2016 | 79 | TRANSCRIPT ORDER for proceedings held on 9/13/16 before Hon. William H. Orrick by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America, for Court Reporter FTR - San Francisco. (Gray, Mark) (Filed on 9/15/2016) (Entered: 09/15/2016) |
| 09/16/2016 | 🔒 80 | *** SEE CORRECTED TRANSCRIPT AT 82 . *** Transcript of Proceedings held on September 13, 2016, before Judge William H. Orrick. Court Reporter/Transcriber Joan Marie Columbini, CSR, telephone number joan.columbini.csr@gmail.com 510-367-3043. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 76 Transcript Order, 79 Transcript |

| | | | |
|---|---|---|---|
| | | | Order ) Redaction Request due 10/7/2016. Redacted Transcript Deadline set for 10/17/2016. Release of Transcript Restriction set for 12/15/2016. (Related documents(s) 76 , 79 ) (Columbini, Joan) (Filed on 9/16/2016) Modified on 9/20/2016 (fff, COURT STAFF). (Entered: 09/16/2016) |
| 09/16/2016 | | 81 | STIPULATION WITH PROPOSED ORDER *STIPULATED REQUEST AND ORDER TO RESCHEDULE HEARING ON SAMSUNGS PARTIAL MOTION TO DISMISS AND EXTEND BRIEFING DEADLINES* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 9/16/2016) (Entered: 09/16/2016) |
| 09/20/2016 | 🔓 | 82 | Transcript of Proceedings held on September 13, 2016, before Judge William H. Orrick. Court Reporter/Transcriber Joan Marie Columbini, CSR, telephone number joan.columbini.csr@gmail.com 510-367-3043. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 76 Transcript Order, 79 Transcript Order ) Redaction Request due 10/11/2016. Redacted Transcript Deadline set for 10/21/2016. Release of Transcript Restriction set for 12/19/2016. (Related documents(s) 76 , 79 ) (Columbini, Joan) (Filed on 9/20/2016) (Entered: 09/20/2016) |

| 09/20/2016 | 83 | **STIPULATED REQUEST AND ORDER TO RESCHEDULE HEARING ON SAMSUNG'S PARTIAL MOTION TO DISMISS AND EXTEND BRIEFING DEADLINES as to 39 MOTION to Dismiss. Response due by 9/27/2016. Reply due by 10/11/2016. Motion Hearing set for 10/26/2016 02:00 PM in Courtroom 2, 17th Floor, San Francisco before Hon. William H. Orrick. Signed by Judge William H. Orrick on 09/20/2016. (jmdS, COURT STAFF) (Filed on 9/20/2016) (Entered: 09/20/2016)** |
| --- | --- | --- |
| 09/20/2016 | 84 | Brief *HUAWEIS BRIEF IN SUPPORT OF ITS REQUEST TO BIFURCATE OR PHASE TRIALS* filed byHiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 9/20/2016) (Entered: 09/20/2016) |
| 09/27/2016 | 85 | Brief re 84 Brief, *Samsung's Opposition to Huawei's Request for Bifurcation* filed bySamsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Related document(s) 84 ) (Maroulis, Victoria) (Filed on 9/27/2016) (Entered: 09/27/2016) |
| 09/27/2016 | 86 | RESPONSE (re 39 MOTION to Dismiss *Portions of Huawei's Complaint Under Rule 12(b)(6)* ) filed byHiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Exhibit A, # 2 Proposed Order) (Bettinger, Michael) (Filed on 9/27/2016) (Entered: 09/27/2016) |
| 10/04/2016 | 87 | STIPULATION *AND REQUEST FOR* |

| | | |
|---|---|---|
| | | *APPOINTMENT OF MAGISTRATE JUDGE FOR ADR PROCEEDINGS* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 10/4/2016) (Entered: 10/04/2016) |
| 10/06/2016 | 88 | **ORDER REFERRING CASE to Magistrate Judge for Settlement. Signed by Judge William H. Orrick on 10/06/2016. (jmdS, COURT STAFF) (Filed on 10/6/2016) (Entered: 10/06/2016)** |
| 10/06/2016 | | CASE REFERRED toMagistrate Judge Kandis A. Westmore for Settlement. (mklS, COURT STAFF) (Filed on 10/6/2016) (Entered: 10/06/2016) |
| 10/06/2016 | 🔒 | (Court only) ***Set/Clear Flags. (mklS, COURT STAFF) (Filed on 10/6/2016) (Entered: 10/06/2016) |
| 10/11/2016 | 89 | REPLY (re 39 MOTION to Dismiss *Portions of Huawei's Complaint Under Rule 12(b)(6)* ) filed bySamsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Maroulis, Victoria) (Filed on 10/11/2016) (Entered: 10/11/2016) |
| 10/14/2016 | 🔒 90 | Administrative Motion to File Under Seal *Samsung Answer & Amended Counterclaims* filed by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Attachments: # 1 Declaration of Marissa Ducca in Support of Samsung Motion to File Under Seal, # 2 Exhibit [SEALED] Samsung Answer & Amended Counterclaims, # 3 Proposed Order Granting Samsung Motion to File Under Seal)(Maroulis, Victoria) (Filed on 10/14/2016) (Entered: 10/14/2016) |

| 10/14/2016 | | 91 | ANSWER to 1 Complaint with Jury Demand , Amended COUNTERCLAIM *for Breach of Contract, Patent Infringement, and Violation of Section 2 of Sherman Antitrust Act* against HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd bySamsung Electronics America Inc, Samsung Electronics Co, Ltd., Samsung Research America. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51) (Maroulis, Victoria) (Filed on 10/14/2016) Modified on 10/17/2016 (aaaS, COURT STAFF). (Entered: 10/14/2016) |
| 10/17/2016 | 🔒 | 92 | CLERK'S NOTICE - Scheduling Conference set for 11/10/2016 03:00 PM before Magistrate Judge Kandis A. Westmore. **Please note that you must be logged into an ECF account of counsel of record in order to view this document.** (sisS, COURT STAFF) (Filed on 10/17/2016) (Entered: 10/17/2016) |
| 10/26/2016 | | 93 | **Minute Entry for proceedings held before Hon.** |

| | | |
|---|---|---|
| | | **William H. Orrick: Motion Hearing held on 10/26/2016 re 39 MOTION to Dismiss. Motion taken under submission; written order to follow. Total Time in Court 26 minutes. Court Reporter Name JoAnn Bryce. Plaintiff Attorneys Mike Bettinger, Irene I. Ying, and Douglas I. Lewis. Defendant Attorneys David Perlson and Victoria Maroulis. (jmdS, COURT STAFF) (Date Filed: 10/26/2016) (Entered: 10/26/2016)** |
| 10/26/2016 | 94 | TRANSCRIPT ORDER for proceedings held on 10/26/2016 before Hon. William H. Orrick by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd, for Court Reporter Jo Ann Bryce. (Yang, Irene) (Filed on 10/26/2016) (Entered: 10/26/2016) |
| 10/27/2016 | 95 | TRANSCRIPT ORDER for proceedings held on 10/26/2016 before Hon. William H. Orrick by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America, for Court Reporter Jo Ann Bryce. (Gray, Mark) (Filed on 10/27/2016) (Entered: 10/27/2016) |
| 11/07/2016 | 96 | Transcript of Proceedings held on 10/26/16, before Judge William H. Orrick. Court Reporter Jo Ann Bryce, telephone number 510-910-5888, joann_bryce@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction after 90 days. After that date, it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 |

| | | | |
|---|---|---|---|
| | | | business days from date of this filing. (Re 94 Transcript Order, ) Release of Transcript Restriction set for 2/6/2017. (Related documents (s) 94 ) (Bryce, Joann) (Filed on 11/7/2016) (Entered: 11/07/2016) |
| 11/07/2016 | 🔒 | | (Court only) TRANSCRIPT COPY DELIVERED re 95 Transcript Order (Related documents(s) 95 ) (Bryce, Joann) (Filed on 11/7/2016) (Entered: 11/07/2016) |
| 11/10/2016 | | 99 | **Minute Entry for proceedings held before Magistrate Judge Kandis A. Westmore: Parties are to contact the court to confirm the settlement conference date.Telephonic Settlement Conference held on 11/10/2016.Total Time in Court 33 minutes. Court Reporter Name Not reported. (sisS, COURT STAFF) (Date Filed: 11/10/2016) (Entered: 11/15/2016)** |
| 11/11/2016 | 🔒 | 97 | Administrative Motion to File Under Seal *Portions of Answer to Amended Counterclaims* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Proposed Order, # 2 Redacted Version of Huawei Answer to Samsung Amended Counterclaims, # 3*** **FILED IN ERROR WITH CONFIDENTIAL INFORMATION. DOCUMENT LOCKED. DOCUMENT TO BE REFILED LATER. ***** Unredacted Version of Huawei Answer to Samsung Amended Counterclaims)(Bettinger, Michael) (Filed on 11/11/2016) Modified on 11/17/2016 (fff, COURT STAFF). (Entered: 11/11/2016) |
| 11/11/2016 | 🔒 | 98 | ***** DOCUMENT LOCKED AT FILER'S** |

| | | |
|---|---|---|
| | | **REQUEST. DOCUMENT TO BE REFILED LATER. ***** ANSWER TO COUNTERCLAIM 91 Answer to Complaint,,,,,, Counterclaim,,,,, *Redacted Version of Answer to Amended Counterclaims* byHiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Bettinger, Michael) (Filed on 11/11/2016) Modified on 11/17/2016 (ewn, COURT STAFF). (Entered: 11/11/2016) |
| 11/17/2016 | 100 | Administrative Motion to File Under Seal *(DKT. NO. 98 AND ATTACHMENT #2 TO DKT. NO. 97)* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Proposed Order)(Bettinger, Michael) (Filed on 11/17/2016) (Entered: 11/17/2016) |
| 11/17/2016 | 101 | *Redacted Version of Answer to 91 Amended Counterclaims* byHiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Bettinger, Michael) (Filed on 11/17/2016) Modified on 11/18/2016 (aaaS, COURT STAFF). (Entered: 11/17/2016) |
| 11/17/2016 | 🔒 102 | Administrative Motion to File Under Seal *Corrected Administrative Motion to File Under* |

| | | |
|---|---|---|
| | | *Seal Portions of Counterclaim-Defendants' Answer to Amended Counterclaims* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Proposed Order (Corrected), # 2 Redacted Version of Huawei Answer to Samsung Amended Counterclaims, # 3 Unredacted Version of Huawei Answer to Samsung Amended Counterclaims)(Bettinger, Michael) (Filed on 11/17/2016) (Entered: 11/17/2016) |
| 11/21/2016 | 103 | **ORDER by Judge William H. Orrick denying 39 Motion to Dismiss; granting 3 , 41 , 90 , 97 , 100 and 102 Administrative Motions to File Under Seal. (jmdS, COURT STAFF) (Filed on 11/21/2016) (Entered: 11/21/2016)** |
| 11/28/2016 | 104 | CLERK'S NOTICE- Settlement conference is set for March 13, 2017, at 11:00 am, and will be held in Courtroom 4 on the 3rd floor, 1301 Clay St., Oakland, CA. Settlement conference statement to be lodged by February 27, 2017. **(This is a text only docket entry, there is no document associated with this notice.)** (sisS, COURT STAFF) (Filed on 11/28/2016) (Entered: 11/28/2016) |
| 12/01/2016 | 105 | STIPULATION WITH PROPOSED ORDER *RE: Discovery of Electronically Stored Information for Patent Litigation* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 12/1/2016) (Entered: 12/01/2016) |
| | | |

| | | |
|---|---|---|
| 12/01/2016 | 106 | Proposed Order *RE: Protective Order* by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 12/1/2016) (Entered: 12/01/2016) |
| 12/02/2016 | 107 | **Order re: Discovery of Electronically Stored Information for Patent Litigation by Hon. William H. Orrick granting 105 Stipulation. (jmdS, COURT STAFF) (Filed on 12/2/2016) (Entered: 12/02/2016)** |
| 12/30/2016 | 108 | NOTICE of Change In Counsel by Michael J. Bettinger (Bettinger, Michael) (Filed on 12/30/2016) (Entered: 12/30/2016) |
| 12/30/2016 | 🔒 | (Court only) *** Attorney Raquel Catalina Rodriguez terminated. Re 108 Notice (aaaS, COURT STAFF) (Filed on 12/30/2016) (Entered: 01/04/2017) |
| 01/04/2017 | 109 | NOTICE of Appearance by Rachel R. Davidson (Davidson, Rachel) (Filed on 1/4/2017) (Entered: 01/04/2017) |
| 01/04/2017 | 110 | **PROTECTIVE ORDER. Signed by Judge William H. Orrick on 01/04/2017. (jmdS, COURT STAFF) (Filed on 1/4/2017) (Entered: 01/04/2017)** |
| 01/19/2017 | 111 | STIPULATION & *[PROPOSED] ORDER Re: Claim Construction Dates* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd, Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Bettinger, Michael) (Filed on 1/19/2017) Modified on 1/20/2017 (aaaS, COURT STAFF). (Entered: 01/19/2017) |

| | | |
|---|---|---|
| 01/26/2017 | 112 | **STIPULATION AND ORDER RE: CLAIM CONSTRUCTION DATES re 111 Stipulation. Signed by Judge William H. Orrick on 01/26/2017. (jmdS, COURT STAFF) (Filed on 1/26/2017) (Entered: 01/26/2017)** |
| 03/13/2017 | 113 | **Minute Entry for proceedings held before Magistrate Judge Kandis A. Westmore: Case did not settle.Settlement Conference held on 3/13/2017. Settlement conference statements due by 3/6/2018. Settlement Conference set for 3/16/2018 11:00 AM.Total Time in Court 3 hours 54 minutes. Court Reporter Name Not reported. (sisS, COURT STAFF) (Date Filed: 3/13/2017) (Entered: 03/13/2017)** |
| 03/13/2017 | 114 | NOTICE of Appearance by Iman Lordgooei (Lordgooei, Iman) (Filed on 3/13/2017) (Entered: 03/13/2017) |
| 03/13/2017 | 🔒 115 | Administrative Motion to File Under Seal filed by Samsung Electronics Co, Ltd., Samsung Electronics America Inc. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Redacted Version of Exhibit 3, # 4 Redacted Version of Exhibit 7, # 5 Redacted Version of Exhibit 11, # 6 Redacted Version of Exhibit 12, # 7 Unredacted Version of Exhibit 3, # 8 Unredacted Version of Exhibit 7, # 9 Unredacted Version of Exhibit 11, # 10 Unredacted Version of Exhibit 12)(Maroulis, Victoria) (Filed on 3/13/2017) (Entered: 03/13/2017) |
| 03/13/2017 | 116 | MOTION to Amend/Correct *Infringement Contentions* filed by Samsung Electronics Co, Ltd., Samsung Electronics America Inc. Motion Hearing set for 4/19/2017 02:00 PM in Courtroom 2, 17th Floor, San Francisco before Hon. William H. Orrick. Responses due by |

| | | | |
|---|---|---|---|
| | | | 3/27/2017. Replies due by 4/3/2017. (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3 [Redacted], # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7 [Redacted], # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11 [Redacted], # 13 Exhibit 12 [Redacted], # 14 Proposed Order) (Maroulis, Victoria) (Filed on 3/13/2017) (Entered: 03/13/2017) |
| 03/14/2017 | | 117 | CERTIFICATE OF SERVICE by Samsung Electronics Co, Ltd., Samsung Electronics America Inc re 115 Administrative Motion to File Under Seal (Maroulis, Victoria) (Filed on 3/14/2017) (Entered: 03/14/2017) |
| 03/14/2017 | 🔒 | 118 | **ERRONEOUSLY E-FILED: PLEASE DISREGARD** CORRECTED CLERK'S NOTICE: (aaaS, COURT STAFF). Modified on 3/14/2017 (aaaS, COURT STAFF). (Entered: 03/14/2017) |
| 03/17/2017 | | 119 | OPPOSITION/RESPONSE (re 115 Administrative Motion to File Under Seal ) filed byHiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 3/17/2017) (Entered: 03/17/2017) |
| 03/27/2017 | 🔒 | 120 | Administrative Motion to File Under Seal *Opposition to Samsung's Motion to Amend Infringement Contentions and Exhibit M* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Declaration Declaration of Nathan A. Greenblatt ISO Motion to File Under Seal, # 2 Proposed Order [Proposed] Order Granting Motion to File |

| | | Under Seal, # 3 [Redacted] Opposition to Samsung's Motion to Amend Infringement Contentions, # 4 [Unredacted] Opposition to Samsung's Motion to Amend Infringement Contentions)(Greenblatt, Nathan) (Filed on 3/27/2017) (Entered: 03/27/2017) |
|---|---|---|
| 03/29/2017 | 121 | STIPULATION WITH PROPOSED ORDER *SUPPLEMENTAL PROTECTIVE ORDER* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 3/29/2017) (Entered: 03/29/2017) |
| 03/31/2017 | 122 | Declaration of Iman Lordgooei in Support of 120 Administrative Motion to File Under Seal *Opposition to Samsung's Motion to Amend Infringement Contentions and Exhibit M* filed bySamsung Electronics Co, Ltd., Samsung Electronics America Inc. (Related document(s) 120 ) (Maroulis, Victoria) (Filed on 3/31/2017) (Entered: 03/31/2017) |
| 04/03/2017 | 123 | REPLY (re 116 MOTION to Amend/Correct *Infringement Contentions* ) filed bySamsung Electronics Co, Ltd., Samsung Electronics America Inc. (Maroulis, Victoria) (Filed on 4/3/2017) (Entered: 04/03/2017) |
| 04/07/2017 | 124 | CLAIM CONSTRUCTION STATEMENT *Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Bettinger, Michael) (Filed on 4/7/2017) (Entered: 04/07/2017) |

| 04/18/2017 | 125 | **STIPULATED SUPPLEMENTAL PROTECTIVE ORDER by Hon. William H. Orrick granting 121 Stipulation. (jmdS, COURT STAFF) (Filed on 4/18/2017) (Entered: 04/18/2017)** |
|---|---|---|
| 04/19/2017 | 126 | **Minute Entry for proceedings held before Hon. William H. Orrick: Motion Hearing held on 4/19/2017 re 116 MOTION to Amend/Correct Infringement Contentions. The Court directs that counsel confer further in an attempt to reach agreements which will limit the scope of trial. In two weeks counsel should submit a joint proposal or competing proposals for the Court's consideration. Defense requests continuance of claim construction hearing (and possibly the tutorial as well). Counsel should confer and submit a stipulation and order for continuance. Total Time in Court 34 minutes. Court Reporter Name JoAnn Bryce. (jmdS, COURT STAFF) (Date Filed: 4/19/2017) (Entered: 04/19/2017)** |
| 04/20/2017 | 127 | TRANSCRIPT ORDER for proceedings held on 04/19/2017 before Hon. William H. Orrick by Huawei Technologies, Co, Ltd, for Court Reporter Jo Ann Bryce. (Greenblatt, Nathan) (Filed on 4/20/2017) (Entered: 04/20/2017) |
| 04/20/2017 | 128 | TRANSCRIPT ORDER for proceedings held on 4/19/2017 before Hon. William H. Orrick by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America, for Court Reporter Jo Ann Bryce. (Gray, Mark) (Filed on 4/20/2017) (Entered: 04/20/2017) |
| 04/21/2017 | 129 | Transcript of Proceedings held on 4/19/17, before Judge William H. Orrick. Court Reporter Jo Ann |

| | | |
|---|---|---|
| | | Bryce, telephone number 510-910-5888, email: joann_bryce@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction after 90 days. After that date, it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 127 Transcript Order ) Release of Transcript Restriction set for 7/20/2017. (Related documents (s) 127 ) (Bryce, Joann) (Filed on 4/21/2017) (Entered: 04/21/2017) |
| 04/26/2017 | 🔒 | (Court only) TRANSCRIPT COPY DELIVERED re 128 Transcript Order (Related documents(s) 128 ) (Bryce, Joann) (Filed on 4/26/2017) (Entered: 04/26/2017) |
| 04/27/2017 | 130 | **ORDER GRANTING SAMSUNG LEAVE TO AMEND INFRINGEMENT CONTENTIONS by Hon. William H. Orrick granting 116 Motion to Amend. The parties are directed to file joint or competing proposals by Wednesday, May 3, 2017, suggesting strategies that will allow this case to proceed on a manageable scale. (jmdS, COURT STAFF) (Filed on 4/27/2017) (Entered: 04/27/2017)** |
| 05/03/2017 | 131 | CASE MANAGEMENT STATEMENT *Huawei's Case Management Proposal* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 5/3/2017) (Entered: 05/03/2017) |
| | | |

| | | |
|---|---|---|
| 05/03/2017 | 132 | CASE MANAGEMENT STATEMENT *Samsung's Case Management Proposal* filed by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Attachments: # 1 Declaration of Marissa Ducca, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J)(Maroulis, Victoria) (Filed on 5/3/2017) (Entered: 05/03/2017) |
| 05/05/2017 | 133 | MOTION for Leave to File *Declaration of Michael J. Bettinger* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Declaration of Michael J. Bettinger, # 2 Exhibit 1 to Declaration, # 3 Exhibit 2 to Declaration, # 4 Exhibit 3 to Declaration)(Bettinger, Michael) (Filed on 5/5/2017) (Entered: 05/05/2017) |
| 05/05/2017 | 134 | EXHIBITS re 115 Administrative Motion to File Under Seal *Unredacted Exs. 3, 7, 11, 12 to Samsung Motion to Amend Infringement Contentions Per Court Sealing Order* filed bySamsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Attachments: # 1 Exhibit 7, # 2 Exhibit 11, # 3 Exhibit 12)(Related document(s) 115 ) (Maroulis, Victoria) (Filed on 5/5/2017) (Entered: 05/05/2017) |
| 05/08/2017 | 135 | MOTION & [PROPOSED] ORDER for leave to appear in Pro Hac Vice *Cory D. Szczepanik* ( Filing fee $ 310, receipt number 0971-11372875.) filed by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 5/8/2017) Modified on 5/8/2017 (aaaS, |

| | | COURT STAFF). (Entered: 05/08/2017) |
|---|---|---|
| 05/08/2017 | 136 | Proposed Order re 133 MOTION for Leave to File *Declaration of Michael J. Bettinger* by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 5/8/2017) (Entered: 05/08/2017) |
| 05/09/2017 | 137 | STIPULATION WITH PROPOSED ORDER *To Reschedule Technology Tutorial and Claim Construction Hearing* filed by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Maroulis, Victoria) (Filed on 5/9/2017) (Entered: 05/09/2017) |
| 05/09/2017 | 138 | CASE MANAGEMENT STATEMENT *Supplemental Case Management Statement* filed by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Maroulis, Victoria) (Filed on 5/9/2017) (Entered: 05/09/2017) |
| 05/10/2017 | 139 | **ORDER TO RESCHEDULE TECHNOLOGY TUTORIAL AND CLAIM CONSTRUCTION HEARING granting 137 STIPULATION. Tutorial Hearing set for 8/7/2017 09:00 AM and Claims Construction Hearing set for 8/10/2017 09:00 AM, both in Courtroom 12, 19th Floor, San Francisco. Signed by Judge William H. Orrick on 05/10/2017. (jmdS, COURT STAFF) (Filed on 5/10/2017) (Entered: 05/10/2017)** |
| 05/19/2017 | 140 | Brief *Samsung's Opening Claim Construction Brief* filed bySamsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Attachments: # 1 Declaration |

| | | |
|---|---|---|
| | | of Mark Gray and Exhibits 1-13 in Support of Samsung Opening Claim Construction Brief) (Maroulis, Victoria) (Filed on 5/19/2017) (Entered: 05/19/2017) |
| 05/19/2017 | 141 | Brief *HUAWEIS OPENING CLAIM CONSTRUCTION BRIEF [PATENT L.R. 4-5]* filed byHiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O)(Bettinger, Michael) (Filed on 5/19/2017) (Entered: 05/19/2017) |
| 06/01/2017 | 🔒 | (Court only) ***Motions terminated: 115 , 120 Administrative Motions to File Under Seal resolved by 130 Order. (jmdS, COURT STAFF) (Filed on 6/1/2017) (Entered: 06/01/2017) |
| 06/01/2017 | 142 | **Order by Hon. William H. Orrick granting 135 Motion for Pro Hac Vice by Cory D. Szczepanik. (jmdS, COURT STAFF) (Filed on 6/1/2017) (Entered: 06/01/2017)** |
| 06/01/2017 | 🔒 | (Court only) *** Attorney Cory D. Szczepanik for Huawei Device USA Inc.,Cory D. Szczepanik for Huawei Technologies USA, Inc,Cory D. Szczepanik for Huawei Technologies, Co, Ltd added. Re 142 Order (aaaS, COURT STAFF) (Filed on 6/1/2017) (Entered: 06/02/2017) |
| 06/02/2017 | 143 | **ORDER REGARDING CASE MANAGEMENT PROPOSALS. Signed by Judge William H. Orrick on 06/02/2017. (jmdS, COURT STAFF) (Filed on 6/2/2017) (Entered: 06/02/2017)** |
| | | |

| 06/05/2017 | 144 | NOTICE of Change of Address by Daryl M. Crone (Crone, Daryl) (Filed on 6/5/2017) (Entered: 06/05/2017) |
|---|---|---|
| 06/09/2017 | 145 | *HUAWEIS UNOPPOSED MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS*; filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. Responses due by 6/23/2017. Replies due by 6/30/2017. (Bettinger, Michael) (Filed on 6/9/2017) Modified on 6/12/2017 (aaaS, COURT STAFF). (Entered: 06/09/2017) |
| 06/09/2017 | 146 | Declaration of Cory D. Szczepanik in Support of 145 MOTION to Amend/Correct *HUAWEIS UNOPPOSED MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS* filed byHiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Related document(s) 145 ) (Szczepanik, Cory) (Filed on 6/9/2017) (Entered: 06/09/2017) |
| 06/09/2017 | 147 | Proposed Order re 145 MOTION to Amend/Correct *HUAWEIS UNOPPOSED MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS* by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Szczepanik, Cory) (Filed on 6/9/2017) (Entered: 06/09/2017) |
| 06/09/2017 | 🔒 148 | Administrative Motion to File Under Seal filed by HiSilicon Technologies Co., Ltd., Huawei Device |

| | | |
|---|---|---|
| | | USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Declaration of Cory D. Szczepanik, # 2 Unredacted version of Exhibit 2, # 3 Unredacted version of Exhibit 7, # 4 Unredacted version of Exhibit 8, # 5 Unredacted Version of Exhibit 9, # 6 Proposed Order)(Szczepanik, Cory) (Filed on 6/9/2017) (Entered: 06/09/2017) |
| 06/09/2017 | 149 | Brief *HUAWEIS RESPONSIVE CLAIM CONSTRUCTION BRIEF PATENT L.R. 4-5* filed byHiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Declaration of Michael J. Bettinger, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6) (Bettinger, Michael) (Filed on 6/9/2017) (Entered: 06/09/2017) |
| 06/09/2017 | 150 | Brief *Samsung's Responsive Claim Construction Brief* filed bySamsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Attachments: # 1 Declaration of Cole Malmberg, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Maroulis, Victoria) (Filed on 6/9/2017) (Entered: 06/09/2017) |
| 06/12/2017 | 151 | CERTIFICATE OF SERVICE by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd re 146 Declaration in Support,, 145 MOTION to Amend/Correct *HUAWEIS UNOPPOSED MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS* (Bettinger, Michael) (Filed on 6/12/2017) (Entered: 06/12/2017) |
| 06/12/2017 | 152 | **ORDER GRANTING HUAWEIS** |

| | | |
|---|---|---|
| | | **UNOPPOSED 145 MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS by Hon. William H. Orrick. (jmdS, COURT STAFF) (Filed on 6/12/2017) (Entered: 06/12/2017)** |
| 06/13/2017 | 153 | Declaration of Richard An in Support of 148 Administrative Motion to File Under Seal *re Exhibits to Huawei Motion for Leave to Amend Infringement Contentions* filed bySamsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Related document(s) 148 ) (Maroulis, Victoria) (Filed on 6/13/2017) (Entered: 06/13/2017) |
| 06/27/2017 | 154 | NOTICE of Appearance by Ellen S. Robbins (Robbins, Ellen) (Filed on 6/27/2017) (Entered: 06/27/2017) |
| 06/30/2017 | 155 | Brief re 141 Brief, *HUAWEI'S REPLY CLAIM CONSTRUCTION BRIEF [PATENT L.R. 4-5]* filed byHuawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Exhibit P)(Related document(s) 141 ) (Bettinger, Michael) (Filed on 6/30/2017) (Entered: 06/30/2017) |
| 06/30/2017 | 156 | Brief *Samsung's Reply Claim Construction Brief* filed bySamsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Attachments: # 1 Declaration of Cole Malmberg, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Maroulis, Victoria) (Filed on 6/30/2017) (Entered: 06/30/2017) |
| 07/13/2017 | 157 | STIPULATION WITH PROPOSED ORDER *Requesting Reschedule of Claim Construction Hearing* filed by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Maroulis, Victoria) (Filed on |

| | | |
|---|---|---|
| | | 7/13/2017) (Entered: 07/13/2017) |
| 07/24/2017 | 158 | **ORDER re 157 STIPULATION Requesting Reschedule of Claim Construction Hearing. Claims Construction Hearing rescheduled for 8/18/2017 08:30 AM. Signed by Judge William H. Orrick on 07/24/2017. (jmdS, COURT STAFF) (Filed on 7/24/2017) (Entered: 07/24/2017)** |
| 08/07/2017 | 159 | **Minute Entry for proceedings held before Hon. William H. Orrick: Tutorial Hearing held on 8/7/2017. Total Time in Court 2 hours, 59 minutes. Court Reporter Name Rhonda Aquilina. (jmdS, COURT STAFF) (Date Filed: 8/7/2017) (Entered: 08/07/2017)** |
| 08/09/2017 | 160 | TRANSCRIPT ORDER for proceedings held on 08/07/2017 before Hon. William H. Orrick by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America, for Court Reporter Rhonda Aquilina. (Gray, Mark) (Filed on 8/9/2017) (Entered: 08/09/2017) |
| 08/09/2017 | 161 | TRANSCRIPT ORDER for proceedings held on 08/07/2017 before Hon. William H. Orrick by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd, for Court Reporter Rhonda Aquilina. (Bettinger, Michael) (Filed on 8/9/2017) (Entered: 08/09/2017) |
| 08/17/2017 | 162 | **Tentative Rulings re August 18, 2017 Claim Construction Hearing. Signed by Judge William H. Orrick on 08/17/2017. (jmdS, COURT STAFF) (Filed on 8/17/2017) (Entered: 08/17/2017)** |
| 08/18/2017 | 163 | Transcript of Proceedings held on 08/07/2017, |

| | | |
|---|---|---|
| | | before Judge William H. Orrick. Court Reporter Rhonda Aquilina, rhondaaquilina@aol.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 161 Transcript Order, 160 Transcript Order ) Release of Transcript Restriction set for 11/16/2017. (Related documents(s) 161 , 160 ) (Aquilina, Rhonda) (Filed on 8/18/2017) (Entered: 08/18/2017) |
| 08/18/2017 | 164 | **Minute Entry for proceedings held before Hon. William H. Orrick: Claims Construction/Markman Hearing held on 8/18/2017. Total Time in Court 2 hours, 43 minutes. Court Reporter Name Katherine Sullivan. (jmdS, COURT STAFF) (Date Filed: 8/18/2017) (Entered: 08/18/2017)** |
| 08/19/2017 | 165 | TRANSCRIPT ORDER for proceedings held on 08/18/2017 before Hon. William H. Orrick by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America, for Court Reporter Katherine Sullivan. (Gray, Mark) (Filed on 8/19/2017) (Entered: 08/19/2017) |
| 08/21/2017 | 166 | TRANSCRIPT ORDER for proceedings held on 08/18/2017 before Hon. William H. Orrick by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd, for Court Reporter Katherine Sullivan. (Bettinger, Michael) |

| | | |
|---|---|---|
| | | (Filed on 8/21/2017) (Entered: 08/21/2017) |
| 08/28/2017 | 167 | Transcript of Proceedings held on 8/18/17, before Judge William H. Orrick. Court Reporter/Transcriber Katherine Powell Sullivan, telephone number 415-794-6659. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 165 Transcript Order, 166 Transcript Order, ) Redaction Request due 9/18/2017. Redacted Transcript Deadline set for 9/28/2017. Release of Transcript Restriction set for 11/27/2017. (Related documents(s) 165 , 166 ) (Sullivan, Katherine) (Filed on 8/28/2017) (Entered: 08/28/2017) |
| 08/31/2017 | 168 | **CLAIM CONSTRUCTION ORDER. Signed by Judge William H. Orrick on 08/31/2017. (jmdS, COURT STAFF) (Filed on 8/31/2017) (Entered: 08/31/2017)** |
| 09/05/2017 | | (Court only) Set/Reset Hearing re 168 Order, Set/Reset Deadlines: Further Case Management Conference set for 9/26/2017 02:00 PM. Case Management Statement due by 9/19/2017. (mclS, COURT STAFF) (Entered: 09/05/2017) |
| 09/06/2017 | 169 | NOTICE of Appearance by Deepa Acharya (Acharya, Deepa) (Filed on 9/6/2017) (Entered: 09/06/2017) |
| 09/06/2017 | 170 | MOTION & [PROPOSED] ORDER for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt |

| | | |
|---|---|---|
| | | number 0971-11690727.) filed by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Newton, Jared) (Filed on 9/6/2017) Modified on 9/7/2017 (aaaS, COURT STAFF). (Entered: 09/06/2017) |
| 09/07/2017 | 171 | **Order by Hon. William H. Orrick granting 170 Motion for Pro Hac Vice by Jared W. Newton. (jmdS, COURT STAFF) (Filed on 9/7/2017) (Entered: 09/07/2017)** |
| 09/11/2017 | 172 | NOTICE by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd *HUAWEIS ELECTION OF ASSERTED CLAIMS AND ACCUSED PRODUCTS PURSUANT TO THE COURTS CASE MANAGEMENT CONFERENCE ORDER* (Bettinger, Michael) (Filed on 9/11/2017) (Entered: 09/11/2017) |
| 09/11/2017 | 173 | NOTICE by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America *Samsung's Case Narrowing Statement* (Maroulis, Victoria) (Filed on 9/11/2017) (Entered: 09/11/2017) |
| 09/13/2017 | 174 | STIPULATION WITH PROPOSED ORDER *to Reschedule Case Management Conference* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 9/13/2017) (Entered: 09/13/2017) |
| 09/19/2017 | 175 | MOTION to Amend/Correct *its Invalidity Contentions* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. Responses due by 10/3/2017. Replies |

| | | |
|---|---|---|
| | | due by 10/10/2017. (Attachments: # 1 Declaration of Cory D. Szczepanik, # 2 Exhibit 1 to Cory D. Szczepanik, # 3 Exhibit 2 to Cory D. Szczepanik, # 4 Exhibit 3 to Cory D. Szczepanik, # 5 Exhibit 4 to Cory D. Szczepanik, # 6 Exhibit 5 to Cory D. Szczepanik, # 7 Exhibit 6 to Cory D. Szczepanik, # 8 Exhibit 7 to Cory D. Szczepanik, # 9 Exhibit 8 to Cory D. Szczepanik, # 10 Exhibit 9 to Cory D. Szczepanik, # 11 Exhibit 10 to Cory D. Szczepanik, # 12 Exhibit 11 to Cory D. Szczepanik, # 13 Exhibit 12 to Cory D. Szczepanik, # 14 Exhibit 13 to Cory D. Szczepanik, # 15 Exhibit 14 to Cory D. Szczepanik, # 16 Exhibit 15 to Cory D. Szczepanik, # 17 Exhibit 16 to Cory D. Szczepanik, # 18 Exhibit 17 to Cory D. Szczepanik, # 19 Exhibit 18 to Cory D. Szczepanik, # 20 Exhibit 19 to Cory D. Szczepanik, # 21 Exhibit 20 to Cory D. Szczepanik, # 22 Exhibit 21 to Cory D. Szczepanik, # 23 Exhibit 22 to Cory D. Szczepanik, # 24 Proposed Order)(Bettinger, Michael) (Filed on 9/19/2017) (Entered: 09/19/2017) |
| 09/19/2017 | 🔒 176 | Administrative Motion to File Under Seal filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Declaration of Cory D. Szczepanik, # 2 Proposed Order, # 3 Exhibit Unredacted Version of Exhibit 19, # 4 Exhibit Unredacted Version of Exhibit 20) (Bettinger, Michael) (Filed on 9/19/2017) (Entered: 09/19/2017) |
| 09/20/2017 | 177 | JOINT CASE MANAGEMENT STATEMENT *(REDACTED)* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, |

| | | | |
|---|---|---|---|
| | | | Co, Ltd. (Attachments: # 1 Exhibit A, # 2 Exhibit B (REDACTED), # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J) (Bettinger, Michael) (Filed on 9/20/2017) (Entered: 09/20/2017) |
| 09/20/2017 | 🔒 | 178 | Administrative Motion to File Under Seal *Portions of the Joint Case Management Conference Statement and Exhibit B Thereto* filed by Samsung Electronics Co Ltd., Samsung Electronics America Inc, Samsung Research America. (Attachments: # 1 Declaration of Cole Malmberg, # 2 Proposed Order, # 3 Redacted Version of Joint Case Management Conference Statement, # 4 Unredacted Version of Joint Case Management Conference Statement, # 5 Redacted Version of Exhibit B, # 6 Unredacted Version of Exhibit B)(Maroulis, Victoria) (Filed on 9/20/2017) (Entered: 09/20/2017) |
| 09/20/2017 | | 179 | CERTIFICATE OF SERVICE by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd re 175 MOTION to Amend/Correct *its Invalidity Contentions*, 176 Administrative Motion to File Under Seal (Bettinger, Michael) (Filed on 9/20/2017) (Entered: 09/20/2017) |
| 09/20/2017 | | 180 | CERTIFICATE OF SERVICE by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd re 177 Joint Case Management Statement, (Bettinger, Michael) (Filed on 9/20/2017) (Entered: 09/20/2017) |
| 09/21/2017 | | 181 | **ORDER GRANTING HUAWEI'S UNOPPOSED 175 MOTION FOR LEAVE** |

| | | |
|---|---|---|
| | | **TO AMEND ITS INVALIDITY CONTENTIONS by Hon. William H. Orrick. (jmdS, COURT STAFF) (Filed on 9/21/2017) (Entered: 09/21/2017)** |
| 09/25/2017 | 182 | Declaration of Ryan W. Koppelman in Support of 176 Administrative Motion to File Under Seal filed byNokia Solutions and Networks US LLC. (Related document(s) 176 ) (Koppelman, Ryan) (Filed on 9/25/2017) (Entered: 09/25/2017) |
| 09/25/2017 | 183 | MOTION for Discovery *Unopposed Motion for Issuance of Letter of Request* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. Motion Hearing set for 11/1/2017 02:00 PM in Courtroom 2, 17th Floor, San Francisco before William H. Orrick. Responses due by 10/11/2017. Replies due by 10/18/2017. (Attachments: # 1 Exhibit Exhibits 1-5 to Huawei's Unopposed Motion for Issuance of Letter of Request, # 2 Proposed Order [Proposed] Order, # 3 Certificate/Proof of Service Proof of Service)(Greenblatt, Nathan) (Filed on 9/25/2017) (Entered: 09/25/2017) |
| 09/26/2017 | 184 | **Minute Entry for proceedings held before Judge William H. Orrick: Case Management Conference held on 9/26/2017. Close of Fact Discovery reset for 12/8/2017. Case referred to Chief Magistrate Judge Joseph Spero for discovery disputes and other case management issues as deemed appropriate by Judge Spero at his discretion or as requested by the parties. FTR Time: 1:59-2:19. Plaintiff Attorneys: Mike Bettinger, Curt Holbreich, and Kevin O'Brien. Defendant Attorneys: Victoria Maroulis and Iman Lordgooei. (jmdS, COURT STAFF) (Date Filed: 9/26/2017)** |

| | | |
|---|---|---|
| | | **Modified on 9/27/2017: Matter transcribed by Victoria Valine. (rjdS, COURT STAFF). (Entered: 09/26/2017)** |
| 09/26/2017 | [185](#) | TRANSCRIPT ORDER for proceedings held on 09/26/2017 before Judge William H. Orrick by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America, for Court Reporter FTR - San Francisco. (Gray, Mark) (Filed on 9/26/2017) (Entered: 09/26/2017) |
| 09/27/2017 | | CASE REFERRED to Magistrate Judge Joseph C. Spero for Discovery (ahm, COURT STAFF) (Filed on 9/27/2017) (Entered: 09/27/2017) |
| 09/27/2017 | 🔒 | (Court only) ***Set/Clear Flags (ahm, COURT STAFF) (Filed on 9/27/2017) (Entered: 09/27/2017) |
| 09/27/2017 | [186](#) | TRANSCRIPT ORDER for proceedings held on 09/26/2017 before Judge William H. Orrick by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd, for Court Reporter FTR - San Francisco. (Bettinger, Michael) (Filed on 9/27/2017) (Entered: 09/27/2017) |
| 09/28/2017 | [187](#) | NOTICE of Appearance by Curt Holbreich (Holbreich, Curt) (Filed on 9/28/2017) (Entered: 09/28/2017) |
| 09/29/2017 | 🔒 | (Court only) ***Motions terminated: [174](#) STIPULATION WITH PROPOSED ORDER *to Reschedule Case Management Conference.* Issue is moot; CMC held on original date set. (jmdS, COURT STAFF) (Filed on 9/29/2017) (Entered: 09/29/2017) |
| 09/29/2017 | [188](#) | **Order by Judge William H. Orrick granting** |

| | | |
|---|---|---|
| | | **176** **Administrative Motion to File Under Seal.** (jmdS, COURT STAFF) (Filed on 9/29/2017) (Entered: 09/29/2017) |
| 10/03/2017 | 189 | **NOTICE OF REFERENCE AND ORDER RE DISCOVERY AND CASE MANAGEMENT PROCEDURES Case Management Statement due by 10/20/2017. Initial Case Management Conference set for 10/27/2017 01:00 PM in Courtroom G, 15th Floor, San Francisco. Signed by Chief Magistrate Judge Joseph C. Spero on 10/3/17. (klhS, COURT STAFF) (Filed on 10/3/2017) (Entered: 10/03/2017)** |
| 10/03/2017 | 190 | **Order by Judge William H. Orrick granting 183 Motion for Discovery. (jmdS, COURT STAFF) (Filed on 10/3/2017) (Entered: 10/03/2017)** |
| 10/03/2017 | 191 | **Request to Central Authority of Finland issued. Signed by Judge William H. Orrick on 10/3/2017. (jmdS, COURT STAFF) (Filed on 10/3/2017) (Entered: 10/03/2017)** |
| 10/06/2017 | 192 | Transcript of Proceedings held on 09/26/2017, before Judge William H. Orrick. Court Reporter/Transcriber Victoria L. Valine, CSR, RMR, CRR, telephone number victoriavalinecsr@gmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 185 Transcript Order, ) Redaction Request due |

| | | |
|---|---|---|
| | | 10/27/2017. Redacted Transcript Deadline set for 11/6/2017. Release of Transcript Restriction set for 1/4/2018. (Related documents(s) 185 ) (vlv, COURT STAFF) (Filed on 10/6/2017) (Entered: 10/06/2017) |
| 10/06/2017 | 🔒 | (Court only) TRANSCRIPT COPY DELIVERED re 186 Transcript Order, (Related documents(s) 186 ) (vlv, COURT STAFF) (Filed on 10/6/2017) (Entered: 10/06/2017) |
| 10/12/2017 | 193 | MOTION & [PROPOSED] ORDER for leave to appear in Pro Hac Vice *for Attorney Leif E. Peterson, II* ( Filing fee $ 310, receipt number 0971-11792032.) filed by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 10/12/2017) Modified on 10/13/2017 (aaaS, COURT STAFF). (Entered: 10/12/2017) |
| 10/12/2017 | 194 | MOTION & [PROPOSED] ORDER for leave to appear in Pro Hac Vice *for Attorney John P. Wisse* ( Filing fee $ 310, receipt number 0971-11792358.) filed by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 10/12/2017) Modified on 10/13/2017 (aaaS, COURT STAFF). (Entered: 10/12/2017) |
| 10/12/2017 | 195 | **Order by Judge William H. Orrick granting 194 Motion for Pro Hac Vice by John P. Wisse. (jmdS, COURT STAFF) (Filed on 10/12/2017) (Entered: 10/12/2017)** |
| 10/12/2017 | 196 | **Order by Judge William H. Orrick granting 193 Motion for Pro Hac Vice by Leiff H. Peterson, III. (jmdS, COURT STAFF) (Filed on 10/12/2017) (Entered: 10/12/2017)** |
| 10/12/2017 | 🔒 | (Court only) *** Attorneys Leif E. Peterson, II, |

|  |  |  |
|---|---|---|
|  |  | John P. Wisse added. (wsn, COURT STAFF) (Filed on 10/12/2017) (Entered: 10/13/2017) |
| 10/16/2017 | 197 | MOTION & [PROPOSED] ORDER for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-11801997.) filed by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Attachments: # 1 Exhibit)(Sternhell, Philip) (Filed on 10/16/2017) Modified on 10/17/2017 (aaaS, COURT STAFF). (Entered: 10/16/2017) |
| 10/18/2017 | 198 | MOTION & [PROPOSED] ORDER for leave to appear in Pro Hac Vice *for Nathaniel C. Love* ( Filing fee $ 310, receipt number 0971-11806981.) filed by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 10/18/2017) Modified on 10/19/2017 (aaaS, COURT STAFF). (Entered: 10/18/2017) |
| 10/20/2017 | 🔒 199 | Administrative Motion to File Under Seal filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Declaration of Marissa Ducca, # 2 Proposed Order, # 3 Case Management Statement-Redacted Version, # 4 Case Management Statement-Under Seal Version, # 5 Exhibit 1 to Greenblatt Declaration-Public Version, # 6 Exhibit 1 to Greenblatt Declaration-Under Seal Version, # 7 Exhibit A to Ducca Declaration-Public Version, # 8 Exhibit A to Ducca Declaration-Under Seal Version)(Bettinger, Michael) (Filed on 10/20/2017) (Entered: 10/20/2017) |
| 10/20/2017 | 200 | JOINT CASE MANAGEMENT CONFERENCE STATEMENT; filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei |

| | | |
|---|---|---|
| | | Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Declaration of Nathan A. Greenblatt, # 2 Exhibit 1 to Greenblatt Declaration, # 3 Exhibit 2 to Greenblatt Declaration, # 4 Exhibit 3 to Greenblatt Declaration, # 5 Exhibit 4 to Greenblatt Declaration, # 6 Exhibit 5 to Greenblatt Declaration, # 7 Exhibit 6 to Greenblatt Declaration, # 8 Exhibit 7 to Greenblatt Declaration, # 9 Exhibit 8 to Greenblatt Declaration, # 10 Exhibit 9 to Greenblatt Declaration, # 11 Declaration of Marissa Ducca, # 12 Exhibit A of Ducca Declaration, # 13 Exhibit B of Ducca Declaration)(Bettinger, Michael) (Filed on 10/20/2017) Modified on 10/23/2017 (aaaS, COURT STAFF). (Entered: 10/20/2017) |
| 10/20/2017 | 201 | **Order by Judge William H. Orrick granting 197 Motion for Pro Hac Vice by Philip Charles Sternhell. (jmdS, COURT STAFF) (Filed on 10/20/2017) (Entered: 10/20/2017)** |
| 10/20/2017 | 202 | **Order by Judge William H. Orrick granting 198 Motion for Pro Hac Vice by Nathaniel C. Love. (jmdS, COURT STAFF) (Filed on 10/20/2017) (Entered: 10/20/2017)** |
| 10/20/2017 | 🔒 | (Court only) *** Attorney Nathaniel C. Love for Huawei Device USA Inc., Nathaniel C. Love for Huawei Device USA Inc., Nathaniel C. Love for Huawei Device USA Inc., Nathaniel C. Love for Huawei Technologies USA, Inc, Nathaniel C. Love for Huawei Technologies USA, Inc, Nathaniel C. Love for Huawei Technologies, Co, Ltd, Nathaniel C. Love for Huawei Technologies, Co, Ltd, Nathaniel C. Love for Huawei Technologies, Co, Ltd added. Re 202 Order (aaaS, COURT STAFF) (Filed on 10/20/2017) (Entered: 10/23/2017) |

| 10/25/2017 | 203 | Order, signed 10/25/17, by Chief Magistrate Judge Joseph C. Spero granting 199 Administrative Motion to File Under Seal Portions of the Joint Case Management Conference Statement and Exhibit 1.(klhS, COURT STAFF) (Filed on 10/25/2017) (Entered: 10/25/2017) |
|---|---|---|
| 10/30/2017 | 204 | Minute Entry for proceedings held before Chief Magistrate Judge Joseph C. Spero: Initial Case Management Conference held on 10/27/2017. Case Management Statement due by 1/5/2018. Designation of Experts due by 4/13/2018. Opening Reports due by 4/13/2018. Rebuttal Reports due by 5/11/2018. Further Case Management Conference set for 1/12/2018 02:00 PM in Courtroom G, 15th Floor, San Francisco before Chief Magistrate Judge Joseph C. Spero. Final Pretrial Conference set for 11/5/2018 02:00 PM in Courtroom 2, 17th Floor, San Francisco before Judge William Orrick. Jury Selection set for 12/3/2018 08:30 AM in Courtroom 2, 17th Floor, San Francisco before Judge William H. Orrick. Jury Trial set for 12/3/2018 08:30 AM in Courtroom 2, 17th Floor, San Francisco before Judge William H. Orrick. Motion Hearing set for 8/8/2018 02:00 PM in Courtroom 2, 17th Floor, San Francisco before Judge William H. Orrick. FTR Time: 12:58-1:42, 1:43-1:47. Attorney for Plaintiff: Michael Bettinger, David Pritikin, David Giardina, Irene Yang Attorney for Defendant: Victoria Maroulis, Charles Verhoeven, Carl Anderson(klhS, COURT STAFF) (Date Filed: 10/30/2017) |

| | | |
|---|---|---|
| | | **Modified on 10/30/2017: Matter transcribed by Joan Columbini. (rjdS, COURT STAFF). (Entered: 10/30/2017)** |
| 10/30/2017 | 205 | TRANSCRIPT ORDER for proceedings held on 10/27/2017 before Magistrate Judge Joseph C. Spero by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd, for Court Reporter FTR - San Francisco. (Bettinger, Michael) (Filed on 10/30/2017) (Entered: 10/30/2017) |
| 10/30/2017 | 206 | TRANSCRIPT ORDER for proceedings held on 10/27/2017 before Magistrate Judge Joseph C. Spero by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America, for Court Reporter FTR - San Francisco. (Maroulis, Victoria) (Filed on 10/30/2017) (Entered: 10/30/2017) |
| 11/01/2017 | 207 | **AMENDED Minute Entry for proceedings held before Chief Magistrate Judge Joseph C. Spero: Initial Case Management Conference held on 10/27/2017. Case Management Statement due by 1/5/2018. Close of Fact Discovery 3/9/18. Designation of Experts due by 4/13/2018. Opening Reports due by 4/13/2018. Rebuttal Reports due by 5/11/2018. Further Case Management Conference set for 1/12/2018 02:00 PM in Courtroom G, 15th Floor, San Francisco before Chief Magistrate Judge Joseph C. Spero. Final Pretrial Conference set for 11/5/2018 02:00 PM in Courtroom 2, 17th Floor, San Francisco before Judge William Orrick. Jury Selection set for 12/3/2018 08:30 AM in Courtroom 2, 17th Floor, San Francisco before Judge William H. Orrick. Jury Trial set for 12/3/2018 08:30 AM** |

| | | |
|---|---|---|
| | | in Courtroom 2, 17th Floor, San Francisco before Judge William H. Orrick. Motion Hearing set for 8/8/2018 02:00 PM in Courtroom 2, 17th Floor, San Francisco before Judge William H. Orrick.<br><br>**FTR Time: 12:58-1:42, 1:43-1:47.**<br><br>**Attorney for Plaintiff: Michael Bettinger, David Pritikin, David Giardina, Irene Yang**<br><br>**Attorney for Defendant: Victoria Maroulis, Charles Verhoeven, Carl Anderson**<br><br>**Amended to correct dates.** (klhS, COURT STAFF) (Filed on 11/1/2017) (Entered: 11/01/2017) |
| 11/01/2017 | | Set Deadlines/Hearings: Close of Fact Discovery due by 3/9/2018. (klhS, COURT STAFF) (Filed on 11/1/2017) (Entered: 11/01/2017) |
| 11/02/2017 | 208 | **CIVIL PRETRIAL ORDER. Signed by Judge William H. Orrick on 11/2/2017. (jmdS, COURT STAFF) (Filed on 11/2/2017) (Entered: 11/02/2017)** |
| 11/06/2017 | 209 | **Order by Judge William H. Orrick granting 178 Administrative Motion to File Under Seal. (jmdS, COURT STAFF) (Filed on 11/6/2017) (Entered: 11/06/2017)** |
| 11/06/2017 | 210 | Transcript of Proceedings held on October 27, 2017, before Judge Joseph C. Spero. Court Reporter/Transcriber Joan Marie Columbini, CSR, RPR, telephone number (510) 367-3043, joan.columbini.csr@gmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased |

| | | through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 206 Transcript Order, 205 Transcript Order, ) Redaction Request due 11/27/2017. Redacted Transcript Deadline set for 12/7/2017. Release of Transcript Restriction set for 2/5/2018. (Related documents(s) 206 , 205 ) (Columbini, Joan) (Filed on 11/6/2017) (Entered: 11/06/2017) |
| 12/06/2017 | 211 | **ORDER GRANTING PLAINTIFFS' 148 ADMINISTRATIVE MOTION TO FILE UNDER SEAL by Judge William H. Orrick. (jmdS, COURT STAFF) (Filed on 12/6/2017) (Entered: 12/06/2017)** |
| 12/13/2017 | 212 | NOTICE of Appearance by Benjamin Laban Singer (Singer, Benjamin) (Filed on 12/13/2017) (Entered: 12/13/2017) |
| 12/13/2017 | 213 | NOTICE by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America *NOTICE OF WITHDRAWAL OF DARYL M. CRONE AS COUNSEL FOR DEFENDANTS* (Attachments: # 1 Proposed Order)(Crone, Daryl) (Filed on 12/13/2017) (Entered: 12/13/2017) |
| 12/13/2017 | 214 | NOTICE of Appearance by Evan N. Budaj (Budaj, Evan) (Filed on 12/13/2017) (Entered: 12/13/2017) |
| 12/14/2017 | 215 | **ORDER GRANTING WITHDRAWAL OF DARYL M. CRONE AS COUNSEL FOR DEFENDANTS - Attorney Daryl M. Crone terminated. Signed by Judge William H. Orrick on 12/14/2017. (jmdS, COURT STAFF)** |

| | | |
|---|---|---|
| | | **(Filed on 12/14/2017) (Entered: 12/14/2017)** |
| 12/15/2017 | 216 | NOTICE by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd *Huawei's Revised Disclosure of Accused Products* (Giardina, David) (Filed on 12/15/2017) (Entered: 12/15/2017) |
| 12/15/2017 | 217 | NOTICE by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America *of Withdrawal of Philip Charles Sternhell as Counsel for Defendants* (Attachments: # 1 Proposed Order)(Maroulis, Victoria) (Filed on 12/15/2017) (Entered: 12/15/2017) |
| 12/21/2017 | 218 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-11968494.) filed by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Cass, Russell) (Filed on 12/21/2017) (Entered: 12/21/2017) |
| 01/03/2018 | 219 | **Order by Judge William H. Orrick granting 218 Motion for Pro Hac Vice by Russell E. Cass. (jmdS, COURT STAFF) (Filed on 1/3/2018) (Entered: 01/03/2018)** |
| 01/04/2018 | 220 | CLERK'S NOTICE. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* Case Management Statement due by 1/12/2018. Further Case Management Conference previously set for 1/12/18 at 2:00 PM has been re-set for 1/19/2018 02:00 PM in Courtroom G, 15th Floor, San Francisco before Chief Magistrate Judge Joseph C. Spero. Any party seeking a continuance shall e-file a stipulation and proposed order. (klhS, COURT STAFF) (Filed on 1/4/2018) (Entered: |

| | | | 01/04/2018) |
|---|---|---|---|
| 01/09/2018 | 🔒 | 221 | Administrative Motion to File Under Seal *Portions of Exhibit B to the Joint Letter Brief* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Declaration of Cole Malmberg in Support of Samsung's Administrative Motion to File Under Seal Portions of Exhibit B, # 2 Proposed Order, # 3 Exhibit B [Redacted Version of Document Sought to Be Sealed], # 4 Exhibit B [Undredacted Version of Document Sought to Be Sealed])(Bettinger, Michael) (Filed on 1/9/2018) (Entered: 01/09/2018) |
| 01/09/2018 | | 222 | Joint Letter Brief of Plaintiffs/Counterclaim-Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., Counterclaim-Defendant HiSilicon Technologies Co., Ltd., Defendants/Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Defendant Samsung Research America, Inc. . (Attachments: # 1 Declaration of Cole Malmberg in Support of Joint Letter Brief, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C) (Bettinger, Michael) (Filed on 1/9/2018) Modified on 1/10/2018 (mclS, COURT STAFF). (Entered: 01/09/2018) |
| 01/12/2018 | | 223 | **Order, signed 1/12/18, by Chief Magistrate Judge Joseph C. Spero granting 221 Administrative Motion to File Under Seal Portions of Exhibit B to the Joint Letter Brief. (klhS, COURT STAFF) (Filed on 1/12/2018) (Entered: 01/12/2018)** |
| 01/12/2018 | | 224 | CASE MANAGEMENT STATEMENT *Huawei* |

| | | |
|---|---|---|
| | | *and Samsung Joint Case Management Conference Statement* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Greenblatt, Nathan) (Filed on 1/12/2018) (Entered: 01/12/2018) |
| 01/12/2018 | 225 | MOTION for Leave to File *HUAWEIS NOTICE OF MOTION AND MOTION FOR CLARIFICATION, OR IN THE ALTERNATIVE, FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION UNDER LOCAL RULE 7-9 AND THIS COURTS INHERENT AUTHORITY* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Declaration of John W. McBride, # 2 Exhibit A, # 3 Exhibit B, # 4 Proposed Order)(Bettinger, Michael) (Filed on 1/12/2018) (Entered: 01/12/2018) |
| 01/16/2018 | 226 | NOTICE of Appearance by Cole Daniel Malmberg (Malmberg, Cole) (Filed on 1/16/2018) (Entered: 01/16/2018) |
| 01/19/2018 | 227 | NOTICE of Change of Address by Alan Lee Whitehurst (Whitehurst, Alan) (Filed on 1/19/2018) (Entered: 01/19/2018) |
| 01/22/2018 | 228 | **Minute Entry for proceedings held before Chief Magistrate Judge Joseph C. Spero: Further Case Management Conference held on 1/19/2018., Discovery Hearing held on 1/19/2018 re: Joint Letter Brief 222 . Case Management Statement due by 4/27/2018. Further Case Management Conference set for 5/4/2018 02:00 PM in San Francisco, Courtroom G, 15th Floor.FTR Time: 2:34-2:48. (klhS, COURT STAFF) (Date Filed:** |

|  |  | 1/22/2018) Modified on 1/23/2018: Matter transcribed by Victoria Valine. (rjdS, COURT STAFF). (Entered: 01/22/2018) |
| --- | --- | --- |
| 01/23/2018 | 229 | TRANSCRIPT ORDER for proceedings held on 01/19/2018 before Magistrate Judge Joseph C. Spero by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America, for Court Reporter FTR - San Francisco. (Maroulis, Victoria) (Filed on 1/23/2018) (Entered: 01/23/2018) |
| 01/25/2018 | 230 | **ORDER on 225 MOTION FOR CLARIFICATION, OR IN THE ALTERNATIVE, LEAVE TO FILE A MOTION FOR RECONSIDERATION. Samsung should respond to Huawei's brief by February 1, 2018. No reply should be filed. Signed by Judge William H. Orrick on 01/25/2018. (jmdS, COURT STAFF) (Filed on 1/25/2018) (Entered: 01/25/2018)** |
| 01/30/2018 | 231 | Transcript of Proceedings held on 1/29/2018, before Judge Joseph C. Spero. Court Reporter/Transcriber Victoria L. Valine, telephone number victoriavalinecsr@gmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 229 Transcript Order, ) Redaction Request due 2/20/2018. Redacted Transcript Deadline set for 3/2/2018. Release of Transcript Restriction set for 4/30/2018. (Related documents |

| | | |
|---|---|---|
| | | (s) [229] ) (vlv, COURT STAFF) (Filed on 1/30/2018) (Entered: 01/30/2018) |
| 01/30/2018 | [232] | TRANSCRIPT ORDER for proceedings held on 01/19/2018 before Magistrate Judge Joseph C. Spero by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd, for Court Reporter FTR - San Francisco. (Bettinger, Michael) (Filed on 1/30/2018) (Entered: 01/30/2018) |
| 01/31/2018 | 🔒 | (Court only) TRANSCRIPT COPY DELIVERED re [232] Transcript Order, (Related documents(s) [232] ) (vlv, COURT STAFF) (Filed on 1/31/2018) (Entered: 01/31/2018) |
| 02/01/2018 | [233] | OPPOSITION/RESPONSE (re [225] MOTION for Leave to File *HUAWEIS NOTICE OF MOTION AND MOTION FOR CLARIFICATION, OR IN THE ALTERNATIVE, FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION UNDER LOCAL RULE 7-9 AND THIS COURTS INHERENT AUTHORITY* ) filed bySamsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Maroulis, Victoria) (Filed on 2/1/2018) (Entered: 02/01/2018) |
| 02/01/2018 | 🔒 [234] | Administrative Motion to File Under Seal *Portions of Samsung's Motion to Enjoin Huawei from Enforcing the Injunction Issued by the Intermediate People's Court of Shenzhen, Declarations in Support Thereof, and Exhibits Thereto* filed by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Attachments: # [1] Declaration of Cole Malmberg, # [2] Proposed Order, # [3] Redacted Version of Samsung's Motion to Enjoin |

| | | Huawei from Enforcing the Injunction Issued by the Intermediate People's Court of Shenzhen, # 4 Unredacted Version of Samsung's Motion to Enjoin Huawei from Enforcing the Injunction Issued by the Intermediate People's Court of Shenzhen, # 5 Recated Version of Declaration of Guanbin Xie, # 6 Unredacted Version of Declaration of Guanbin Xie, # 7 Redacted Version of Declaration of Dr. Song Lianbing, # 8 Unredacted Version of Declaration of Dr. Song Lianbing, # 9 Unredacted Version of Declaration of Tong Wang, # 10 Unredacted Version of Exhibit 18, # 11 Unredacted Version of Exhibit 19, # 12 Unredacted Version of Exhibit 20, # 13 Unredacted Version of Exhibit 21, # 14 Unredacted Version of Exhibit 22, # 15 Unredacted Version of Exhibit 23, # 16 Unredacted Version of Exhibit 24, # 17 Unredacted Version of Exhibit 25, # 18 Unredacted Version of Exhibit 26, # 19 Unredacted Version of Exhibit 27, # 20 Unredacted Version of Exhibit 28, # 21 Unredacted Version of Exhibit 29, # 22 Unredacted Version of Exhibit 30, # 23 Unredacted Version of Exhibit 31, # 24 Unredacted Version of Exhibit 32, # 25 Unredacted Version of Exhibit 33, # 26 Unredacted Version of Exhibit 34, # 27 Unredacted Version of Exhibit 35, # 28 Unredacted Version of Exhibit 36)(Maroulis, Victoria) (Filed on 2/1/2018) (Entered: 02/01/2018) |
| 02/01/2018 | 235 | MOTION to Enjoin Huawei from Enforcing the Injunction Issued by the Intermediate People's Court of Shenzhen filed by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. Motion Hearing set |

| | | |
|---|---|---|
| | | for 3/14/2018 02:00 PM in San Francisco, Courtroom 02, 17th Floor before Judge William H. Orrick. Responses due by 2/15/2018. Replies due by 2/22/2018. (Attachments: # 1 Proposed Order, # 2 Declaration of Guanbin Xie, # 3 Declaration of Dr. Song Lianbing, # 4 Exhibit A, # 5 Declaration of Tong Wang [Placeholder], # 6 Declaration of Sam Stake, # 7 Exhibit 1, # 8 Exhibit 2, # 9 Exhibit 3, # 10 Exhibit 4, # 11 Exhibit 5, # 12 Exhibit 6, # 13 Exhibit 7, # 14 Exhibit 8, # 15 Exhibit 9, # 16 Exhibit 10, # 17 Exhibit 11, # 18 Exhibit 12, # 19 Exhibit 13, # 20 Exhibit 14, # 21 Exhibit 15, # 22 Exhibit 16, # 23 Exhibit 17, # 24 Exhibit 18 [Placeholder], # 25 Exhibit 19 [Placeholder], # 26 Exhibit 20 [Placeholder], # 27 Exhibit 21 [Placeholder], # 28 Exhibit 22 [Placeholder], # 29 Exhibit 23 [Placeholder], # 30 Exhibit 24 [Placeholder], # 31 Exhibit 25 [Placeholder], # 32 Exhibit 26 [Placeholder], # 33 Exhibit 27 [Placeholder], # 34 Exhibit 28 [Placeholder], # 35 Exhibit 29 [Placeholder], # 36 Exhibit 30 [Placeholder], # 37 Exhibit 31 [Placeholder], # 38 Exhibit 32 [Placeholder], # 39 Exhibit 33 [Placeholder], # 40 Exhibit 34 [Placeholder], # 41 Exhibit 35 [Placeholder], # 42 Exhibit 36 [Placeholder], # 43 Exhibit 37, # 44 Exhibit 38, # 45 Exhibit 39, # 46 Exhibit 40, # 47 Exhibit 41, # 48 Exhibit 42) (Maroulis, Victoria) (Filed on 2/1/2018) (Entered: 02/01/2018) |
| 02/01/2018 | 236 | CERTIFICATE OF SERVICE by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America re 234 Administrative Motion to File Under Seal *Portions of Samsung's Motion to Enjoin Huawei from Enforcing the Injunction Issued by the Intermediate People's Court of Shenzhen,* |

| | | |
|---|---|---|
| | | *Declarations in Support Thereof, and Exhibits Thereto* (Maroulis, Victoria) (Filed on 2/1/2018) (Entered: 02/01/2018) |
| 02/02/2018 | 237 | NOTICE of Appearance by Kevin Joseph O'Brien (O'Brien, Kevin) (Filed on 2/2/2018) (Entered: 02/02/2018) |
| 02/13/2018 | 238 | STIPULATION WITH PROPOSED ORDER *STIPULATED REQUEST AND [PROPOSED] ORDER TO CHANGE DEADLINES FOR OPPOSITION AND REPLY BRIEFS TO DOCKET NUMBERS 234-35* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 2/13/2018) (Entered: 02/13/2018) |
| 02/13/2018 | 239 | **ORDER granting 238 STIPULATED REQUEST AND ORDER TO CHANGE DEADLINES FOR OPPOSITION AND REPLY BRIEFS - Reset Deadlines as to 235 MOTION to Enjoin Huawei from Enforcing the Injunction Issued by the Intermediate People's Court of Shenzhen. Response due by 2/20/2018. Reply due by 2/28/2018. Signed by Judge William H. Orrick on 02/13/2018. (jmdS, COURT STAFF) (Filed on 2/13/2018) (Entered: 02/13/2018)** |
| 02/20/2018 | 🔒 240 | Administrative Motion to File Under Seal *(Huawei's Oppsotion to Samsung's Motion for Anti-Suit Injunction)* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Opposition (Public), # 4 Declaration, # 5 Exhibit 1, # 6 Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 4, # 9 Exhibit |

5, # [10] Exhibit 6, # [11] Exhibit 7, # [12] Exhibit 8-36, # [13] Exhibit 37, # [14] Exhibit 38, # [15] Exhibit 39, # [16] Exhibit 40, # [17] Declaration, # [18] Opposition (Under Seal), # [19] Exhibit 08 Sealed Exhibit to Greenblatt Declaration, # [20] Exhibit 09 Sealed Exhibit to Greenblatt Declaration, # [21] Exhibit 10 Sealed Exhibit to Greenblatt Declaration, # [22] Exhibit 11 Sealed Exhibit to Greenblatt Declaration, # [23] Exhibit 12 Sealed Exhibit to Greenblatt Declaration, # [24] Exhibit 13 Sealed Exhibit to Greenblatt Declaration, # [25] Exhibit 14 Sealed Exhibit to Greenblatt Declaration, # [26] Exhibit 15 Sealed Exhibit to Greenblatt Declaration, # [27] Exhibit 16 Sealed Exhibit to Greenblatt Declaration, # [28] Exhibit 17 Sealed Exhibit to Greenblatt Declaration, # [29] Exhibit 18 Sealed Exhibit to Greenblatt Declaration, # [30] Exhibit 19 Sealed Exhibit to Greenblatt Declaration, # [31] Exhibit 20 Sealed Exhibit to Greenblatt Declaration, # [32] Exhibit 21 Sealed Exhibit to Greenblatt Declaration, # [33] Exhibit 22 Sealed Exhibit to Greenblatt Declaration, # [34] Exhibit 23 Sealed Exhibit to Greenblatt Declaration, # [35] Exhibit 24 Sealed Exhibit to Greenblatt Declaration, # [36] Exhibit 25 Sealed Exhibit to Greenblatt Declaration, # [37] Exhibit 26 Sealed Exhibit to Greenblatt Declaration, # [38] Exhibit 27 Sealed Exhibit to Greenblatt Declaration, # [39] Exhibit 28 Sealed Exhibit to Greenblatt Declaration, # [40] Exhibit 29 Sealed Exhibit to Greenblatt Declaration, # [41] Exhibit 30 Sealed Exhibit to Greenblatt Declaration, # [42] Exhibit 31 Sealed Exhibit to Greenblatt Declaration, # [43] Exhibit 32 Sealed Exhibit to Greenblatt Declaration, # [44] Exhibit 33 Sealed Exhibit to Greenblatt Declaration, # [45] Exhibit 34 Sealed Exhibit to Greenblatt Declaration, # [46] Exhibit 35 Sealed Exhibit to

| | | Greenblatt Declaration, # 47 Exhibit 36 Sealed Exhibit to Greenblatt Declaration, # 48 Declaration)(Bettinger, Michael) (Filed on 2/20/2018) (Entered: 02/20/2018) |
| --- | --- | --- |
| 02/21/2018 | 241 | NOTICE of Appearance by Sam Stephen Stake (Stake, Sam) (Filed on 2/21/2018) (Entered: 02/21/2018) |
| 02/21/2018 | 242 | CERTIFICATE OF SERVICE by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd re 240 Administrative Motion to File Under Seal *(Huawei's Oppsotion to Samsung's Motion for Anti-Suit Injunction)* (Bettinger, Michael) (Filed on 2/21/2018) (Entered: 02/21/2018) |
| 02/22/2018 | 243 | **ORDER re 113 Further Settlement Conference set for March 16, 2018, JOINT STATUS REPORT ORDER Status Report due by 3/1/2018. Signed by Judge Kandis A. Westmore on 2/22/2018. (kawlc1, COURT STAFF) (Filed on 2/22/2018) (Entered: 02/22/2018)** |
| 02/28/2018 | 🔒 244 | Administrative Motion to File Under Seal *Samsung Reply in Support of Motion to Enjoin Huawei from Enforcing the Injunction Issued by the Intermediate People's Court of Shenzhen* filed by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Attachments: # 1 Declaration of Mark Gray in Support of Motion to Seal, # 2 Exhibit Samsung Reply in Support of Antisuit Injunction (SEALED), # 3 Exhibit Samsung Reply in Support of Antisuit Injunction (PUBLIC REDACTED VERSION), # 4 Proposed Order) (Maroulis, Victoria) (Filed on 2/28/2018) |

| | | |
|---|---|---|
| | | (Entered: 02/28/2018) |
| 03/01/2018 | 245 | CERTIFICATE OF SERVICE by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America re 244 Administrative Motion to File Under Seal *Samsung Reply in Support of Motion to Enjoin Huawei from Enforcing the Injunction Issued by the Intermediate People's Court of Shenzhen* (Maroulis, Victoria) (Filed on 3/1/2018) (Entered: 03/01/2018) |
| 03/01/2018 | 246 | STATUS REPORT *[Joint] Re: Settlement Conference* by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 3/1/2018) (Entered: 03/01/2018) |
| 03/01/2018 | 247 | **ORDER ON HUAWEI'S MOTION FOR CLARIFICATION, OR IN THE ALTERNATIVE, RECONSIDERATION OF CLAIM CONSTRUCTION ORDER by Judge William H. Orrick granting 225 Motion for Leave to File. (jmdS, COURT STAFF) (Filed on 3/1/2018) (Entered: 03/01/2018)** |
| 03/06/2018 | 248 | CLERK'S NOTICE- In light of the Joint Status Report 246 , the Settlement Conference set for March 16, 2018, is hereby vacated. Parties are to file a Joint Status Report by June 11, 2018, regarding the timing of a settlement conference.<br><br>**(This is a text only docket entry, there is no document associated with this notice.)**<br><br>(sisS, COURT STAFF) (Filed on 3/6/2018) (Entered: 03/06/2018) |
| 03/09/2018 | 249 | STIPULATION WITH PROPOSED ORDER *for* |

|  |  |  |
|---|---|---|
|  |  | *a Limited Extension of the Fact Discovery Deadline* filed by Huawei Technologies, Co, Ltd. (Greenblatt, Nathan) (Filed on 3/9/2018) (Entered: 03/09/2018) |
| 03/12/2018 | 250 | **Order, signed 3/12/18, by Chief Magistrate Judge Joseph C. Spero granting 249 Stipulation to Permit Certain Fact Discovery to be Completed Out of Time.(klhS, COURT STAFF) (Filed on 3/12/2018) (Entered: 03/12/2018)** |
| 03/14/2018 | 251 | **Minute Entry for proceedings held before Judge William H. Orrick: Motion Hearing held on 3/14/2018 re 235 MOTION to Enjoin Huawei from Enforcing the Injunction Issued by the Intermediate People's Court of Shenzhen. Motion taken under submission; written order to follow. Total Time in Court: 44 minutes. Court Reporter: Vicki Eastvold. (jmdS, COURT STAFF) (Date Filed: 3/14/2018) (Entered: 03/14/2018)** |
| 03/14/2018 | 252 | TRANSCRIPT ORDER for proceedings held on 03/14/2018 before Judge William H. Orrick by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America, for Court Reporter Vicki Eastvold. (Maroulis, Victoria) (Filed on 3/14/2018) (Entered: 03/14/2018) |
| 03/14/2018 | 253 | TRANSCRIPT ORDER for proceedings held on 3/14/2018 before Judge William H. Orrick by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd, for Court Reporter Vicki Eastvold. (Bettinger, Michael) (Filed on 3/14/2018) (Entered: 03/14/2018) |
| 03/16/2018 | 🔒 254 | Transcript of Proceedings held on 03/14/18, |

| | | | |
|---|---|---|---|
| | | | before Judge William H. Orrick. Court Reporter Vicki Eastvold, telephone number 218-355-8781. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Redaction Request due 4/6/2018. Redacted Transcript Deadline set for 4/16/2018. Release of Transcript Restriction set for 6/14/2018. (veS, COURT STAFF) (Filed on 3/16/2018) (Entered: 03/16/2018) |
| 03/16/2018 | | 255 | Administrative Motion to File Under Seal *Huawei's Updated Election of Asserted Claims and Accused Products Pursuant to Court's CM Order* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Declaration Declaration of NG ISO Administrative Motion to File Under Seal, # 2 Proposed Order [Proposed] Order ISO Administrative Motion to File Under Seal, # 3 [Redacted] Huawei's Updated Election of Asserted Claims and Accused Products Pursuant to Court's CM Order, # 4 [Unredacted] Huawei's Updated Election of Asserted Claims and Accused Products Pursuant to Court's CM Order) (Greenblatt, Nathan) (Filed on 3/16/2018) (Entered: 03/16/2018) |
| 03/16/2018 | | 256 | NOTICE by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America *of Samsung's Case Narrowing Statement* (Lordgooei, Iman) (Filed on 3/16/2018) |

| | | | |
|---|---|---|---|
| | | | (Entered: 03/16/2018) |
| 03/19/2018 | 🔒 | 257 | Administrative Motion to File Under Seal filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Declaration Declaration of NAG ISO Administrative Motion to File Under Seal, # 2 Proposed Order [Proposed] Order ISO Administrative Motion to File Under Seal, # 3 Huawei's Letter Brief Re: Discovery Disputes (FOR JUDGE SPERO), # 4 Declaration Declaration of NAG ISO Huawei's Letter Brief Re: Discovery Disputes, # 5 Exhibit Exhibit 1 to Declaration of NAG ISO Administrative Motion to File Under Seal, # 6 Exhibit Exhibit 2 to Declaration of NAG ISO Administrative Motion to File Under Seal, # 7 Exhibit Exhibit 3 to Declaration of NAG ISO Administrative Motion to File Under Seal, # 8 Exhibit Exhibit 4 to Declaration of NAG ISO Administrative Motion to File Under Seal, # 9 Exhibit Exhibit 5 to Declaration of NAG ISO Administrative Motion to File Under Seal, # 10 Exhibit Exhibit 6 to Declaration of NAG ISO Administrative Motion to File Under Seal, # 11 Exhibit Exhibit 7 to Declaration of NAG ISO Administrative Motion to File Under Seal, # 12 Exhibit Exhibit 8 to Declaration of NAG ISO Administrative Motion to File Under Seal, # 13 Exhibit Exhibit 9 to Declaration of NAG ISO Administrative Motion to File Under Seal, # 14 Exhibit Exhibit 10 to Declaration of NAG ISO Administrative Motion to File Under Seal, # 15 Exhibit Exhibit 11 to Declaration of NAG ISO Administrative Motion to File Under Seal, # 16 Exhibit Exhibit 12 to Declaration of NAG ISO Administrative Motion to File Under Seal, # 17 Exhibit Exhibit 13 to |

| | | |
|---|---|---|
| | | Declaration of NAG ISO Administrative Motion to File Under Seal, # [18](#) Exhibit Exhibit 14 to Declaration of NAG ISO Administrative Motion to File Under Seal, # [19](#) Exhibit Exhibit 15 to Declaration of NAG ISO Administrative Motion to File Under Seal, # [20](#) Exhibit Exhibit 16 to Declaration of NAG ISO Administrative Motion to File Under Seal, # [21](#) Exhibit Exhibit 17 to Declaration of NAG ISO Administrative Motion to File Under Seal, # [22](#) Exhibit Exhibit 18 to Declaration of NAG ISO Administrative Motion to File Under Seal, # [23](#) Certificate/Proof of Service Certificate of Service (Public), # [24](#) Certificate/Proof of Service Certificate of Service (Under Seal))(Greenblatt, Nathan) (Filed on 3/19/2018) (Entered: 03/19/2018) |
| 03/19/2018 | 🔒 [258](#) | Administrative Motion to File Under Seal *Portions of Letter Brief and Exhibits Thereto* filed by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Attachments: # [1](#) Declaration of Cole Malmberg, # [2](#) Proposed Order, # [3](#) Redacted Version of Letter Brief, # [4](#) Unredacted Version of Letter Brief, # [5](#) Declaration of Iman Lordgooei, # [6](#) Exhibit A, # [7](#) Exhibit B, # [8](#) Unredacted Version of Exhibit C, # [9](#) Redacted Version of Exhibit D, # [10](#) Unredacted Version of Exhibit D, # [11](#) Unredacted Version of Exhibit E, # [12](#) Exhibit F, # [13](#) Exhibit G, # [14](#) Exhibit H, # [15](#) Exhibit I)(Maroulis, Victoria) (Filed on 3/19/2018) (Entered: 03/19/2018) |
| 03/19/2018 | [259](#) | CERTIFICATE OF SERVICE by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America re [258](#) Administrative Motion to File Under Seal *Portions of Letter Brief and Exhibits Thereto* (Maroulis, Victoria) (Filed on 3/19/2018) |

| | | (Entered: 03/19/2018) |
|---|---|---|
| 03/20/2018 | 260 | MOTION to Stay *Samsung's Infringement Claim of the '588 Patent* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. Responses due by 4/3/2018. Replies due by 4/10/2018. (Attachments: # 1 Appendix A, # 2 Proposed Order)(Bettinger, Michael) (Filed on 3/20/2018) (Entered: 03/20/2018) |
| 03/23/2018 | 261 | MOTION to Shorten Time *on Motion for a Stay of Samsung's Infringement Claim for the '588 Patent (Dkt. No. 260)* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Declaration of Kevin J. O'Brien, # 2 Proposed Order)(Bettinger, Michael) (Filed on 3/23/2018) (Entered: 03/23/2018) |
| 03/23/2018 | 262 | NOTICE by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd re 258 Administrative Motion to File Under Seal *Portions of Letter Brief and Exhibits Thereto* (Greenblatt, Nathan) (Filed on 3/23/2018) (Entered: 03/23/2018) |
| 03/23/2018 | 263 | NOTICE by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America *of Samsung's Election of Prior Art* (Maroulis, Victoria) (Filed on 3/23/2018) (Entered: 03/23/2018) |
| 03/23/2018 | 264 | NOTICE by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd re 208 Pretrial Order *HUAWEIS ELECTION OF INVALIDITY COMBINATIONS PURSUANT TO* |

| | | |
|---|---|---|
| | | *THE COURTS CIVIL PRETRIAL ORDER* (Bettinger, Michael) (Filed on 3/23/2018) (Entered: 03/23/2018) |
| 03/23/2018 | 265 | Declaration of Cole Malmberg in Support of 255 Administrative Motion to File Under Seal *Huawei's Updated Election of Asserted Claims and Accused Products Pursuant to Court's CM Order* filed bySamsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Related document(s) 255 ) (Maroulis, Victoria) (Filed on 3/23/2018) (Entered: 03/23/2018) |
| 03/23/2018 | 266 | Declaration of Cole Malmberg in Support of 257 Administrative Motion to File Under Seal *Certain Exhibits to Huawei's Letter Brief* filed bySamsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Related document(s) 257 ) (Maroulis, Victoria) (Filed on 3/23/2018) (Entered: 03/23/2018) |
| 03/26/2018 | 267 | **ORDER GRANTING STAY OF INFRINGEMENT CLAIM FOR '588 PATENT PENDING INTER PARTES REVIEW by Judge William H. Orrick - granting 260 Motion to Stay, finding as moot 261 Motion to Shorten Time. (jmdS, COURT STAFF) (Filed on 3/26/2018) (Entered: 03/26/2018)** |
| 03/27/2018 | 268 | **ORDER regarding substitution of patent and claims. Signed by Chief Magistrate Judge Joseph C. Spero on March 27, 2018. (jcslc2S, COURT STAFF) (Filed on 3/27/2018) (Entered: 03/27/2018)** |
| 03/27/2018 | 269 | **ORDER DENYING DISCOVERY LETTER BRIEFS 257 258 . Discovery Conference, lead** |

| | | |
|---|---|---|
| | | **trial counsel, meet and confer, set for 3/30/2018 09:15 AM in San Francisco, Courtroom G, 15th Floor before Chief Magistrate Judge Joseph C. Spero. Signed by Chief Magistrate Judge Joseph C. Spero on 3/27/18. (klhS, COURT STAFF) (Filed on 3/27/2018) (Entered: 03/27/2018)** |
| 03/28/2018 | 270 | **ORDER TO FILE SUPPLEMENTAL DECLARATIONS IN SUPPORT OF SEALING BRIEFS AND EXHIBITS ASSOCIATED WITH SAMSUNG'S MOTION TO ENJOIN re 234 , 240 , 244 Administrative Motion to File. Signed by Judge William H. Orrick on 03/28/2018. (jmdS, COURT STAFF) (Filed on 3/28/2018) (Entered: 03/28/2018)** |
| 03/29/2018 | 271 | STIPULATION WITH PROPOSED ORDER *Stipulated Request and [Proposed] Order to Adjust Certain Discovery Dates* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd, Nokia Solutions and Networks US LLC, Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Greenblatt, Nathan) (Filed on 3/29/2018) (Entered: 03/29/2018) |
| 03/30/2018 | 272 | **Order, signed 3/3/18, by Chief Magistrate Judge Joseph C. Spero granting 271 Stipulation to Adjust Certain Discovery Dates. Close of Expert Discovery due by 6/22/2018. Designation of Experts (Opening Expert Reports) due by 4/27/2018. Rebuttal Reports due by 5/25/2018. Further Case Management Conference set for 5/4/2018 at 02:00 PM in San Francisco, Courtroom G, 15th Floor before Chief Magistrate Judge Spero.(klhS, COURT** |

| | | |
|---|---|---|
| | | **STAFF) (Filed on 3/30/2018) (Entered: 03/30/2018)** |
| 03/30/2018 | 273 | **Minute Entry for proceedings held before Chief Magistrate Judge Joseph C. Spero: Discovery Hearing, lead trial counsel meet and confer held on 3/30/2018.Parties shall file a joint letter stating that the outstanding discovery disputes identified in docket numbers 257 and 258 have been resolved.** <br><br> **FTR Time: Not Reported.** <br><br> **Plaintiff Attorney: Michael Bettinger, Kevin O'Brien, Nathan Greenblatt.** <br><br> **Defendant Attorney: Victoria Maroulis, Charles Verhoeven, Cole Malmberg, Sam Stake, Iman Lordgooei. Attachment: Minute Order. (klhS, COURT STAFF) (Date Filed: 3/30/2018) (Entered: 03/30/2018)** |
| 03/30/2018 | 274 | Letter Brief re 257 Administrative Motion to File Under Seal , 258 Administrative Motion to File Under Seal *Portions of Letter Brief and Exhibits Thereto* filed byHiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd, Nokia Solutions and Networks US LLC, Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Related document(s) 257 , 258 ) (Greenblatt, Nathan) (Filed on 3/30/2018) (Entered: 03/30/2018) |
| 04/02/2018 | 275 | NOTICE by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America *of Samsung's Amended Case Narrowing Statement* (Lordgooei, Iman) (Filed on 4/2/2018) (Entered: 04/02/2018) |

| 04/04/2018 | | 276 | NOTICE by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd re 208 Pretrial Order *HUAWEIS AMENDED ELECTION OF INVALIDITY COMBINATIONS PURSUANT TO THE COURTS CIVIL PRETRIAL ORDER* (Bettinger, Michael) (Filed on 4/4/2018) (Entered: 04/04/2018) |
| 04/04/2018 | 🔒 | 277 | Administrative Motion to File Under Seal filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Attachments: # 1 Proposed Order, # 2 Certificate/Proof of Service, # 3 Huawei's Opposition to Samsung's Motion to Enjoin Huawei (Unredacted), # 4 Huawei's Opposition to Samsung's Motion to Enjoin Huawei (Redacted), # 5 Exhibit Exhibit 36 (Unredacted), # 6 Exhibit Exhibit 36 (Redacted)) (Greenblatt, Nathan) (Filed on 4/4/2018) (Entered: 04/04/2018) |
| 04/04/2018 | 🔒 | 278 | EXHIBITS re 234 Administrative Motion to File Under Seal *Portions of Samsung's Motion to Enjoin Huawei from Enforcing the Injunction Issued by the Intermediate People's Court of Shenzhen, Declarations in Support Thereof, and Exhibits Thereto*, 244 Administrative Motion to File Under Seal *Samsung Reply in Support of Motion to Enjoin Huawei from Enforcing the Injunction Issued by the Intermediate People's Court of Shenzhen Supplemental Sealing Declaration per Court's March 28 Order* filed bySamsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Attachments: # 1 Exhibit SEALED Samsung Motion for Antisuit Injunction, # 2 Exhibit Redacted Samsung Motion for Antisuit Injunction, # 3 Exhibit SEALED Samsung Reply |

| | | |
|---|---|---|
| | | ISO Antisuit Injunction, # 4 Exhibit Redacted Samsung Reply ISO Antisuit Injunction, # 5 Exhibit SEALED Declaration of Tong Wang, # 6 Exhibit Redacted Declaration of Tong Wang) (Related document(s) 234 , 244 ) (Maroulis, Victoria) (Filed on 4/4/2018) (Entered: 04/04/2018) |
| 04/13/2018 | 279 | STIPULATION & [PROPOSED] ORDER ; filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd, Nokia Solutions and Networks US LLC, Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Greenblatt, Nathan) (Filed on 4/13/2018) Modified on 4/16/2018 (aaaS, COURT STAFF). (Entered: 04/13/2018) |
| 04/13/2018 | 280 | **ORDER GRANTING SAMSUNG'S 235 MOTION FOR ANTISUIT INJUNCTION by Judge William H. Orrick. Samsung's motion to enjoin Huawei from enforcing the injunction orders issued by the Shenzhen court is GRANTED. Huawei should not seek to enforce those orders until the Court has the ability to determine the breach of contract claim it chose to present in this action prior to filing the Chinese actions. 234 , 235 , 240 , 277 Administrative Motions to File Under Seal are GRANTED. (This order has been redacted of confidential information. The full order text will be filed separately, and that docket entry will be restricted to case participants ONLY.) (jmdS, COURT STAFF) (Filed on 4/13/2018) (Entered: 04/13/2018)** |
| 04/13/2018 | 🔒 281 | **ORDER GRANTING SAMSUNG'S MOTION FOR ANTISUIT INJUNCTION (full text** |

| | | |
|---|---|---|
| | | **version restricted to case participants). Signed by Judge William H. Orrick on 04/13/2018. (jmdS, COURT STAFF) (Filed on 4/13/2018) (Entered: 04/13/2018)** |
| 04/17/2018 | 282 | **ORDER GRANTING re 279 Stipulation to Adjust Certain Discovery Dates for Qualcomm filed by HiSilicon Technologies Co., Ltd., Nokia Solutions and Networks US LLC, Samsung Electronics Co, Ltd., Huawei Device USA Inc., Samsung Electronics America Inc, Huawei Technologies USA, Inc, Samsung Research America, Huawei Technologies, Co, Ltd. Signed by Chief Magistrate Judge Joseph C. Spero on 4/17/18. (klhS, COURT STAFF) (Filed on 4/17/2018) (Entered: 04/17/2018)** |
| 04/18/2018 | 283 | NOTICE by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd re 280 Order on Administrative Motion to File Under Seal,,, Order on Motion for Miscellaneous Relief,,,,,,,,,,, *Notice of Filing Public Redacted Versions of Prior Filings* (Greenblatt, Nathan) (Filed on 4/18/2018) (Entered: 04/18/2018) |
| 04/19/2018 | 284 | NOTICE by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd re 208 Pretrial Order *HUAWEIS SUPPLEMENTAL ELECTION OF INVALIDITY COMBINATIONS PURSUANT TO THE COURTS CIVIL PRETRIAL ORDER* (Bettinger, Michael) (Filed on 4/19/2018) (Entered: 04/19/2018) |
| 04/20/2018 | 285 | MOTION to Alter Judgment *Huawei's Notice of Motion and FRCP 59(e) Motion to Alter or Amend the Court's April 13, 2018 Order* filed by Huawei Device USA Inc., Huawei Technologies |

| | | |
|---|---|---|
| | | USA, Inc, Huawei Technologies, Co, Ltd. Motion Hearing set for 6/6/2018 02:00 PM in San Francisco, Courtroom 02, 17th Floor before Judge William H. Orrick. Responses due by 5/4/2018. Replies due by 5/11/2018. (Attachments: # 1 Declaration of Nathaniel C. Love, # 2 Exhibit A (Hearing slides), # 3 Exhibit B (Letter to counsel), # 4 Proposed Order)(Bettinger, Michael) (Filed on 4/20/2018) (Entered: 04/20/2018) |
| 04/27/2018 | 286 | CASE MANAGEMENT STATEMENT *Joint Case Management Conference Statement* filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd, Nokia Solutions and Networks US LLC, Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Greenblatt, Nathan) (Filed on 4/27/2018) (Entered: 04/27/2018) |
| 05/03/2018 | 287 | OPPOSITION/RESPONSE (re 285 MOTION to Alter Judgment *Huawei's Notice of Motion and FRCP 59(e) Motion to Alter or Amend the Court's April 13, 2018 Order* ) filed bySamsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America. (Attachments: # 1 Declaration of Sam Stake ISO Samsung's Opposition, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Maroulis, Victoria) (Filed on 5/3/2018) (Entered: 05/03/2018) |
| 05/07/2018 | 288 | **Minute Entry for proceedings held before Chief Magistrate Judge Joseph C. Spero: Further Case Management Conference held on 5/4/2018. Parties shall continue their negotiations and report to the Court in 90 days regarding the use of representative products for the trial.** |

| | | |
|---|---|---|
| | | **FTR Time: 2:11-2:26.**<br><br>**Attorney for Plaintiff: Michael Bettinger, David Giardina, Irene Yang**<br><br>**Attorney for Defendant: Victoria Maroulis, Iman Lordgooei**<br><br>**(klhS, COURT STAFF) (Date Filed: 5/7/2018) Modified on 5/8/2018 Matter transcribed by Raynee Mercado. (rjdS, COURT STAFF). (Entered: 05/07/2018)** |
| 05/07/2018 | 289 | TRANSCRIPT ORDER for proceedings held on 05/04/2018 before Magistrate Judge Joseph C. Spero by Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd, for Court Reporter FTR - San Francisco. (Bettinger, Michael) (Filed on 5/7/2018) (Entered: 05/07/2018) |
| 05/08/2018 | 290 | TRANSCRIPT ORDER for proceedings held on 05/04/2018 before Magistrate Judge Joseph C. Spero by Samsung Electronics Co, Ltd., Samsung Electronics America Inc, Samsung Research America, for Court Reporter FTR - San Francisco. (Maroulis, Victoria) (Filed on 5/8/2018) (Entered: 05/08/2018) |
| 05/10/2018 | 291 | REPLY (re 285 MOTION to Alter Judgment *Huawei's Notice of Motion and FRCP 59(e) Motion to Alter or Amend the Court's April 13, 2018 Order* ) filed byHiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. (Bettinger, Michael) (Filed on 5/10/2018) (Entered: 05/10/2018) |
| 05/11/2018 | 292 | **ERRONEOUSLY E-FILED: PLEASE SEE DOCKET NUMBER 293 FOR THE** |

| | | |
|---|---|---|
| | | **CORRECTION** NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. Appeal of Sealed Document 281 (Appeal fee of $505 receipt number 0971-12346521 paid.) (Bettinger, Michael) (Filed on 5/11/2018) Modified on 5/14/2018 (aaaS, COURT STAFF). (Entered: 05/11/2018) |
| 05/11/2018 | 293 | NOTICE OF APPEAL to the Federal Circuit as to 281 Sealed Document by HiSilicon Technologies Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd. Filing fee $ 505, receipt number 0971-12347027. Appeal Record due by 6/11/2018. (Bettinger, Michael) (Filed on 5/11/2018) (Entered: 05/11/2018) |
| 05/11/2018 | | Electronic filing error. **Incorrect event used.** [err101]This filing will not be processed by the clerks office. Re: 292 Notice of Appeal, filed by HiSilicon Technologie s Co., Ltd., Huawei Technologies USA, Inc, Huawei Technologies, Co, Ltd, Huawei Device USA Inc. (aaaS, COURT STAFF) (Filed on 5/11/2018) (Entered: 05/14/2018) |
| 05/14/2018 | 294 | CLERK'S NOTICE: Sent copies of pdf's Regarding Info Sheet; 293 Notice of Appeal; 281 Order **Filed Under Seal**; 28 Motion & Supporting Documents; to the USCA Federal Circuit (Attachments: # 1 Notice of Appeal, # 2 Motion, # 3 Declaration, # 4 Exhibit A, # 5 Exhibit B, # 6 Proposed Order) (aaaS, COURT STAFF) (Filed on 5/14/2018) (Entered: 05/14/2018) |