NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., HUAWEI TECHNOLOGIES USA, INC.,**
*Plaintiffs/Counterclaim Defendants-Appellants*

**HISILICON TECHNOLOGIES CO., LTD.,**
*Counterclaim Defendant*

v.

**SAMSUNG ELECTRONIC CO., LTD., SAMSUNG ELECTRONICS AMERICA INC,**
*Defendants/Counterclaimants-Appellees*

**SAMSUNG RESEARCH AMERICA,**
*Defendant-Appellee*

2018-1979

Appeal from the United States District Court for the Northern District of California in No. 3:16-cv-02787-WHO, Judge William H. Orrick III.

**O R D E R**

The appellants inform the court that their motion under Federal Rule of Civil Procedure 59(e), to alter or

2  HUAWEI TECHNOLOGIES CO., LTD. v. SAMSUNG ELECTRONICS CO., LTD.

amend the order from which they appeal, remains pending before the district court. Such a motion results in deactivation of an appeal. *See* Practice Note to Federal Circuit Rule 4.

Accordingly,

IT IS ORDERED THAT:

The appeal is deactivated. Within 30 days of the district court's ruling on the appellants' motion, the parties are directed to inform this court as to how they believe this appeal should proceed.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31