Michael J. Bettinger (SBN 122196)
mbettinger@sidley.com
Irene Yang (SBN 245464)
irene.yang@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
(415) 772-1200 – Telephone
(415) 772-7400 – Facsimile

David T. Pritikin (*Pro Hac Vice*)
dpritikin@sidley.com
David C. Giardina (*Pro Hac Vice*)
dgiardina@sidley.com
Douglas I. Lewis (*Pro Hac Vice*)
dilewis@sidley.com
John W. McBride (*Pro Hac Vice*)
jwmcbride@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000 – Telephone
(312) 853-7036 – Facsimile

*Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co. Ltd.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC., <br><br> Plaintiffs / Counterclaim-Defendants, <br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants / Counterclaim-Plaintiffs, <br><br> and <br><br> SAMSUNG RESEARCH AMERICA, <br><br> Defendant, <br> v. <br><br> HISILICON TECHNOLOGIES CO., LTD., <br><br> Counterclaim-Defendant. | Case No. 3:16-cv-02787-WHO <br><br> **JOINT STATUS REPORT REGARDING TIMING OF THE SETTLEMENT CONFERENCE** <br><br> Judge:  Hon. Joseph C. Spero; Hon. Kandis A. Westmore |

Pursuant to the Court's Order of March 6, 2018 (Dkt. 248), Plaintiffs and Counterclaim-Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co., Ltd. (collectively, "Huawei") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc. (collectively, "Samsung"), through their respective counsel, respectfully suggest that the Court set the next settlement conference for either July 30, 2018, which is shortly after the briefing on dispositive motions will be completed, or alternatively the second half of August 2018, following the hearing on dispositive motions.

Dated: June 11, 2018

By: */s/ Irene Yang*

Michael J. Bettinger (SBN 122196)
*mbettinger@sidley.com*
Irene Yang (SBN 245464)
*irene.yang@sidley.com*
SIDLEY AUSTIN LLP
555 California Street, Ste. 2000
San Francisco, California 94104
415-772-1200 – Telephone
415-772-7400 – Facsimile

David T. Pritikin (*pro hac vice*)
*dpritikin@sidley.com*
David C. Giardina (*pro hac vice*)
*dgiardina@sidley.com*
Douglas I. Lewis (*pro hac vice*)
*dlewis@sidley.com*
John W. McBride (*pro hac vice*)
*jwmcbride@sidley.com*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
312-853-7000 – Telephone
312-853-7036 – Facsimile

*Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei*

Respectfully Submitted,

By: */s/ Victoria Maroulis*

Charles K. Verhoeven (Cal. Bar No. 170151)
*charlesverhoeven@quinnemanuel.com*
David A. Perlson (Cal. Bar No. 209502)
*davidperlson@quinnemanuel.com*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
415-875-6600 – Telephone
415-875-6700 – Facsimile

Kevin Johnson (Cal. Bar No. 177129)
*kevinjohnson@quinnemanuel.com*
Victoria Maroulis (Cal. Bar No. 202603)
*victoriamaroulis@quinnemanuel.com*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
650-801-5000 – Telephone
650-801-5100 – Facsimile

*Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc.*

*Technologies USA, Inc., and HiSilicon Technologies Co., Ltd.*

# **ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatures below.

Dated:   June 11, 2018                    By:   *Irene Yang*
                                                Irene Yang