Michael J. Bettinger (SBN 122196)
*mbettinger@sidley.com*
Irene Yang (SBN 245464)
*irene.yang@sidley.com*
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
(415) 772-1200 – Telephone
(415) 772-7400 – Facsimile

*Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co. Ltd.*

David T. Pritikin (*Pro Hac Vice*)
*dpritikin@sidley.com*
David C. Giardina (*Pro Hac Vice*)
*dgiardina@sidley.com*
Douglas I. Lewis (*Pro Hac Vice*)
*dilewis@sidley.com*
John W. McBride (*Pro Hac Vice*)
*jwmcbride@sidley.com*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois  60603
(312) 853-7000 – Telephone
(312) 853-7036 – Facsimile

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC., <br><br> Plaintiff(s)/Counterclaim Defendants, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD, SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants / Counterclaim-Plaintiffs, <br><br> and <br><br> SAMSUNG RESEARCH AMERICA, INC., <br><br> Defendant, <br><br> v. <br><br> HISILICON TECHNOLOGIES CO., LTD., <br><br> Counterclaim-Defendant. | Case Number: 3:16-cv-2787-WHO <br><br> **HUAWEI'S UPDATED ELECTION OF ASSERTED CLAIMS AND ACCUSED PRODUCTS PURSUANT TO THE COURT'S CASE MANAGEMENT ORDERS** <br><br><br> REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED. |

PLAINTIFFS' UPDATED ELECTION OF ASSERTED CLAIMS & ACCUSED PRODUCTS PURSUANT TO COURT'S CMC ORDER
CASE NO. 3:16-CV-2787-WHO

Pursuant to the Court's Civil Pretrial Order (Dkt. 208), the parties' Joint Case Management Conference Statement of January 12, 2018 (Dkt. 224), and the Amended Scheduling Order (Dkt. 272), Plaintiffs' Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co. Ltd. ("Huawei") hereby narrows its currently asserted patents to 4, narrows its currently asserted patent claims to no more than 10, narrows the accused Samsung products to 23 models, and identifies representative products as set forth below.

Asserted Claims

- U.S. Patent 8,416,892, claims 1, 10
- U.S. Patent 8,644,239, claims 7, 18
- U.S. Patent 8,885,587, claims 3, 9
- U.S. Patent 8,724,613, claims 1, 5

Accused Products

In accordance with the agreed product narrowing protocol outlined in Dkt. 224, Huawei identifies the following 23 Samsung models, which fall into five groups based on the common baseband chip used by all models in each group. Based on the evidence provided by Samsung and Qualcomm in discovery, all products within each group contain the same functionality for purposes of assessing infringement of Huawei's patents. Therefore, provided that the parties enter or the Court orders a representative products stipulation, Huawei believes that focusing on 5 representative models at trial will be sufficient (one from each group), rather than presenting 15 separate models to the jury as currently contemplated by to the Court's orders and the parties' stipulation. *See* Dkt. 224. Huawei reserves the right, pursuant to the terms of any agreed or ordered representative products stipulation, to seek damages with respect to additional models that use the same baseband chips as the models listed below.

1. Group 1: ███████████ baseband chip
    a. Galaxy S8 - ███████
    b. Galaxy S8 Plus - ███████
2. Group 2: ███████████ baseband chip
    a. Galaxy S7 - ██████████████████
    b. Galaxy S7 Edge - ████████████████████
3. Group 3: ███████████ baseband chip
    a. Galaxy S6 - ██████
    b. Galaxy S6 Edge - ████████
    c. Galaxy S6 Edge Plus - ██████████
    d. Galaxy Note 5 – ██████████
4. Group 4: ███████████ baseband chip
    a. Galaxy S5 - ████████████████████
5. Group 5: ███████████ baseband chip
    a. Galaxy S6 - ██████████
    b. Galaxy S6 Edge - ████████
    c. Galaxy S6 Edge Plus - ████████
    d. Galaxy Note 5 - ██████████

| | |
|---|---|
| Dated:  June 26, 2018 | Respectfully submitted, |
| | */s/ Michael J. Bettinger* |
| David T. Pritikin (*Pro Hac Vice*) | Michael J. Bettinger (SBN 122196) |
| dpritikin@sidley.com | mbettinger@sidley.com |
| David C. Giardina (*Pro Hac Vice*) | Irene Yang (SBN 245464) |
| dgiardina@sidley.com | irene.yang@sidley.com |
| Douglas I. Lewis (*Pro Hac Vice*) | SIDLEY AUSTIN LLP |
| dilewis@sidley.com | 555 California Street, Suite 2000 |
| John W. McBride (*Pro Hac Vice*) | San Francisco, California  94104 |
| jwmcbride@sidley.com | Telephone:  (415) 772-1200 |
| SIDLEY AUSTIN LLP | Facsimile:   (415) 772-7400 |
| One South Dearborn | |
| Chicago, Illinois  60603 | Nathan A. Greenblatt (SBN 262279) |
| (312) 853-7000 – Telephone | ngreenblatt@sidley.com |
| (312) 853-7036 – Facsimile | SIDLEY AUSTIN LLP |
| | 1001 Page Mill Road, Bldg. 1 |
| | Palo Alto, CA  94304 |
| | (650) 565-7000 – Telephone |
| | (650) 565-7100 – Facsimile |
| | |
| | *Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co. Ltd.* |

**CERTIFICATE OF SERVICE**

Pursuant to Rule 5-5 of the Civil Local Rules of the United States District Court for the Northern District of California, I hereby certify under penalty of perjury under the laws of the United States of America that on June 26, 2018, a true copy of the below documents were served upon Samsung's counsel of record via the email address QE_Huaweiv.Samsung@quinnemanuel.com.

- PLAINTIFFS' UPDATED ELECTION OF ASSERTED CLAIMS & ACCUSED PRODUCTS PURSUANT TO COURT'S CASE MANAGEMENT ORDERS

DATED:   June 26, 2018                SIDLEY AUSTIN LLP

                                      */s/ Michael E. Braud*
                                      Michael E. Braud