**CORRECTED CERTIFICATE OF SERVICE**

Pursuant to Rule 5-5 of the Civil Local Rules of the United States District Court for the Northern District of California, I hereby certify under penalty of perjury under the laws of the United States of America that on June 27, 2018, a true copy of the below documents were served upon Samsung's counsel of record via the email address QE_Huaweiv.Samsung@quinnemanuel.com.

- PLAINTIFFS' UPDATED ELECTION OF ASSERTED CLAIMS & ACCUSED PRODUCTS PURSUANT TO COURT'S CASE MANAGEMENT ORDERS

DATED:   June 27, 2018           SIDLEY AUSTIN LLP

*/s/ Michael E. Braud*
Michael E. Braud