1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar No. 209502)
3  davidperlson@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   Attorneys for Samsung Electronics Co., Ltd.,
11 Samsung Electronics America, Inc., and
   Samsung Research America, Inc.
12

13                     UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 15  HUAWEI TECHNOLOGIES CO., LTD., et al., | CASE NO. 16-cv-02787-WHO |
| 16       Plaintiffs, | **DECLARATION OF MARK GRAY IN SUPPORT OF SAMSUNG'S** |
| 17       v. | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF** |
| 18  SAMSUNG ELECTRONICS CO., LTD., et al., | **SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT** |
| 19       Defendants. | **ON THE PLEADINGS REGARDING HUAWEI'S CAUSE OF ACTION FOR** |
| 20 | **DECLARATORY JUDGMENT OF** |
| 21  SAMSUNG ELECTRONICS CO., LTD. & SAMSUNG ELECTRONICS AMERICA, INC., | **FRAND TERMS AND CONDITIONS FOR A CROSS-LICENSE** |
| 22       Counterclaim-Plaintiffs, | |
| 23       v. | |
| 24  HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., HUAWEI | |
| 25  TECHNOLOGIES USA, INC. & HISILICON TECHNOLOGIES CO., LTD., | |
| 26 | |
| 27       Counterclaim-Defendants. | |

28

Case No. 16-cv-02787-WHO
GRAY DECLARATION ISO SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

I, Mark Gray, declare as follows:

1. I am a member of the State Bar of California and an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., and Defendant Samsung Research America, Inc. (collectively, "Samsung"). Except as otherwise indicated, I have personal knowledge of the facts set forth in this declaration, and, if called upon as a witness, I could and would testify to such facts under oath.

2. Pursuant to Civil L.R. 7-11 and 79-5, I make this declaration in support of Samsung's Administrative Motion to File Under Seal Portions of Samsung's Reply In Support Of Its Motion for Judgment on the Pleadings Regarding Huawei's Cause of Action for Declaratory Judgment of FRAND Terms and Conditions for a Cross-License ("Reply").

3. I have reviewed the portions of Samsung's Reply In Support Of Its Motion for Judgment on the Pleadings that contain or suggest confidential information. I have specifically reviewed the following portions of Samsung's Reply which contains information which Samsung claims as confidential and which Huawei may claim as confidential:

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Reply In Support Of Its Motion for Judgment on the Pleadings Regarding Huawei's Cause of Action for Declaratory Judgment of FRAND Terms and Conditions for a Cross-License | Green highlighted portions on lines: 1:8  2:12  5:9, 11-13, 25 |

4. The highlighted portions of Samsung's Reply reflect negotiations correspondence and licensing offers between Huawei and Samsung. As Samsung explained in the sworn declaration of Hojin Chang, Dkt. 41-1, and the Declaration of Cole Malmberg, Dkt. 234-1, Samsung and Huawei signed a non-disclosure agreement regarding their patent licensing negotiations, and such negotiations information is treated as confidential. Samsung considers negotiation information highly confidential and does not disclose it to the public. Disclosure of negotiations positions to the public would harm Samsung's competitive standing by giving competitors insight into Samsung's past licensing positions and practices. Samsung does not have access to similar information about its competitors, which

could result in an information asymmetry in future licensing negotiations, placing Samsung at a disadvantage.

5. The Court previously ordered the parties' negotiations positions and documents reflecting those negotiations sealed at Dkt. 103 at 18-19 (finding "compelling justification" for sealing) and Dkt. 270 at 3. Sealing is similarly warranted here.

6. Huawei may also claim confidentiality over materials that reveal Huawei's negotiation offers and positions. Samsung does not object to Huawei seeking to seal these materials, and Samsung expects that Huawei will file any supporting declarations within the timeline allowed under the Local Rules.

7. I have also reviewed the portions of Samsung's Reply In Support Of Its Motion for Judgment on the Pleadings that contain or suggest information Huawei may maintain a claim of confidentiality over. This information is reflected in the chart below:

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Reply In Support Of Its Motion for Judgment on the Pleadings Regarding Huawei's Cause of Action for Declaratory Judgment of FRAND Terms and Conditions for a Cross-License | Yellow highlighted portions on lines: 6:3-5 |

8. The above portions of Samsung's Reply are references to testimony from depositions of Huawei witnesses that Huawei marked Highly Confidential – Attorneys' Eyes Only under the protective order. To the extent Huawei's deposition testimony concerns positions taken by both parties during negotiations, Samsung requests the information be sealed for the reasons noted above. To the extent Huawei maintains a claim of confidentiality over the above materials as revealing Huawei confidential business information, Samsung expects Huawei will file declarations supporting sealing within the time permitted under the Local Rules.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct to the best of my knowledge.  Executed June 29, 2018, in Redwood City,
3  California.

4
5
6                                      */s/ Mark Gray*
                                       Mark Gray

## ATTESTATION

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Mark Gray has concurred in the aforementioned filing.

*/s/ Victoria F. Maroulis*
Victoria F. Maroulis