QUINN EMANUEL URQUHART & SULLIVAN, LLP

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and
Samsung Research America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants.<br><hr>SAMSUNG ELECTRONICS CO., LTD. & SAMSUNG ELECTRONICS AMERICA, INC.<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., HUAWEI TECHNOLOGIES USA, INC., & HISILICON TECHNOLOGIES CO., LTD.<br><br>Counterclaim-Defendants. | CASE NO. 16-cv-02787-WHO<br><br>**DECLARATION OF MARK GRAY IN SUPPORT OF HUAWEI'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF ITS UPDATED ELECTION OF ASSERTED CLAIMS AND ACCUSED PRODUCTS** |

I, Mark Gray, declare as follows:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc. (collectively, "Samsung"). Except as otherwise indicated, I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify thereto.

2. Pursuant to Civil L.R. 79-5, I make this declaration in support of Huawei's Administrative Motion to File Under Seal certain portions of its Updated Election of Asserted Claims and Accused Products (Dkt. 318).

3. I have reviewed the portions of Huawei's Updated Election of Asserted Claims and Accused Products that contain or suggest confidential Samsung information.

4. The portions of Huawei's Updated Election of Asserted Claims and Accused Products sought to be sealed contain certain information about the Samsung accused products that Samsung provided during discovery in a document marked "Highly Confidential – Attorneys' Eyes Only" pursuant to the applicable Protective Order (Dkt. 110). Samsung considers this information highly confidential and does not disclose it to the public. If not sealed, it would harm Samsung's competitive standing by giving competitors insight into Samsung's products, which is something that is currently a source of competitive advantage.

5. The Court previously ordered sealed the information in Huawei's Updated Election at Dkt. 130 at 2 n.1 and Dkt. 203.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed July 2, 2018, in Redwood City, California.

*/s/ Mark Gray*
Mark Gray

1 **ATTESTATION**

2 Pursuant to Civil L.R. 5-1(i)(3), the undersigned attests that concurrence in the filing of

3 this document has been obtained from Mark Gray.

*/s/ Victoria F. Maroulis*
Victoria F. Maroulis