UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUAWEI TECHNOLOGIES, CO, LTD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO, LTD., et al., <br><br> Defendants. | Case No. 16-cv-02787-WHO (JCS) <br><br> **ORDER REGARDING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** <br><br> Re: Dkt. Nos. 255 257, 258, 318 |

Good cause having been shown, Huawei's March 16, 2018 sealing motion (dkt. 255) and June 26, 2018 sealing motion (dkt. 318) are GRANTED. Samsung's March 19, 2018 sealing motion (dkt. 258) is GRANTED with respect to Exhibit E to the declaration of Iman Lordgooei and the portions of Exhibit D to that Samsung seeks to seal based on its own, rather than Huawei's, confidentiality interests.

Samsung's sealing motion is DENIED with respect to Exhibit C to the declaration of Iman Lordgooei and to the portions of Exhibit D designated as confidential by Huawei, because Samsung only sought to seal that material on the basis of Huawei's confidentiality interest, and Huawei does not oppose filing those document in the public record. *See* Notice (dkt. 262). For the same reason, Huawei's March 19, 2018 sealing motion (dkt. 257) is DENIED with respect to Exhibit 18, which Samsung does not oppose filing in the public record. The parties shall file public versions of those documents consistent with this order no later than July 9, 2018. *See* Civ. L.R. 79-5(f)(2).

Huawei's March 19, 2018 motion is GRANTED with respect to Exhibits 5 through 8 to the declaration of Nathan Greenblatt for the reasons stated in the March 23, 2018 declaration of Cole Malmberg (dkt. 266) on behalf of Samsung. Although portions of those documents may be

1  amenable to public disclosure, the Court is satisfied that redaction would not be feasible or
2  appropriate in light of the large volume of material at issue and the limited relevance of the non-
3  confidential information contained therein.
4      Exhibit 13, however, consists of a relatively short email divided into discrete sections, not
5  all of which are subject to sealing.  The request to seal that exhibit as a whole violates the
6  requirement of this Court's local rules that requests to seal "must be narrowly tailored to seek
7  sealing only of sealable material."  Civ. L.R. 79-5(b).  Huawei's March 19 motion is therefore
8  DENIED with respect to Exhibit 13, without prejudice to a renewed motion to seal only portions
9  of that exhibit.  Although Exhibit 13 is the subject of Huawei's sealing motion, the only asserted
10 basis for sealing is Samsung's confidentiality interest.  Samsung is therefore ORDERED to file,
11 no later than July 9, 2018, either a renewed motion to seal portions of Exhibit 13 or an unredacted
12 public version of that exhibit.
13 **IT IS SO ORDERED.**
14 Dated: July 2, 2018

_____
JOSEPH C. SPERO
Chief Magistrate Judge

United States District Court
Northern District of California

2