Michael J. Bettinger (SBN 122196)
mbettinger@sidley.com
Irene Yang (SBN 245464)
irene.yang@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
(415) 772-1200 – Telephone
(415) 772-7400 – Facsimile

David T. Pritikin (*Pro Hac Vice*)
dpritikin@sidley.com
David C. Giardina (*Pro Hac Vice*)
dgiardina@sidley.com
Douglas I. Lewis (*Pro Hac Vice*)
dilewis@sidley.com
John W. McBride (*Pro Hac Vice*)
jwmcbride@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000 – Telephone
(312) 853-7036 – Facsimile

*Attorneys for Huawei Technologies Co., Ltd.,
Huawei Device USA, Inc., Huawei Technologies
USA, Inc., and HiSilicon Technologies Co. Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC., <br><br> Plaintiffs / Counterclaim-Defendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants / Counterclaim-Plaintiffs, <br><br> and <br><br> SAMSUNG RESEARCH AMERICA, <br><br> Defendant, <br> v. <br><br> HISILICON TECHNOLOGIES CO., LTD., <br><br> Counterclaim-Defendant. | Case No. 16-cv-02787-WHO <br><br> **DECLARATION OF JOHN W. MCBRIDE IN SUPPORT OF HUAWEI'S MOTION FOR SUMMARY JUDGMENT** <br><br> Hearing Date: August 8, 2018 <br> Time: 2:00 PM <br> Judge: Hon. William H. Orrick |

I, John W. McBride, declare:

1. I am an attorney at the law firm of Sidley Austin LLP, counsel for Plaintiffs Huawei Technologies Co., Ltd., Huawei Device USA, Inc. and Huawei Technologies USA, Inc., and Counterclaim-Defendant HiSilicon Technologies Co., Ltd. (collectively, "Huawei"). I am a member in good standing of the State Bar of Illinois, and I am admitted pro hac vice to practice in the Northern District of California. I submit this declaration in support of Huawei's Motion for Summary Judgment. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Expert Report of Jerry A. Hausman, dated April 27, 2018 ("Hausman Rpt.").

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the deposition Hojin Chang, conducted on May 31, 2018.

4. Attached hereto as Exhibit 3 is a true and correct copy of IPR Information Statement and Licensing Declaration of Guo Zhenpeng, marked as Exhibit 734 at the deposition of Hojin Chang, conducted on May 31, 2018.

5. Attached hereto as Exhibit 4 is a true and correct copy of IPR Information Statement and Licensing Declaration of Guo Zhenpeng, marked as Exhibit 735 at the deposition of Hojin Chang, conducted on May 31, 2018.

6. Attached hereto as Exhibit 5 is a true and correct copy of IPR Information Statement and Licensing Declaration of Du Jinhua, marked as Exhibit 736 at the deposition of Hojin Chang, conducted on May 31, 2018.

7. Attached hereto as Exhibit 6 is a true and correct copy of is a true and correct copy of IPR Information Statement and Licensing Declaration of Du Jinhua, marked as Exhibit 737 at the deposition of Hojin Chang, conducted on May 31, 2018.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the transcript of the deposition of Jerry A. Hausman, conducted June 19, 2018.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the transcript of the deposition of Xuxin Cheng, conducted on March 21, 2018.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the transcript of the deposition of Ilseok Jang, conducted March 6, 2018.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the transcript of the deposition Hojin Chang, conducted on March 2, 2018.

12. Attached hereto as Exhibit 11 is a true and correct copy of letter from Xuxin Cheng to Hojin Chang, dated August 8, 2016, marked as Exhibit 655 at the deposition of Hojin Chang conducted March 2, 2018. This exhibit is a Huawei production document with Bates numbered HW_Samsung_00848342-44, HW_Samsung_00848339-41.

13. Attached hereto as Exhibit 12 is a true and correct copy of an email chain dated June 6, 2013, marked as Exhibit 667 at the deposition of Ilseok Jang, conducted March 5, 2018. This exhibit is a Huawei production document with Bates numbered HW_Samsung_00131587-93.

14. Attached hereto as Exhibit 13 is a true and correct copy of email chain dated August 25, 2014, marked as Exhibit 670 at the deposition of Ilseok Jang, conducted March 5, 2018. This exhibit is a Huawei production document with Bates numbered HW_Samsung_00230947-59.

15. Attached hereto as Exhibit 14 is a true and correct copy of a letter from Song Liuping to Seungho Ahn dated October 16, 2015, marked as Exhibit 680 at the deposition of Ilseok Jang, conducted March 5, 2018. This exhibit is a Huawei production document with Bates numbered HW_Samsung_00231314-15.

16. Attached hereto as Exhibit 15 is a true and correct copy of a letter from Seungho Ahn to Song Liuping dated October 20, 2015, marked as Exhibit 681 at the deposition of Ilseok Jang, conducted March 5, 2018. This exhibit is a Huawei production document with Bates numbered HW_Samsung_00231319-20.

17. Attached hereto as Exhibit 16 is a true and correct copy of letter from Song Liuping to Seungho Ahn dated October 28, 2015, marked as Exhibit 682 at the deposition of Ilseok Jang, conducted March 5, 2018. This exhibit is a Huawei production document with Bates numbered HW_Samsung_00697348.

18. Attached hereto as Exhibit 17 is a true and correct copy of email chain dated November 20, 2015, marked as Exhibit 683 at the deposition of Ilseok Jang, conducted March 5,

2018. This exhibit is a Huawei production document with Bates numbered HW_Samsung_00231424-56.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from Complainant Samsung's Initial Submission in Response to Commission Notice of Review, U.S.I.T.C. Inv. No. 337-TA-794 (Dec. 12, 2012).

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the Expert Report of Eric Stasik Regarding ETSI and Standards Setting Matters, submitted in *Apple Inc. v. Samsung Electronics Co., Ltd. et. al.*, Case No. 11-cv-01846-LHK (N.D. Cal. Mar. 16, 2012). This exhibit is a Samsung production document, Bates numbered SAMSUNG-HNDCA-000410118, 000410134-35, and 00410144.

21. Attached hereto as Exhibit 20 is a true and correct copy of a letter from Xuxin Cheng to Hojin Chang, dated September 6, 2016. This exhibit is a Huawei production document, Bates numbered HW_Samsung_00848356-58.

22. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the translation of the Civil Judgment submitted in Case No. (2016) Y03 MC No. 840 before the Shenzhen Intermediate People's Court ("Shenzhen Decision").

23. Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the Declaration of Paul S. Min, Ph.D. in Support of Patent Owner's Preliminary Response, Case No. IPR2017-01981 dated December 26, 2017.

24. Attached hereto as Exhibit 23 is a true and correct copy of U.S. Patent No. 8,509,350, Bates numbered SAMSUNG-HNDCA-000000280-99.

25. Attached hereto as Exhibit 24 is a true and correct copy of excerpts from the Expert Report of Dr. Paul S. Min Regarding Validity of U.S. Patent Nos. RE44,105; 8,509,350; and 9,113,419 (May 25, 2018) ("Min Rebuttal Rpt.").

26. Attached as Exhibit 25 is a true and correct copy of excerpts from the transcript of the deposition Jianzhong Zhang, conducted on October 27, 2017.

27. Attached hereto as Exhibit 26 is a true and correct copy of excerpts from the transcript of the deposition Paul Prucnal, conducted on June 15, 2018.

28. Attached hereto as Exhibit 27 is a true and correct copy of excerpts from the Report of Paul Prucnal Regarding Infringement of U.S. Patent No. RE44,105, U.S. Patent No. 8,509,350, U.S. Patent No. 9,113,419 (April 27, 2018) ("Prucnal Rpt.").

29. Attached hereto as Exhibit 28 is a true and correct copy of excerpts from the transcript of the deposition Paul Min, conducted on June 22, 2018.

30. Attached hereto as Exhibit 29 is a true and correct copy of handwritten notes marked as Exhibit 834 at the deposition of Paul Prucnal, conducted on June 15, 2018.

31. Attached hereto as Exhibit 30 is a true and correct copy of excerpts from Samsung's Second Supplemental Disclosure of Asserted Claims and Infringement Contentions, dated May 3, 2017.

32. Attached hereto as Exhibit 31 is a true and correct copy of excerpts from the Transcript of Proceedings for the Technology Tutorial held on August 7, 2017, ECF No. 163.

33. Attached hereto as Exhibit 32 is a true and correct copy of excerpts from Huawei's Tutorial Presentation, dated August 7, 2017.

34. Attached hereto as Exhibit 33 is a true and correct copy of U.S. Patent No. 8,761,130 Bates numbered SAMSUNG-HNDCA-000000346-61.

35. Attached hereto as Exhibit 34 is a true and correct copy of a web page screenshot from URL http://www.dictionary.com/browse/remaining?s=t, accessed July 2, 2018

36. Exhibit 35 RESERVED.

37. Attached hereto as Exhibit 36 is a true and correct copy of excerpts from the Report of Nicholas Bambos, Ph.D. Regarding U.S. Patent Nos. 8,761,130 and 8,619,726, dated April 27, 2018 ("Bambos Infr. Rpt.").

38. Attached hereto as Exhibit 37 is a true and correct copy of excerpts from the transcript of the deposition of Liang Chen, conducted January 23, 2018.

39. Attached hereto as Exhibit 38 is a true and correct copy of excerpts from the transcript of deposition of Aris Papasakellariou, conducted November 3, 2017.

40. Attached hereto as Exhibit 39 is a true and correct copy of U.S. Patent No. 9,288,825, Bates numbered SAMSUNG-HNDCA-000000409-30.

41. Attached hereto as Exhibit 40 is a true and correct copy of excerpts from the transcript of deposition of Matthew Valenti, conducted June 20, 2018.

42. Attached hereto as Exhibit 41 is a true and correct copy of excerpts from the Report of Matthew Valenti, Ph.D. Regarding Infringement of U.S. Patent No. 9,288,825, dated April 27, 2018.

43. Attached hereto as Exhibit 42 is a true and correct copy of excerpts from the Expert Report of Dr. Thomas La Porta Regarding Non-Infringement of U.S. Patent No. 9,288,825, dated May 25, 2018.

44. Attached hereto as Exhibit 43 is a true and correct copy of excerpts of Exhibit I to Samsung's Infringement Contentions for U.S. Patent No. 9,288,825, dated October 25, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 3, 2018 in Chicago, IL.

*/s/ John W. McBride*
John W. McBride