# EXHIBIT 3

ETSI Rules of Procedure, 26 November 2008

## IPR INFORMATION STATEMENT AND LICENSING DECLARATION

2 3 MARS 2009

Rep

### IPR HOLDER / ORGANISATION ("Declarant")

Legal Name: Huawei Technologies Co., Ltd

### CONTACT DETAILS FOR LICENSING INFORMATION:

Name and Title: Guo Zhenpeng Patent Manager

Department: IPR Department

Address: KulKe Building, No.9 Xinxi Rd., Shang-Di Information Industry Base Hai-Dian District,

Beijing 100085 P.R. China

| Telephone: | +86 10 82836306 | Fax: | +86 10 82836920 |
|---|---|---|---|
| Email: | gzp@huawei.com | URL: | |

### IPR INFORMATION STATEMENT

In accordance with Clause 4.1 of the ETSI IPR Policy the Declarant and/or its AFFILIATES hereby informs ETSI that it is the Declarant's and/or its AFFILIATES' present belief that the IPR(s) disclosed in the attached *IPR Information Statement Annex* may be or may become ESSENTIAL in relation to at least the ETSI Work Item(s), STANDARD(S) and/or TECHNICAL SPECIFICATION(S) identified in the attached *IPR Information Statement Annex.*

The Declarant and/or its AFFILIATES *(check one box only)*:

[✓] are the proprietor of the IPR(s) disclosed in the attached *IPR Information Statement Annex.*

[ ] are not the proprietor of the IPR(s) disclosed in the attached *IPR Information Statement Annex.*

### IPR LICENSING DECLARATION

In accordance with Clause 6.1 of the ETSI IPR Policy the Declarant and/or its AFFILIATES hereby irrevocably declares the following *(check one box only, and subordinate box, where applicable)*:

[✓] To the extent that the IPR(s) disclosed in the attached *IPR Information Statement Annex* are or become, and remain ESSENTIAL in respect of the ETSI Work Item, STANDARD and/or TECHNICAL SPECIFICATION identified in the attached *IPR Information Statement Annex*, the Declarant and/or its AFFILIATES are prepared to grant irrevocable licences under this/these IPR(s) on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy.

    [✓] This irrevocable undertaking is made subject to the condition that those who seek licences agree to reciprocate **(check box if applicable).**

[ ] The Declarant and/or its AFFILIATES are not prepared to make the above IPR Licensing Declaration (reasons may be explained in writing in the attached *IPR Licensing Declaration Annex*).

The construction, validity and performance of this IPR information statement and licensing declaration shall be governed by the laws of France.

Terms in ALL CAPS on this form have the meaning provided in Clause 15 of the ETSI IPR Policy.

### SIGNATURE

By signing this IPR Information Statement and Licensing Declaration form, you represent that you have the authority to bind the Declarant and/or its AFFILIATES to the representations and commitments provided in this form.

Name of authorized person: GUO Zhenpeng

Title of authorized person: Patent Manager

Place, Date: Beijing 04th March, 2009

EXHIBIT
734
Date: 5-31-18
NANCY MAHONEY, CCR/RPR

**ETSI Rules of Procedure, 26 November 2008**

| | |
|---|---|
| Signature: | 2009·03 04 |

*Please return this form duly signed to: ETSI Director-General*
*ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16*

Page 5
ETSI Rules of Procedure, 26 November 2008

IPR Information Statement Annex

| Standard, Technical Specification or ETSI Work Item | | | | Proprietor | Application No. | Publication No. | Patent/Application Title | Country of registration | FURTHER INFORMATION Other members of this PATENT FAMILY, if any * | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Proje ct or Stand ard name | Work Item or Stand ard No. | Illustrativ e Specific part of the standard (e.g. Section) | Version (V.X.X.X) | | | | | | Appli catio n No. | Publication No. | Country of registratio n |
| LTE | 3GPP TS 36.2 11 | | | Huawei Technologies | 03825976. : | | For orthogonal frequency division multiplexing communication intertwined Ways | CN | | | |
| LTE | 3GPP TR 25.8 14 | | | Huawei Technologies | 20041003129.?; . 2 | | A multi-channel orthogonal frequency division mult plexing system implementation method of channel estimation | CN | | | |
| LTE | 3GPP TR25 .814 | | | Huawei Technologies | 20051063 673 10. 2 | | A wireless communications system at the frequency of the soft implementation of the method of multiplexing | CN | | | |
| LTE | 3GPP TR25 .814 | | | Huawei Technologies | 20051069500. 1 | | A wireless communications system at the time realize soft reuse method | CN | | | |
| LTE | 3GPP TS 36.2 11 | | | Huawei Technologies | 20101011s 052. 0 | | For business data multiplexing method of setting reference s gnal and its system | CN | | | |

Page 6
ETSI Rules of Procedure, 26 November 2008

| LTE | 3GPP TS 36.3 00 | | | Huawei Technologies | 200610109458.9 | | Broadcast / Multicast paging business users to receive information of the Ways | CN | | | |
|-----|-----|---|---|-----|-----|---|-----|-----|---|---|---|
| LTE | 3GPP TS36 .300 | | | Huawei Technologies | 200610085967.0 | | Wireless access technology in non-destructive method of switching | CN | | | |
| LTE | 3GPP TR25 .814 | | | Huawei Technologies | 200610036822.6 | | Up when a frequency resource allocation method | CN | | | |
| LTE | 3GPP TS 36.3 22 | | | Huawei Technologies | 200610119799.7 | | LTE technology ARQ method, sending equipment and receiving equipment | CN | | | |
| LTE | 3GPP TS29 .215 | | | Huawei Technologies | 200610000619.6 | | A mobile communication system and the use of network application function call business method | CN | | | |
| LTE | 3GPP TS36 .300 3GP; 3GPP TS 36.3 31 | | | Huawei Technologies | 200610005823.3 | | A long-term evolution of networks and user equipment in a state of the conversion method | CN | | | |
| LTE | 3GPP TR 25.8 13 | | | Huawei Technologies | 200610137217.8 | | LTE architecture of a control method of measurement under | CN | | | |
| LTE | 3GPP TS 36.3 00 | | | Huawei Technologies | 200610005625.2 | | Long-term evolution of the network user equipment to switch methods | CN | | | |

Page 7
ETSI Rules of Procedure, 26 November 2008

| LTE | 3GPP TS 36.2 11 | | | Huawei Technologies | 200680017590.7 | | Broadcasting business channel with non-broadcasting services for channel multiplexing method | CN | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTE | 3GPP TS 36.3 21 | | | Huawei Technologies | 200610112712.3 | | MAC layer downlink and uplink channel business approach | CN | | | |
| LTE | 3GPP TR 25.8 13 | | | Huawei Technologies | 200610081071.6 | | Two-tier network architecture system implementation method and its header compression, lossless migration Ways | CN | | | |
| LTE | 3GPP TR 25.8 13; 3GPP TR 23.8 82 | | | Huawei Technologies | 200610115029.4 | | Wireless communications system users noodle bearer resource allocation method and wireless communication systems | CN | | | |
| LTE | 3GPP TR 25.8 13 | | | Huawei Technologies | 200510139290.9 | | Multimedia Broadcast Multicast a business method implementation | CN | | | |
| LTE | 3GPP TS 36.3 00.8 TS 36.3 22 | | | Huawei Technologies | 200610126655.7 | | A data retransmission method and device | CN | | | |
| LTE | 3GPP 36.2 11 | | | Huawei Technologies | PCT/CN2016/00008 16 | | Two-dimensional pilot patterns | | | | |

| LTE | 3GPP TS 36.2 11 | | | Huawei Technologies | PCT CN2005 0008 5? | | Method and system for allocating communication resources | | | | |
|-----|------|---|---|---------------------|-------------------|---|-----------------------------------------------------------|---|---|---|---|
| LTE | 3GPP TR 25.8 14 | | | Huawei Technologies | PCT CN2005 0016 35 | | RESOURCE ALLOCATION METHOD FOR MIMO-OFDM OF MULTI-USER ACCESS SYSTEMS | | | | |
| LTE | 3GPP TS 36.2 11 | | | Huawei Technologies | 2006800 1620..9 | | Method and system for synchronization in a communication system | CN | | | |
| LTE | 3GPP TR 25.8 14 | | | Huawei Technologies | PCT CN2006 0000 76 | | METHOD FOR IMPROVED SYNCHRONIZATIO N AND INFORMATION TRANSMISSION IN A COMMUNICATION SYSTEM | | | | |
| LTE | 3GPP TR 36.9 42 ; 3GPP TR 36.9 42 | | | Huawei Technologies | 200610138010.7 | | Interfere with the performance of mobile communication system testing methods, devices and systems planning approach | CN | | | |
| LTE | 3GPP TR 36.8 01 | | | Huawei Technologies | 200610099832.X | | A long-term evolution of the system method of measurement channels | CN | | | |
| LTE | 3GPP TR 36.8 01 | | | Huawei Technologies | 200610104126.2 | | A method of measuring neighborhood community and user terminals | CN | | | |

| LTE | 3GPP TS36 .300 | | | Huawei Technologies | 200610078119. 6 | | Broadcast multicast transmission method and system | CN | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTE | 3GPP TS36 .331; 3GPP TS36 .304 | | | Huawei Technologies | 200610157352. 3 | | A user equipment access and a user equipment | CN | | | |
| LTE | 3GPP TS 36.3 00 | | | Huawei Technologies | 200610127731. 8 | | A Multimedia Broadcast Multicast Send business deal with methods and systems | CN | | | |
| LTE | 3GPP TS36 .331 | | | Huawei Technologies | 200710072995. 2 | | A user access control method and device | CN | | | |
| LTE | 3GPP TS 36.3 21 | | | Huawei Technologies | 200610170368. 5 | | An indicator of changes Ways news | CN | | | |
| LTE | 3GPP TS 23.4 01;3 GPP TS 23.4 01 | | | Huawei Technologies | 200610173372. X | | Mobile communication method, mobile communication systems and access entity | CN | | | |
| LTE | 3GPP TS 36.3 00 ; 3GPP TS 36.3 22 V8.2. 0 | | | Huawei Technologies | 200610002829. 5 | | A data retransmission method and system | CN | | | |
| LTE | 3GPP TS23 .401 | | | Huawei Technologies | 200610159665. 1 | | A mobility management entity / user plane entity migration Ways | CN | | | |

| LTE | 3GPP TR 25.8 13 | | | Huawei Technologies | 200610065069. 1 | | Implementation of user equipment mobility management method and system | CN | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTE | 3GPP TR 25.8 14 | | | Huawei Technologies | 200610065072. 7 | | Implementation of user equipment mobility management method and system | CN | | | |
| LTE | 3GPP TR 25.8 13 | | | Huawei Technologies | 200610093521. 1 | | A MAC layer data processing methods and the use of the method of base stations and user terminals | CN | | | |
| LTE | 3GPP TS 36.3 00 | | | Huawei Technologies | 200610099342. 6 | | Mobile communication systems data rearrangement method and device | CN | | | |
| LTE | 3GPP TS 36.3 22 | | | Huawei Technologies | 200610070875. 1 | | Baotou, a data optimization method | CN | | | |
| LTE | 3GPP TS36 .322 | | | Huawei Technologies | 200610058107. 6 | | A wireless network communication device | CN | | | |
| LTE | 3GPP TS 36.4 23 | | | Huawei Technologies | 200710062094. 1 | | Switched end-to-macro approach, and community systems, terminals, access nodes and gateways | CN | | | |
| LTE | 3GPP 36.3 00 | | | Huawei Technologies | 200610100521. 1 | | An ARQ data treatment method | CN | | | |
| LTE | 3GPP TS36 .300 | | | Huawei Technologies | 200610077092. 6 | | Wireless cellular networks and the frequency band allocation method | CN | | | |

| LTE | 3GPP TS 36.3 00 | | | Huawei Technologies | 200610073057. 9 | | Random access wireless network resource allocation method and system | CN | | | |
|-----|-----|---|---|-----|-----|---|-----|----|---|---|---|
| LTE | 3GPP TS 36.2 13 | | | Huawei Technologies | 200680021209. 5 | | Pre-coding MIMO-OFDM system to reduce feedback overhead of the Ways | CN | | | |
| LTE | 3GPP TS 36.2 11 | | | Huawei Technologies | 200680038917. 1 | | Carry synchronization information and frame coding method of timing synchronization | CN | | | |
| LTE | 3GPP TS 36.4 23; 3GPP TS 36.3 00 | | | Huawei Technologies | 200780001396. X | | Ways to determine the network parameters | CN | | | |
| LTE | 3GPP TS 36.2 11 | | | Huawei Technologies | 200710165128. X | | A frame synchronization signal encoding method | CN | | | |
| LTE | 3GPP TS 36.3 00 | | | Huawei Technologies | 200710089279. 5 | | Cell-constrained network terminal measurement method and equipment | CN | | | |
| LTE | 3GPP TS 36.2 11 | | | Huawei Technologies | 200710080279. 9 | | Frame synchronization and access to community groups and the Ways of the information system | CN | | | |
| LTE | 3GPP TR23 .879 | | | Huawei Technologies | 200710065101. 6 | | User instructions state Ways and business management methods and devices | CN | | | |

| LTE | 3GPP TS36.304 | | | Huawei Technologies | 200710137560. 1 | | A measurement control method, the user terminals, network equipment and system side | CN | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTE | 3GPP TS 36.211 | | | Huawei Technologies | 200810094496. 8 | | A communication system set up synchronization signal method and device | CN | | | |
| LTE | 3GPP TS 36.211 | | | Huawei Technologies | 200710074200. 1 | | Zero correlation zone to determine the length of the collection methods, devices and mobile communication systems | CN | | | |
| LTE | 3GPP TS 36.300 | | | Huawei Technologies | 200710117635. X | | Terminal equipment on the limited network measurement method and device start-up | CN | | | |
| LTE | 3GPP TS 36.413;3GPP TS 36.423;3GPP TS 36.401 | | | Huawei Technologies | 200710002182. 1 | | An evolution of network signaling S1 even set up the method, devices and systems | CN | | | |
| LTE | 3GPP TS 36.413 | | | Huawei Technologies | 200810081389. 9 | | A communication system set up synchronization signal method and device | CN | | | |

Page 13
ETSI Rules of Procedure, 26 November 2008

| LTE | 3GPP TS 36.4 23 | | | Huawei Technologies | 200710103626.9 | | Synchronization method, communications switching, wireless networks and nodes | CN | | | |
|-----|------|--|--|------|------|--|------|-----|--|--|--|
| LTE | 3GPP TS 36.3 31;3 GPP TS 36.2 11;3 GPP TS 36.3 00 | | | Huawei Technologies | 200710111961.X | | A community access control and user equipment | CN | | | |
| LTE | 3GPP TS 36.4 13;T S 36.4 13 | | | Huawei Technologies | 200710191669.9 | | An evolution of network signaling when switching NAS approach, devices and systems | CN | | | |
| LTE | 3GPP TS 36.3 00 | | | Huawei Technologies | 200710115107.5 | | An evolution of network data based on the X2 switch forward method | CN | | | |
| LTE | 3GPP TS 36.4 13 | | | Huawei Technologies | 200710175112.9 | | S1 switch on the downlink and uplink packet Ways forward | CN | | | |
| LTE | 3GPP TS23 .402 3GPP TS 23.4 02 | | | Huawei Technologies | 200710177515.X | | A process of evolution of the network switch to release the source of network resources and systems | CN | | | |
| LTE | 3GPP TS23 .216 | | | Huawei Technologies | 200710111459.3 | | Ways switch, terminal methods of re-attachment | CN | | | |

Page 14
ETSI Rules of Procedure, 26 November 2008

| LTE | 3GPP TS 23.8 69 | | | Huawei Technologies | 200710301841. X | | An emergency call method and device | CN | | | |
| LTE | 3GPP TS 23.4 01 | | | Huawei Technologies | 200710130353. 4 | | A method of carrying delete | CN | | | |
| LTE | 3GPP 33.4 01 36.4 13 | | | Huawei Technologies | 200710151585. 5 | | An active state of the activation key updating method | CN | | | |
| LTE | 3GPP TS 36.3 31 | | | Huawei Technologies | 200710084514. X | | A business method and device time-division multiplexing | CN | | | |
| LTE | 3GPP TS36 .211 | | | Huawei Technologies | 200710112774. 3 | | The serial communication system distribution, treatment methods and devices | CN | | | |
| LTE | 3GPP TS 36.2 11 | | | Huawei Technologies | PCT/CN2008/07065 7 | | Resources of information request for the indication of time-frequency resource allocation, transmission methods and devices | | | | |
| LTE | 3GPP TS 32.5 01 | | | Huawei Technologies | 200710092737. 7 | | Automatically achieve the management of equipment and management of equipment and system link | CN | | | |
| LTE | 3GPP TS 33.8 20 | | | Huawei Technologies | 200710121191. 2 | | Household micro-base stations, access control method and system | CN | | | |

Page 15
ETSI Rules of Procedure, 26 November 2008

| LTE | 3GPP TS 36.3 00 | | | Huawei Technologies | 200810032554.9 | | Optimize the adjacent list of community relations approach, systems and related equipment | CN | | | |
|-----|------|---|---|---------------------|----------------|---|------------------------------------------------------------------------------------------------|-----|---|---|---|
| LTE | 3GPP TS 23.2 72 | | | Huawei Technologies | 200710301877.6 | | Back to back to set up voice calls CS domain methods systems and related methods and equipment | CN | | | |
| LTE | 3GPP TS 23.2 72 | | | Huawei Technologies | 200810176228.0 | | Back to back to set up voice calls CS domain methods, systems and related methods and equipment | CN | | | |
| LTE | 3GPP TS 36.3 31 | | | Huawei Technologies | 200718162770.6 | | System information block mapping methods, systems and devices | CN | | | |
| LTE | 3GPP TS 36.3 31 | | | Huawei Technologies | 200810602317.2 | | Detect wireless link fails, the failure of wireless links to reduce the loss of Ways and equipment | CN | | | |
| LTE | 3GPP TS36 .331 | | | Huawei Technologies | 200810166336.X | | For random access method of radio resource allocation and base station equipment | CN | | | |
| LTE | 3GPP TS 36.2 11 | | | Huawei Technologies | 200710093124.X | | A data-cutting methods and devices | CN | | | |
| LTE | TS36 .304 | | | Huawei Technologies | 200700731.X | | Paging a moment method to determine | CN | | | |
| LTE | 3GPP TS36 .300 | | | Huawei Technologies | 200810028184.1 | | Access to community re-election priority | CN | | | |

Page 16
ETSI Rules of Procedure, 26 November 2008

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | method and system | | | | |
| LTE | 3GPP TS 36.3 04 | | | Huawei Technologies | 2007101101502 | | Presence of a network approach | CN | | |
| LTE | 3GPP TS36 .331 | | | Huawei Technologies | 200810672067.9 | | Data measurement methods, data measurement and control methods and equipment. systems | CN | | |
| LTE | 3GPP TS36 .212 | | | Huawei Technologies | 200810094391.2 | | MCS configuration with the CQI mapping relations between bit-rate access methods and devices | CN | | |
| LTE | 3GPP TS 36.3 21 | | | Huawei Technologies | 200810151892.3 | | A redundancy version and the wireless frame number. and bind its sub-frame method and device | CN | | |
| LTE | 3GPP TS 36.2 13 | | | Huawei Technologies | 200810217759.0 | | Ways to release reserved resources. devices and base station equipment | CN | | |
| LTE | 3GPP TS 36.3 31 | | | Huawei Technologies | 200810005050.3 | | An optimized method of switching equipment and base stations | CN | | |
| LTE | 3GPP TS 36.4 13 | | | Huawei Technologies | 200810006061-0.8 | | Circuit domain business methods and equipment | CN | | |
| LTE | 3GPP TS 23.2 72 | | | Huawei Technologies | 200810079901.2 | | Packet processing circuit domain user domain business methods. devices and systems | CN | | |

| LTE | 3GPP TS 23.2 72 | | | Huawei Technologies | 200810060060.5 | | Packet domain processing methods, devices and systems | CN | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTE | 3GPP TR 23.8 69 | | | Huawei Technologies | 200810006121.1 | | A user equipment for emergency access methods, devices and systems | CN | | | |
| LTE | 3GPP TR29 .804 | | | Huawei Technologies | 200810103443.5 | | A strategy and billing control information control method and system | CN | | | |
| LTE | 3GPP TS 23.4 02 | | | Huawei Technologies | 200810116235.6 | | Implementation of a wireless network switching methods devices and systems | CN | | | |
| LTE | 3GPP TS 23.4 01 | | | Huawei Technologies | 200810212137.2 | | ISR methods and implementation of a periodic update approach | CN | | | |
| LTE | 3GPP TS 23.4 01 | | | Huawei Technologies | 200810038581.7 | | A data communication method and communication systems and related devices | CN | | | |
| LTE | 3GPP TS 23.2 72 | | | Huawei Technologies | 200810173255.6 | | Ways paging of user equipment, network equipment, the user equipment and network systems | CN | | | |
| LTE | 3GPP TR 24.8 01 | | | Huawei Technologies | 200810210200.0 | | A method of reducing the paging | CN | | | |
| LTE | 3GPP TS 23.4 02 | | | Huawei Technologies | 200810132061.7 | | A heterogeneous network to switch the location of the district to obtain information of methods, devices and systems | CN | | | |

| LTE | 3GPP TS 24.301 | | | Huawei Technologies | 200810114695.3 | | Bearer quality of service updated method and device | CN | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTE | 3GPP TS 23.401 | | | Huawei Technologies | 200810173033.4 | | Ways to release resources and systems, base stations, gateways and mobile service management network element. | CN | | | |
| LTE | 3GPP TS 29.274 | | | Huawei Technologies | 200810042019.7 | | Load delete methods, communications systems and related equipment; | CN | | | |
| LTE | 3GPP TS 33.401 | | | Huawei Technologies | 200810039233.7 | | A network security to prevent out-of-step approach; | CN | | | |
| LTE | 3GPP TS 33.401 | | | Huawei Technologies | 200810116831.4 | | Network security to prevent out-of-step methods and devices | CN | | | |
| LTE | 3GPP TR33.821 | | | Huawei Technologies | 200810160852.1 | | Algorithm consultation methods, devices and systems | CN | | | |
| LTE | 3GPP TR 36.912 | | | Huawei Technologies | 200810065458.8 | | Higher-order antenna diversity transmission method and system | CN | | | |
| LTE | 3GPP TS 36.213 | | | Huawei Technologies | 200810108409.8 | | Many sub-frame ACK Resource Mapping | CN | | | |
| LTE | 3GPP TS 36.321 | | | Huawei Technologies | 200810210505.0 | | one method of UL SPS configuration for TDD | CN | | | |

| LTE | 3GPP TS 36.2 13 | | | Huawei Technologies | 200810217251.3 | | Semi-static scheduling of the response packet of information feedback, receiving method and device | CN | | | |
|-----|-----|---|---|-----|-----|---|-----|-----|---|---|---|
| LTE | 3GPP TS 36.3 31 | | | Huawei Technologies | 200810065298.9 | | Scheduling information system implementation methods, systems and terminals | CN | | | |
| LTE | 3GPP TS36 .321 | | | Huawei Technologies | 200810065291.7 | | Communication Systems and Equipment Ways to release resources | CN | | | |
| LTE | 3GPP TS36 .304 | | | Huawei Technologies | 200810091037.1 | | Cell re-election methods, devices and communication systems | CN | | | |
| LTE | 3GPP TS 36.3 21 | | | Huawei Technologies | 200810066888.3 | | A buffer status report sent Ways and their equipment | CN | | | |
| LTE | 3GPP TS 36.3 31 | | | Huawei Technologies | 200810110328.3 | | Ways of message management systems, devices and systems | CN | | | |
| LTE | 3GPP TS23 .401; 3GPP TS36 .413; 3GPP TS36 .331 | | | Huawei Technologies | 200810139080.2 | | ETWS message broadcast transmission systems, devices and methods | CN | | | |
| LTE | 3GPP TS36 .331 | | | Huawei Technologies | 200810046799.8 | | Key derivative methods, equipment and systems; | CN | | | |
| LTE | 3GPP TS36 .331; | | | Huawei Technologies | 200810067325.5 | | Message to send and receive methods, equipment and systems | CN | | | |

Page 20
ETSI Rules of Procedure, 26 November 2008

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3GPP TS36 .413; 3GPP TS 23.0 41 | | | | | | | | | | |
| LTE | 3GPP TS36 .321 | | | Huawei Technologies | 200810211770. 5 | | A data-hoisting methods and equipment | CN | | | |
| LTE | 3GPP TR R3.0 20 | | | Huawei Technologies | 200810065265. 1 | | A non-access layer message routing method | CN | | | |
| LTE | 3GPP TS 36.4 13 | | | Huawei Technologies | 200810120806. 7 | | Methods set up communication links, network elements and systems | CN | | | |
| LTE | 3GPP TS 36.4 23 | | | Huawei Technologies | 200810171695. X | | The allocation of community identification methods and the base station | CN | | | |
| LTE | 3GPP TR R3.0 20 | | | Huawei Technologies | 200810119226. 8 | | An access point clock synchronization methods. equipment and systems | CN | | | |
| LTE | 3GPP TR R3.0 20 | | | Huawei Technologies | 200810170927. 5 | | A binding certification methods. systems and devices | CN | | | |
| LTE | 3GPP TS36 .211 | | | Huawei Technologies | 200750001879. X | | Communication Systems sequence distribution methods treatment methods and devices sequence | CN | | | |
| LTE | 3GPP TS 36.2 14 | | | Huawei Technologies | 200810160061. 7 | | Measurement of regional signals, devices and systems | CN | | | |

Page 21
ETSI Rules of Procedure, 26 November 2008

| LTE | 3GPP TS 36.2 11 | | | Huawei Technologies | 200810007309.0 | | A feedback control method and communication systems and related equipment | CN | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTE | 3GPP TS 36.2 13 | | | Huawei Technologies | 200810007987.3 | | Send, access to user information of power distribution method and device | CN | | | |
| LTE | 3GPP TS 36.2 11 | | | Huawei Technologies | 200810127130.5 | | Rank check, add cover methods, devices and communication systems | CN | | | |
| LTE | 3GPP TS 36.2 11 | | | Huawei Technologies | 200810133849.7 | | Channel allocation method and device, channel access methods and devices | CN | | | |
| LTE | 3GPP TS 36.2 11 | | | Huawei Technologies | 200810129106.0 | | Channel re-mapping method and device | CN | | | |
| LTE | 3GPP TS 36.2 12 | | | Huawei Technologies | 200810126332.5 | | Multi-antenna system directed feedback methods systems and equipment | CN | | | |
| LTE | 3GPP TS 36.2 12 | | | Huawei Technologies | 200810118215.9 | | Resources directed methods and devices | CN | | | |
| LTE | 3GPP TS 36.2 01 | | | Huawei Technologies | 200810189700.2 | | Resources directed methods and devices | CN | | | |
| LTE | 3GPP TS 36.2 12 | | | Huawei Technologies | 200810042196.10 | | Pilot user uplink bandwidth re-allocation methods devices and systems | CN | | | |

Page 22
ETSI Rules of Procedure, 26 November 2008

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTE | 3GPP TS 36.2 12 | | | Huawei Technologies | 200810217790.3 | | Resources mapping, decoding methods, devices and communication systems | CN | | | |
| LTE | 3GPP TS 36.2 12 | | | Huawei Technologies | 200710097226.8 | | Control signaling transmission method, network equipment and terminal side | CN | | | |
| LTE | 3GPP TS 36.2 12 | | | Huawei Technologies | 200710074167.2 | | Multi-channel multiplex transmission method and device | CN | | | |
| LTE | 3GPP TS 36.2 11 | | | Huawei Technologies | 200710101570.X | | Channel Quality implementation instructions and information to send, end-user terminals and base stations | CN | | | |
| LTE | 3GPP TS 36.2 12 | | | Huawei Technologies | 200710111533.7 | | Communication Systems sequence distribution methods, treatment methods and devices sequence | CN | | | |
| LTE | 3GPP TS 36.2 12 | | | Huawei Technologies | 200710108488.X | | For the paging information transmission method, sending device, receiving device | CN | | | |
| UMTS | 3GPP TS 23.2 03 | | | Huawei Technologies | 200510001061.0 | | Mobile communications network application function entity information treatment methods | CN | | | |

Page 23
ETSI Rules of Procedure, 26 November 2008

| UMTS | 3GPP TR29 .804 | | | Huawei Technologies | 200610086519.6 | | A mobile communication system and the use of network application function call business method | CN | | | |
| UMTS | 3GPP TR 23.4 01 | | | Huawei Technologies | 200519107798.4 | | A business method implementation | CN | | | |
| UMTS | 3GPP TR 22.9 48 | | | Huawei Technologies | 200610082290.3 | | SIP protocol based on user identity management implementation method | CN | | | |
| UMTS | 3GPP TS23 .401 | | | Huawei Technologies | 200610072378.8 | | Wireless Network Register district allocation methodology and application | CN | | | |
| UMTS | 3GPP TR23 .880 | | | Huawei Technologies | 200710100532.2 | | User equipment and paging system | CN | | | |
| UMTS | 3GPP TS23 .401; 3GPP TS 23.0 60 | | | Huawei Technologies | 200610093569.2 | | An evolution of network signaling the implementation restrictions Ways | CN | | | |
| UMTS | 3GPP TS 23.4 02 | | | Huawei Technologies | 200610079926.8 | | SAE System Architecture in the terminal 3GPP access system at the register flow | CN | | | |
| UMTS | 3GPP TR23 .882; 3GPP TS 36.4 13 | | | Huawei Technologies | 200610099616.4 | | An evolution of network QOS business set up to amend Ways | CN | | | |

Page 24
ETSI Rules of Procedure, 26 November 2008

| UMTS | 3GPP TS 25.2 12 | | | Huawei Technologies | 200710088862.1 | | High-speed downlink shared channel coding method and reuse system | CN | | | |
|------|------|--|--|------|------|--|------|----|--|--|--|
| UMTS | 3GPP TS23 .203 | | | Huawei Technologies | 200610109875.0 | | Communication systems strategy and implementation of equipment billing, online billing system and method | CN | | | |
| UMTS | 3GPP TR 22.9 42 | | | Huawei Technologies | 200610110868.8 | | A network storage system and network access control method of storing content | CN | | | |
| UMTS | 3GPP TS33 .401 | | | Huawei Technologies | 200610090103.7 | | The evolution of wireless communications network Key Distribution Method and System for | CN | | | |
| UMTS | 3GPP TS23 .401 | | | Huawei Technologies | 200910116390.2 | | A mobile communication system at the transfer of the user equipment and system | CN | | | |
| UMTS | 3GPP TS 23.4 01 | | | Huawei Technologies | 200710130093.1 | | A limitation associated signaling or go under the separation process | CN | | | |
| UMTS | 3GPP TS 23.4 01 | | | Huawei Technologies | 200610145111.0 | | An evolution of the dual-network access system UE implicit in the separation of program implementation | CN | | | |
| UMTS | 3GPP TR 33.8 21 | | | Huawei Technologies | 200710013907.1 | | START value of a transmission method and system | CN | | | |

| UMTS | 3GPP TR33 .821 | | | Huawei Technologies | 200710005020. 1 | | A key to identify and update methods | CN | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UMTS | 3GPP TS 23.2 04 | | | Huawei Technologies | 200710143853. 0 | | SIP message exchange text messages with the traditional methods, systems and information exchange entities | CN | | | |
| UMTS | 3GPP TS25 .321 | | | Huawei Technologies | 200610003521. 1 | | A MAC layer data processing methods and the use of the method of base stations and user terminals | CN | | | |
| UMTS | 3GPP TR 22.9 42 | | | Huawei Technologies | 200610059010. 8 | | In communication systems for data transmission methods | CN | | | |
| UMTS | 3GPP TS36 .300 | | | Huawei Technologies | 200610058625. 9 | | With retransmission request data transmission method and receiving end status report methodology | CN | | | |
| UMTS | 3GPP TR33 .821 | | | Huawei Technologies | 200610057590. 7 | | An implementation of the evolution of access networks to ensure the safety of the Ways | CN | | | |
| UMTS | 3GPP TS33 .220 | | | Huawei Technologies | 200610061822. 1 | | A framework to prevent the common authentication service function entity by the attacks | CN | | | |
| UMTS | 3GPP TS 22.2 59 | | | Huawei Technologies | 200610025182. 1 | | User network device management method and the user network management entities | CN | | | |

| UMTS | 3GPP TR 23.4 012 | | | Huawei Technologies | 200651000331135.1 | | Evolution of a 3GPP network roaming user data routing optimization method | CN | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| UMTS | 3GPP TS 25.3 31 | | | Huawei Technologies | 200712091224.1 | | Reported upstream business method between nodes, channel switching method and system | CN | | | |
| UMTS | 3GPP TR R3.0 21;3 GPP TS 25.4 13;3 GPP TS 25.4 23 | | | Huawei Technologies | 200719126769.4 | | Re-positioning methods, communications systems and radio network controller | CN | | | |
| UMTS | 3GPP TS 25.3 21 | | | Huawei Technologies | 200819002615.1 | | Wireless communications in the uplink data transmission methods and devices | CN | | | |
| UMTS | 3GPP TS:2 5.32 1;3G PP TS 25.3 19 | | | Huawei Technologies | 200710307809.0 | | Ways to release resources, terminal, network-side equipment and network systems | CN | | | |
| UMTS | 3GPP TS 25.3 21 | | | Huawei Technologies | 200810065771.7 | | Control the release of the uplink user equipment resources and devices | CN | | | |
| UMTS | 3GPP TR23 .879 | | | Huawei Technologies | 200710312761.3 | | Re positioning of the methods and equipment | CN | | | |

| UMTS | 3GPP TS25.433; 3GPP TS25.331 | | | Huawei Technologies | 200810132545.9 | | Set up a wireless link of the method | CN | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UMTS | 3GPP TS 23.4 C1 | | | Huawei Technologies | 200810050399.9 | | User equipment capacity information transmission method, the user equipment and network equipment | CN | | | |
| UMTS | 3GPP TR R3.0 20 | | | Huawei Technologies | 200810091997.6 | | Packet forward method and device, packet generation devices and communication systems | CN | | | |
| UMTS | 3GPP TS23.401 | | | Huawei Technologies | 200710127626.9 | | A wireless communications network, the maximum transfer rate using the polymerization method | CN | | | |
| UMTS | 3GPP TS23.401 | | | Huawei Technologies | 200710150736.8 | | Wireless network set up the default load method and system | CN | | | |
| UMTS | 3GPP TR23.882 | | | Huawei Technologies | 200710102762.2 | | A voice conversation achieve continuity method and device | CN | | | |
| UMTS | 3GPP TS23.401 | | | Huawei Technologies | 200710111659.1 | | A selection method of network equipment and systems and devices | CN | | | |
| UMTS | 3GPP TS 23.4 C2 | | | Huawei Technologies | 200710094119.3 | | An evolution of network mobile terminal and network mobility management protocol consultation methods | CN | | | |

| UMTS | 3GPP TR23 .882 | | | Huawei Technologies | 200710413319.4 | | Ways of implementation of voice conversation, voice continuity and communication systems | CN | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| UMTS | 3GPP TS 23.4 01 | | | Huawei Technologies | 200710110072.X | | Save the address of the network anchor to the network server implementation methods and communication systems | CN | | | |
| UMTS | 3GPP TS 23.4 02 | | | Huawei Technologies | 200710111963.9 | | An evolution of network Ways Register PMIP roaming | CN | | | |
| UMTS | 3GPP TS 23.4 01 | | | Huawei Technologies | 200710137637.5 | | Ways to identify the user equipment and installations and the Provisional logo transmission and distribution methods | CN | | | |
| UMTS | 3GPP TS 23.4 01;3 GPP TS 23.4 02 | | | Huawei Technologies | 200710173140.0 | | The release of the source of network resources, gateway entity as well as network equipment | CN | | | |
| UMTS | 3GPP TS 23.4 01 | | | Huawei Technologies | 200710075093.X | | Network-initiated secondary side flow activation treatment methods and devices | CN | | | |
| UMTS | 3GPP TS23 .401 | | | Huawei Technologies | 200710075751.4 | | Bearing logo treatment methods and equipment | CN | | | |

| UMTS | 3GPP TS23 .401 | | | Huawei Technologies | 200710151879. 2 | | Load flow in the default set up at the same time set up to launch the exclusive bearer of the flow | CN | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| UMTS | 3GPP TS 23.4 02 | | | Huawei Technologies | 200710076524. 9 | | A wireless communications network in the provision of network and information system | CN | | | |
| UMTS | 3GPP TS 23.4 02 | | | Huawei Technologies | 200710145128. 7 | | A business network identification information transmission method | CN | | | |
| UMTS | 3GPP TS23 .401 | | | Huawei Technologies | 200710182045. 5 | | A user equipment attached to the Ways | CN | | | |
| UMTS | 3GPP TS23 .402 | | | Huawei Technologies | 200710103578. 7 | | Network protocol connectivity access network set up and conversation Ways delete | CN | | | |
| UMTS | 3GPP TS 23.0 60 | | | Huawei Technologies | 200710103715. 9 | | Bearer set up a method and related devices | CN | | | |
| UMTS | 3GPP TR23 .882 | | | Huawei Technologies | 200710169085. 1 | | A general access network and the use of its operational implementation methods | CN | | | |
| UMTS | 3GPP TR23 .882 | | | Huawei Technologies | 200710107728. 1 | | Implementation of a business continuity methodology and terminal equipment | CN | | | |
| UMTS | 3GPP TS 23.2 03;3 GPP | | | Huawei Technologies | 200710151146. 1 | | A conversation modified method and system | CN | | | |

| | TS 29.2 12 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| UMTS | 3GPP TS 24.3 01 | | | Huawei Technologies | 200710077387.0 | | Distribution, access to the location area identification information of the methods, devices and systems | CN | | |
| UMTS | 3GPP TS23 .401 | | | Huawei Technologies | 200710151773.X | | The location of a mobile terminal to update the treatment methods, systems and devices | CN | | |
| UMTS | 3GPP TS 23.4 01 | | | Huawei Technologies | 200710167036.2 | | Ways register a double-deal | CN | | |
| UMTS | 3GPP TS 23.0 60 | | | Huawei Technologies | 200710165162.9 | | UMTS system with the SAE bearer between the consistency of the allocation of resources for treatment | CN | | |
| UMTS | 3GPP TS 23.4 01 | | | Huawei Technologies | 200710166096.8 | | A network through the evolution of the old temporary identity have network access methods and devices | CN | | |
| UMTS | 3GPP TS 23.4 02 | | | Huawei Technologies | 200710169584.5 | | Achieve a switching network optimization methods, equipment and systems | CN | | |
| UMTS | 3GPP TS 23.0 60 | | | Huawei Technologies | 200710062900.4 | | Implementation of a mobile communication system carrying out the method of activation | CN | | |
| UMTS | 3GPP TS | | | Huawei Technologies | 200610155342.5 | | Selection strategy and the rules of functional entities | CN | | |

Page 31
ETSI Rules of Procedure, 26 November 2008

| | 23.2 03 | | | | | | billing methods and devices | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UMTS | 3GPP TS 29.8 04 | | | Huawei Technologies | 2008100577 16. 1 | | Strategies and rules of the functional entities billing methods and devices for the maintenance of information | CN | | | |
| UMTS | 3GPP TS 23.4 01 | | | Huawei Technologies | 2008100091 18. 6 | | An access network and network behavior | CN | | | |
| UMTS | 3GPP TS23 .402 | | | Huawei Technologies | 2008100063159. 6 | | A gateway selection method | CN | | | |
| UMTS | 3GPP TR33 .401 | | | Huawei Technologies | 2007100031193. 1 | | Security algorithm consultations | CN | | | |
| UMTS | 3GPP TS 36.2 13 | | | Huawei Technologies | PCT/CN2008/070829 | | Send control signaling method and device | CN | | | |
| UMTS | 3GPP TR 22.9 48 | | | Huawei Technologies | 2007101116112. 7 | | A conversation, then the right to deal with scheduling method | CN | | | |
| UMTS | 3GPP TS 25.3 04 | | | Huawei Technologies | 2007101101702. 2 | | A presence of networks and systems | CN | | | |
| UMTS | 3GPP TS 25.3 21 | | | Huawei Technologies | 2007101241235. 1 | | implementation of an information transmission methods. devices and systems | CN | | | |
| UMTS | 3GPP TS25 .433 | | | Huawei Technologies | 2007101241296. 6 | | implementation of an information transmission methods. devices and systems | CN | | | |

| UMTS | 3GPP TS 25.214;3 GPP TS 25.212 | | | Huawei Technologies | 200710186593.8 | | Control of High Speed Downlink Packet Access system model methods, devices and systems | CN | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| UMTS | 3GPP TS25.214; 3GPP TR 25.825 | | | Huawei Technologies | 200810186659.X | | A multi-carrier / community system carrier frequency control methods and devices | CN | | | |
| UMTS | 3GPP TS 25.435 | | | Huawei Technologies | 200810066213.9 | | A base station data scheduling methods, devices and systems | CN | | | |
| UMTS | 3GPP TS 25.304 | | | Huawei Technologies | 200810129015.6 | | A user equipment initiated the operation of the private community of methods, systems and devices | CN | | | |
| UMTS | 3GPP TS 25.425 | | | Huawei Technologies | 200810113178.5 | | Do not give a method for scheduling data, devices and systems | CN | | | |
| UMTS | 3GPP TS25.308 | | | Huawei Technologies | 200810186907.8 | | A multi-carrier air interface reconfiguration methods, devices and systems | CN | | | |
| UMTS | 3GPP TS25.423 | | | Huawei Technologies | 200810067903.9 | | An enhanced random access control methods, devices and systems | CN | | | |
| UMTS | 3GPP TS25.423 | | | Huawei Technologies | 200810210658.0 | | Wireless link set up request methods, equipment and systems | CN | | | |

Page 33
ETSI Rules of Procedure, 26 November 2008

| UMTS | 3GPP TS25 .331 | | | Huawei Technologies | 200810322691.1 | | Cell switching method and device | CN | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| UMTS | 3GPP TS25 .433; 3GPP TS 25.4 23; 3GPP TS 25.3 31 | | | Huawei Technologies | 200810175514.3 | | A service switching community notification methods and devices | CN | | | |
| UMTS | 3GPP TS25 .423 | | | Huawei Technologies | 200810009167.9 | | Enhanced Random Access Channel carried and set up a wireless network controller | CN | | | |
| UMTS | 3GPP TS25 .433; 3GPP TS25 .423 | | | Huawei Technologies | 200810218751.9 | | A multi-carrier system, community management methods | CN | | | |
| UMTS | 3GPP TS25 .433 | | | Huawei Technologies | 200810112788.0 | | A network resource allocation methods, equipment and systems | CN | | | |
| UMTS | 3GPP TS 25.3 46; 3GPP TS 25.4 23 | | | Huawei Technologies | 200810161210.3 | | Multicast SFN resource allocation methods, devices and systems | CN | | | |
| UMTS | 3GPP TS 25.4 23; 3GPP TS 25.4 33 | | | Huawei Technologies | 200810217501.X | | A resource allocation methods, devices and systems | CN | | | |

| UMTS | 3GPP TS 23.401 | | | Huawei Technologies | 200810006213. X | | A static IP address of the treatment methods, systems and equipment | CN | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UMTS | 3GPP TS23.402 | | | Huawei Technologies | 200810063361. 9 | | Subscriber equipment network selection methods and devices | CN | | | |
| UMTS | 3GPP TS23.203 | | | Huawei Technologies | 200810067293. X | | An information transmission methods, devices and systems | CN | | | |
| UMTS | 3GPP TS33.401 | | | Huawei Technologies | 200810066090. 9 | | A switching method and system | CN | | | |
| UMTS | 3GPP TS33.402 | | | Huawei Technologies | 200810066139. 9 | | A kind of authentication parameters to prevent misuse of the method | CN | | | |
| UMTS | 3GPP TS 33.402 | | | Huawei Technologies | 200810125229. 2 | | A protective mechanism ANDSF method | CN | | | |
| UMTS | 3GPP TR24.801 | | | Huawei Technologies | 200810066189. 9 | | A list of management methods and devices | CN | | | |
| UMTS | 3GPP TS25.304 | | | Huawei Technologies | 200810091037. 1 | | Cell re-election methods, devices and communication systems | CN | | | |
| UMTS | 3GPP TS25.214; 3GPP TS25.211 | | | Huawei Technologies | 200810753109. 1 | | A multi-frequency system control method of the user equipment and network access equipment | CN | | | |
| UMTS | 3GPP TS25.212 | | | Huawei Technologies | 200810115097. 0 | | Multi-carrier mode feedback control methods and information of the sending device | CN | | | |

| UMTS | 3GPP TS25.433; 3GPP TS25.423 | | | Huawei Technologies | 200810038407.8 | | CPC field anomalies of the treatment methods, devices and communication systems | CN | | | |
|------|------|---|---|---------------------|----------------|---|------------------------------------------------------------------------------------|----|---|---|---|
| UMTS | 3GPP TS 25.331 | | | Huawei Technologies | 200810085795.5 | | Reconfigurable Cell update methods, systems and equipment | CN | | | |
| UMTS | 3GPP TS25.435 | | | Huawei Technologies | 200810129381.5 | | A data transmission method, network system and corresponding device | CN | | | |
| UMTS | 3GPP TR 25.825 | | | Huawei Technologies | 200810065882.1 | | Multi-carrier system of information transmission method and device | CN | | | |
| UMTS | 3GPP TS25.308 | | | Huawei Technologies | 200810086232.0 | | Switching treatment methods, systems and devices | CN | | | |
| GSM | 3GPP TS 45.008 | | | Huawei Technologies | 200310101816.5 | | Multi-mode mobile terminal to select the method of community | CN | | | |
| GSM | 3GPP TS 44.060 | | | Huawei Technologies | 200710101875.2 | | A polling methods, systems and equipment | CN | | | |
| GSM | 3GPP TS 44.060 | | | Huawei Technologies | 200710115259.5 | | The instructions of an uplink control channel method and device | CN | | | |
| GSM | 3GPP TS 23.272 | | | Huawei Technologies | 200810042808.X | | Terminal re-election of the community method, devices and related equipment | CN | | | |

| GSM | 3GPP TS 44.3 18 | | | Huawei Technologies | 200710079021.7 | | Dual transfer mode switching method and generic access network controller | CN | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GSM | 3GPP TS 43.0 68 | | | Huawei Technologies | 200710073996.9 | | A business group called the control method and equipment | CN | | | | |
| GSM | 3GPP TS 44.3 18 | | | Huawei Technologies | 200810008149.7 | | Channel allocation methods, generic access network controller and communication system | CN | | | | |
| GSM | 3GPP TS 44.3 18 | | | Huawei Technologies | 200810037056.5 | | Network Registration methods, equipment and systems | CN | | | | |
| GSM | 3GPP TS 44.0 18 | | | Huawei Technologies | 200810086641.0 | | GERAN network at a hair under the E-UTRAN neighborhood information and community survey report submitted to the Ways | CN | | | | |
| GSM | 3GPP TS48 .008 | | | Huawei Technologies | 200810118363.9 | | The release method and device of calling | CN | | | | |
| GSM | 3GPP TS 04.0 6 | | | Huawei Technologies | 200810102111.7 | | A message generation analytical methods and devices | CN | | | | |
| GSM | 3GPP TS48 .008 | | | Huawei Technologies | 200810086787.0 | | Data transmission methods, systems and base station subsystems and mobile switching center | CN | | | | |

| 3GPP | 3GPP TS 23.2 04 | | | Huawei Technologies | 200610067597.7 | | Communication process of the deal with Caller ID implementation method and device | CN | | | |
|------|------|---|---|------|------|---|------|----|---|---|---|
| 3GPP | 3GPP TS23 .204 | | | Huawei Technologies | 200510083942.1 | | An IP Multimedia Subsystem instant messaging Ways | CN | | | |
| 3GPP | 3GPP TS 32.1 22 | | | Huawei Technologies | 200610082291.7 | | Warning system for alarm filtering conditions of treatment methods | CN | | | |
| 3GPP | 3GPP TR 23.8 11 | | | Huawei Technologies | 200710113853.0 | | SIP message exchange text messages with the traditional methods, systems and information exchange entities | CN | | | |
| 3GPP | 3GPP TS 23.4 02 | | | Huawei Technologies | 200710091110.3 | | An evolution of network mobile terminal and network mobility management protocol consultation methods | CN | | | |
| 3GPP | 3GPP TS 24.3 01 | | | Huawei Technologies | 200710077387.0 | | Distribution, access to the location area identification information of the methods, devices and systems | CN | | | |
| 3GPP | 3GPP TS 23.2 04 | | | Huawei Technologies | 200710112601.X | | Different types of news business communications deal with methods, systems and equipment | CN | | | |
| 3GPP | 3GPP TR R3.0 20 | | | Huawei Technologies | 200710102654.A | | Certified access point equipment, methods, systems and devices | CN | | | |

Page 38
ETSI Rules of Procedure, 26 November 2008

| 3GPP | 3GPP TS 32.2 98;3 GPP TS 32.2 99 | | | Huawei Technologies | 200710195340.4 | | A PoC implementation Qualcomm billing methods, equipment and systems | CN | | | |
|------|------|--|--|------|------|--|------|----|--|--|--|
| 3GPP | 3GPP TS 23.4 02 | | | Huawei Technologies | 200710192866.3 | | A related strategy and implementation of functional entities billing methods, devices and systems | CN | | | |
| 3GPP | 3GPP TS 23.4 01 | | | Huawei Technologies | 200710099176.7 | | Different wireless access technology security consultations when switching between the methods and devices | CN | | | |
| 3GPP | 3GPP TS 23.2 04 | | | Huawei Technologies | 200710187076.8 | | Based on the SIP protocol message at the traditional network routing method and equipment | CN | | | |
| 3GPP | 3GPP TS 23.4 01 | | | Huawei Technologies | 200810039352.2 | | Signaling information restricted under treatment methods and related equipment | CN | | | |
| 3GPP | 3GPP TS 23.4 02 | | | Huawei Technologies | 200810025076.1 | | An inter-network tunnel switching methods and interconnection equipment | CN | | | |
| LTE | 3GPP TS 36.2 11 | | | Huawei Technologies | 200710076501.9 | | Channel allocation and ACK / NACK channel allocation method and device instructions | CN | | | |

| LTE | 3GPP TS 36.2 13 | | | Huawei Technologies | 200710165226.6 | | Response to cross-sub-frame duplication of information transmission method and device | CN | | | | |
|-----|------|---|---|------|------|---|------|----|---|---|---|---|
| LTE | 3GPP TS36 .211 | | | Huawei Technologies | 200710123676.X | | The serial communication system distribution, treatment methods and devices | CN | | | | |
| LTE | 3GPP TS36 .211 | | | Huawei Technologies | 200710306068.2 | | Send and receive scheduling information of the user data methods, devices and systems | CN | | | | |
| LTE | 3GPP TS36 .213 | | | Huawei Technologies | 200810210233.2 | | Method for designing pilot | CN | | | | |
| LTE | 3GPP TS36 .211 | | | Huawei Technologies | 200810033716.6 | | An uplink control channel transmission method of the code and installation | CN | | | | |
| LTE | 3GPP TS36 .213 | | | Huawei Technologies | 200710135283.2 | | Subcarriers of the synchronization between different systems and sub-carrier spacing Detected | CN | | | | |
| LTE | 3GPP TS36 .213 | | | Huawei Technologies | 200810000187.8 | | Distinction between community status within the sub-frame methods, devices and systems | CN | | | | |
| LTE | 3GPP TS36 .211 | | | Huawei Technologies | 200810000183.X | | An ACK channel feedback method and device | CN | | | | |
| 3GPP | 3GPP TS 33.2 24 | | | Huawei Technologies | 200810116188.1 | | METHOD AND DEVICE FOR REALIZING PUSH SERVICE OF GAA | CN | | | | |

Page 40
ETSI Rules of Procedure, 26 November 2008

| 3GPP | 3GPP TS 23.2 04 | | | Huawei Technologies | 200610066872.3 | | METHOD, SYSTEM AND APPARATUS FOR ROUTING MESSAGES BASED ON IP TRANSMISSION | CN | | | |
| GSM | 3GPP TS43 .068 | | | Huawei Technologies | 200610035773.1 | | Method for Transmitting Short Data in Group Call in Wireless Communication System | CN | | | |
| GSM | 3GPP TS 43.0 68 | | | Huawei Technologies | 200610075810.9 | | A method and system for sending SMD in trunk group | CN | | | |

\* Information on other members of a PATENT FAMILY is provided voluntarily (Clause 4.3 of the ETSI IPR Policy).

*Please return this form together with the "IPR Information Statement and Licensing Declaration form" to:*
*ETSI Director-General - ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16*