1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar No. 209502)
3  davidperlson@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   Attorneys for Samsung Electronics Co., Ltd.,
11 Samsung Electronics America, Inc., and
   Samsung Research America, Inc.

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 16  HUAWEI TECHNOLOGIES CO., LTD., et al., | CASE NO. 16-cv-02787-WHO |
| 17           Plaintiffs, | **DECLARATION OF SAM STAKE IN SUPPORT OF SAMSUNG'S MOTION TO PARTIALLY EXCLUDE THE REPORT AND TESTIMONY OF JORGE PADILLA, MICHAEL J. LASINSKI, AND CHARLES L. JACKSON AND STRIKE THE REBUTTAL OPINIONS OF JACQUES DELISLE AND ZHI DING** |
| 18      v. | |
| 19  SAMSUNG ELECTRONICS CO., LTD., et al., | |
| 20           Defendants. | |
| 21  SAMSUNG ELECTRONICS CO., LTD. & | |
| 22  SAMSUNG ELECTRONICS AMERICA, INC., | |
| 23           Counterclaim-Plaintiffs, | |
| 24      v. | |
| 25  HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., HUAWEI | |
| 26  TECHNOLOGIES USA, INC. & HISILICON TECHNOLOGIES CO., LTD., | |
| 27           Counterclaim-Defendants. | |
| 28 | |

I, Sam Stake, declare as follows:

I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Defendant Samsung Research America, Inc. (collectively, "Samsung"). I submit this declaration in support of Samsung's Motion to Partially Exclude the Report and Testimony of Jorge Padilla, Michael J. Lasinski, and Charles L. Jackson, and Strike the Rebuttal Opinions of Jacques deLisle and Zhi Ding.

1. I have personal knowledge of the facts set forth in this declaration, and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of Mr. Lasinski's opening report submitted in this action, dated April 27, 2018.

3. Attached hereto as Exhibit 2 is a true and correct copy of Dr. Padilla's opening report submitted in this action, dated April 27, 2018.

4. Attached hereto as Exhibit 3 is a true and correct copy of Dr. Padilla's rebuttal report submitted in this action, dated May 25, 2018.

5. Attached hereto as Exhibit 4 is a true and correct copy of Mr. Lasinski's rebuttal report submitted in this action, dated May 25, 2018.

6. Attached hereto as Exhibit 5 is a true and correct copy of Mr. Lasinski's supplemental report submitted in this action, dated June 12, 2018.

7. Attached hereto as Exhibit 6 is a true and correct copy of Dr. Padilla's supplemental report submitted in this action, dated June 12, 2018.

8. Attached hereto as Exhibit 7 is a true and correct copy of Dr. Jackson's opening report submitted in this action, dated April 27, 2018.

9. Attached hereto as Exhibit 8 is a true and correct copy of Dr. Gregory K. Leonard's opening report submitted in this action, dated April 27, 2018.

10. Attached hereto as Exhibit 9 is a true and correct copy of relevant excerpts from Plaintiffs' Direct Examination by Declaration for Expert Witness Dr. Ir. Ing. Rudi Bekkers in *TCL*

1  *Commc'ns Tech. Holdings Ltd. v. Telefonaktenbologet LM Ericsson*, No. CV 15-02370 JVS in the
2  United States District Court for the Central District of California, Southern Division ("TCL
3  Litigation").

4  11.  Attached hereto as Exhibit 10 is a true and correct copy of an ABIresearch Report
5  titled "LTE Standard Leadership and Terminal-Essential Patents Portfolios Analysis Within The
6  3GPP," dated August 25, 2016.

7  12.  Attached hereto as Exhibit 11 is a true and correct copy of relevant excerpts from
8  the transcript of Dr. Jackson's deposition, dated June 13, 2018.

9  13.  Attached hereto as Exhibit 12 is a true and correct copy of Dr. Leonard's rebuttal
10  report, dated May 25, 2018.

11  14.  Attached hereto as Exhibit 13 is a true and correct copy of relevant excerpts from
12  Plaintiffs' Direct Examination by Declaration for Expert Witness Dr. Apostolos (Paul) Kakaes in
13  the TCL Litigation.

14  15.  Attached hereto as Exhibit 14 is a true and correct copy of relevant excerpts from
15  the transcript of Dr. Padilla's deposition, dated June 28, 2018.

16  16.  Attached hereto as Exhibit 15 is a true and correct copy of Dr. deLisle's rebuttal
17  report, dated May 25, 2018.

18  17.  Attached hereto as Exhibit 16 is a true and correct copy of relevant excerpts from
19  the transcript of Dr. deLisle's deposition, dated June 15, 2018.

20  18.  Attached hereto as Exhibit 17 is a true and correct copy of Dr. Ding's rebuttal
21  report submitted in this action, dated May 25, 2018.

22  19.  Attached hereto as Exhibit 18 is a true and correct copy of Michael A.M. Davies'
23  opening report submitted in this action, dated April 27, 2018.

24  20.  Attached hereto as Exhibit 19 is a true and correct copy of a "Cellular Standard
25  Essential Patent Cross License Agreement Between Huawei Technologies Co., Ltd and Apple
26  Inc.," dated December 12, 2014, and produced in this litigation as HW_Samsung_000257642-667.

27  21.  Attached hereto as Exhibit 20 is a true and correct copy of relevant excerpts from
28  the transcript of Ms. Nanfen Yu's deposition, dated May 5, 2018.

1    22.    Attached hereto as Exhibit 21 is a true and correct copy of Professor Jean-Sebastien Borghetti's opening report submitted in this action, dated April 27, 2018.

2    23.    Attached hereto as Exhibit 22 is a true and correct copy of Professor Jacques Raynard's rebuttal report submitted in this action, dated May 25, 2018.

3    24.    Attached hereto as Exhibit 23 is a true and correct copy of relevant excerpts from the transcript of the deposition of Dr. Ding, dated June 7, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed July 3, 2018, in Shenzhen, China.

*/s/ Sam Stake*
Sam Stake

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the above Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Sam Stake has concurred in the aforementioned filing.

>           */s/ Victoria F. Maroulis*
>           Victoria F. Maroulis