1  QUINN EMANUEL URQUHART & SULLIVAN, LLP

2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  David A. Perlson (Bar No. 209502)
   davidperlson@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone:  (415) 875-6600
   Facsimile:  (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone:  (650) 801-5000
10 Facsimile:  (650) 801-5100

11 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and
12 Samsung Research America, Inc.

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16 | HUAWEI TECHNOLOGIES CO., LTD., et al.,           |
17 |              Plaintiffs,                          | CASE NO.  16-cv-02787-WHO
18 |     v.                                            |
19 | SAMSUNG ELECTRONICS CO., LTD., et al.,           | **DECLARATION OF COLE MALMBERG IN SUPPORT OF HUAWEI'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF HUAWEI'S SUMMARY JUDGMENT AND DAUBERT MOTIONS**
20 |              Defendants.                          |
21 |                                                   |
22 | SAMSUNG ELECTRONICS CO., LTD. & SAMSUNG ELECTRONICS AMERICA, INC., |
23 |              Counterclaim-Plaintiffs,             |
24 |     v.                                            |
25 | HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., HUAWEI TECHNOLOGIES USA, INC., & HISILICON TECHNOLOGIES CO., LTD., |
26 |                                                   |
27 |              Counterclaim-Defendants.             |
28 |                                                   |

I, Cole Malmberg, declare as follows:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc. (collectively, "Samsung"). Except as otherwise indicated, I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify thereto.

2. Pursuant to Civil L.R. 79-5, I make this declaration in support of Huawei's Administrative Motion to File Under Seal Portions of Huawei's Summary Judgment and Daubert Motions (Dkt. 327).

3. I have reviewed the portions of Huawei's Motion for Summary Judgment ("Huawei's MSJ"), Huawei's Daubert Motion on Technical Issues ("Huawei's Daubert Motion"), and Huawei's Motion to Preclude Samsung's FRAND Experts from Offering Improper Legal Opinions ("Huawei's Motion to Preclude") and the exhibits to each of those motions that contain or suggest confidential information.

**Huawei's MSJ**

4. The green highlighted portion on page 9, line 16 of Huawei's MSJ contains information about licensing negotiations conducted between Huawei and Samsung. Those negotiations were subject to a non-disclosure agreement and conducted confidentially. Samsung maintains information about those negotiations as highly confidential and does not disclose it to the public. Disclosure of such information to the public could harm Samsung's competitive standing by giving competitors access to information about Samsung's negotiating practices that Samsung does not have similar access to in return. The green highlighted portion on page 14, lines 3-8 of Huawei's MSJ contains technical information about the Samsung accused products. Samsung maintains this information as a trade secret and does not disclose it to the public. Disclosure of this information to the public could harm Samsung's competitive standing by revealing information that Samsung invested substantial time and resources to develop. Samsung does not maintain a claim of confidentiality over any other green highlighted portions of Huawei's MSJ.

1    5.    The yellow highlighted portions on page 9, lines 26-28 and page 10, lines 10-11 of Huawei's MSJ contain information about licensing negotiations conducted between Huawei and Samsung.  Those negotiations were subject to a non-disclosure agreement and conducted confidentially.  Samsung maintains information about those negotiations as highly confidential and does not disclose it to the public.  Disclosure of such information to the public could harm Samsung's competitive standing by giving competitors access to information about Samsung's negotiating practices that Samsung does not have similar access to in return.  The yellow highlighted portion on page 13, line 25 through page 14, line 11 of Huawei's MSJ contains technical information about the Samsung accused products.  Samsung maintains this information as a trade secret and does not disclose it to the public.  Disclosure of this information to the public could harm Samsung's competitive standing by revealing information that Samsung invested substantial time and resources to develop.  Samsung does not maintain a claim of confidentiality over any other yellow highlighted portions of Huawei's MSJ.

6.    The blue highlighted portion on page 14, lines 3-8 of Huawei's MSJ contains technical information about components of the Samsung accused products.  Samsung maintains this information as a trade secret and does not disclose it to the public.  Disclosure of this information to the public could harm Samsung's competitive standing by revealing information that is currently a source of competitive advantage for Samsung.  Samsung does not maintain a claim of confidentiality over any other blue highlighted portions of Huawei's MSJ.

7.    Samsung does not maintain a claim of confidentiality over Exhibit 1 to Huawei's MSJ.

8.    The highlighted portions of Exhibit 2 to Huawei's MSJ attached to this declaration contain information about licensing negotiations conducted between Huawei and Samsung.  Those negotiations were subject to a non-disclosure agreement and conducted confidentially.  Samsung maintains information about those negotiations as highly confidential and does not disclose it to the public.  Disclosure of such information to the public could harm Samsung's competitive standing by giving competitors access to information about Samsung's negotiating practices that

Samsung does not have similar access to in return.  Samsung does not maintain a claim of confidentiality over any other portions of Exhibit 2 to Huawei's MSJ.

9. Samsung does not maintain a claim of confidentiality over Exhibit 7 to Huawei's MSJ.

10. Samsung does not maintain a claim of confidentiality over Exhibit 8 to Huawei's MSJ.

11. The highlighted portions of Exhibit 9 to Huawei's MSJ attached to this declaration contain information about licensing negotiations conducted between Huawei and Samsung.  Those negotiations were subject to a non-disclosure agreement and conducted confidentially.  Samsung maintains information about those negotiations as highly confidential and does not disclose it to the public.  Disclosure of such information to the public could harm Samsung's competitive standing by giving competitors access to information about Samsung's negotiating practices that Samsung does not have similar access to in return.  Samsung does not maintain a claim of confidentiality over any other portions of Exhibit 9 to Huawei's MSJ.

12. The highlighted portions of Exhibit 10 to Huawei's MSJ attached to this declaration contain information about licensing negotiations conducted between Huawei and Samsung.  Those negotiations were subject to a non-disclosure agreement and conducted confidentially.  Samsung maintains information about those negotiations as highly confidential and does not disclose it to the public.  Disclosure of such information to the public could harm Samsung's competitive standing by giving competitors access to information about Samsung's negotiating practices that Samsung does not have similar access to in return.  Samsung does not maintain a claim of confidentiality over any other portions of Exhibit 10 to Huawei's MSJ.

13. Exhibits 11-17 to Huawei's MSJ are documents and communications exchanged over the course of licensing negotiations conducted between Huawei and Samsung.  Those negotiations were subject to a non-disclosure agreement and conducted confidentially.  Samsung maintains the documents and communications from those negotiations as highly confidential and does not disclose them to the public.  Disclosure of such information to the public could harm

1  Samsung's competitive standing by giving competitors access to information about Samsung's
2  negotiating practices that Samsung does not have similar access to in return.
3      14.  The highlighted portions of Exhibit 19 to Huawei's MSJ attached to this
4  declaration contain information about licensing negotiations conducted between Apple and
5  Samsung.  Those negotiations were subject to a non-disclosure agreement and conducted
6  confidentially.  Samsung maintains information about those negotiations as highly confidential
7  and does not disclose it to the public.  Disclosure of such information to the public could harm
8  Samsung's competitive standing by giving competitors access to information about Samsung's
9  negotiating practices that Samsung does not have similar access to in return.  Samsung does not
10 maintain a claim of confidentiality over any other portions of Exhibit 19 to Huawei's MSJ.
11     15.  Exhibit 20 to Huawei's MSJ is a letter exchanged during the course of licensing
12 negotiations conducted between Huawei and Samsung.  Those negotiations were subject to a non-
13 disclosure agreement and conducted confidentially.  Samsung maintains the letter as highly
14 confidential and does not disclose its contents to the public.  Disclosure of such information to the
15 public could harm Samsung's competitive standing by giving competitors access to information
16 about Samsung's negotiating practices that Samsung does not have similar access to in return.
17     16.  Samsung does not maintain a claim of confidentiality over Exhibit 24 to Huawei's
18 MSJ.
19     17.  Samsung does not maintain a claim of confidentiality over Exhibit 25 to Huawei's
20 MSJ.
21     18.  The highlighted portions on pages 89-90 of Exhibit 26 to Huawei's MSJ attached to
22 this declaration contain technical information about the Samsung accused products.  Samsung
23 maintains this information as a trade secret and does not disclose it to the public.  Disclosure of
24 this information to the public could harm Samsung's competitive standing by revealing
25 information that Samsung invested substantial time and resources to develop.  Samsung does not
26 maintain a claim of confidentiality over any other portions of Exhibit 26 to Huawei's MSJ.  All
27 other highlighted portions are those over which Huawei maintains a claim of confidentiality.  (*See*
28 Dkt. 327 at 3.)

19. Samsung does not maintain a claim of confidentiality over Exhibit 27 to Huawei's MSJ.

20. Samsung does not maintain a claim of confidentiality over Exhibit 28 to Huawei's MSJ.

21. Exhibit 29 to Huawei's MSJ contains technical information about the Samsung accused products. Samsung maintains this information as a trade secret and does not disclose it to the public. Disclosure of this information to the public could harm Samsung's competitive standing by revealing information that Samsung invested substantial time and resources to develop.

22. The highlighted portions of Exhibit 30 to Huawei's MSJ attached to this declaration contain highly confidential information about the conception of the inventions claimed in the Samsung patents-in-suit. Samsung considers this information a trade secret and does not disclose it to the public. Disclosure of this information to the public could harm Samsung's competitive standing by revealing information about the process that Samsung uses to develop new technologies. Competitors could appropriate this information to Samsung's disadvantage in the marketplace. Samsung does not maintain a claim of confidentiality over any other portions of Exhibit 30 to Huawei's MSJ.

23. Samsung does not maintain a claim of confidentiality over Exhibit 36 to Huawei's MSJ.

24. Samsung does not maintain a claim of confidentiality over Exhibit 38 to Huawei's MSJ.

25. Samsung does not maintain a claim of confidentiality over Exhibit 40 to Huawei's MSJ.

26. Samsung does not maintain a claim of confidentiality over Exhibit 41 to Huawei's MSJ.

27. Samsung does not maintain a claim of confidentiality over Exhibit 42 to Huawei's MSJ.

28. Samsung does not maintain a claim of confidentiality over Exhibit 43 to Huawei's MSJ.

**Huawei's Daubert Motion**

29. The green highlighted portion on page 16, lines 4-9 of Huawei's Daubert Motion contains information about the operation of the Samsung accused products. Samsung maintains this information as a trade secret and does not disclose it to the public. Disclosure of this information to the public could harm Samsung's competitive standing by revealing information that Samsung invested substantial time and resources to develop. Samsung does not maintain a claim of confidentiality over any other portions of Huawei's Daubert Motion.

30. Samsung does not maintain a claim of confidentiality over Exhibit 1 to Huawei's Daubert Motion.

31. The green highlighted portions of Exhibit 2 to Huawei's Daubert Motion attached to this declaration contain information that Samsung maintains as highly confidential and does not disclose to the public. Certain portions (on pages 29, 39, 55, 56, 65, 66, and 74) reference a document created by Qualcomm and provided to Samsung for informational purposes. That document is marked as "Confidential and Proprietary" by Qualcomm and was produced in this case under the "QUALCOMM CONFIDENTIAL BUSINESS INFORMATION – OUTSIDE ATTORNEYS' EYES ONLY" designation pursuant to the Supplemental Protective Order (Dkt. 125). Samsung does not disclose that document or the information that it contains to the public. Other highlighted portions of Exhibit 2 (on pages 55, 63, 66, 69, 74, and 77) contain information about the operation of the Samsung accused products, including information about the operation of the source code in those products. Samsung maintains this information as a trade secret and does not disclose it to the public. Disclosure of this information to the public could result in harm to Samsung because its competitors could appropriate valuable information that Samsung expended considerable time and resources to develop. Aside from the aforementioned highlighted portions, Samsung does not maintain a claim of confidentiality over any other portions of Exhibit 2 to Huawei's Daubert Motion. The yellow highlighted portions were highlighted in the original version of the document and do not contain any Samsung confidential information.

32. Samsung does not maintain a claim of confidentiality over Exhibit 7 to Huawei's Daubert Motion.

33. Samsung does not maintain a claim of confidentiality over Exhibit 8 to Huawei's Daubert Motion.

34. Samsung does not maintain a claim of confidentiality over Exhibit 10 to Huawei's Daubert Motion.

35. Samsung does not maintain a claim of confidentiality over Exhibit 11 to Huawei's Daubert Motion.

36. Samsung does not maintain a claim of confidentiality over Exhibit 12 to Huawei's Daubert Motion.

37. Samsung does not maintain a claim of confidentiality over Exhibit 14 to Huawei's Daubert Motion.

38. The highlighted portions of Exhibit 15 to Huawei's Daubert Motion attached to this declaration contain information about the operation of the Samsung accused products, including information about the operation of the source code in those products. Samsung maintains this information as a trade secret and does not disclose it to the public. Disclosure of this information to the public could result in harm to Samsung because its competitors could appropriate valuable information that Samsung expended considerable time and resources to develop. Samsung does not maintain a claim of confidentiality over any other portions of Exhibit 15 to Huawei's Daubert Motion.

39. The highlighted portion of Exhibit 17 to Huawei's Daubert Motion attached to this declaration contains information about the operation of the Samsung accused products and the components within those products. Samsung maintains this information as a trade secret and does not disclose it to the public. Disclosure of this information to the public could result in harm to Samsung because its competitors could appropriate valuable information that Samsung expended considerable time and resources to develop. Samsung does not maintain a claim of confidentiality over any other portions of Exhibit 17 to Huawei's Daubert Motion.

40. Samsung does not maintain a claim of confidentiality over Exhibit 20 to Huawei's Daubert Motion.

41. Samsung does not maintain a claim of confidentiality over Exhibit 23 to Huawei's Daubert Motion.

42. Samsung does not maintain a claim of confidentiality over Exhibit 24 to Huawei's Daubert Motion.

43. Samsung does not maintain a claim of confidentiality over Exhibit 25 to Huawei's Daubert Motion.

44. Samsung does not maintain a claim of confidentiality over Exhibit 29 to Huawei's Daubert Motion.

45. Samsung does not maintain a claim of confidentiality over Exhibit 30 to Huawei's Daubert Motion.

**Huawei's Motion to Preclude**

46. Samsung does not maintain a claim of confidentiality over Huawei's Motion to Preclude.

47. The highlighted portions of Exhibit 2 to Huawei's Motion to Preclude attached to Huawei's Administrative Motion to File Under Seal contain information about licensing negotiations conducted between Huawei and Samsung. Those negotiations were subject to a non-disclosure agreement and conducted confidentially. Samsung maintains information about those negotiations as highly confidential and does not disclose it to the public. Disclosure of such information to the public could harm Samsung's competitive standing by giving competitors access to information about Samsung's negotiating practices that Samsung does not have similar access to in return. Samsung does not maintain a claim of confidentiality over any other portions of Exhibit 2 to Huawei's Motion to Preclude.

48. The highlighted portions of Exhibit 3 to Huawei's Motion to Preclude attached to this declaration contain highly confidential information about Samsung's manufacturing and sale of smartphones. Samsung maintains this information as a trade secret and does not disclose it to the public. Disclosure of this information to the public could harm Samsung's competitive

1  standing by giving its competitors insight into Samsung's operations and finances.  Samsung does
2  not have similar access to this information about its competitors and would thus be disadvantaged
3  in the marketplace.  Samsung does not maintain a claim of confidentiality over any other portions
4  of Exhibit 3 to Huawei's Motion to Preclude.

5  49. Samsung does not maintain a claim of confidentiality over Exhibit 4 to Huawei's
6  Motion to Preclude.

7  50. Samsung does not maintain a claim of confidentiality over Exhibit 5 to Huawei's
8  Motion to Preclude.

10  I declare under penalty of perjury under the laws of the United States of America that the
11  foregoing is true and correct.  Executed July 9, 2018, in Redwood Shores, California.

*/s/ Cole Malmberg*
Cole Malmberg

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the undersigned attests that concurrence in the filing of this document has been obtained from Cole Malmberg.

                                            */s/ Victoria F. Maroulis*
                                            Victoria F. Maroulis