# EXHIBIT 2

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1    UNITED STATES DISTRICT COURT
 2    NORTHERN DISTRICT OF CALIFORNIA
 3    SAN FRANCISCO DIVISION
 4    - - - - - - - - - - - - - -x
 5   HUAWEI TECHNOLOGIES      :
 6   CO., LTD., HUAWEI        :
 7   DEVICE USA, INC. And     :   Civil Action No.
 8   HUAWEI TECHNOLOGIES      :   16-cv-02787-WHO
 9   USA, INC.,               :
10                            :
11   Plaintiffs/              :
12   Counterclaim-            :
13   Defendants,              :
14           v.               :
15   SAMSUNG ELECTRONICS      :
16   CO. LTD., SAMSUNG        :
17   ELECTRONICS AMERICA,     :
18   INC.,                    :
19                            :
20   Defendants/              :
21   Counterclaim-            :
22   Plaintiffs
23
24
25    - - - - - - - - - - - - - -x
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Transcript of Hojin Chang, Corporate Designee

Conducted on May 31, 2018                                    2

```
1     (Caption continued on next page)
2    - - - - - - - - - - - - - -x
3            and
4    SAMSUNG RESEARCH AMERICA,
5              Defendant,
6         vs.
7    HISILICON TECHNOLOGIES CO.,
8    LTD.,
9            Counterclaim-Defendant.
10   - - - - - - - - - - - - - -x
11     HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
12
13   Deposition of Samsung by and through its corporate
14              representative HOJIN CHANG
15                  New York, New York
16                Thursday, May 31, 2018
17                     9:07 a.m.
18
19
20
21
22   Job No.: 192018
23   Pages: 1 - 54
24   Reported By:   Nancy Mahoney, CCR/RPR
25
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Hojin Chang, Corporate Designee
Conducted on May 31, 2018                                  6

```
1    P R O C E E D I N G S
2         THE VIDEOGRAPHER:  Here begins tape number        09:07:15
3    one in the videotaped deposition of Hojin Chang in    09:07:17
4    the matter of Huawei Technologies Company Ltd. et     09:07:20
5    al. versus Samsung Company Ltd. et al., in the        09:07:24
6    United States District Court, Northern District of    09:07:27
7    California, San Francisco Division, Case No.          09:07:30
8    16-cv-02787.                                          09:07:33
9         Today's date is Thursday, May 31st, 2018,        09:07:39
10   and the time on the video monitor is 9:07 a.m.        09:07:42
11   The videographer today is John Edmonds                09:07:46
12   representing Planet Depos.  This video deposition     09:07:49
13   is taking place at 51 Madison Avenue in New York,     09:07:51
14   New York 10010.                                       09:07:55
15        Would counsel please voice-identify              09:07:58
16   themselves and state whom they represent.             09:07:59
17        MR. GIARDINA:  David Giardina from Sidley        09:08:02
18   Austin LLP on behalf of Huawei.                       09:08:04
19        MR. PEASE:  Tom Pease from Quinn Emanuel         09:08:06
20   on behalf of Samsung and the witness Hojin Chang.     09:08:09
21        THE VIDEOGRAPHER:  The court reporter            09:08:11
22   today is Nancy Mahoney representing Planet Depos.     09:08:13
23        Would the court reporter please swear in         09:08:17
24   the witness.                                          09:08:19
25
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Hojin Chang, Corporate Designee
Conducted on May 31, 2018                                           7

| | | |
|---|---|---|
| 1 |         HOJIN CHANG, | |
| 2 | after having been first duly sworn or affirmed to | |
| 3 | testify to the truth, was examined and | |
| 4 | testified as follows: | |
| 5 |   EXAMINATION BY COUNSEL FOR THE | |
| 6 | PLAINTIFF HUAWEI BY DAVID GIARDINA: | |
| 7 |   Q  Good morning, Mr. Chang. | 09:08:31 |
| 8 |   A  Good morning. | 09:08:32 |
| 9 |   Q  Could you state and spell your name for | 09:08:33 |
| 10 | the record, please. | 09:08:37 |
| 11 |   A  My name is Hojin Chang.  H-o-j-i-n. | 09:08:37 |
| 12 | C-h-a-n-g. | 09:08:40 |
| 13 |   Q  Has there been any change in your job | 09:08:43 |
| 14 | title or your responsibilities since you were | 09:08:46 |
| 15 | deposed in March of this year? | 09:08:48 |
| 16 |   A  No change. | 09:08:51 |
| 17 |   Q  Any reason you can't testify accurately or | 09:08:53 |
| 18 | truthfully today? | 09:08:55 |
| 19 |   A  No reasons. | 09:08:56 |
| 20 |   Q  If I ask you a question today that you | 09:08:59 |
| 21 | don't understand, will you let me know so that I | 09:09:00 |
| 22 | can rephrase the question? | 09:09:03 |
| 23 |   A  Yes. | 09:09:05 |
| 24 |   Q  If you need a break at any point today, | 09:09:05 |
| 25 | just let me know.  The deposition isn't going to | 09:09:07 |

| | | |
|---|---|---|
| 1 | 2013. | 09:34:40 |
| 2 | Q  You see the name of the person that signed | 09:34:47 |
| 3 | the declaration at the bottom of the first page of | 09:34:51 |
| 4 | Exhibit 734, a Mr. Guo? | 09:34:53 |
| 5 | A  Yes. | 09:34:56 |
| 6 | Q  Do you have any reason to believe that | 09:34:57 |
| 7 | Mr. Guo was lying when he submitted this | 09:35:01 |
| 8 | declaration? | 09:35:03 |
| 9 | MR. PEASE:  Objection, lack of foundation, | 09:35:06 |
| 10 | vague. | 09:35:08 |
| 11 | A  Yes. | 09:35:12 |
| 12 | Q  What factual basis do you have for | 09:35:15 |
| 13 | believing that Mr. Guo was lying when he submitted | 09:35:18 |
| 14 | this declaration on behalf of Huawei? | 09:35:22 |
| 15 | A  According to this declaration, Huawei was | 09:35:24 |
| 16 | committed to grant irrevocable licenses under | 09:35:30 |
| 17 | fair, reasonable and nondiscriminatory terms, and | 09:35:36 |
| 18 | we believed that Huawei has not done so.  So they | 09:35:41 |
| 19 | have made a false declaration. | 09:35:45 |
| 20 | Q  So I want to break this down a little bit. | 09:35:51 |
| 21 | When -- is it your belief that when Mr. Guo made | 09:35:58 |
| 22 | this declaration, that Huawei had an intention as | 09:36:02 |
| 23 | of March 4th, 2009 not to honor the FRAND | 09:36:09 |
| 24 | commitment that it was making here? | 09:36:13 |
| 25 | MR. PEASE:  Objection, lacks foundation, | 09:36:28 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Hojin Chang, Corporate Designee
Conducted on May 31, 2018                                34

| | | |
|---|---|---|
| 1 | ███████████████████████████████ | 09:54:16 |
| 2 | ███████████████████████████████ | 09:54:17 |
| 3 | ███████████████████████████████ | 09:54:21 |
| 4 | ███████████████ | 09:54:24 |
| 5 |     MR. PEASE:  Objection.  I'll caution you | 09:54:30 |
| 6 | not to speculate. | 09:54:30 |
| 7 |   A  I don't know.  I don't know the details | 09:54:32 |
| 8 | now. | 09:54:47 |
| 9 |   Q  Other than Huawei's conduct in the course | 09:54:48 |
| 10 | of its negotiation, conduct, offers -- I mean that | 09:54:51 |
| 11 | broadly -- | 09:54:56 |
| 12 |   A  Yes. | 09:55:03 |
| 13 |   Q  Let me start over. | 09:55:03 |
| 14 |     Other than Huawei's conduct in its | 09:55:04 |
| 15 | negotiations with Samsung, do you have any reason | 09:55:07 |
| 16 | to -- any other reason to believe that the | 09:55:11 |
| 17 | declaration that's been marked as Exhibit 735 was | 09:55:16 |
| 18 | false when Mr. Guo signed it on July 6th, 2010? | 09:55:20 |
| 19 |   A  Not that I can think of sitting here | 09:55:31 |
| 20 | today. | 09:55:32 |
| 21 |   Q  Now, if you turn with me to Exhibit 736. | 09:55:32 |
| 22 | That's a declaration signed by a Mr. Du from | 09:55:34 |
| 23 | Huawei -- that's D-U -- dated April 21st, 2011. | 09:55:39 |
| 24 |     Other than the conduct that you've | 09:55:47 |
| 25 | described in Huawei's negotiations with Samsung, | 09:55:50 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Hojin Chang, Corporate Designee
Conducted on May 31, 2018                                35

| | | |
|---|---|---|
| 1 | do you have any other reason to believe the | 09:55:55 |
| 2 | statement marked as Exhibit 736 was false at the | 09:55:58 |
| 3 | time that it was made? | 09:56:02 |
| 4 |     MR. PEASE:  Objection, vague. | 09:56:07 |
| 5 |   A   Same conduct. | 09:56:19 |
| 6 |   Q   And then if you turn to Exhibit 737, that | 09:56:20 |
| 7 | is a declaration that Huawei made on April 26th, | 09:56:27 |
| 8 | 2012, also signed by Mr. Du. | 09:56:30 |
| 9 |     Do you see that? | 09:56:33 |
| 10 |   A   Yes. | 09:56:35 |
| 11 |   Q   Other than Huawei's conduct vis-à-vis | 09:56:35 |
| 12 | Samsung in the course of your negotiations, is | 09:56:38 |
| 13 | there any other factual basis that you had for | 09:56:41 |
| 14 | asserting that the commitment that Huawei made to | 09:56:47 |
| 15 | license its patents on FRAND terms was false when | 09:56:50 |
| 16 | Mr. Du signed this declaration on April 26, 2012? | 09:56:54 |
| 17 |     MR. PEASE:  Objection, vague. | 09:56:58 |
| 18 |   A   Same conduct. | 09:57:00 |
| 19 |   Q   Now, you mentioned a moment ago that | 09:57:04 |
| 20 | Huawei had put on its website that it would seek a | 09:57:06 |
| 21 | royalty that -- expected to seek a royalty not to | 09:57:15 |
| 22 | exceed 1.5 percent. | 09:57:18 |
| 23 |     Do you recall that? | 09:57:21 |
| 24 |   A   Yes. | 09:57:25 |
| 25 |   Q   And that was a statement that Huawei made | 09:57:25 |

Case 3:16-cv-02787-WHO   Document 344-1   Filed 07/09/18   Page 9 of 11

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
Transcript of Hojin Chang, Corporate Designee
Conducted on May 31, 2018                47

| | | |
|---|---|---|
| 1 | ██████████████████████████████████████ | 10:31:26 |
| 2 | ██████████████████████████████████████ | 10:31:30 |
| 3 | ████████████████████████████████ | 10:31:35 |
| 4 | ██████████████████████████ | 10:31:41 |

5      Q   Other than the FRAND declarations that
6  Huawei has made to ETSI, are there any other
7  statements that Huawei has made to ETSI or 3GPP
8  that you believe to have been false?
9      A   I think it's the IPR declarations.
10     Q   And just to be clear, the basis on which
11 you conclude that those IPR declarations were
12 false is the way in which Huawei has negotiated
13 with Samsung?
14         MR. PEASE:  Objection, mischaracterizes
15 the witness's testimony.
16     A   Yeah, that's just too simple.  You can
17 review my prior testimony which listed all the
18 examples.
19     Q   Yeah.  I just want to be clear.  All of
20 the examples that you gave are things that Huawei
21 supposedly has done vis-à-vis Samsung in the
22 course of your negotiations.
23     A   Right.
24     Q   So there's nothing external to the
25 negotiations that you've had with Huawei that lead

```
 1   you to believe that Huawei was making false              10:33:02
 2   declarations when it submitted IPR declarations to       10:33:05
 3   ETSI?                                                    10:33:08
 4           MR. PEASE:  Objection, vague.                    10:33:09
 5       A  External ones, I don't know, but what I           10:33:13
 6   consider to be false is those negotiations.              10:33:16
 7   ███████████████████████████████████████                  10:33:23
 8   ████████████████████████████████                         10:33:25
 9   ███████████████████████████████████████                  10:33:29
10   ███████████████████████████████████████                  10:33:33
11   ██████████                                               10:33:36
12   ███████████████████████████████████████                  10:33:38
13   ███████████████████████████████████████                  10:33:42
14   ███████████████████████████████████████                  10:33:46
15   ███████████████████████████████████████                  10:33:50
16   ███████████████████████████████████████                  10:33:55
17   ██████████████████████████████                           10:34:00
18   ███████████████████████████████████████                  10:34:01
19   ████████████████████████████████████████                 10:34:04
20   ██████████████████████████████████                       10:34:07
21   ████                                                     10:34:10
22   ███████████████████████████████████████                  10:34:11
23   ██████████████████                                       10:34:14
24   █████████████████████████████████                        10:34:18
25   ██████████████████████████████████                       10:34:20
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Transcript of Hojin Chang, Corporate Designee
Conducted on May 31, 2018                                54

```
 1              C E R T I F I C A T E

 2

 3      I, Nancy Mahoney, Certified Court Reporter and

 4   Registered Professional Reporter and Notary Public

 5   within and for the State of New York, the officer

 6   before whom the foregoing deposition was taken, do

 7   hereby certify that the foregoing transcript is a

 8   true and correct record of the testimony given;

 9   that said testimony was taken by me

10   stenographically and thereafter reduced to

11   typewriting under my direction; that reading and

12   signing was not requested; and that I am neither
     counsel for, related to, nor employed by any of
13   the parties to this case and have no interest,
     financial or otherwise, in its outcome.
14      IN WITNESS WHEREOF, I have hereunto set my hand
     and affixed my notarial seal this 4th day of June,
15   2018.

16

17   My commission expires:   June 10, 2018

18   [signature: Nancy Mahoney]

19

20   _____
     NOTARY PUBLIC IN AND FOR
21   THE STATE OF NEW YORK

22

23

24

25
```