# EXHIBIT 9

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4   - - - - - - - - - - - - - - - - - -x
 5   HUAWEI TECHNOLOGIES CO., LTD.,      :  Case No.
 6   HUAWEI DEVICE USA, INC., and        :  16-cv-02787-WHO
 7   HUAWEI TECHNOLOGIES USA, INC.,      :
 8        Plaintiffs/Counterclaim        :
 9   Defendants,                         :
10        v.                             :
11   SAMSUNG ELECTRONICS CO., LTD.,      :
12   SAMSUNG ELECTRONICS AMERICA         :
13   INC.,                               :
14        Defendants/Counterclaim        :
15   Plaintiffs.                         :
16   - - - - - - - - - - - - - - - - - -x
17          ** CONFIDENTIAL BUSINESS INFORMATION **
18           VIDEOTAPED DEPOSITION OF ILSEOK JANG
19                       VOLUME II
20                      Seoul, Korea
21                 Tuesday, March 6, 2018
22                       9:17 a.m.
23   Job No.:  176378
24   Pages:   141 - 235
25   Reported By:  Charlotte Lacey, RPR, CSR No. 14224
```

CONFIDENTIAL BUSINESS INFORMATION

Transcript of Ilseok Jang, Volume 2
Conducted on March 6, 2018

148

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | 08:51:17 |
| 2 | THE VIDEOGRAPHER:  Here begins disc number 1 | 09:17:44 |
| 3 | of Volume II in the videotaped deposition of Ilseok Jang | 09:17:47 |
| 4 | in the matter of Huawei Technologies Company Limited, | 09:17:51 |
| 5 | et al., versus Samsung Electronics Company Limited, | 09:17:51 |
| 6 | et al., in the United States District Court, Northern | 09:17:51 |
| 7 | District of California, San Francisco Division, case | 09:17:51 |
| 8 | number 16-cv-02787. | 09:17:51 |
| 9 | Today's date is March 6th, 2018.  The time on | 09:18:09 |
| 10 | the video monitor is 9:18. | 09:18:13 |
| 11 | Counsel, you may proceed. | 09:18:16 |
| 12 | EXAMINATION | 09:18:16 |
| 13 | BY MR. GIARDINA: | 09:18:18 |
| 14 | Q    Welcome back. | 09:18:18 |
| 15 | You have before you Exhibit 673, which we were | 09:18:22 |
| 16 | discussing when we broke yesterday evening. | 09:18:26 |
| 17 | A    Yes. | 09:18:37 |
| 18 | ███████████████████████████████████████████████████ | 09:18:37 |
| 19 | ██████████████████████████████████████████████ | 09:18:41 |
| 20 | ███████████████████████████████████████████ | 09:18:46 |
| 21 | ████████████████████ | 09:18:51 |
| 22 | ███████████████████████████ | 09:19:07 |
| 23 | ███████████████████████████████████████████████████ | 09:19:10 |
| 24 | ██████████████████████████████████████████████ | 09:19:15 |
| 25 | ██████████████████████ | 09:19:29 |

CONFIDENTIAL BUSINESS INFORMATION
Transcript of Ilseok Jang, Volume 2
Conducted on March 6, 2018

217

| | | |
|---|---|---|
| 1  | █████████████████████████████████ | 14:10:50 |
| 2  | █████████████████████ | 14:10:54 |
| 3  | ███████████ | 14:11:20 |
| 4  | █████████████████████████ | 14:11:22 |
| 5  | ██████████████████████████ | 14:11:25 |
| 6  | ██████████████████ | 14:11:28 |
| 7  | ██████████████████████████████ | 14:11:34 |
| 8  | ██████████████ | 14:11:43 |
| 9  | ████████████████ | 14:12:02 |
| 10 | ██████████████████████ | 14:12:11 |
| 11 | ██████████████████████████ | 14:12:17 |
| 12 | ██████████████████████ | 14:12:25 |
| 13 | █████████████ | 14:12:30 |
| 14 | █████████████████████████ | 14:12:47 |
| 15 | ███ | 14:12:49 |
| 16 | █████████████████████ | 14:12:56 |
| 17 | █████ | 14:12:58 |
| 18 | ██████████████████████████ | 14:12:58 |
| 19 | ████████████████████████ | 14:13:05 |
| 20 | ███████████████████████████ | 14:13:19 |
| 21 | ██████████████████ | 14:13:22 |
| 22 | ██████████████████████████ | 14:13:26 |
| 23 | ██████████████████████ | 14:13:34 |
| 24 | ████ | 14:13:38 |
| 25 | █████████████████████████ | 14:13:41 |

CONFIDENTIAL BUSINESS INFORMATION

Transcript of Ilseok Jang, Volume 2
Conducted on March 6, 2018     219

```
1    The time is 2:16.                                      14:16:30
2    BY MR. GIARDINA:                                       14:16:34
3    ████████████████████████████████████████               14:16:34
4    ████████████████████████████████████                   14:16:39
5    ████████████████████████████████████████               14:16:42
6    ██████████████                                         14:16:46
7    ██████████████████████████████████                     14:16:59
8    ███████████████████████████████████                    14:17:02
9    ███████████████████████████████                        14:17:27
10   ████████████████████████████████████████               14:17:32
11   ██████████████████████                                 14:17:40
12   ██████                                                 14:17:56
13   █████████████████████████████████                      14:17:56
14   ████████████████████████████████████                   14:18:01
15   ██████████████                                         14:18:06
16   ██████                                                 14:18:21
17   ████████████████████████████████████                   14:18:22
18   ████████                                               14:18:27
19   ██████                                                 14:18:33
20   ██████████████████████████████                         14:18:33
21   ████████████████████████████████████████               14:18:39
22   ██████████████████████████████████                     14:18:43
23   ████████████████████████████████████████               14:18:48
24   █████████████████████████████████████████              14:18:51
25   ██████████                                             14:18:56
```

CONFIDENTIAL BUSINESS INFORMATION
Transcript of Ilseok Jang, Volume 2
Conducted on March 6, 2018                                220

| | | |
|---|---|---|
| 1  | ███████████ | 14:19:21 |
| 2  | ███████████████████████████████████████ | 14:19:22 |
| 3  | ████████████████████████████████████████████ | 14:19:25 |
| 4  | ███████████████████████████████████████ | 14:19:30 |
| 5  | ███████████████████████████████████████ | 14:19:35 |
| 6  | ███████ | 14:19:41 |
| 7  | ███████████████████████████████████████ | 14:19:56 |
| 8  | ████ | 14:19:57 |
| 9  | ███████████████████████████████████████ | 14:20:08 |
| 10 | ██████████████████████ | 14:20:13 |
| 11 | ████████████████████████████████████████████ | 14:20:14 |
| 12 | ██████████████████████████████████ | 14:20:18 |
| 13 | ███████████████████████████████████████ | 14:20:31 |
| 14 | ████████████████████ | 14:20:35 |
| 15 | ████████████████████████████████████████████ | 14:20:48 |
| 16 | ███████████████████████████████████████ | 14:20:52 |
| 17 | ███████████████████████████████████████ | 14:21:16 |
| 18 | ████████████████████████████████████████████ | 14:21:24 |
| 19 | ███████████████████████████████████████ | 14:21:30 |
| 20 | ███████████████████████████████████████ | 14:21:33 |
| 21 | ███████████████████████████████████████ | 14:21:51 |
| 22 | ████████████████████████████████████████████ | 14:21:57 |
| 23 | ██ | 14:22:00 |
| 24 | ██████████ | 14:22:10 |
| 25 | ██████████████████████████████████████ | 14:22:10 |

| | | |
|---|---|---|
| 1 | ███████████████████████████████████████ | 14:22:16 |
| 2 | █████████████████████████████████ | 14:22:21 |
| 3 | ███████████████████████████████████████ | 14:22:26 |
| 4 | ███████████ | 14:22:29 |
| 5 | ██████████████████████████ | 14:22:42 |
| 6 | ███████████████████████████████████████ | 14:22:44 |
| 7 | ███████████████████████████████████████ | 14:22:46 |
| 8 | ██████ | 14:22:49 |
| 9 | █████████████████████████████████████ | 14:22:57 |
| 10 | ██████████████████████████████ | 14:23:02 |
| 11 | ███████████████████████████████████████ | 14:23:05 |
| 12 | ██████████ | 14:23:07 |
| 13 | ██████████████████████████ | 14:23:17 |
| 14 | ███████████████████████████████ | 14:23:19 |
| 15 | ████████████████████████████████ | 14:23:24 |
| 16 | ████████████████████████████████████ | 14:23:27 |
| 17 | ███████████████████████████████████████ | 14:23:32 |
| 18 | █████████████████████████████████████ | 14:23:35 |
| 19 | ==██████████████████== | 14:23:42 |
| 20 | █████████████████ | 14:23:59 |

```
21        Q    Okay.                                        14:24:00
22             (Deposition Exhibits 680 through 682 were    14:24:00
23   marked for identification.)                            14:25:21
24        Q    Mr. Jang, I've handed you exhibits marked as 14:25:21
25   Exhibits 680, 681, and 682.  Do you see those?         14:25:27
```

CONFIDENTIAL BUSINESS INFORMATION
Transcript of Ilseok Jang, Volume 2
Conducted on March 6, 2018

222

| | | |
|---|---|---|
| 1 | A    Yes. | 14:25:38 |
| 2 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:25:39 |
| 3 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:25:44 |
| 4 | ▮▮▮▮▮▮▮ | 14:25:50 |
| 5 | ▮▮▮▮ | 14:26:03 |
| 6 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:26:04 |
| 7 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:26:09 |
| 8 | ▮▮▮▮ | 14:26:24 |
| 9 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:26:24 |
| 10 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:26:28 |
| 11 | ▮▮▮▮ | 14:26:44 |
| 12 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:26:45 |
| 13 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:26:48 |
| 14 | ▮▮▮▮▮▮▮▮▮▮▮ | 14:27:02 |
| 15 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:27:05 |
| 16 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:27:08 |
| 17 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:27:13 |
| 18 | ▮▮▮▮▮▮▮▮▮▮▮▮ | 14:27:15 |
| 19 | ▮▮▮▮▮▮▮▮▮▮▮ | 14:27:37 |
| 20 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:27:38 |
| 21 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:27:41 |
| 22 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:27:46 |
| 23 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:27:50 |
| 24 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 14:27:54 |
| 25 | ▮▮▮▮▮▮▮ | 14:27:56 |

CONFIDENTIAL BUSINESS INFORMATION
Transcript of Ilseok Jang, Volume 2
Conducted on March 6, 2018                                         223

| # | | Time |
|---|---|---|
| 1 | ███████████████████ | 14:28:16 |
| 2 | ████████████████████████████████ | 14:28:17 |
| 3 | ████████████████████████████████ | 14:28:21 |
| 4 | ████████████████████████ | 14:28:27 |
| 5 | ████████████████████████████████ | 14:28:33 |
| 6 | ████████████████ | 14:28:38 |
| 7 | ████████████████████ | 14:29:03 |
| 8 | ████████████████████████████████ | 14:29:04 |
| 9 | ████████████████████████████████ | 14:29:08 |
| 10 | ████████████████████████████████ | 14:29:12 |
| 11 | ████████████████████████████████ | 14:29:14 |
| 12 | ████████████████████████████████ | 14:29:18 |
| 13 | ██████████ | 14:29:24 |
| 14 | ██████████████████████████ | 14:29:49 |
| 15 | ██████████████████████████ | 14:29:56 |
| 16 | ████████████████████████████████ | 14:29:59 |
| 17 | ████████████████████████████ | 14:30:02 |
| 18 | ███████████████████████ | 14:30:08 |
| 19 | ████████████████████████████████ | 14:30:13 |
| 20 | ████████████████████████████████ | 14:30:18 |
| 21 | ████████████████ | 14:30:21 |
| 22 | ██████████████████████ | 14:30:43 |
| 23 | ████████████████████████████████ | 14:30:45 |
| 24 | ████████████████████████████████ | 14:30:48 |
| 25 | ██████████████████████████████ | 14:30:52 |

CONFIDENTIAL BUSINESS INFORMATION
Transcript of Ilseok Jang, Volume 2
Conducted on March 6, 2018

224

| # | | Time |
|---|---|---|
| 1 | ███████████████████████████████ | 14:30:55 |
| 2 | ██ | 14:30:59 |
| 3 | ████████████████ | 14:31:14 |
| 4 | ██████████████████████ | 14:31:15 |
| 5 | ███████████████████████ | 14:31:17 |
| 6 | ██████████████████████████████ | 14:31:23 |
| 7 | ███████████████████████████████ | 14:31:26 |
| 8 | ███████████████████████ | 14:31:31 |
| 9 | ██████████████████████████ | 14:31:48 |
| 10 | ██████████████ | 14:31:49 |
| 11 | ██████████████████████ | 14:31:58 |
| 12 | ██████████████████████████████ | 14:32:00 |
| 13 | ██████████████████████████████ | 14:32:05 |
| 14 | ██████████████████████████████ | 14:32:16 |
| 15 | ██ | 14:32:22 |
| 16 | ██████████████████████████████ | 14:32:38 |
| 17 | ████████████████████████████ | 14:32:41 |
| 18 | ████████████████████████████ | 14:32:43 |
| 19 | ████████████ | 14:32:52 |
| 20 | ██████████████████████████ | 14:32:53 |
| 21 | ██████████████████████████ | 14:32:56 |
| 22 | ██████████████████████ | 14:32:59 |
| 23 | ██████████████████ | 14:33:02 |
| 24 | ██████████ | 14:33:14 |
| 25 | ██████████████████████████████ | 14:33:15 |

CONFIDENTIAL BUSINESS INFORMATION
Transcript of Ilseok Jang, Volume 2
Conducted on March 6, 2018                                               225

```
 1   ███████████████████████████████████████████     14:33:20
 2   ███████████████████████████████████████████     14:33:25
 3   ██████████████████████████████████████          14:33:29
 4   ███████████████████                             14:33:33
 5   ██████████████████████████                      14:33:46
 6   ████████████████████████████████████            14:33:47
 7   ██████████████████████████████████████          14:33:51
 8   ███████████████████████████                     14:33:58
 9   ██████████████████████████████████████          14:34:01
10   ██████████████████                              14:34:08
11   ████████████████████                            14:34:28
12   ████████████████████████████████████████████    14:34:38
13   ██████████████████████████████                  14:34:41
14   ██████████████████████████████████████          14:34:47
15   █████████████████████████████████████           14:34:51
16   ██                                              14:34:55
17   ████████████████████████████████████            14:35:14
18   ██████████████████                              14:35:16
19   ██████████████████████                          14:35:22
20   ████████████████████████████████                14:35:26
21   ████████████████████████████████                14:35:31
22   ████████████████████████████████                14:35:46
23   ████████                                        14:35:56
24   ████████████████████████████████████            14:35:57
25   ██████████████████████████████                  14:36:00
```

CONFIDENTIAL BUSINESS INFORMATION
Transcript of Ilseok Jang, Volume 2
Conducted on March 6, 2018                                226

| # | | Time |
|---|---|---|
| 1 | ██████████████████████████████ | 14:36:04 |
| 2 | ██████████████████████████████ | 14:36:07 |
| 3 | ██████████████████████████████ | 14:36:13 |
| 4 | ████████████████████████████ | 14:36:18 |
| 5 | ████████████████████████ | 14:36:21 |
| 6 | ███████████████████████████ | 14:36:24 |
| 7 | ████████████████████ | 14:36:54 |
| 8 | ███████████████████████████ | 14:36:55 |
| 9 | ██████████████████████████████ | 14:36:58 |
| 10 | ███████████████████████████ | 14:37:02 |
| 11 | ████████████████████ | 14:37:06 |
| 12 | ██████████████████████████ | 14:37:21 |
| 13 | ██████ | 14:37:25 |
| 14 | ███████████████████████████ | 14:37:26 |
| 15 | ██████████████████████████ | 14:37:29 |
| 16 | ██████████████████████████ | 14:37:34 |
| 17 | ██████ | 14:37:39 |
| 18 | ██████████████████████████ | 14:38:01 |
| 19 | ██████████████████████████ | 14:38:05 |
| 20 | ████████████████████ | 14:38:11 |
| 21 | ██████████████████████████ | 14:38:14 |
| 22 | ██████████████████████████ | 14:38:16 |
| 23 | ██████████████████████████ | 14:38:21 |
| 24 | ████████████████████ | 14:38:25 |
| 25 | ██████ | 14:38:29 |

| | | |
|---|---|---|
| 1 | ███████████████████████████████████████ | 14:38:48 |
| 2 | ██████████████ | 14:38:51 |
| 3 | ███████████████████████████████████████ | 14:38:54 |
| 4 | ███████████████████████████████████████ | 14:38:59 |
| 5 | ███████████████████████████████████████ | 14:39:04 |
| 6 | ██████████████████████████████████ | 14:39:08 |
| 7 | ███████████████████████████ | 14:39:13 |
| 8 | ████████████████████████████████ | 14:39:14 |
| 9 | ███████████████████████████████████████ | 14:39:20 |
| 10 | ████████ | 14:39:39 |
| 11 | ██████████████████ | 14:39:39 |
| 12 | ██████████████████████████████ | 14:39:41 |
| 13 | ███████████████████████████████████████ | 14:39:45 |
| 14 | ████████████████████████████ | 14:39:50 |
| 15 | ████████████████████? | 14:39:56 |
| 16 | ██████████████████████████████████ | 14:40:23 |
| 17 | ███████████████████████████████████████ | 14:40:28 |
| 18 | ███████████████████████████████████████ | 14:40:31 |
| 19 | █████████████████████ | 14:40:33 |

20      (Deposition Exhibit 683 was marked for    14:40:33
21  identification.)                              14:40:57
22      Q    Mr. Jang, I've handed you an exhibit that's  14:40:57
23  been marked as Exhibit 683, which is a series of     14:41:00
24  e-mails, the most recent of which is dated           14:41:06
25  November 20th, 2015.  I'd like to draw your attention, 14:41:09

CONFIDENTIAL BUSINESS INFORMATION
Transcript of Ilseok Jang, Volume 2
Conducted on March 6, 2018

228

| | | |
|---|---|---|
| 1 | if I could, to the e-mail that begins on the page | 14:41:16 |
| 2 | marked 443 and then carries over to 444. | 14:41:22 |
| 3 | ████████████████████████████████████████ | 14:41:56 |
| 4 | ████████████████████████████████████████ | 14:42:00 |
| 5 | ████████████████████ | 14:42:05 |
| 6 | ████████████████████████████████████████ | 14:42:19 |
| 7 | ████████████████████████████████████████ | 14:42:28 |
| 8 | ████████████████████████████████████ | 14:42:32 |
| 9 | ████████████████ | 14:42:51 |
| 10 | ████████████████████████████████████████ | 14:42:53 |
| 11 | ████████████████████████████ | 14:42:57 |
| 12 | ██████ | 14:43:13 |
| 13 | ████████████████████████████████████████ | 14:43:14 |
| 14 | ████████████████████████████████████ | 14:43:19 |
| 15 | ████████████████████████████████████████ | 14:43:24 |
| 16 | ████████████████████████████████ | 14:43:30 |
| 17 | ████████ | 14:43:40 |
| 18 | ████████████████████████████████ | 14:43:41 |
| 19 | ████████████████████████████████████████ | 14:43:44 |
| 20 | ████████ | 14:43:48 |
| 21 | ██████ | 14:43:57 |
| 22 | ████████████████████████████████████████ | 14:43:57 |
| 23 | ████████ | 14:44:01 |
| 24 | ██████ | 14:44:10 |
| 25 | ████████████████████████████████ | 14:44:10 |

CONFIDENTIAL BUSINESS INFORMATION
Transcript of Ilseok Jang, Volume 2
Conducted on March 6, 2018                                229

| # | | Time |
|---|---|---|
| 1 | █████████████████████████████████ | 14:44:14 |
| 2 | ██████████████████████████████████ | 14:44:17 |
| 3 | ████████████ | 14:44:20 |
| 4 | ██████████████████ | 14:44:35 |
| 5 | ███████████████████████████████████ | 14:44:39 |
| 6 | █████████████████████████████████ | 14:44:44 |
| 7 | ██ | 14:44:49 |
| 8 | ████████████████████████████ | 14:45:05 |
| 9 | ██████████████████████████ | 14:45:09 |
| 10 | ████████████████████████████████ | 14:45:11 |
| 11 | ███████████████ | 14:45:15 |
| 12 | ██████████████████████ | 14:45:27 |
| 13 | ████████████████████████████████ | 14:45:29 |
| 14 | █████████████████ | 14:45:31 |
| 15 | ██████████████ | 14:45:39 |
| 16 | █████████████████████████████████████ | 14:45:41 |
| 17 | ██████████████████████████████ | 14:45:47 |
| 18 | ████████████████████████ | 14:45:51 |
| 19 | █████████████████████████████████ | 14:46:05 |
| 20 | █████████████████████████████████ | 14:46:08 |
| 21 | ████████████████████████ | 14:46:11 |
| 22 | ██████████████████████████ | 14:46:19 |
| 23 | ██████ | 14:46:21 |
| 24 | ██████████████████████████ | 14:46:22 |
| 25 | ██████████████████████████████ | 14:46:27 |

CONFIDENTIAL BUSINESS INFORMATION
Transcript of Ilseok Jang, Volume 2
Conducted on March 6, 2018                                   235

1        CERTIFICATE OF SHORTHAND REPORTER

2

3        I, Charlotte Lacey, the officer before whom the

4   foregoing deposition was taken, do hereby certify that

5   the foregoing transcript is a true and correct record of

6   the testimony given; that said testimony was taken by me

7   stenographically and thereafter reduced to typewriting

8   under my direction; that reading and signing was not

9   requested; and that I am neither counsel for, related

10  to, nor employed by any of the parties to this case and

11  have no interest, financial or otherwise, in its

12  outcome.

13

14       IN WITNESS WHEREOF, I have hereunto subscribed my

15  hand this 13th day of March, 2018.

16

17

18                  _____

19                  Charlotte Lacey, RPR, CSR #14224