# EXHIBIT 10

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4    _____x
 5    HUAWEI TECHNOLOGIES CO. LTD.        :
      HUAWEI DEVICE USA, INC., AND
 6    HUAWEI TECHNOLOGIES USA, INC.,      :
 7           Plaintiffs/                  :   Case No.
 8           Counterclaim-Defendants,     :   16-cv-02787-WHO
 9           v.                           :
10    SAMSUNG ELECTRONICS CO. LTD.,       :
      SAMSUNG ELECTRONICS AMERICA, INC.
11                  Defendants/           :
12           Counterclaim-Plaintiffs.     :
13    _____x
14           CONFIDENTIAL BUSINESS INFORMATION
15               UNDER THE PROTECTIVE ORDER
16            Video Deposition of SAMSUNG,
17     by and through its Designated Representative,
18                     HOJIN CHANG
19                 Seoul, South Korea
20                Friday, March 2, 2018
21                     9:03 a.m.
22
23    Job No. 176369
24    Pages 1 - 266
25    Reported by:  Anne M. Torreano, CSR, RPR, CCRR, CLR
```

| | | |
|---|---|---|
| 1 | FRIDAY, MARCH 2, 2018; 9:03 A.M. | 09:02:23 |
| 2 | THE VIDEOGRAPHER:  Here begins Media No. 1 | 09:02:23 |
| 3 | in the video deposition of Hojin Chang in the matter | 09:02:33 |
| 4 | of Huawei Technologies Company, Limited, et al., | 09:02:37 |
| 5 | versus Samsung Electronics Company, Limited, et al., | 09:02:41 |
| 6 | in the United States District Court, Northern | 09:02:44 |
| 7 | District of California, San Francisco Division, Case | 09:02:46 |
| 8 | No. 16-cv-02787-WHO. | 09:02:51 |
| 9 | Today's date is March 2nd, 2018.  The time | 09:02:54 |
| 10 | on the video monitor is 09:03.  The videographer | 09:03:04 |
| 11 | today is Hong Wing To on behalf of Planet Depos. | 09:03:09 |
| 12 | This legal deposition is taking place at | 09:03:14 |
| 13 | Grand Hyatt Seoul, Yongsan-gu, Seoul, South Korea. | 09:03:17 |
| 14 | Will counsel please voice identify | 09:03:21 |
| 15 | themselves and state whom they represent? | 09:03:24 |
| 16 | The court reporter today is Anne Torreano, | 09:03:27 |
| 17 | on behalf of Planet Depos. | 09:03:30 |
| 18 | Would the reporter please swear in the | 09:03:32 |
| 19 | interpreters and the witness? | 09:03:36 |
| 20 | MR. GIARDINA:  This is David Giardina from | 09:03:41 |
| 21 | Sidley Austin LLP on behalf of the Huawei | 09:03:43 |
| 22 | plaintiffs, and with me is my colleague, Leif | 09:03:47 |
| 23 | Peterson. | 09:03:49 |
| 24 | MR. PEASE:  Tom Pease, Quinn Emanuel, on | 09:03:50 |
| 25 | behalf of the Samsung defendants.  With me is Kevin | 09:03:54 |

| | | |
|---|---|---|
| 1 | product information. | 12:13:10 |
| 2 | THE WITNESS:  I cannot answer that. | 12:13:11 |
| 3 | BY MR. GIARDINA: | 12:13:15 |
| 4 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 12:13:15 |
| 5 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 12:13:20 |
| 6 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 12:13:22 |
| 7 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 12:13:23 |
| 8 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 12:13:26 |
| 9 | ▆▆▆▆ | 12:13:29 |
| 10 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 12:13:29 |
| 11 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 12:13:38 |
| 12 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 12:13:39 |
| 13 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 12:13:42 |
| 14 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 12:13:44 |
| 15 | ▆▆▆▆ | 12:13:48 |
| 16 | ▆▆▆▆▆▆▆▆▆▆▆▆▆ | 12:13:48 |
| 17 | ▆▆▆▆▆▆▆▆▆▆▆▆▆ | 12:13:49 |
| 18 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 12:13:52 |
| 19 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 12:13:55 |
| 20 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 12:14:00 |
| 21 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 12:14:03 |
| 22 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 12:14:05 |
| 23 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 12:14:07 |
| 24 | ▆▆▆▆ | 12:14:12 |
| 25 | ▆▆▆▆▆▆▆▆▆▆▆▆ | 12:14:13 |

CBI UNDER THE PROTECTIVE ORDER
Transcript of Hojin Chang, Corporate Designee
Conducted on March 2, 2018

105

| # | | Time |
|---|---|---|
| 1 | ███████████████████████ | 12:14:14 |
| 2 | ██████████████████████████████████ | 12:14:16 |
| 3 | ██████████████████████████████████ | 12:14:23 |
| 4 | ██████████████████████████████████ | 12:14:25 |
| 5 | ██████████ | 12:14:30 |
| 6 | ██████████████████████████████████ | 12:14:31 |
| 7 | ████████████████████████████████████ | 12:14:32 |
| 8 | ██████████████████████████████████ | 12:14:36 |
| 9 | ██████████████████████████ | 12:14:40 |
| 10 | ██████ | 12:14:42 |
| 11 | ██████████████████████████████████ | 12:14:42 |
| 12 | ██████████████████████████████████ | 12:14:45 |
| 13 | ██████████████████████████████████ | 12:14:49 |
| 14 | ██████████████████████████████████ | 12:14:52 |
| 15 | ██████████████████████████████████ | 12:14:54 |
| 16 | ████████████ | 12:14:58 |
| 17 | ████████████████████████████████████ | 12:14:58 |
| 18 | ████████████████ | 12:15:02 |
| 19 | ██████████████████████████████ | 12:15:04 |
| 20 | ██████████████████████████████ | 12:15:06 |
| 21 | ██████████████████ | 12:15:10 |
| 22 | ██████████████████████████ | 12:15:12 |
| 23 | ██████████████████████████████████ | 12:15:18 |
| 24 | ██████ | 12:15:20 |
| 25 | ██████████████████████████████████ | 12:15:20 |

CBI UNDER THE PROTECTIVE ORDER
Transcript of Hojin Chang, Corporate Designee
Conducted on March 2, 2018                    106

| # | Text | Time |
|---|------|------|
| 1 | ████████████████████████████████████████ | 12:15:23 |
| 2 | ███████████████████████████████████████ | 12:15:26 |
| 3 | █████████████████████████████████████ | 12:15:31 |
| 4 | ████████ | 12:15:35 |
| 5 | ██████████████████████████████████████ | 12:15:36 |
| 6 | █████████████████████████████████ | 12:15:41 |
| 7 | █████████████████████████████████████ | 12:15:45 |
| 8 | ██████████████████████████████████████ | 12:15:50 |
| 9 | ██████████ | 12:15:53 |
| 10 | ██████████████████████████████████ | 12:15:54 |
| 11 | ████████████████████████████████████████ | 12:15:59 |
| 12 | ██████████████████████████ | 12:16:03 |
| 13 | ████████████████████ | 12:16:12 |
| 14 | ██████████████████████████████ | 12:16:17 |
| 15 | ██████████████████████████████████ | 12:16:19 |
| 16 | ██████████ | 12:16:22 |
| 17 | ████████████████████████████████████████ | 12:16:23 |
| 18 | █████ | 12:16:26 |
| 19 | █████████████████ | 12:16:28 |
| 20 | ████████████████████████████████████████ | 12:16:31 |
| 21 | █████████████████████████████ | 12:16:45 |
| 22 | ████████████████████ | 12:16:48 |
| 23 | ██████████████████████████████████ | 12:16:49 |
| 24 | ██████████████████████████ | 12:16:54 |
| 25 | ████████████████████ | 12:16:58 |

| # | Text | Time |
|---|------|------|
| 1 | ██████████████████████████████ | 05:45:22 |
| 2 | ████████████████████████████████████ | 05:45:25 |
| 3 | ████████████████████████████ | 05:45:29 |
| 4 | ████████████████████████████████████ | 05:45:37 |
| 5 | ██████████████████████████████ | 05:45:45 |
| 6 | ██████ | 05:45:49 |
| 7 | ██████████████████ | 05:45:49 |
| 8 | ██████████████████████████████████ | 05:45:51 |
| 9 | ████████████████████████████ | 05:45:57 |
| 10 | ██████████████████████████ | 05:46:00 |
| 11 | ████████ | 05:46:42 |
| 12 | ██████████████████████████████████ | 05:46:42 |
| 13 | ████████████████████████████████████ | 05:46:57 |
| 14 | ████████████████████████████████████ | 05:47:01 |
| 15 | ██████████████████████████████ | 05:47:06 |
| 16 | ████████████████ | 05:47:11 |
| 17 | ██████ | 05:47:11 |
| 18 | ████████████████████████████████ | 05:47:12 |
| 19 | ██████████████████████████████ | 05:47:15 |
| 20 | ██████████████████████████████████ | 05:47:19 |
| 21 | ████████████████████████████████ | 05:47:24 |
| 22 | ████ | 05:47:30 |
| 23 | ████████████████████████████████ | 05:47:31 |
| 24 | ████████████████████████████████████ | 05:47:36 |
| 25 | ██████████████████████████ | 05:47:40 |

| # | | Time |
|---|---|---|
| 1 | ████████████████████████████████████ | 05:47:42 |
| 2 | ████████████████████████████████████ | 05:47:45 |
| 3 | ████████████████████████████████████ | 05:47:48 |
| 4 | ████████████████████████████████████ | 05:47:53 |
| 5 | ██████████████ | 05:47:56 |
| 6 | ████████████████████████████████████ | 05:47:57 |
| 7 | ██████████████████████████████████████ | 05:48:01 |
| 8 | ██████████████ | 05:48:08 |
| 9 | ████ | 05:48:11 |
| 10 | ██████████████████████████ | 05:48:14 |
| 11 | ████████████████████████████████████ | 05:48:17 |
| 12 | ████████████████████████████████████ | 05:48:23 |
| 13 | ██████████████████████████ | 05:48:27 |
| 14 | ██████████████████████████████████ | 05:48:30 |
| 15 | ██████████████████████████████ | 05:48:37 |
| 16 | ████████████ | 05:48:39 |
| 17 | ██████████████████████████████████████ | 05:48:41 |
| 18 | ██████████████████████████████████ | 05:48:43 |
| 19 | ████████ | 05:48:45 |
| 20 | ██████████████████████ | 05:48:46 |
| 21 | ████████████████████████████████ | 05:48:47 |
| 22 | ████████████████████████████████ | 05:48:53 |
| 23 | ██████ | 05:48:55 |
| 24 | ██████████ | 05:48:56 |
| 25 | ████████████████████████████████████ | 05:48:56 |

1      REPORTER'S CERTIFICATE

2           I, Anne Torreano, Certified Shorthand

3    Reporter licensed in the State of California,

4    License No. 10520, hereby certify that the deponent

5    was by me first duly sworn, and the foregoing

6    testimony (Pages 1-266) was reported by me and was

7    thereafter transcribed with computer-aided

8    transcription; that the foregoing is a full,

9    complete, and true record of said proceedings.

10          I further certify that I am not of counsel

11   or attorney for either or any of the parties in the

12   foregoing proceeding and caption named or in any way

13   interested in the outcome of the cause in said

14   caption.

15          Dated this 8th day of March, 2018.

16

17          [ ] Reading and Signing was requested.

18          [ ] Reading and Signing was waived.

19          [X] Reading and Signing was not requested.

20

21

22          *anne signature*

23          _____
            ANNE M. TORREANO, CSR No. 10520
24

25