# EXHIBIT 26

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
1                UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                  SAN FRANCISCO DIVISION
4   - - - - - - - - - - - - - - - - - x
5   HUAWEI TECHNOLOGIES CO., LTD.;      :
6   HUAWEI DEVICE USA, INC.; and        :
7   HUAWEI TECHNOLOGIES USA, INC.,      :
8        Plaintiffs/Counterclaim-       :
9        Defendants,                    :
10  v.                                  :    Case No.
11  SAMSUNG ELECTRONICS CO., LTD;       : 16-cv-02787-WHO
12  SAMSUNG ELECTRONICS AMERICA, INC.,  :
13       Defendants/Counterclaim-       :
14       Plaintiffs,                    :
15  - - - - - - - - - - - - - - - - - X
16  (Caption continued on next page)
17      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
18   Videotaped Deposition of PAUL R. PRUCNAL, Ph.D.
19                    Washington, DC
20               Friday, June 15, 2018
21                     9:12 a.m.
22
23  Job No.: 193645
24  Pages 1 - 92
25  Reported by:  Debra A. Whitehead
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Paul R. Prucnal, Ph.D.
Conducted on June 15, 2018

2

```
1    (Caption continued from previous page)
2    - - - - - - - - - - - - - - - - - X
3    SAMSUNG RESEARCH AMERICA,          :
4         Defendant,                    :
5    v.                                 :
6    HISILICON TECHNOLOGIES CO., LTD.,  :
7         Counterclaim-Defendant.       :
8    - - - - - - - - - - - - - - - - - X
9         Videotaped Deposition of PAUL R. PRUCNAL,
10   Ph.D., held at the offices of:
11
12            SIDLEY AUSTIN, LLP
13            1501 K Street, NW
14            Washington, DC 20005
15            (202) 736-8000
16
17
18
19        Pursuant to notice, before Debra A. Whitehead,
20   an Approved Reporter of the United States District
21   Court and Notary Public of the District of Columbia.
22
23
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Paul R. Prucnal, Ph.D.
Conducted on June 15, 2018                    6

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | VIDEO SPECIALIST:  Here begins Disk | 08:58:14 |
| 3 | Number 1 in the videotaped deposition of Paul R. | 09:11:46 |
| 4 | Prucnal in the matter of Huawei Technologies Co., | 09:11:50 |
| 5 | Ltd., et al., versus Samsung Electronics Co., | 09:11:55 |
| 6 | Ltd., et al., in the United States District Court, | 09:12:01 |
| 7 | Northern District of California, San Francisco | 09:12:05 |
| 8 | Division; Case Number 16-CV-02787-WHO. | 09:12:09 |
| 9 | Today's date is June 15th, 2018.  The | 09:12:18 |
| 10 | time on the video monitor is 9:12.  The | 09:12:21 |
| 11 | videographer today is Christie Jeon, representing | 09:12:27 |
| 12 | Planet Depos.  This video deposition is taking | 09:12:29 |
| 13 | place at 1501 K Street, Northwest, Washington, DC. | 09:12:33 |
| 14 | 20005. | 09:12:42 |
| 15 | Would counsel please voice-identify | 09:12:43 |
| 16 | themselves and state whom they represent. | 09:12:47 |
| 17 | MR. LORDGOOEI:  Iman Lordgooei of Quinn | 09:12:49 |
| 18 | Emanuel, representing the Samsung entities. | 09:12:52 |
| 19 | MR. LEWIS:  Douglas Lewis, Sidley Austin, | 09:12:55 |
| 20 | LLP, representing the Huawei entities. | 09:12:58 |
| 21 | The court reporter today is Debbie | 09:13:00 |
| 22 | Whitehead, representing Planet Depos.  Would the | 09:13:02 |
| 23 | reporter please swear in the witness. | 09:13:05 |
| 24 | PAUL PRUCNAL, | 09:13:05 |
| 25 | having been duly sworn, testified as follows: | 09:13:14 |

| | | |
|---|---|---|
| 1 | You're asking me whether it's solely user | 11:03:57 |
| 2 | data.  And I don't see anything here that says | 11:04:00 |
| 3 | there couldn't be something else with the user | 11:04:04 |
| 4 | data going through the FFT.  But this is only | 11:04:08 |
| 5 | describing the user data going through the FFT. | 11:04:10 |
| 6 | Q   So you're saying as one of skill in the | 11:04:12 |
| 7 | art, from the description there of data, you can't | 11:04:15 |
| 8 | be sure that it doesn't also include control | 11:04:18 |
| 9 | information or signaling information? | 11:04:21 |
| 10 | MR. LORDGOOEI:  Objection.  Form. | 11:04:24 |
| 11 | A   To say 100 percent that there's nothing | 11:04:44 |
| 12 | else included with the user data, to me it would | 11:04:47 |
| 13 | have to say that.  I -- I can confirm that there's | 11:04:50 |
| 14 | user data going through the FFT, and these other | 11:04:55 |
| 15 | examples of control signals are not going through | 11:04:57 |
| 16 | the IFFT -- I'm sorry, are not going through the | 11:05:00 |
| 17 | FFT before reaching the IFFT. | 11:05:04 |
| 18 | Q   Do you agree that acknowledgment, | 11:05:06 |
| 19 | negative acknowledgment -- AK, NAK -- is a form of | 11:05:12 |
| 20 | control information? | 11:05:16 |
| 21 | MR. LORDGOOEI:  Objection.  Form. | 11:05:19 |
| 22 | A   Yes.  I agree that control information | 11:05:35 |
| 23 | could include acknowledgment and negative | 11:05:40 |
| 24 | acknowledgment. | 11:05:42 |
| 25 | Q   Does control information include channel | 11:05:43 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Paul R. Prucnal, Ph.D.

Conducted on June 15, 2018                                     47

| | | |
|---|---|---|
| 1 | quality indicator, CQI? | 11:05:48 |
| 2 |     MR. LORDGOOEI:  Objection.  Form. | 11:05:56 |
| 3 |   A   Yes, control information can include the | 11:06:57 |
| 4 | channel quality indicator, CQI. | 11:07:00 |
| 5 |   Q   Does control information include pilots? | 11:07:03 |
| 6 |     MR. LORDGOOEI:  Objection.  Form. | 11:07:14 |
| 7 |   A   Yes.  Control information in this context | 11:07:58 |
| 8 | can be a pilot. | 11:08:02 |
| 9 |   Q   Is the DRS, or DMRS, a pilot in LTE? | 11:08:04 |
| 10 |     MR. LORDGOOEI:  Objection.  Form. | 11:08:14 |
| 11 |   A   The DMRS is a type of reference signal | 11:08:31 |
| 12 | that's used in demodulation.  I'm not certain at | 11:08:35 |
| 13 | this point if it's also referred to as a pilot.  I | 11:08:44 |
| 14 | think I talk about that in my report. | 11:08:47 |
| 15 |   Q   Is it a pilot? | 11:08:50 |
| 16 |   A   I don't think I've opined on this. | 11:10:46 |
| 17 | Looking back on my report, I don't see a reference | 11:10:48 |
| 18 | to DMS -- DMRS being a pilot. | 11:10:52 |
| 19 |   Q   As you sit here right now, is the DMRS a | 11:10:57 |
| 20 | pilot in LTE? | 11:11:01 |
| 21 |   A   I don't want to speculate off the top of | 11:11:12 |
| 22 | my head.  I have an understanding of what the DMRS | 11:11:14 |
| 23 | does, but I don't recall specifically if it's | 11:11:18 |
| 24 | referred to as a pilot in LTE. | 11:11:21 |
| 25 |   Q   So you have no opinion about whether or | 11:11:24 |

| | | |
|---|---|---|
| 1 | of a report.  And I don't even see whether he's | 11:43:59 |
| 2 | referring to PUSCH or PUCCH here.  It's just out | 11:44:02 |
| 3 | of context.  So I -- I can't interpret it. | 11:44:05 |
| 4 | Q   Okay.  Do you interpret "every symbol" to | 11:44:08 |
| 5 | not mean every symbol? | 11:44:11 |
| 6 | MR. LORDGOOEI:  Objection.  Form. | 11:44:13 |
| 7 | A   Again, out of context, I don't know -- I | 11:44:20 |
| 8 | don't know what the context of "every symbol" is, | 11:44:25 |
| 9 | whether he's referring to every symbol in every | 11:44:28 |
| 10 | frame, every symbol in frames that occur | 11:44:32 |
| 11 | sometimes.  I don't know whether it's PUSCH or | 11:44:35 |
| 12 | PUCCH. | 11:44:38 |
| 13 | I -- I assume that he didn't intend to | 11:44:42 |
| 14 | say every symbol in every frame of the PUSCH.  And | 11:44:44 |
| 15 | if that was his intention, I -- I think perhaps he | 11:44:50 |
| 16 | misspoke. | 11:44:53 |
| 17 | Q   Or he's wrong. | 11:44:54 |
| 18 | MR. LORDGOOEI:  Objection.  Form. | 11:44:55 |
| 19 | A   Well, again, out of context, I don't even | 11:44:56 |
| 20 | know -- I can't tell you what he's talking about | 11:45:04 |
| 21 | here without looking at the context. | 11:45:06 |
| 22 | Q   Well, if he says, Every symbol in every | 11:45:07 |
| 23 | frame of the PUSCH, do you think he's wrong? | 11:45:10 |
| 24 | MR. LORDGOOEI:  Objection.  Form. | 11:45:13 |
| 25 | A   I know that not every symbol of the PUSCH | 11:45:18 |

| | | |
|---|---|---|
| 1 | necessarily contains CQI.  And, therefore, I'm | 11:45:25 |
| 2 | assuming that that's what he did not intend to say | 11:45:31 |
| 3 | here.  But I don't know his intention.  I don't | 11:45:34 |
| 4 | know the context.  And I really can't sort of | 11:45:36 |
| 5 | guess further. | 11:45:39 |
| 6 |     Q   Let's talk about the second sentence | 11:45:40 |
| 7 | there.  "Each symbol, in other words, consists of | 11:45:42 |
| 8 | coded CQI and data information mapped over | 11:45:46 |
| 9 | different subcarriers." | 11:45:49 |
| 10 |         Do you see that? | 11:45:50 |
| 11 |     A   Yes. | 11:45:56 |
| 12 |     Q   Do you agree with Dr. Bambos' statement | 11:45:57 |
| 13 | in that sentence? | 11:45:59 |
| 14 |         MR. LORDGOOEI:  Objection.  Form. | 11:46:00 |
| 15 |     A   I also don't know what he's intending to | 11:46:15 |
| 16 | say.  Because this is out of context, and I | 11:46:17 |
| 17 | haven't -- I haven't read this material that | 11:46:20 |
| 18 | precedes it. | 11:46:24 |
| 19 |         He -- he's pointing to a paragraph | 11:46:27 |
| 20 | excerpt that follows it.  I also am not familiar | 11:46:29 |
| 21 | with that. | 11:46:33 |
| 22 |     Q   So if Dr. Bambos means every symbol by | 11:46:36 |
| 23 | "each symbol," do you agree with his statement in | 11:46:40 |
| 24 | the second sentence of Paragraph 564 of his | 11:46:44 |
| 25 | report? | 11:46:51 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Paul R. Prucnal, Ph.D.
Conducted on June 15, 2018                                68

| # | Text | Time |
|---|------|------|
| 1 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 11:51:44 |
| 2 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 11:51:48 |
| 3 | ▉▉▉▉▉▉▉ | 11:51:55 |
| 4 | ▉▉▉▉▉▉▉▉▉▉▉▉▉ | 11:51:59 |
| 5 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 11:52:46 |
| 6 | ▉▉▉ | 11:52:51 |
| 7 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 11:52:51 |
| 8 | ▉▉▉▉ | 11:52:53 |
| 9 | ▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 11:52:56 |
| 10 | ▉▉▉▉▉▉▉▉ | 11:52:59 |
| 11 | ▉ ▉▉▉▉▉▉▉ | 11:53:03 |
| 12 | ▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 11:53:18 |
| 13 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 11:53:35 |
| 14 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 11:53:38 |
| 15 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 11:53:50 |
| 16 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 11:54:01 |
| 17 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 11:54:08 |
| 18 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 11:54:13 |
| 19 | ▉▉▉▉▉▉▉▉▉▉▉▉▉ | 11:54:17 |
| 20 | ▉▉▉▉▉▉▉▉▉▉▉ | 11:54:19 |
| 21 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 11:54:25 |
| 22 | ▉▉▉▉ | 11:54:27 |
| 23 | ▉▉▉ | 11:54:28 |
| 24 | ▉▉▉▉▉▉▉▉▉▉▉▉ | 11:54:28 |
| 25 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 11:54:30 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Paul R. Prucnal, Ph.D.
Conducted on June 15, 2018                            69

| # | Content | Time |
|---|---------|------|
| 1 | MR. LORDGOOEI: Objection. Form. | 11:54:35 |
| 2 | ███████████████████████████████ | 11:56:26 |
| 3 | ████████████████████████ | 11:56:30 |
| 4 | ███████████████████████████ | 11:56:34 |
| 5 | ████████████████████████ | 11:56:42 |
| 6 | ████████ | 11:56:48 |
| 7 | ██████████████████████ | 11:57:04 |
| 8 | ██████████████████████████ | 11:57:09 |
| 9 | ████████████████████████ | 11:57:14 |
| 10 | ██████████████████████████ | 11:57:20 |
| 11 | ███████████████████████████████ | 11:57:26 |
| 12 | █████████████ | 11:57:29 |
| 13 | ████████████████████ | 11:57:33 |
| 14 | ██████████████████████████ | 11:57:41 |
| 15 | ██████████████████████ | 11:57:50 |
| 16 | ███████████████████████████████ | 11:57:59 |
| 17 | ██████████████████████████ | 11:58:05 |
| 18 | ██████████████████████ | 11:58:10 |
| 19 | ███████████████████████████████ | 11:58:13 |
| 20 | ████████████████ | 11:58:30 |
| 21 | █████████████████████████ | 11:58:44 |
| 22 | ██████████ | 11:58:46 |
| 23 | ███ | 11:58:58 |
| 24 | ███████████████████████████████ | 11:58:58 |
| 25 | ████████████████████████ | 11:59:02 |

| | | |
|---|---|---|
| 1 | Q    And the cell-specific parameter is | 12:38:49 |
| 2 | signaled by one or more higher layers.  Right? | 12:38:52 |
| 3 | A    It says that, yes. | 12:39:00 |
| 4 | Q    Okay.  Let's take a look at your report, | 12:39:02 |
| 5 | which is Exhibit 824.  If I could direct you to | 12:39:11 |
| 6 | Paragraph 208 on Page 91. | 12:39:15 |
| 7 | A    Okay. | 12:39:28 |
| 8 | Q    The second sentence reads, "A | 12:39:28 |
| 9 | cell-specific broadcast message is a higher layer | 12:39:31 |
| 10 | signal transmitted by the base station and | 12:39:35 |
| 11 | includes cell-specific parameters that apply to | 12:39:38 |
| 12 | all mobile devices in the specific cell being | 12:39:40 |
| 13 | serviced by the base station." | 12:39:43 |
| 14 | Do you see that? | 12:39:45 |
| 15 | A    Yes, I do. | 12:39:46 |
| 16 | Q    Okay.  And that's your understanding of | 12:39:47 |
| 17 | what a cell-specific message is? | 12:39:49 |
| 18 | MR. LORDGOOEI:  Objection.  Form. | 12:39:54 |
| 19 | A    Well, this is -- this is definitely part | 12:40:24 |
| 20 | of my -- my opinion.  There might be other things | 12:40:26 |
| 21 | that I said in here about it, I just -- I don't | 12:40:30 |
| 22 | know offhand. | 12:40:32 |
| 23 | Q    So a cell-specific refers to signaling | 12:40:33 |
| 24 | that's the same for each of the terminals in a | 12:40:38 |
| 25 | cell.  Right? | 12:40:40 |

| | | |
|---|---|---|
| 1 | MR. LORDGOOEI: Objection. Form. | 12:40:49 |
| 2 | A    So this is talking about the broadcast | 12:40:53 |
| 3 | message from the base station. And that includes | 12:40:57 |
| 4 | a cell-specific parameter that is broadcast from | 12:41:06 |
| 5 | the base station to all mobile devices. And it | 12:41:09 |
| 6 | applies to all the mobile devices in the cell. | 12:41:11 |
| 7 | So the -- the same thing is -- is | 12:41:16 |
| 8 | broadcast to all the mobile devices in the cell. | 12:41:19 |
| 9 | Q    Are you familiar with something called | 12:41:25 |
| 10 | mobile-input [sic] multiple-output in LTE? | 12:41:48 |
| 11 | A    I'm generally familiar with that, yes. | 12:41:55 |
| 12 | Q    What is -- are you familiar with it being | 12:41:56 |
| 13 | referred to by the acronym M-I-M-O? | 12:42:00 |
| 14 | A    Yes, MIMO. | 12:42:03 |
| 15 | Q    What is MIMO in LTE? | 12:42:04 |
| 16 | A    It's multiple-input multiple-output. | 12:42:07 |
| 17 | Q    Does MIMO refer to the use of multiple | 12:42:10 |
| 18 | antennas? | 12:42:12 |
| 19 | MR. LORDGOOEI: Objection. Form. | 12:42:13 |
| 20 | A    Generally MIMO has more than one antenna, | 12:42:24 |
| 21 | it's multiple-input multiple-output. | 12:42:27 |
| 22 | Q    In LTE, can MIMO use a two-antenna or | 12:42:29 |
| 23 | four-antenna scheme for transmit diversity? | 12:42:41 |
| 24 | MR. LORDGOOEI: Objection. Form. | 12:42:46 |
| 25 | A    I don't recall exactly. I know that two | 12:43:12 |

| | | |
|---|---|---|
| 1 | HW_Samsung_SC_00000020.  And the same Bates number | 13:13:37 |
| 2 | with 21 rather than 20 at the end. | 13:13:56 |
| 3 | Q    So are these the Bates numbers that you | 13:13:58 |
| 4 | intended to reference in your report? | 13:14:05 |
| 5 | A    Yes.  These were not included, and should | 13:14:07 |
| 6 | have been.  I intended to. | 13:14:10 |
| 7 | Q    Okay.  And did you bring any other | 13:14:13 |
| 8 | documents with you today? | 13:14:15 |
| 9 | A    Yes. | 13:14:17 |
| 10 | Q    What else did you bring with you? | 13:14:18 |
| 11 | MR. LEWIS:  I object as beyond the scope | 13:14:26 |
| 12 | of the direct. | 13:14:28 |
| 13 | [REDACTED] | 13:14:30 |
| 14 | [REDACTED] | 13:14:36 |
| 15 | [REDACTED] | 13:14:42 |
| 16 | [REDACTED] | 13:14:48 |
| 17 | [REDACTED] | 13:14:59 |
| 18 | (Deposition Exhibit 834 marked for | 13:14:59 |
| 19 | identification and is attached to the transcript.) | 13:15:02 |
| 20 | Q    Let me hand you Exhibit 834. | 13:15:02 |
| 21 | MR. LEWIS:  Object to this exhibit as | 13:15:05 |
| 22 | beyond the scope of the direct. | 13:15:06 |
| 23 | Q    Do you recognize Exhibit 834? | 13:15:07 |
| 24 | A    Yes. | 13:15:10 |
| 25 | Q    What is that document? | 13:15:10 |

```
 1            MR. LEWIS:  Objection.  Beyond the scope       13:15:16
 2   of the direct.                                          13:15:18
 3   ████████████████████████████████████████                13:15:19
 4   ████████████████████████████████████████████            13:15:25
 5   ██████████████████████████████████████████████          13:15:35
 6   ████████████████████████████████████████                13:15:39
 7   █████████████████████████████████████████████           13:15:48
 8   ██████████████████████████████████████████████          13:15:55
 9   ████████████████                                        13:15:58
10            MR. LORDGOOEI:  Okay.  I have no further       13:16:02
11   questions.                                              13:16:04
12            MR. LEWIS:  I don't have any.                  13:16:04
13            MR. LORDGOOEI:  And before we go off, I'd      13:16:08
14   like to request to read and sign, and also mark         13:16:11
15   the transcript highly confidential, attorneys'          13:16:15
16   eyes only.                                              13:16:20
17            VIDEO SPECIALIST:  This marks the end of       13:16:22
18   the deposition of Paul R. Prucnal.  We are going        13:16:23
19   off the record at 1:16.                                 13:16:26
20            (Off the record at 1:16 p.m.)
21
22
23
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Paul R. Prucnal, Ph.D.
Conducted on June 15, 2018

92

```
1       CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2          I, Debra Ann Whitehead, the officer before whom
3    the foregoing deposition was taken, do hereby
4    certify that the foregoing transcript is a true and
5    correct record of the testimony given; that said
6    testimony was taken by me stenographically and
7    thereafter reduced to typewriting under my
8    direction; that reading and signing was requested;
9    and that I am neither counsel for, related to, nor
10   employed by any of the parties to this case and have
11   no interest, financial or otherwise, in its outcome.
12    IN WITNESS WHEREOF, I have hereunto set my hand and
13   affixed my notarial seal this 19th day of June,
14   2018.
15
16   My commission expires:
17   September 14, 2018
18
19
20
21   ------------------------------
22   NOTARY PUBLIC IN AND FOR THE
23   DISTRICT OF COLUMBIA
24
25
```