# EXHIBIT 2

**DECLARATION OF LEIF PETERSON IN SUPPORT OF HUAWEI'S OPPOSITION TO SAMSUNG'S MOTION TO PARTIALLY EXCLUDE AND STRIKE**

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**