# EXHIBIT 5

**DECLARATION OF LEIF PETERSON IN SUPPORT OF HUAWEI'S OPPOSITION TO SAMSUNG'S MOTION TO PARTIALLY EXCLUDE AND STRIKE**

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4    - - - - - - - - - - - - - - - - - - - X
 5    HUAWEI TECHNOLOGIES CO., LTD.,         :
 6    HUAWEI DEVICE USA, INC., and HUAWEI    :
 7    TECHNOLOGIES USA, INC.,                :
 8            Plaintiffs/Counterclaim        :
 9            Defendants,                    :
10    v.                                     : Case No.
11    SAMSUNG ELECTRONICS CO., LTD.,         : 16-cv-02787-WHO
12    SAMSUNG ELECTRONICS AMERICA INC.,      :
13            Defendants/Counterclaim        :
14            Plaintiffs.                    :
15    - - - - - - - - - - - - - - - - - - - X
16
17      HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY
18          Videotaped Deposition of Gregory Leonard
19                  Palo Alto, California
20                Wednesday, June 20, 2018
21                       9:05 A.M.
22
23    Job No.:  193655
24    Pages:  1 - 266
25    Reported By:  Michael P. Hensley, CSR No. 14114, RMR
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY

Transcript of Gregory Leonard
Conducted on June 20, 2018

9

|   |   |   |
|---|---|---|
| 1 | GREGORY LEONARD, | |
| 2 | having been first duly sworn, was examined and testified | |
| 3 | as follows: | |
| 4 | EXAMINATION BY | |
| 5 | COUNSEL FOR THE PLAINTIFFS/COUNTERCLAIM DEFENDANTS | |
| 6 | BY MR. GIARDINA: | |
| 7 | Q.     Good morning. | 09:06:21 |
| 8 | A.     Good morning. | 09:06:21 |
| 9 | Q.     Could you say and spell your name for the record | 09:06:22 |
| 10 | please? | 09:06:25 |
| 11 | A.     Sure.  Gregory Leonard, G-r-e-g-o-r-y | 09:06:25 |
| 12 | L-e-o-n-a-r-d. | 09:06:30 |
| 13 | Q.     Dr. Leonard, I know you've been through this | 09:06:30 |
| 14 | drill many, many times.  If I ask you a question today | 09:06:36 |
| 15 | that you don't understand, will you let me know? | 09:06:38 |
| 16 | A.     Sure. | 09:06:39 |
| 17 | Q.     If you need a break at any point, just let us | 09:06:40 |
| 18 | know.  Okay? | 09:06:43 |
| 19 | A.     Okay. | 09:06:44 |
| 20 | Q.     You are an economist and a partner with | 09:06:44 |
| 21 | Edgeworth Economics? | 09:06:49 |
| 22 | A.     That's correct. | 09:06:49 |
| 23 | Q.     How would you describe Edgeworth's line of | 09:06:50 |
| 24 | business? | 09:06:53 |
| 25 | A.     It's an economic consulting firm. | 09:06:53 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY

Transcript of Gregory Leonard
Conducted on June 20, 2018

74

|  |  |  |
|---|---|---|
| 1 | Q.    Those are the only depositions that you reviewed | 10:44:25 |
| 2 | in connection with rendering the opinions you offered in | 10:44:28 |
| 3 | your opening report? | 10:44:32 |
| 4 | A.    Depositions?  It looks to be -- well, it looks | 10:44:39 |
| 5 | to be what's on this list. | 10:44:47 |
| 6 | Q.    Okay.  So I'll represent to you that all three | 10:44:48 |
| 7 | of those individuals are employees of Huawei. | 10:44:52 |
| 8 |        So I take it, in connection with rendering the | 10:44:55 |
| 9 | opinions that you've offered in this opening report, you | 10:44:57 |
| 10 | didn't consider the deposition testimony of any of | 10:45:00 |
| 11 | Samsung's witnesses? | 10:45:03 |
| 12 | A.    Unless it was omitted from that, then that would | 10:45:08 |
| 13 | be correct. | 10:45:12 |
| 14 | Q.    Okay.  And if we look at Exhibit A to the | 10:45:16 |
| 15 | rebuttal report, Exhibit 152 -- I misspoke, it's | 10:45:20 |
| 16 | Exhibit B to your rebuttal report. | 10:45:25 |
| 17 | A.    Mm-hmm. | 10:45:27 |
| 18 | Q.    If we look at page 3 of that.  Again, now you've | 10:45:28 |
| 19 | got a slightly expanded list of the depositions that you | 10:45:32 |
| 20 | considered in rendering the opinions that you offered in | 10:45:36 |
| 21 | your rebuttal report. | 10:45:39 |
| 22 | A.    Yeah.  I hate to tell you, but I think the | 10:45:41 |
| 23 | appendices or whatever they're called, are not included | 10:45:46 |
| 24 | in what you gave for Exhibit 152. | 10:45:50 |
| 25 |        MS. MAROULIS:  That is the case with my copy as | 10:45:51 |

| | | |
|---|---|---|
| 1 | Q. Okay. And, now, just to close the loop on | 11:03:09 |
| 2 | something we were talking about prior to the break, if | 11:03:13 |
| 3 | you turn to page 3 of appendix B which lists -- lists | 11:03:17 |
| 4 | the materials you considered in connection with your | 11:03:21 |
| 5 | rebuttal report, you see it identifies the depositions | 11:03:24 |
| 6 | that you considered. | 11:03:27 |
| 7 | A. Yes. | 11:03:28 |
| 8 | Q. And it lists the same depositions that were | 11:03:28 |
| 9 | included in your opening report and adds the deposition | 11:03:34 |
| 10 | of Ms. NanFen Yu. | 11:03:36 |
| 11 | Do you see that? | 11:03:40 |
| 12 | A. I do. | 11:03:40 |
| 13 | Q. And I'll represent to you that Ms. Yu is also an | 11:03:40 |
| 14 | employee of Huawei. | 11:03:45 |
| 15 | A. Okay. | 11:03:45 |
| 16 | Q. So I take it from this list, you didn't consider | 11:03:46 |
| 17 | any of the fact testimony of any of the Samsung | 11:03:49 |
| 18 | witnesses in forming the opinions you expressed in your | 11:03:52 |
| 19 | rebuttal report? | 11:03:55 |
| 20 | A. Not -- not their deposition testimony, no. | 11:03:55 |
| 21 | Q. And you didn't have any conversations with any | 11:03:57 |
| 22 | of them, did you? | 11:04:00 |
| 23 | A. I did not, no. | 11:04:01 |
| 24 | Q. Okay. Now, earlier this morning you -- you -- | 11:04:02 |
| 25 | and I'm paraphrasing a bit, but I take it you criticized | 11:04:12 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY

Transcript of Gregory Leonard
Conducted on June 20, 2018

204

| | | |
|---|---|---|
| 1 | Q. Okay. Sorry about that. | 15:13:56 |
| 2 | (Exhibit 171 was marked for identification | 15:13:56 |
| 3 | and is attached to the transcript.) | 15:13:56 |
| 4 | Q. Now, Dr. Leonard, I have handed you a document | 15:15:11 |
| 5 | that's been marked as Exhibit 171. It is a -- a | 15:15:12 |
| 6 | redacted version, as understand it, of the expert report | 15:15:21 |
| 7 | that you submitted on behalf of Samsung in the Unwired | 15:15:24 |
| 8 | Planet litigation. | 15:15:29 |
| 9 | A. Okay. | 15:15:30 |
| 10 | Q. Does that appear to be right? | 15:15:30 |
| 11 | A. Seems to be. | 15:15:32 |
| 12 | Q. Okay. It's your signature on the last page of | 15:15:33 |
| 13 | the exhibit at page 193? | 15:15:35 |
| 14 | A. Oops. Yes. | 15:15:43 |
| 15 | Q. If you turn to page 20 and paragraph 27? | 15:15:48 |
| 16 | A. Okay. | 15:15:55 |
| 17 | ████████████████████████████████████████████ | 15:15:55 |
| 18 | ████████████████████████████████████████ | 15:15:58 |
| 19 | ██████████████████████████████████████ | 15:16:03 |
| 20 | ████████ | 15:16:07 |
| 21 | ██████████████████████████ | 15:16:08 |
| 22 | ████████████████████████████████████████████ | 15:16:10 |
| 23 | ██████████████████████████████████████ | 15:16:18 |
| 24 | ██████████████████████████████████████ | 15:16:22 |
| 25 | ████ | 15:16:25 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY
Transcript of Gregory Leonard
Conducted on June 20, 2018                                        205

| # | Text | Time |
|---|------|------|
| 1 | ███████████ | 15:16:25 |
| 2 | ██████████████████ | 15:16:25 |
| 3 | █████ | 15:16:27 |
| 4 | ███████████████████████████████ | 15:16:27 |
| 5 | ███████████████████████████████ | 15:16:32 |
| 6 | ████████████████████████████ | 15:16:36 |
| 7 | █████████████████████ | 15:16:40 |
| 8 | █████ | 15:16:42 |
| 9 | ███████████████████████████████ | 15:16:42 |
| 10 | ██████████████████████████████ | 15:16:47 |
| 11 | █████████████████ | 15:16:51 |
| 12 | ██████████████ | 15:16:53 |
| 13 | ███████████████████████████ | 15:16:55 |
| 14 | ████████████████████████████ | 15:16:58 |
| 15 | ███████████████████████████████ | 15:17:03 |
| 16 | ███████████████████ | 15:17:10 |
| 17 | ███████████████████████████████ | 15:17:11 |
| 18 | ███████████████████████████████ | 15:17:13 |
| 19 | ██████████████████████ | 15:17:19 |
| 20 | ██████████████████████████ | 15:17:25 |
| 21 | ███████████████████████████████ | 15:17:27 |
| 22 | ████████████ | 15:17:30 |
| 23 | ███████████████████████████████ | 15:17:31 |
| 24 | ████████████ | 15:17:36 |
| 25 | MS. MAROULIS:  Objection.  Form. | 15:17:40 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY
Transcript of Gregory Leonard
Conducted on June 20, 2018                                206

| # | | Time |
|---|---|---|
| 1 | ████████████████████████████████████ | 15:17:47 |
| 2 | ████████████████████████████████████ | 15:17:50 |
| 3 | ████ | 15:17:54 |
| 4 | ████████████████████████████████████ | 15:17:55 |
| 5 | ██████████████████████████████████ | 15:17:57 |
| 6 | ████████████████████████████ | 15:18:00 |
| 7 | ██████████████████████████████ | 15:18:06 |
| 8 | ██████ | 15:18:09 |
| 9 | ██████ | 15:18:13 |
| 10 | ██████████████████████████████ | 15:18:13 |
| 11 | ██████████████████████████████████ | 15:18:17 |
| 12 | ██████████████████████████████████ | 15:18:23 |
| 13 | ██████████ | 15:18:28 |
| 14 | ████ | 15:18:28 |
| 15 | ████████████████████████████████████ | 15:18:28 |
| 16 | ████████████████████████████████████ | 15:18:31 |
| 17 | ████████████████████████████████████ | 15:18:34 |
| 18 | ████████████████████████ | 15:18:37 |
| 19 | ████ | 15:18:40 |
| 20 | ██████████████████████████████████ | 15:18:41 |
| 21 | ██████████████████████████████████ | 15:18:45 |
| 22 | ████████████████████ | 15:18:47 |
| 23 | ██████████████████████████████████ | 15:18:50 |
| 24 | ████████ | 15:18:53 |
| 25 | ██████████████████████████████████ | 15:18:54 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY
Transcript of Gregory Leonard
Conducted on June 20, 2018                                      207

| # | | Time |
|---|---|---|
| 1 | ██████████████████████████████████ | 15:18:59 |
| 2 | ██████████████████████████████████ | 15:19:03 |
| 3 | ████████████████████████████████████████ | 15:19:06 |
| 4 | ███████████████████████ | 15:19:09 |
| 5 | ██████████ | 15:19:13 |
| 6 | ██████████████████████████████ | 15:19:13 |
| 7 | ███████████████████████████████████ | 15:19:21 |
| 8 | ███ | 15:19:24 |
| 9 | ████ | 15:19:24 |
| 10 | ████████████████████████████████ | 15:19:25 |
| 11 | ██████████████████████████████████████ | 15:19:33 |
| 12 | ████████████████████████████████████████ | 15:19:37 |
| 13 | ████████ | 15:19:43 |
| 14 | ███████ | 15:19:46 |
| 15 | ██████████████████████████████ | 15:19:46 |
| 16 | █████████████████████████████████ | 15:19:51 |
| 17 | ████████████████████████████████ | 15:19:54 |
| 18 | ████████████████████ | 15:19:57 |
| 19 | ████████████████████████████████████████ | 15:20:01 |
| 20 | ██████████████████████████████████████ | 15:20:04 |
| 21 | ██████████████████████████████████████ | 15:20:08 |
| 22 | ██████████████████████████████████████ | 15:20:14 |
| 23 | ███████████████████████████████ | 15:20:18 |
| 24 | ██████████ | 15:20:21 |
| 25 | ████████████████████████████ | 15:20:24 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY
Transcript of Gregory Leonard
Conducted on June 20, 2018

208

| | | |
|---|---|---|
| 1 | ███████████████████████████████ | 15:20:26 |
| 2 | ███████████████████████████████ | 15:20:30 |
| 3 | ███████████████████████████████ | 15:20:33 |
| 4 | █████████████████████████ | 15:20:36 |
| 5 | ███████████████████████████████ | 15:20:38 |
| 6 | ███████████████████████████████ | 15:20:43 |
| 7 | ███████████████████████████████ | 15:20:47 |
| 8 | ███ | 15:20:55 |
| 9 | ███████████████████████████████ | 15:20:55 |
| 10 | █ | 15:20:57 |
| 11 | ███████████████████████████████ | 15:20:58 |
| 12 | ███████████████████████████████ | 15:21:00 |
| 13 | ███████████████████████████████ | 15:21:04 |
| 14 | ████████████████ | 15:21:07 |
| 15 | ███████████████████████████████ | 15:21:10 |
| 16 | ████████████████████████ | 15:21:13 |
| 17 | Q.     Yeah.  That's consistent with your recollection | 15:21:16 |
| 18 | of what Judge Birss did in connection with Unwired | 15:21:18 |
| 19 | Planet.  That is, he applied the same rate for handsets | 15:21:23 |
| 20 | and infrastructure? | 15:21:25 |
| 21 | A.     Without -- I would want to check that.  I don't | 15:21:28 |
| 22 | recall as I'm sitting here. | 15:21:33 |
| 23 | ███████████████████████████████ | 15:21:35 |
| 24 | ███████████████████████████████ | 15:21:37 |
| 25 | ████████████████████████ | 15:21:39 |

| | | |
|---|---|---|
| 1 | ███████████████████████████████████ | 15:21:43 |
| 2 | ██████████ | 15:21:46 |
| 3 | ████████████████████████████████████ | 15:21:47 |
| 4 | ████████████████████████████████████ | 15:21:50 |
| 5 | ████████████████ | 15:21:55 |
| 6 | ███████████████ | 15:21:57 |
| 7 | ████████████████████████████████████ | 15:21:58 |
| 8 | ██████████████████████████████████ | 15:22:06 |
| 9 | ████████████████████████████████████ | 15:22:08 |
| 10 | ██████████████████████ | 15:22:13 |
| 11 | █████████████████████████████████████ | 15:22:15 |
| 12 | ██████████████████████████ | 15:22:19 |
| 13 | ████████████████████████████████████ | 15:22:21 |
| 14 | █████████████████████████████████████ | 15:22:25 |
| 15 | ███████████████ | 15:22:30 |
| 16 | ██████████ | 15:22:38 |
| 17 | ██████████ | 15:22:39 |
| 18 | (Exhibit 172 was marked for identification | 15:22:58 |
| 19 | and is attached to the transcript.) | 15:23:20 |
| 20 | Q.     Dr. Leonard, I've handed you a document that's | 15:23:20 |
| 21 | been marked as -- | 15:23:24 |
| 22 | MR. GIARDINA:  I think I have screwed up.  Could | 15:23:26 |
| 23 | I have it back?  I'm going to put a different exhibit | 15:23:29 |
| 24 | number on it. | 15:23:32 |
| 25 | THE WITNESS:  Sure. | 15:23:33 |

```
1                  ACKNOWLEDGMENT OF DEPONENT
2          I, GREGORY LEONARD, do hereby acknowledge that I
3    have read and examined the foregoing testimony and the
4    same is a true, correct and complete transcription of
5    the testimony given by me and any corrections appear on
6    the attached errata sheet signed by me.
7
8
9       (SIGNATURE)                         (DATE)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```