# EXHIBIT 19

**DECLARATION OF LEIF PETERSON IN SUPPORT OF HUAWEI'S OPPOSITION TO SAMSUNG'S MOTION TO PARTIALLY EXCLUDE AND STRIKE**



City of New York, State of New York, County of New York

I, Joyce Chen, hereby certify that the document "**Year 103 report**" is to the best of my knowledge and belief and within the given parameters, a true and accurate translation from Chinese into English.

*Joyce Chen*

Sworn to before me this
February 27, 2018

Signature, Notary Public

```
RYAN ALEXANDER DROST
Notary Public - State of New York
No. 01DR6262048
Qualified in NEW YORK County
My Commission Expires MAY 21, 2020
```

Stamp, Notary Public



EXHIBIT 653
HJ CHANG
3/2/18
Anne Torreano, CSR 10520

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Ministry of Economic Affairs Intellectual Property Office Year 103 Commissioned Research Plan

Year 103 Communications Industry Patent Trends and Patent Litigation Analysis Research Report

# Patent Trends Analysis

## Closing Report

Organizing unit: Ministry of Economic Affairs Intellectual Property Office
Implementing unit: National Applied Research Laboratories

Republic of China December Year 103

SAMSUNG-HNDCA-000008594

Each 3GPP TSG usually holds 4 annual meetings and each WG usually holds 4 annual discussions. The number of meetings may increase according to actual requirement. TSG meetings are called "plenaries" and deal with the establishment of research and standardization categories. Research categories are called Study Items (SI), and standardization categories are called Work Items (WI). SIs produce Technical Reports (TR) and WIs produce Technical Specifications (TS). Important topics are usually required to go through the SI-stage research before entering the WI standardization phase. The current status of the various standards organizations in mobile communications standards can be gleaned from their participation and proposals in the TSGs (Technical Specifications Groups). Analysis is carried out hereafter on the individual standards organizations and their important members. In general, the participating standards organizations can make recommendations on standards definitions, then observe the definition process of the communications standard and propose patent concepts to secure key intellectual property rights. That is their contribution in SEP applications. However, there are differences in practical application due to the different intellectual property strategies undertaken by manufacturers. Some manufacturers (such as InterDigital and Apple) are not enthusiastic about participation in the standards organizations but have a large number of standard patents. However, for most manufacturers, their number of major standards proposals has a clear relevance with their number of SEPs (relevance scores as high as 0.52). For example, Broadcom, Samsung, Nokia, Ericsson, and Huawei are all manufacturers with high proposal and SEP counts.



Fig 3-27 Flow of 3GPP standards definition

SAMSUNG-HNDCA-000008718