# EXHIBIT 21

**DECLARATION OF LEIF PETERSON IN SUPPORT OF HUAWEI'S OPPOSITION TO SAMSUNG'S MOTION TO PARTIALLY EXCLUDE AND STRIKE**

# ABIresearch®

**REPORT**                                                        **AUGUST 25, 2016**

# LTE STANDARD LEADERSHIP AND TERMINAL-ESSENTIAL PATENTS PORTFOLIOS ANALYSIS WITHIN THE 3GPP

*Lian Jye Su: Senior Analyst*
*Malik Saadi: Practice Director*

**TABLE OF CONTENTS**

1. OBJECTIVE ......................................1

2. IDENTIFYING ESSENTIAL
CONTRIBUTIONS TO 3GPP LTE
STANDARDS.......................................2

3. ANALYSIS OVERVIEW ..................3

4. ADOPTED APPROACH AND
METHODOLOGY................................4
4.1. Reason for Looking at Companies'
Involvement in the 3GPP..........................4
4.2. Reasons for Evaluation Criteria ...........5

5. METHODOLOGY FOR THE
EVALUATION OF COMPANY
CONTRIBUTIONS TO LTE..................6
5.1. Specifications Analyzed......................6
5.2. Companies Presented.........................6
5.3. Selection of Data Sets........................7

6. RESULTS OF THE ANALYSIS.......7
6.1. Chairmanships ...................................7
6.2. Rapporteurships.................................8
6.3. Contributions....................................10
6.4. Approved Contributions....................11

7. CONCLUSIONS ............................15
7.1. LTE Standard Leadership..................15
7.2. Leadership in Terminal-Essential Patents
Portfolios..............................................17

ACRONYMS.......................................20

## 1. OBJECTIVE

The relationship between innovation, standardization, patent portfolios, and market innovation in the mobile wireless ecosystem is complex, as there are many parts involved. Aside from innovating and patenting these innovations, the role of companies in the standardization process is critical. It is during the standardization process that companies can make contributions to the standard and leverage some of the patented innovations from their own companies.

LTE's development in the 3GPP allows companies to both cooperate and compete in the standardization process. Companies with the largest patent portfolios usually cross-license their patents, nullifying the cost of licensing from each other. Companies with smaller contributions and patent portfolios end up paying patent royalties to the larger companies, while cross-licensing their portfolios with each other.

The first LTE standard was finalized in late 2008, and early commercial services hit the market in 2009. Since then, the race for acquiring LTE intellectual property has become the battleground for many companies eager to influence 3GPP LTE standards.

Within the 3GPP, the process of developing the LTE standard is closely tied with the creation of LTE patents. This enables companies who contribute to the development of the LTE standard to license their patents each time the standard is used. It also gives them an improved bargaining position when cross-licensing patents with other companies.

Based on publicly available information on the 3GPP website—notably, contributions to the standard by the various companies involved—this research aims to provide an illustrative picture of the most influential companies within the 3GPP LTE standard. A dedicated attention is given to approved contributions, since their associated patents are often required as essential for the adherence to the LTE standard. The research looks at approved contributions across all working groups, but particular attention has been given to the six working groups that relate to LTE use for end devices and terminals.



## 2. IDENTIFYING ESSENTIAL CONTRIBUTIONS TO 3GPP LTE STANDARDS

There are three main ways that people in the industry assess a company's relevant patent portfolio for LTE. The first is to look at the ETSI declarations database. The second is to search public patent databases for keywords of various technologies used by the LTE standard. The third is to look at the approved contributions to the LTE standard by the 3GPP. A basic overview of the approaches follows, including how they are done and the pros and cons of each:

1. Search the ETSI database for LTE patent declarations.

   - How: Look at LTE patent declarations in the ETSI database and compare them with LTE standards to determine if they are essential patents or not
   - Pros: Relatively simple to get the information
   - Cons: Company claims with no third-party validation

2. Patent search using keywords of technologies used by LTE.

   - How: Search public patent databases for LTE-related technologies (OFDMA, SC-FDMA, MIMO, QAM, *etc.*), look at patent citations to determine importance, and analyze.
   - Pros: Looks at actual patents and the citations of patents to consider the relevance and importance of the patents, and to thus determine which companies have strong patent portfolios
   - Cons:
     - Exhaustive and complex process that could lead to misleading conclusions
     - Some patents contain keywords, but they are not relevant to LTE
     - Some patents are for methods that have not been adopted by the LTE standard
     - Too many subjective decisions can be made

3. Search for approved contributions to the 3GPP LTE standard.

   - How: Look through the 3GPP meeting documents to calculate the number of approved contributions to the LTE standard.
   - Pros:
     - Straightforward and easy to understand
     - Publicly available records that clearly show which contributions were accepted into the standard
     - Method is adopted by leading industry players
   - Cons: While this method gives a strong indication of LTE patent portfolio positions, it is not an analysis of companies' complete patent portfolios.

Many professionals in the mobile wireless industry use the ETSI database to show how many patent declarations their company or other companies have declared. Information about this database can be found here, including a direct link to the database. It is easy to understand why many people turn to this database. People can access the information relatively easily. ETSI is also a legitimate standards organization, which seems to lend credibility to the information presented on its web site. However, there is no third party determining whether the patent declarations that are submitted to ETSI by each company are truly essential. Naturally, a company is going to consider as many of its patents as possible to be essential.

The ETSI patent declarations database has a clear disclaimer about the patents that are declared by member companies. This disclaimer essentially says that ETSI has not checked the validity of

This product was downloaded by qifei@huawei.com on Nov. 10, 2016
© 2016 ABI Research • abiresearch.com • The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.



information, nor the relevance of any patent declarations submitted to its database, and that potential licensees should use the information at their discretion. The ETSI patent declarations database also does not include any patents not submitted, nor does it include any non-ETSI members' patents that may have made contributions to the 3GPP. ETSI members must submit patents to ETSI that have been submitted to 3GPP.

As long as it is done correctly, performing patent searches in patent databases is a better way to determine which companies have essential patents for LTE. However, this is difficult and fastidious work to do properly. All related technologies, such as OFDMA, SC-FDMA, MIMO, and many more, must be searched for in patent databases. In addition, patent citations should be considered to determine the potential value of patents to LTE framework. The downside is that patents come up that have nothing to do with LTE, while others may be related to LTE but have not been adopted by the LTE standard and are therefore irrelevant. When it is difficult to determine what should be considered essential and relevant, people will make subjective decisions and different people will come to different conclusions.

Analyzing the approved contributions to the 3GPP for LTE standards is an even better way to determine the patent positions of various companies. Throughout the process of defining the LTE standard, many companies offer proposed solutions either alone or in concert with other companies. These have to be agreed on and accepted in the 3GPP meetings. Companies are going to make contributions that align with the research and development they have already done and they will have filed patents for their innovations. By taking part in the standardization process, companies ensure that more of their intellectual property will be used in the standard. The 3GPP meeting documents are public information and the contributions made by companies are clearly marked as accepted or not. This adds objectivity to the process of identifying companies that have approved contributions, as everyone can come to similar conclusions. The only downside is that these contributions do not cover companies' complete patent portfolios, but approved contributions are strongly correlated with how essential a company's patents are since they have been accepted as part of the LTE standard. As an aside, the results of this analysis could be used to cross-check companies' declarations in the ETSI database.

ABI Research believes tracking and analysis of approved contributions is the right and straightforward approach to evaluate essential contributions to 3GPP LTE standards. This approach will be used to determine the intellectual property weight of different companies on the LTE standards.

## 3.  ANALYSIS OVERVIEW

The goal of this research project is to:

- Evaluate the 3GPP LTE standards leadership of each company in a way that is:
    - Comprehensive: Covering various aspects
    - Objective: A method that is measurable

This product was downloaded by qifei@huawei.com on Nov. 10, 2016
© 2016 ABI Research • abiresearch.com  •  The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity as such Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.



- o  Straightforward: Easily understood
- Display the resulting relative positions of participating companies in terms of their overall standards leadership in the 3GPP:
- Display the resulting relative positions of participating companies in terms of their approved contributions in terminal-related working groups, which is an indicator of their terminal-essential patent portfolios strength in 3GPP LTE standard.

The research scope covers the following indices. Combined, they form an overall view of the companies' LTE standards leadership in the 3GPP:

- Number of chairmanships
- Number of rapporteurships
- Number of contributions
- Number of approved contributions

All of the raw data used in this study was obtained from publicly available information on the 3GPP website.

Analysis results: Six companies are in the top 10 in every one of the six indices looked at. These six companies are:

- Huawei
- Ericsson
- Nokia Networks
- Alcatel-Lucent (ALU)
- Qualcomm
- Samsung

## 4.  ADOPTED APPROACH AND METHODOLOGY

### 4.1.  REASON FOR LOOKING AT COMPANIES' INVOLVEMENT IN THE 3GPP

As with most markets, change can bring a shift of power between different competitors. The mobile wireless industry has many different shifts occurring in different parts of the ecosystem. Participation in standards-setting organizations, such as 3GPP, requires technical expertise to draft, understand, and evaluate engineering contributions that seek to advance cellular technology. In order to have the best contribution that will dwarf the competing contributions, companies, especially those leading companies, invested great amounts of money on R&D for the purpose of generating novel and attractive ideas that can be embraced in their contributions proposed to the standards-setting organizations. In the meantime, patents will be applied under those novel ideas covered by the contributions to ensure the IP rights are protected before the public disclosure of those contributions. Thus, the development of standards is closely tied with the creation of the strengthening of patent portfolios. Contributions can therefore provide an informative measure of patent strength if used appropriately. Approved contributions to these standards-setting organizations would allow companies to lead with the introduction of newer technologies, be more competitive with newer

This product was downloaded by qifei@huawei.com on Nov. 10, 2016
© 2016 ABI Research • abiresearch.com  •  The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.



technologies, and collect mobile technology intellectual property royalties by showing the strength of their essential patent portfolios with contributions comparison methodology as well.

Currently, the mobile cellular ecosystem is undergoing a massive shift to 4G technologies. It now becomes essential for the industry to gain a greater understanding of which companies have been most involved in leading the changes within the 3GPP; essentially their contributions and influence in developing 3GPP standards: notably, LTE / LTE-Advanced, including the overall technology, core, and radio access network architectures, service architecture, and the compliance of the users' equipment. LTE has already been deployed massively all over the world and is the mainstream in wireless field, with over 490 commercial launches globally. The underlying assumption for the study and analysis in this study is that companies that demonstrate technology leadership, as determined by being actively involved in the standardization process and getting their contributions approved by their peers, are also the companies with more essential patent portfolios that apply to the LTE-only standard from Release 8 to Release 13.

There are things that cannot be quantified, such as private discussions between two companies that are outside 3GPP activities. The official, documented activities, however, do provide a view of which companies are contributing to and influencing standards development. As mentioned earlier, there are documented leadership positions and contributions that can be objectively quantified to compare companies' involvement.

Looking at companies' involvement in 3GPP could also provide an informative measure of such companies' patent strength, if interpreted appropriately. Companies active in drafting cellular telecommunications standards often base their proposals on their own patented (or patent-pending) technologies. As a result, it is reasonable to assume, as a general matter, that companies that are active in creating cellular standards will have larger and / or stronger standards-essential patent portfolios than inactive companies.

## 4.2.  REASONS FOR EVALUATION CRITERIA

The indices highlighted in Section 3 are chosen to provide a quantifiable picture of which companies are leading and influencing the development of the various 3GPP standards. The following sections provide motivations why these indices have been chosen in this study.

*Number of Chairmanship Positions*

Chairmanship in this report includes the chairman position of the working groups (WG) and technical specification groups (TSG). Each one of these groups has one chair and several vice chairs. The role they play includes setting agendas, chairing discussions, and any offline activities to progress the goals of these groups.

Chairmanships reflect a company's involvement with working groups and technical specification groups. It also reflects a company's leadership in the specific area the group is focusing on. Therefore, when looking at the total number of chairmanship positions companies have, their relative leadership in this manner can be compared.

This product was downloaded by qifei@huawei.com on Nov. 10, 2016
© 2016 ABI Research • abiresearch.com • The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.



*Number of Rapporteurships*

Within the 3GPP, standardization work is organized in terms of work items (WI) and study items (SI). Rapporteurs move forward with topics and control the technical aspects and quality of the specification. The number of rapporteurs is an indicator of a company's leadership in terms of the trust in that company to perform this role. Rapporteurship involves project management, technical influence, and research capability.

*Number of Contributions*

The number of contributions reflects the total quantity of submissions to the 3GPP by each company. This includes discussion papers (DISC), change requests (CR), and other submissions. It represents the overall degree of activity and participation in 3GPP standardization on a more general level.

*Number of Approved Contributions*

Approved contributions indicate the quantity and quality of submissions to the 3GPP that are agreed to and approved by the 3GPP. They become part of the standards. Approved contributions indicate which companies have been able to influence the standards with their own intellectual property, thus is an objective indictor for essential patent portfolios.

## 5.  METHODOLOGY FOR THE EVALUATION OF COMPANY CONTRIBUTIONS TO LTE

### 5.1.  SPECIFICATIONS ANALYZED

The 3GPP specifications that are analyzed are:

- RAN: RAN1, RAN2, RAN3, RAN4, RAN5
- SA: SA1, SA2, SA3, SA4, SA5
- CT: CT1, CT3, CT4

Note that CT6 is not included since it is related to smart cards and not general mobile networks. SA6 was not considered, due to being founded too recently for the data to be obtained from the 3GPP website. Also, GERAN is not considered in this research. GERAN involves the evolution of GSM.

### 5.2.  COMPANIES PRESENTED

All companies involved in the 3GPP standardization process are tracked and considered. Mobile network operators are also tracked, but their contributions, which are mainly related to service requirements, are omitted. Notable exclusions include AT&T, China Mobile, NTT DOCOMO, and Vodafone, among others. At the same time, the contributions for industry players that are both non-vendor and non-operator are also omitted, even though they have been tracked. Notable examples include Wi-Fi Alliance, ITU (International Telecommunication Union), ETSI (European Telecommunications Standards Institute), IEEE 802, and TTA (Telecommunications Technology Association).

This product was downloaded by qifei@huawei.com on Nov. 10, 2016
© 2016 ABI Research • abiresearch.com  •  The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.



Only the top 10 companies for each index are presented in the overall evaluation, but our database tracks all companies involved with the 3GPP standard.

## 5.3.  SELECTION OF DATA SETS

- Chairmanships
    - o  Groups: RAN1, RAN2, RAN3, RAN4, RAN5, SA1, SA2, SA3, SA4, SA5, CT1, CT3, CT4, TSG RAN, TSG SA, TSG CT.
    - o  Time Period: Current, serving chairmanships elected up to Q3 2015.

- Rapporteurships
    - o  Working Groups: RAN1, RAN2, RAN3, RAN4, RAN5, SA1, SA2, SA3, SA4, SA5, CT1, CT3, CT4.
    - o  Time Period: 2009 through Q3 2015
    - o  Criteria: All contributions related to GSM, GERAN, and UMTS are omitted.

        - –  The analysis allows the identification of documents that did not pertain to any portion of LTE, for example GSM/GERAN/UMTS-related (GSM / EDGE Radio Access Network / UMTS) submissions.

- Contributions and approved contributions:
    - o  Working Groups: RAN1, RAN2, RAN3, RAN4, RAN5, SA1, SA2, SA3, SA4, SA5, CT1, CT3, CT4.
    - o  Time Period: 2009 through Q3 2015
    - o  Criteria: All contributions related to GSM, GERAN, and UMTS are omitted. Ancillary components of the LTE, including submissions related to IMS (IP Multimedia Subsystem), policy control, and charging, are also omitted.

        - –  The analysis allows the identification of documents that did not pertain to any portion of LTE, for example, GSM/GERAN/UMTS-related (GSM/EDGE Radio Access Network/UMTS) submissions and submissions that only tangentially pertained to the LTE access network; submissions that dealt with IMS (IP Multimedia Subsystem), policy control, and charging, fell into this category.

# 6.  RESULTS OF THE ANALYSIS

## 6.1.  CHAIRMANSHIPS

Table 1 and Chart 1 show the number of chairmanships (excluding vice chairmanships) held by the top 9 companies in the 3GPP in working groups RAN1, RAN2, RAN3, RAN4, RAN5, SA1, SA2, SA3, SA4, SA5, CT1, CT3, CT4, TSG RAN, TSG SA, and TSG CT. Huawei is a clear leader in terms of 3GPP chairmanships.

This product was downloaded by qifei@huawei.com on Nov. 10, 2016
© 2016 ABI Research • abiresearch.com  •  The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by
such Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

**ABI**research®

| Table 1: | Current Serving Chairmanships Elected Up To Q3 2015 | |
| --- | --- | --- |
| | | *(Source: ABI Research)* |

| Company | Number | Rank |
| --- | --- | --- |
| Huawei | 4 | 1 |
| Ericsson | 2 | 2 |
| Samsung | 2 | 2 |
| Nokia Networks | 1 | 4 |
| Nokia | 1 | 4 |
| Qualcomm | 1 | 4 |
| NEC | 1 | 4 |
| Intel | 1 | 4 |
| Motorola Mobility | 1 | 4 |

| Chart 1: | Current Serving Chairmanships Elected Up To Q3 2015 | |
| --- | --- | --- |
| | | *(Source: ABI Research)* |



6.2. Rapporteurships

Table 2 and Chart 2 show the number of rapporteurships held by the top 10 companies in the 3GPP in working groups RAN1, RAN2, RAN3, RAN4, RAN5, SA1, SA2, SA3, SA4, SA5, CT1, CT3, and

This product was downloaded by qifei@huawei.com on Nov. 10, 2016

© 2016 ABI Research • abiresearch.com • The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity as such
Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.



CT4, from 2009 through Q3 2015. Overall, Huawei is leading in terms of rapporteurships within the 3GPP, followed by Ericsson and then Alcatel-Lucent. Please note that Huawei has managed to widen the gap of rapporteurships, thanks to its increased involvement in the activities since 2014.

**Table 2:        Rapporteurships - Yearly Total, 2009-Q3 2015**

*(Source: ABI Research)*

| Company | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Q3 2015 | Total | Rank |
|---------|------|------|------|------|------|------|---------|-------|------|
| Huawei | 5 | 8 | 10 | 9 | 8 | 26 | 20 | 86 | 1 |
| Ericsson | 9 | 7 | 8 | 5 | 12 | 19 | 11 | 71 | 2 |
| Alcatel-Lucent | 3 | 7 | 9 | 6 | 8 | 18 | 5 | 56 | 3 |
| Nokia Networks | 4 | 2 | 5 | 3 | 0 | 11 | 13 | 38 | 4 |
| Qualcomm | 3 | 4 | 5 | 4 | 4 | 13 | 2 | 35 | 5 |
| Intel | 1 | 0 | 1 | 4 | 4 | 13 | 5 | 28 | 6 |
| ZTE | 0 | 2 | 5 | 2 | 2 | 3 | 6 | 20 | 7 |
| Samsung | 2 | 3 | 2 | 0 | 3 | 5 | 4 | 19 | 8 |
| Nokia | 4 | 2 | 3 | 2 | 3 | 0 | 2 | 16 | 9 |
| NEC | 1 | 4 | 2 | 1 | 2 | 0 | 0 | 10 | 10 |

**Chart 2:        Total Rapporteurs, 2009 to 2015 Q3 for the Top Ten Companies**

*(Source: ABI Research)*



This product was downloaded by qifei@huawei.com on Nov. 10, 2016
© 2016 ABI Research • abiresearch.com  •  The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.



### 6.3. CONTRIBUTIONS

Table 3 and Chart 3 show the number of total contributions by the top 10 companies in the 3GPP working groups RAN1, RAN2, RAN3, RAN4, RAN5, SA1, SA2, SA3, SA5, CT1, CT3, and CT4 for the six years from 2009 through Q3 2015. Ericsson is leading in terms of contributions to the 3GPP standards, followed closely by Huawei, and Qualcomm comes at a far third position.

| Table 3: | Contributions, Yearly Total, 2009-Q3 2015 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *(Source: ABI Research)* | |
| Company | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Q3 2015 | Total | Rank |
| Ericsson | 2,347 | 2,002 | 1,853 | 2,563 | 2,411 | 3,120 | 2,621 | 16,917 | 1 |
| Huawei | 1,980 | 2,047 | 1,938 | 2,620 | 2,533 | 2,961 | 2,626 | 16,705 | 2 |
| Qualcomm | 1,578 | 1,123 | 938 | 1,092 | 1,266 | 1,517 | 1,190 | 8,704 | 3 |
| ALU | 1,102 | 1,399 | 1,227 | 1,232 | 1,233 | 1,309 | 961 | 8,463 | 4 |
| Nokia Networks | 1,068 | 1,155 | 1,133 | 1,142 | 959 | 1,296 | 1,284 | 8,037 | 5 |
| ZTE | 971 | 1,142 | 1,196 | 1,060 | 941 | 1,015 | 858 | 7,183 | 6 |
| Samsung | 818 | 1,061 | 800 | 1,013 | 966 | 1,241 | 978 | 6,877 | 7 |
| LGE | 614 | 755 | 604 | 667 | 730 | 926 | 881 | 5,177 | 8 |
| CATT | 822 | 807 | 634 | 672 | 728 | 761 | 638 | 5,062 | 9 |
| Intel | 3 | 52 | 293 | 590 | 838 | 1,015 | 909 | 3,700 | 10 |

This product was downloaded by qifei@huawei.com on Nov. 10, 2016
© 2016 ABI Research • abiresearch.com • The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.


**Chart 3:** Total Contributions 2009 to 2015 Q3 for the Top Ten Companies

*(Source: ABI Research)*



## 6.4.  APPROVED CONTRIBUTIONS

### 6.4.1.  *APPROVED CONTRIBUTIONS OF 13 WORKING GROUPS, INCLUDING RAN1, RAN2, RAN3, RAN4, RAN5, SA1, SA2, SA3, SA4, SA5, CT1, CT3, AND CT4 WITHIN THE 3GPP*

Table 4 and Chart 4 show the number of approved contributions (a component of contributions) by the top 10 companies to 3GPP working groups RAN1, RAN2, RAN3, RAN4, RAN5, SA1, SA2, SA3, SA4, SA5, CT1, CT3, and CT4 for the six years from 2009 through Q3 2015. Overall, Ericsson has the greatest number of approved contributions by far. Ericsson is followed closely by Huawei, and Nokia Networks comes at a far third position.

However, despite ranking behind Ericsson in the overall approved contribution, Huawei has been leading the share of approved contributions since 2012. In 2015, Huawei's contribution has reached 936 in three quarters and is on track to exceed 1,100.

This product was downloaded by qifei@huawei.com on Nov. 10, 2016

© 2016 ABI Research • abiresearch.com  •  The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.



| Table 4: | Approved Contributions for 13 Working Groups, Yearly Total, 2009-Q3 2015 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *(Source: ABI Research)* | | | | | | | | | |
| **Company** | **2009** | **2010** | **2011** | **2012** | **2013** | **2014** | **Q3 2015** | **Total** | **Rank** |
| Ericsson | 1,240 | 930 | 865 | 1,109 | 960 | 1,030 | 861 | 6,995 | 1 |
| Huawei | 774 | 663 | 776 | 1,183 | 1,116 | 1,148 | 936 | 6,596 | 2 |
| Nokia Networks | 501 | 480 | 472 | 392 | 318 | 381 | 369 | 2,913 | 3 |
| Qualcomm | 525 | 320 | 328 | 321 | 429 | 511 | 429 | 2,863 | 4 |
| ALU | 372 | 410 | 465 | 369 | 429 | 359 | 351 | 2,755 | 5 |
| ZTE | 322 | 342 | 391 | 326 | 290 | 330 | 209 | 2,210 | 6 |
| Samsung | 254 | 151 | 182 | 178 | 192 | 205 | 162 | 1,324 | 7 |
| Anritsu | 87 | 121 | 133 | 185 | 243 | 232 | 146 | 1,147 | 8 |
| Rohde & Schwarz | 146 | 185 | 155 | 140 | 176 | 171 | 135 | 1,108 | 9 |
| CATT | 248 | 97 | 134 | 126 | 144 | 159 | 116 | 1,024 | 10 |



Chart 4:   Total Approved Contributions of 13 Working Groups 2009 to 2015 Q3   *(Source: ABI Research)*

### 6.4.2. APPROVED CONTRIBUTIONS OF 6 WORKING GROUPS THAT CLOSELY RELATED TO TERMINAL DEVICES, INCLUDING RAN1, RAN2, RAN4, SA2, SA3, AND CT1 WITHIN THE 3GPP

Another set of working groups, which include RAN1, RAN2, RAN4, SA2, SA3, and CT1 within the 3GPP, is also tracked and analyzed, as these particular working groups are most closely aligned with the patented technologies. These patents are often licensed to new entrants, particularly device manufacturers, in order to create commercial LTE products. Conversely, the remaining working groups focus on other areas, such as various interfaces within the core network, which a

This product was downloaded by qifei@huawei.com on Nov. 10, 2016
© 2016 ABI Research • abiresearch.com  •  The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.



device manufacturer would not have to be licensed. In other cases, certain working groups are largely responsible for developing procedures to confirm a solution's adherence to the standard (*e.g.,* RAN 5).

Table 5 and Chart 5 show the number of approved contributions (a component of contributions) by the top 10 companies to 3GPP working groups RAN1, RAN2, RAN4, SA2, SA3, and CT1 for the six years from 2009 through Q3 2015. Overall, Ericsson is leading, then followed by closely by Huawei, and Qualcomm takes the third position.

| Table 5: | Approved Contributions for 6 Working Groups Yearly Total, 2009-Q3 2015 | | | | | | | | *(Source: ABI Research)* |
|---|---|---|---|---|---|---|---|---|---|
| **Company** | **2009** | **2010** | **2011** | **2012** | **2013** | **2014** | **Q3 2015** | **Total** | **Rank** |
| Ericsson | 621 | 419 | 469 | 613 | 579 | 613 | 499 | 3,813 | 1 |
| Huawei | 344 | 310 | 410 | 669 | 621 | 726 | 550 | 3,630 | 2 |
| Qualcomm | 363 | 192 | 163 | 121 | 249 | 331 | 224 | 1,643 | 3 |
| Nokia Networks | 262 | 180 | 157 | 174 | 205 | 219 | 229 | 1,426 | 4 |
| ALU | 132 | 163 | 164 | 188 | 246 | 204 | 178 | 1,275 | 5 |
| CATT | 214 | 76 | 106 | 116 | 119 | 133 | 103 | 867 | 6 |
| ZTE | 115 | 73 | 146 | 154 | 113 | 143 | 116 | 860 | 7 |
| Samsung | 170 | 78 | 124 | 111 | 136 | 136 | 79 | 834 | 8 |
| Nokia | 200 | 119 | 97 | 104 | 90 | 119 | 12 | 741 | 9 |
| Intel | 1 | 1 | 26 | 75 | 130 | 179 | 144 | 556 | 10 |

This product was downloaded by qifei@huawei.com on Nov. 10, 2016
© 2016 ABI Research • abiresearch.com • The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.





Chart 5: Total Approved Contributions of 6 Working Groups 2009 to 2015 Q3 *(Source: ABI Research)*

This product was downloaded by qifei@huawei.com on Nov. 10, 2016
© 2016 ABI Research • abiresearch.com • The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.



# 7.  CONCLUSIONS

## 7.1.  LTE STANDARD LEADERSHIP

Companies listed in Table 6 make it into the top 10 of one of the selected criteria of: chairmanships, rapporteurships, contributions, and approved contributions:

**Table 6:**        Companies Appearing in Top 10 of Selected Criteria

*(Source: ABI Research)*

| Company | Chairmanships | Rapporteurships | Contributions | Approved Contributions |
|---|---|---|---|---|
| Huawei | 4 | 86 | 16,705 | 6,596 |
| Ericsson | 2 | 71 | 16,917 | 6,995 |
| Samsung | 2 | 19 | 6,877 | 1,324 |
| Nokia Networks | 1 | 38 | 8,037 | 2,913 |
| ALU | 0 | 56 | 8,463 | 2,755 |
| Qualcomm | 1 | 35 | 8,704 | 2,863 |
| Nokia | 1 | 16 | 2,791 | 988 |
| NEC | 1 | 10 | 3,112 | 873 |
| Intel | 1 | 28 | 3,700 | 887 |
| Motorola Mobility | 1 | 0 | 674 | 197 |
| ZTE | 0 | 20 | 7,183 | 2,210 |
| LGE | 0 | 5 | 5,177 | 585 |
| CATT | 0 | 7 | 5,062 | 1,024 |
| Anritsu | 0 | 0 | 1,301 | 1,147 |
| Rohde & Schwarz | 0 | 0 | 1,300 | 1,108 |

This product was downloaded by qifei@huawei.com on Nov. 10, 2016
© 2016 ABI Research • abiresearch.com  •  The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.



The six companies highlighted in Table 7 are the ones that ranked in the top 10 in all of the six selected criteria. Their scores are shown as well. The following is a simplified look at the rankings of the six companies that scored in the top 10 in all six categories.

| Table 7: | Company Rankings by Selected Criteria | | | *(Source: ABI Research)* |
|---|---|---|---|---|
| **Company** | **Chairmanships** | **Rapporteurships** | **Contributions** | **Approved Contributions** |
| Huawei | 1 | 1 | 2 | 2 |
| Ericsson | 2 | 2 | 1 | 1 |
| Samsung | 2 | 8 | 7 | 7 |
| Nokia Networks | 4 | 4 | 5 | 3 |
| ALU | 4 | 3 | 4 | 5 |
| Qualcomm | 4 | 5 | 3 | 4 |

A radar chart with three axes below, *i.e.*, Chart 6, provides a normalized view of the performance of the top six companies, in which the outside of the chart is the maximum value for each criterion.

| Chart 6: | Company Performance by Selected Criteria | *(Source: ABI Research)* |
|---|---|---|



The overall ranking of the top six companies who scored in the top 10 in all of the six indices are:

- Huawei
- Ericsson
- Nokia Networks

This product was downloaded by qifei@huawei.com on Nov. 10, 2016
© 2016 ABI Research • abiresearch.com • The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity as such Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.


- Alcatel-Lucent (ALU)
- Qualcomm
- Samsung

These six companies are definitive leaders of standardization efforts in the 3GPP LTE standards.

## 7.2.  LEADERSHIP IN TERMINAL-ESSENTIAL PATENTS PORTFOLIOS

The pie chart below shows the approved contributions share of participants in the terminal-related work groups including RAN1, RAN2, RAN4, SA2, SA3, and CT1 of 3GPP LTE standards in clause 6.4.2, which is an objective indicator of their terminal-essential patent portfolios strength in 3GPP LTE standard.

The vendors are leading the total approved contributions for the six working groups that are closely related to terminal devices. Their share of approved contributions is 80.6%. This is followed by operators at 12.8% and others, namely non-operators and non-vendors, at 6.6%.

| Chart 7: | Total Approved Contributions for Industrial Player Type for 6 Working Groups |
| --- | --- |
| | *(Source: ABI Research)* |



Among the vendors, Ericsson ranks first by commanding 19.4% of the total approved contributions. Huawei ranks second at 18.5%, and Qualcomm at a distant third with 8.4%.

This product was downloaded by qifei@huawei.com on Nov. 10, 2016

© 2016 ABI Research • abiresearch.com  •  The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.

Report
**LTE STANDARD LEADERSHP AND TERMINAL-ESSENTIAL PATENTS PORTFOLIOS
ANALYSIS WITHIN THE 3GPP**



| Chart 8: | Total Approved Contributions for Vendors for 6 Working Groups |
| --- | --- |

*(Source: ABI Research)*



The yearly ranking of the top 10 and top 6 companies are as follows:

| Chart 9: | Yearly Trend of the Position of Top 10 Vendors in Total Approved Contributions to the 6 Working Groups 2009-Q3 2015 |
| --- | --- |

*(Source: ABI Research)*



This product was downloaded by qifei@huawei.com on Nov. 10, 2016

© 2016 ABI Research • abiresearch.com  •  The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by
such Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.



| Chart 10: | Yearly Trend of the Position of Top 6 Vendors in Total Approved Contributions to the 6 Working Groups 2009-Q3 2015 |
|---|---|
| | *(Source: ABI Research)* |



Both Charts 9 and 10 illustrate how the top 10 and Top 6 companies have changed in position relative to each other. Most notably, Ericsson, ALU, and Samsung have steadily decreased their positions in recent years, while Huawei and Nokia Networks have improved their positions. Although Nokia Networks continues to climb in the approved contributions' ranking, it managed to get only to third position in 2015. In contrast, Huawei ranked in third position in 2009, but the company managed to overtake Ericsson in 2012 and since then, maintaining the top vendor in the approved contributions share of participants in the terminal-related work groups of 3GPP LTE standards. Since 2012, Ericsson ranks second. ALU ranked third in 2012, before taken over by Qualcomm in the third position in 2013 and 2014. As of Q3 2015, the third position is occupied by Nokia Networks.

This product was downloaded by qifei@huawei.com on Nov. 10, 2016
© 2016 ABI Research • abiresearch.com  •  The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by such Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.



ACRONYMS

| ALU | Alcatel-Lucent |
|-----|----------------|
| CATT | China Academy Telecommunication Technology |
| CR | Change Requests |
| DISC | Discussion Papers |
| ETSI | European Telecommunications Standards Institute |
| ITU | International Telecommunication Union |
| LGE | LG Electronics |
| PCR | Pseudo Change Request |
| SI | Study Items |
| TSG | Technical Specifications Groups |
| TTA | Telecommunications Technology Association |
| WG | Working Groups |
| WI | Work Items |

This product was downloaded by qifei@huawei.com on Nov. 10, 2016

© 2016 ABI Research • abiresearch.com  •  The material contained herein is for the individual use of the purchasing Licensee and may not be distributed to any other person or entity by
such Licensee including, without limitation, to persons within the same corporate or other entity as such Licensee, without the express written permission of Licensor.



**Published August 25, 2016**

©2016 ABI Research
South Street
Oyster Bay, NY 11771 USA
Tel: +1 516-624-2500
www.abiresearch.com

**ALL RIGHTS RESERVED**. No part of this document may be reproduced, recorded, photocopied, entered into a spreadsheet or information storage and/or retrieval system of any kind by any means, electronic, mechanical, or otherwise without the expressed written permission of the publisher.

Exceptions: Government data and other data obtained from public sources found in this report are not protected by copyright or intellectual property claims. The owners of this data may or may not be so noted where this data appears.

Electronic intellectual property licenses are available for site use. Please call ABI Research to find out about a site license.

This product was downloaded by qifei@huawei.com on Nov. 10, 2016