# EXHIBIT 25
## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

# REPORT OF MATTHEW VALENTI, PH.D.
# REGARDING INFRINGEMENT OF U.S. PATENT NO. 9,288,825

*Huawei Techs Co., Ltd. v. Samsung Elecs. Co., Ltd.*,

Case No. 3:16-cv-02787-WHO (N.D. Cal.)

April 27, 2018

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

I, Matthew Valenti, declare as follows:

1.      I have been retained by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America ("Samsung") to serve as an expert in this case.  I expect to testify at trial regarding the matters set forth in this report, if asked about those matters by the Judge or the parties' attorneys.

2.      I am being compensated at my usual hourly rate of $450.  I am being separately reimbursed for any out-of-pocket expenses.  My compensation does not depend in any way on the outcome of this investigation or the particular testimony or opinions that I express.

I.      **SUMMARY AND SCOPE OF OPINIONS**

3.      I have formed various opinions regarding U.S. Patent No. 9,288,825 ("the '825 Patent").  The '825 patent is attached as Exhibit A.

4.      It is my opinion that claims 1 and 4 of the '825 Patent ("the Asserted Claims") are infringed directly, literally and under the doctrine of equivalents, by Huawei's instrumentalities ("the Accused Instrumentalities"):

> Mate 9, Honor 6X, Honor 8, Nexus 6P, Raven LTE, Pronto LTE, SnapTo, Y536-A1, Fusion 3, Tribute, Ascend Mate2 4G, Honor 5X, P8 Lite/Youth, Sensa, RIO, GX8, G8, G7 Plus, Ascend XT, Union, and Vitria (collectively "Accused Instrumentalities").

I understand these are the accused products listed in Samsung's Amended Case Narrowing Statement, dated April 2, 2018, which is attached as Exhibit D.  Therefore, I have focused my analysis on these products.  However, my analysis may also apply to additional Huawei or HiSilicon products.

5.      It is my opinion that the Asserted Claims are practiced directly, and indirectly, literally and under the doctrine of equivalents, by at least the following Samsung products:  SM-G890A; SM-G920A; SM-G920T; SM-G925A; SM-G925T; SM-G928A; SM-T817A; SM-

1

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

T817P; SM-T817R; SM-T817R4; SM-T817T; SM-T817V; SM-G386T; SM-G800A; SM-

G800R; SM-T237P; SM-T337A; SM-T337T; SMT337V; SM-T537A; SM-T537R; SM-T537V

(collectively "Samsung Practicing Products").

6.      It is my opinion that claims 1 and 4 of the '825 patent are entitled to an effective

filing date of November 24, 2005, and a conception date of July 5, 2005.

7.      It is my opinion that Samsung made substational contributions to the LTE

standard and the Asserted Claims, as found in the LTE standard, substantially improved the LTE

standard.

8.      Huawei has not identified any "non-infringing alternatives" for the Asserted

Claims, and I am not aware of any viable non-infringing alternatives for the Asserted Claims.

9.      It is my opinion that the Asserted Claims, as found in the Accused

Instrumentalities, provide substantial benefits to Huawei's customers.

10.     It is my opinion that secondary considerations support the non-obviousenss of the

Asserted Claims.

## II.      BACKGROUND/EXPERIENCE

11.     My qualifications and publications are set forth in my Curriculum Vitae, which is

attached as Exhibit C.  Exhibit C is incorporated into my report in full.

12.     My research and teaching interests are in the areas of communication theory and

statistical signal processing.  I am currently a Professor in the Lane Department of Computer

Science Electrical Engineering at West Virginia University and previously worked as an

Electronics Engineer at the U.S. Naval Research Laboratory.  Upon joining West Virginia

University in 1999, I founded the Wireless Communications Research Lab.  I am also a

registered Professional Engineer (P.E.) in the state of West Virginia.  A complete list of my

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

1. **"system information indicating a group of identification(ID)s" (Claims 1, 4)**

163.    I understand that Huawei, in the Parties' Joint Claim Construction Statement, contends that the term "system information indicating a group of identification(IDs)" should be construed as "system information including a group of IDs."  Exhibit V at 58.

164.    Huawei's proposed construction is incorrect because there is nothing in the claim language that requires "including" a group of IDs.  In fact, the claim makes it clear that the system information indicates a group of identification(ID)s.  The claim language in claim 1 is consistent with claim 8, which recites "wherein the system information comprises information indicative of the valid period."  As a result, the claims specifically recite system information that indicates a group of IDs and valid period, but do not necessarily "include" this information.  This construction accords with the plain and ordinary meaning of "indicating," which is to "point out or point to," or "to be a sign, symptom, or index of."  *See, e.g.*, https://www.merriam-webster.com/dictionary/indicate.

165.    Furthermore, nothing in the prosecution history suggests Huawei's interpretation is valid.  The present claim term was not amended throughout prosecution.  *See* Exhibits I and J.

166.    Because the "indicating" term is clear and unambiguous and it would be readily understood by one of ordinary skill in the art, no construction is necessary.

2. **"a first uplink signal corresponding to the selected first ID" (Claims 1, 4)**

167.    I understand that Huawei, in the Parties' Joint Claim Construction Statement, contends that the term "a first uplink signal corresponding to the selected first ID" should be construed as "a first uplink signal including the selected first ID."  Exhibit V at 58.  Huawei only cites column 5:41-49 of the '825 patent in support of its construction.  *Id.*

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

2.   **Claim [1B]: "receiving system information indicating a group of identification(ID)s"**

369.   All of the Accused Instrumentalities perform "receiving system information indicating a group of identificaiton(ID)s," as recited by claim [1B].

(a)   **3GPP Standards Evidence**

371.   A UE receives Radio resource control (RRC) information elements (IEs) specific to the random access procedure.  TS 36.321, § 5; TS 36.331, § 6.3.2.  During initial configuration, the UE receives Standard Information Blocks (SIBs) that contain radio resource configuration information common to all UEs.  TS 36.331, § 5.2.  One of the received SIBs include the IE *RadioResourceConfigCommon*, which specifies common configurations.  One such configuration is the IE *RACH-ConfigCommon*, which specifies random access parameters.  The Accused Instrumentalities are compliant with subsection 6.3.2 of the TS 36.331 standard, which provides in relevant part:

| 6.3.2 | Radio resource control information elements |
|---|---|

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

–    *RadioResourceConfigCommon*

The IE *RadioResourceConfigCommonSIB* and IE *RadioResourceConfigCommon* are used to specify common radio resource configurations in the system information and in the mobility control information, respectively, e.g., the random access parameters and the static physical layer parameters.

**RadioResourceConfigCommon information element**

```
-- ASN1START

RadioResourceConfigCommonSIB ::=       SEQUENCE {
    rach-ConfigCommon                      RACH-ConfigCommon,
    bcch-Config                            BCCH-Config,
    pcch-Config                            PCCH-Config,
    prach-Config                           PRACH-ConfigSIB,
    pdsch-ConfigCommon                     PDSCH-ConfigCommon,
    pusch-ConfigCommon                     PUSCH-ConfigCommon,
    pucch-ConfigCommon                     PUCCH-ConfigCommon,
    soundingRS-UL-ConfigCommon             SoundingRS-UL-ConfigCommon,
    uplinkPowerControlCommon               UplinkPowerControlCommon,
    ul-CyclicPrefixLength                  UL-CyclicPrefixLength,
    ...
}
```

In particular, the *RACH-ConfigCommon* information element specifies relevant parameters (e.g., numberOfRA-Preambles, preamblesGroupAConfig, sizeOfRA-PreamblesGroupA) that indicates at least a group of random access preambles (groups A and/or B):

–    *RACH-ConfigCommon*

The IE *RACH-ConfigCommon* is used to specify the generic random access parameters.

**RACH-ConfigCommon information element**

```
-- ASN1START

RACH-ConfigCommon ::=          SEQUENCE {
    preambleInfo                   SEQUENCE {
        numberOfRA-Preambles           ENUMERATED {
                                           n4, n8, n12, n16 ,n20, n24, n28,
                                           n32, n36, n40, n44, n48, n52, n56,
                                           n60, n64},
        preamblesGroupAConfig          SEQUENCE {
            sizeOfRA-PreamblesGroupA       ENUMERATED {
                                               n4, n8, n12, n16 ,n20, n24, n28,
                                               n32, n36, n40, n44, n48, n52, n56,
                                               n60},
            messageSizeGroupA              ENUMERATED {b56, b144, b208, b256},
            messagePowerOffsetGroupB       ENUMERATED {
                                               minusinfinity, dB0, dB5, dB8, dB10, dB12,
                                               dB15, dB18},
```

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

| RACH-ConfigCommon field descriptions |
|---|
| **numberOfRA-Preambles** |
| Number of non-dedicated random access preambles in TS 36.321 [6]. Value is an integer. Value n4 corresponds to 4, n8 corresponds to 8 and so on. |
| **preamblesGroupAConfig** |
| Provides the configuration for preamble grouping in TS 36.321 [6]. If the field is not signalled, the size of the random access preambles group A [6] is equal to *numberOfRA-Preambles*. |
| **sizeOfRA-PreamblesGroupA** |
| Size of the random access preambles group A in TS 36.321 [6]. Value is an integer. Value n4 corresponds to 4, n8 corresponds to 8 and so on. |
| **messageSizeGroupA** |
| Threshold for preamble selection in TS 36.321 [6]. Value in bits. Value b56 corresponds to 56 bits, b144 corresponds to 144 bits and so on. |
| **messagePowerOffsetGroupB** |
| Threshold for preamble selection in TS 36.321 [6]. Value in dB. Value minusinfinity corresponds to –infinity. Value dB0 corresponds to 0 dB, dB5 corresponds to 5 dB and so on. |
| **powerRampingStep** |
| Power ramping factor in TS 36.321 [6]. Value in dB. Value dB0 corresponds to 0 dB, dB2 corresponds to 2 dB and so on. |
| **preambleInitialReceivedTargetPower** |
| Initial preamble power in TS 36.321 [6]. Value in dBm. Value dBm-120 corresponds to -120 dBm, dBm-118 corresponds to -118 dBm and so on. |
| **preambleTransMax** |
| Maximum number of preamble transmission in TS 36.321 [6]. Value is an integer. Value n3 corresponds to 3, n4 corresponds to 4 and so on. |
| **ra-ResponseWindowSize** |
| Duration of the RA response window in TS 36.321 [6]. Value in subframes. Value sf2 corresponds to 2 subframes, sf3 corresponds to 3 subframes and so on. |
| **mac-ContentionResolutionTimer** |
| Timer for contention resolution in TS 36.321 [6]. Value in subframes. Value sf8 corresponds to 8 subframes, sf16 corresponds to 16 subframes and so on. |
| **maxHARQ-Msg3Tx** |
| Maximum number of Msg3 HARQ transmissions in TS 36.321 [6], used for contention based random access. Value is an integer. |

TS 36.321, § 5; TS 36.331, § 6.3.2.

372.    The received system information determines the available groups of random access preambles (including whether preamble group B exitst or not), the number of preambles in the available groups, and the size of each of those preamble groups.  TS 36.321, §5.1.1. Subsection 5 of TS 36.321 provides:

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

# 5    MAC procedures

## 5.1    Random Access procedure

### 5.1.1    Random Access Procedure initialization

The Random Access procedure described in this subclause is initiated by a PDCCH order or by the MAC sublayer itself. If a UE receives a PDCCH transmission consistent with a PDCCH order [5] masked with its C-RNTI, it shall initiate a Random Access procedure. The PDCCH order or RRC optionally indicate *ra-PreambleIndex* and *ra-PRACH-MaskIndex*.

Before the procedure can be initiated, the following information is assumed to be available [8]:

- the available set of PRACH resources for the transmission of the Random Access Preamble, *prach-ConfigIndex*.

- the groups of Random Access Preambles and the set of available Random Access Preambles in each group:

    The preambles that are contained in Random Access Preambles group A and Random Access Preambles group B are calculated from the parameters *numberOfRA-Preambles* and *sizeOfRA-PreamblesGroupA*.

    If *sizeOfRA-PreamblesGroupA* is equal to *numberOfRA-Preambles* then there is no Random Access Preambles group B. The preambles in Random Access Preamble group A are the preambles 0 to *sizeOfRA-PreamblesGroupA* – 1 and, if it exists, the preambles in Random Access Preamble group B are the preambles *sizeOfRA-PreamblesGroupA* to *numberOfRA-Preambles* – 1 from the set of 64 preambles as defined in [7].

- if Random Access Preambles group B exists, the thresholds, *messagePowerOffsetGroupB* and *messageSizeGroupA*, the configured UE transmitted power, $P_{CMAX}$ [10], and the offset between the preamble and Msg3, *deltaPreambleMsg3*, that are required for selecting one of the two groups of Random Access Preambles.

- the RA response window size *ra-ResponseWindowSize*.

- the power-ramping factor *powerRampingStep*.

- the maximum number of preamble transmission *preambleTransMax*.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

## 5.1.2    Random Access Resource selection

The Random Access Resource selection procedure shall be performed as follows:

- If *ra-PreambleIndex* (Random Access Preamble) and *ra-PRACH-MaskIndex* (PRACH Mask Index) have been explicitly signalled and *ra-PreambleIndex* is not 000000:

  - the Random Access Preamble and the PRACH Mask Index are those explicitly signalled.

- else the Random Access Preamble shall be selected by the UE as follows:

  - If Msg3 has not yet been transmitted, the UE shall:

    - if Random Access Preambles group B exists and if the potential message size (data available for transmission plus MAC header and, where required, MAC control elements) is greater than *messageSizeGroupA* and if the pathloss is less than $P_{CMAX}$ − *preambleInitialReceivedTargetPower* − *deltaPreambleMsg3* − *messagePowerOffsetGroupB*, then:

      - select the Random Access Preambles group B;

    - else:

      - select the Random Access Preambles group A.

  - else, if Msg3 is being retransmitted, the UE shall:

    - select the same group of Random Access Preambles as was used for the preamble transmission attempt corresponding to the first transmission of Msg3.

  - randomly select a Random Access Preamble within the selected group. The random function shall be such that each of the allowed selections can be chosen with equal probability;

373.    The preambles in Random Access Preamble group A are the preambles zero to *sizeOfRA-PreamblesGroupA* minus one. *Id.* The preambles in Random Access Preamble group B are the preambles of *sizeOfRA-PreamblesGroupA* to *numberOfRA-Preambles* minus 1 from the set of 64 preambles. *Id.* There are 64 preambles available in each cell. Exhibit F at § 5.7.2. If the parameter sizeOfRA-PreamblesGroupA is equal to the parameter numberOfRA-Preambles, then there is no Random Access Preambles group B. TS 36.321 § 5.11.

374.    In addition, subsection 5.1.3 of TS 36.321 provides:

## 5.1.3    Random Access Preamble transmission

The random-access procedure shall be performed as follows:

- set PREAMBLE_RECEIVED_TARGET_POWER to *preambleInitialReceivedTargetPower* + DELTA_PREAMBLE + (PREAMBLE_TRANSMISSION_COUNTER − 1) * *powerRampingStep*;

- instruct the physical layer to transmit a preamble using the selected PRACH, corresponding RA-RNTI, preamble index and PREAMBLE_RECEIVED_TARGET_POWER.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

375.    A UE may select a preamble index from a preamble group as discussed in more detail in Section IX.A.3, *infra*.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

6.3.2    Radio resource control information elements

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION



SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

---

### – RACH-ConfigCommon

The IE *RACH-ConfigCommon* is used to specify the generic random access parameters.

#### *RACH-ConfigCommon* information element

```
-- ASN1START

RACH-ConfigCommon ::=          SEQUENCE {
    preambleInfo                   SEQUENCE {
        numberOfRA-Preambles            ENUMERATED {
                                            n4, n8, n12, n16 ,n20, n24, n28,
                                            n32, n36, n40, n44, n48, n52, n56,
                                            n60, n64},
        preamblesGroupAConfig           SEQUENCE {
            sizeOfRA-PreamblesGroupA        ENUMERATED {
                                                n4, n8, n12, n16 ,n20, n24, n28,
                                                n32, n36, n40, n44, n48, n52, n56,
                                                n60},
            messageSizeGroupA               ENUMERATED {b56, b144, b208, b256},
            messagePowerOffsetGroupB        ENUMERATED {
                                                minusinfinity, dB0, dB5, dB8, dB10, dB12,
                                                dB15, dB18},
```

---

#### RACH-ConfigCommon field descriptions

**numberOfRA-Preambles**
Number of non-dedicated random access preambles in TS 36.321 [6]. Value is an integer. Value n4 corresponds to 4, n8 corresponds to 8 and so on.

**preamblesGroupAConfig**
Provides the configuration for preamble grouping in TS 36.321 [6]. If the field is not signalled, the size of the random access preambles group A [6] is equal to *numberOfRA-Preambles*.

**sizeOfRA-PreamblesGroupA**
Size of the random access preambles group A in TS 36.321 [6]. Value is an integer. Value n4 corresponds to 4, n8 corresponds to 8 and so on.

**messageSizeGroupA**
Threshold for preamble selection in TS 36.321 [6]. Value in bits. Value b56 corresponds to 56 bits, b144 corresponds to 144 bits and so on.

**messagePowerOffsetGroupB**
Threshold for preamble selection in TS 36.321 [6]. Value in dB. Value minusinfinity corresponds to –infinity. Value dB0 corresponds to 0 dB, dB5 corresponds to 5 dB and so on.

---

TS 36.321, § 5; TS 36.331, § 6.3.2.



SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION



## 6.3.2    Radio resource control information elements

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

–         *RACH-ConfigCommon*

The IE *RACH-ConfigCommon* is used to specify the generic random access parameters.

**RACH-ConfigCommon information element**

```
-- ASN1START

RACH-ConfigCommon ::=        SEQUENCE {
    preambleInfo                    SEQUENCE {
        numberOfRA-Preambles            ENUMERATED {
                                            n4, n8, n12, n16 ,n20, n24, n28,
                                            n32, n36, n40, n44, n48, n52, n56,
                                            n60, n64},
        preamblesGroupAConfig           SEQUENCE {
            sizeOfRA-PreamblesGroupA        ENUMERATED {
                                                n4, n8, n12, n16 ,n20, n24, n28,
                                                n32, n36, n40, n44, n48, n52, n56,
                                                n60},
            messageSizeGroupA               ENUMERATED {b56, b144, b208, b256},
            messagePowerOffsetGroupB        ENUMERATED {
                                                minusinfinity, dB0, dB5, dB8, dB10, dB12,
                                                dB15, dB18},
```

| RACH-ConfigCommon field descriptions |
|---|
| **numberOfRA-Preambles** |
| Number of non-dedicated random access preambles in TS 36.321 [6]. Value is an integer. Value n4 corresponds to 4, n8 corresponds to 8 and so on. |
| **preamblesGroupAConfig** |
| Provides the configuration for preamble grouping in TS 36.321 [6]. If the field is not signalled, the size of the random access preambles group A is equal to *numberOfRA-Preambles*. |
| **sizeOfRA-PreamblesGroupA** |
| Size of the random access preambles group A in TS 36.321 [6]. Value is an integer. Value n4 corresponds to 4, n8 corresponds to 8 and so on. |

TS 36.321, § 5; TS 36.331, § 6.3.2.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

# 5      MAC procedures

## 5.1    Random Access procedure

### 5.1.1   Random Access Procedure initialization

The Random Access procedure described in this subclause is initiated by a PDCCH order or by the MAC sublayer itself. If a UE receives a PDCCH transmission consistent with a PDCCH order [5] masked with its C-RNTI, it shall initiate a Random Access procedure. The PDCCH order or RRC optionally indicate *ra-PreambleIndex* and *ra-PRACH-MaskIndex*.

Before the procedure can be initiated, the following information is assumed to be available [8]:

- the available set of PRACH resources for the transmission of the Random Access Preamble, *prach-ConfigIndex*.

- the groups of Random Access Preambles and the set of available Random Access Preambles in each group:

  The preambles that are contained in Random Access Preambles group A and Random Access Preambles group B are calculated from the parameters *numberOfRA-Preambles* and *sizeOfRA-PreamblesGroupA*:

  If *sizeOfRA-PreamblesGroupA* is equal to *numberOfRA-Preambles* then there is no Random Access Preambles group B. The preambles in Random Access Preamble group A are the preambles 0 to *sizeOfRA-PreamblesGroupA* − 1 and, if it exists, the preambles in Random Access Preamble group B are the preambles *sizeOfRA-PreamblesGroupA* to *numberOfRA-Preambles* − 1 from the set of 64 preambles as defined in [7].

- if Random Access Preambles group B exists, the thresholds, *messagePowerOffsetGroupB* and *messageSizeGroupA*, the configured UE transmitted power, $P_{CMAX}$ [10], and the offset between the preamble and Msg3, *deltaPreambleMsg3*, that are required for selecting one of the two groups of Random Access Preambles.

- the RA response window size *ra-ResponseWindowSize*.

- the power-ramping factor *powerRampingStep*.

- the maximum number of preamble transmission *preambleTransMax*.

(d)    **Doctrine of Equivalents**

150

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████

3.      **Claim [1C]: "selecting an first ID from among the group of the IDs;"**

400.    All of the Accused Instrumentalities perform "selecting an first ID from among the group of IDs," as recited by claim [1C].

(a)      **3GPP Standards Evidence**

███   ████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

████████████████████

402.    Based in part on information from the base station, including information regarding whether a Preamble group B exists, the UE shall select either Random Access Preambles group A or B.  TS 36.321, § 5.1.2.  In addition, the UE will use a random function to randomly select a random access preamble within the selected group.  *Id.*  Each random access preamble includes a preamble index, also known as a preamble ID, and a RNTI (if available).  TS 36.321 §§ 5.1.2, 5.1.3.  Subsection 5.1.3 of TS 36.321 provides:

---

### 5.1.3    Random Access Preamble transmission

The random-access procedure shall be performed as follows:

- set PREAMBLE_RECEIVED_TARGET_POWER to *preambleInitialReceivedTargetPower* + DELTA_PREAMBLE + (PREAMBLE_TRANSMISSION_COUNTER − 1) * *powerRampingStep*;
- instruct the physical layer to transmit a preamble using the selected PRACH, corresponding RA-RNTI, preamble index and PREAMBLE_RECEIVED_TARGET_POWER.

---

403.    Subsection 5.1.2 of TS 36.321 provides:

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

## 5.1      Random Access procedure

### 5.1.2      Random Access Resource selection

The Random Access Resource selection procedure shall be performed as follows:

- If *ra-PreambleIndex* (Random Access Preamble) and *ra-PRACH-MaskIndex* (PRACH Mask Index) have been explicitly signalled and *ra-PreambleIndex* is not 000000:

  - the Random Access Preamble and the PRACH Mask Index are those explicitly signalled.

- else the Random Access Preamble shall be selected by the UE as follows:

  - If Msg3 has not yet been transmitted, the UE shall:

    - if Random Access Preambles group B exists and if the potential message size (data available for transmission plus MAC header and, where required, MAC control elements) is greater than *messageSizeGroupA* and if the pathloss is less than $P_{CMAX} - preambleInitialReceivedTargetPower - deltaPreambleMsg3 - messagePowerOffsetGroupB$, then:

      - select the Random Access Preambles group B;

    - else:

      - select the Random Access Preambles group A.

  - else, if Msg3 is being retransmitted, the UE shall:

    - select the same group of Random Access Preambles as was used for the preamble transmission attempt corresponding to the first transmission of Msg3.

  - randomly select a Random Access Preamble within the selected group. The random function shall be such that each of the allowed selections can be chosen with equal probability;

Q1HUSA2787SC0001134; TS 36.321, § 5.1.2.



SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

(d)   **Doctrine of Equivalents**

4.   **Claim [1D]: "transmitting a first uplink signal corresponding to the selected first ID for random access to a Node B;"**

431.   All of the Accused Instrumentalities perform "selecting an first ID from among the group of IDs," as recited by claim [1D].

(a)   **3GPP Standards Evidence**

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

comprising a second ID and an UE-ID," as recited by claim [1G].  The downlink signal comprises a second ID and a UE-ID.

(a)    **3GPP Standards Evidence**

519.    After waiting the predetermined duration delay of three subframes, the UE receives a random access response (a Message 2) from the eNB on downlink channel PDCCH during the RA Response window.  TS 36.321 § 5.1.4.  The random access response includes the selected random access preamble ID ("RAPID") sent by the UE (described in TS 36.321 § 5.1.3) ("second ID") and a Temporary C-RNTI ("UE-ID").  TS 36.321 §§ 6.2.2, 6.2.3.  Subsection 5.1.4 of TS 36.321 provides:

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

## 5.1.4   Random Access Response reception

Once the Random Access Preamble is transmitted and regardless of the possible occurrence of a measurement gap, the UE shall monitor the PDCCH for Random Access Response(s) identified by the RA-RNTI defined below, in the RA Response window which starts at the subframe that contains the end of the preamble transmission [7] plus three subframes and has length *ra-ResponseWindowSize* subframes. The RA-RNTI associated with the PRACH in which the Random Access Preamble is transmitted, is computed as:

$$RA\text{-}RNTI = 1 + t\_id + 10 * f\_id$$

Where t_id is the index of the first subframe of the specified PRACH ($0 \leq$ t_id $<10$), and f_id is the index of the specified PRACH within that subframe, in ascending order of frequency domain ($0 \leq$ f_id $< 6$). The UE may stop monitoring for Random Access Response(s) after successful reception of a Random Access Response containing Random Access Preamble identifiers that matches the transmitted Random Access Preamble.

- If a downlink assignment for this TTI has been received on the PDCCH for the RA-RNTI and the received TB is successfully decoded, the UE shall regardless of the possible occurrence of a measurement gap:

  - if the Random Access Response contains a Backoff Indicator subheader:

    - set the backoff parameter value in the UE as indicated by the BI field of the Backoff Indicator subheader and Table 7.2-1.

  - else, set the backoff parameter value in the UE to 0 ms.

  - if the Random Access Response contains a Random Access Preamble identifier corresponding to the transmitted Random Access Preamble (see subclause 5.1.3), the UE shall:

    - consider this Random Access Response reception successful;

    - process the received Timing Advance Command (see subclause 5.2);

    - indicate the *preambleInitialReceivedTargetPower* and the amount of power ramping applied to the latest preamble transmission to lower layers (i.e., (PREAMBLE_TRANSMISSION_COUNTER – 1) * *powerRampingStep*);

    - process the received UL grant value and indicate it to the lower layers;

    - if *ra-PreambleIndex* was explicitly signalled and it was not 000000 (i.e., not selected by MAC):

---

    - consider the Random Access procedure successfully completed.

  - else, if the Random Access Preamble was selected by UE MAC:

    - set the Temporary C-RNTI to the value received in the Random Access Response message no later than at the time of the first transmission corresponding to the UL grant provided in the Random Access Response message;

    - if this is the first successfully received Random Access Response within this Random Access procedure:

      - if the transmission is not being made for the CCCH logical channel, indicate to the Multiplexing and assembly entity to include a C-RNTI MAC control element in the subsequent uplink transmission;

      - obtain the MAC PDU to transmit from the "Multiplexing and assembly" entity and store it in the Msg3 buffer.

520.    The Accused Instrumentalities are also compliant with subsections 6.2.2 and 6.2.3 of TS 36.321, which describe the random access response having a field for the selected RAPID sent by the UE and a field for a temporary C-RNTI.  Subsection 6.2.2 of TS 36.321 provides:

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

### 6.2.2 MAC header for Random Access Response

The MAC header is of variable size and consists of the following fields:

- E: The Extension field is a flag indicating if more fields are present in the MAC header or not. The E field is set to "1" to indicate at least another set of E/T/RAPID fields follows. The E field is set to "0" to indicate that a MAC RAR or padding starts at the next byte;

- T: The Type field is a flag indicating whether the MAC subheader contains a Random Access ID or a Backoff Indicator. The T field is set to "0" to indicate the presence of a Backoff Indicator field in the subheader (BI). The T field is set to "1" to indicate the presence of a Random Access Preamble ID field in the subheader (RAPID);

- R: Reserved bit, set to "0";

- BI: The Backoff Indicator field identifies the overload condition in the cell. The size of the BI field is 4 bits;

- RAPID: The Random Access Preamble IDentitfier field identifies the transmitted Random Access Preamble (see subclause 5.1.3). The size of the RAPID field is 6 bits.

The MAC header and subheaders are octet aligned.

521.  Subsection 6.2.3 of TS 36.321 provides:

### 6.2.3 MAC payload for Random Access Response

The MAC RAR is of fixed size and consists of the following fields:

- R: Reserved bit, set to "0";

- Timing Advance Command: The Timing Advance Command field indicates the index value $T_A$ (0, 1, 2… 1282) used to control the amount of timing adjustment that UE has to apply (see subclause 4.2.3 of [2]). The size of the Timing Advance Command field is 11 bits;

- UL Grant: The UpLink Grant field indicates the resources to be used on the uplink (see subclause 6.2 of [2]). The size of the UL Grant field is 20 bits;

- Temporary C-RNTI: The Temporary C-RNTI field indicates the temporary identity that is used by the UE during Random Access. The size of the Temporary C-RNTI field is 16 bits.

The MAC RAR is octet aligned.



SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

| RACH-ConfigCommon field descriptions |
| --- |
| *numberOfRA-Preambles* |
| Number of non-dedicated random access preambles in TS 36.321 [6]. Value is an integer. Value n4 corresponds to 4, n8 corresponds to 8 and so on. |
| *preamblesGroupAConfig* |
| Provides the configuration for preamble grouping in TS 36.321 [6]. If the field is not signalled, the size of the random access preambles group A [6] is equal to *numberOfRA-Preambles*. |
| *sizeOfRA-PreamblesGroupA* |
| Size of the random access preambles group A in TS 36.321 [6]. Value is an integer. Value n4 corresponds to 4, n8 corresponds to 8 and so on. |
| *messageSizeGroupA* |
| Threshold for preamble selection in TS 36.321 [6]. Value in bits. Value b56 corresponds to 56 bits, b144 corresponds to 144 bits and so on. |
| *messagePowerOffsetGroupB* |
| Threshold for preamble selection in TS 36.321 [6]. Value in dB. Value minusinfinity corresponds to –infinity. Value dB0 corresponds to 0 dB, dB5 corresponds to 5 dB and so on. |
| *powerRampingStep* |
| Power ramping factor in TS 36.321 [6]. Value in dB. Value dB0 corresponds to 0 dB, dB2 corresponds to 2 dB and so on. |
| *preambleInitialReceivedTargetPower* |
| Initial preamble power in TS 36.321 [6]. Value in dBm. Value dBm-120 corresponds to -120 dBm, dBm-118 corresponds to -118 dBm and so on. |
| *preambleTransMax* |
| Maximum number of preamble transmission in TS 36.321 [6]. Value is an integer. Value n3 corresponds to 3, n4 corresponds to 4 and so on. |
| *ra-ResponseWindowSize* |
| Duration of the RA response window in TS 36.321 [6]. Value in subframes. Value sf2 corresponds to 2 subframes, sf3 corresponds to 3 subframes and so on. |
| *mac-ContentionResolutionTimer* |
| Timer for contention resolution in TS 36.321 [6]. Value in subframes. Value sf8 corresponds to 8 subframes, sf16 corresponds to 16 subframes and so on. |
| *maxHARQ-Msg3Tx* |
| Maximum number of Msg3 HARQ transmissions in TS 36.321 [6], used for contention based random access. Value is an integer. |

TS 36.321, § 5; TS 36.331, § 6.3.2.

624.    The received system information determines the available groups of random access preambles (including whether preamble group B exitst or not), the number of preambles in the available groups, and the size of each of those preamble groups.  TS 36.321, §5.1.1. Subsection 5 of TS 36.321 provides:

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

# 5 MAC procedures

## 5.1 Random Access procedure

### 5.1.1 Random Access Procedure initialization

The Random Access procedure described in this subclause is initiated by a PDCCH order or by the MAC sublayer itself. If a UE receives a PDCCH transmission consistent with a PDCCH order [5] masked with its C-RNTI, it shall initiate a Random Access procedure. The PDCCH order or RRC optionally indicate *ra-PreambleIndex* and *ra-PRACH-MaskIndex*.

Before the procedure can be initiated, the following information is assumed to be available [8]:

- the available set of PRACH resources for the transmission of the Random Access Preamble, *prach-ConfigIndex*.

- the groups of Random Access Preambles and the set of available Random Access Preambles in each group:

  The preambles that are contained in Random Access Preambles group A and Random Access Preambles group B are calculated from the parameters *numberOfRA-Preambles* and *sizeOfRA-PreamblesGroupA*.

  If *sizeOfRA-PreamblesGroupA* is equal to *numberOfRA-Preambles* then there is no Random Access Preambles group B. The preambles in Random Access Preamble group A are the preambles 0 to *sizeOfRA-PreamblesGroupA* − 1 and, if it exists, the preambles in Random Access Preamble group B are the preambles *sizeOfRA-PreamblesGroupA* to *numberOfRA-Preambles* − 1 from the set of 64 preambles as defined in [7].

- if Random Access Preambles group B exists, the thresholds, *messagePowerOffsetGroupB* and *messageSizeGroupA*, the configured UE transmitted power, $P_{CMAX}$ [10], and the offset between the preamble and Msg3, *deltaPreambleMsg3*, that are required for selecting one of the two groups of Random Access Preambles.

- the RA response window size *ra-ResponseWindowSize*.

- the power-ramping factor *powerRampingStep*.

- the maximum number of preamble transmission *preambleTransMax*.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

---

### 5.1.2    Random Access Resource selection

The Random Access Resource selection procedure shall be performed as follows:

- If *ra-PreambleIndex* (Random Access Preamble) and *ra-PRACH-MaskIndex* (PRACH Mask Index) have been explicitly signalled and *ra-PreambleIndex* is not 000000:

    - the Random Access Preamble and the PRACH Mask Index are those explicitly signalled.

- else the Random Access Preamble shall be selected by the UE as follows:

    - If Msg3 has not yet been transmitted, the UE shall:

        - if Random Access Preambles group B exists and if the potential message size (data available for transmission plus MAC header and, where required, MAC control elements) is greater than *messageSizeGroupA* and if the pathloss is less than $P_{CMAX} - preambleInitialReceivedTargetPower - deltaPreambleMsg3 - messagePowerOffsetGroupB$, then:

            - select the Random Access Preambles group B;

        - else:

            - select the Random Access Preambles group A.

    - else, if Msg3 is being retransmitted, the UE shall:

        - select the same group of Random Access Preambles as was used for the preamble transmission attempt corresponding to the first transmission of Msg3.

    - randomly select a Random Access Preamble within the selected group. The random function shall be such that each of the allowed selections can be chosen with equal probability;

---

625.    The preambles in Random Access Preamble group A are the preambles zero to *sizeOfRA-PreamblesGroupA* minus one. *Id.* The preambles in Random Access Preamble group B are the preambles of *sizeOfRA-PreamblesGroupA* to *numberOfRA-Preambles* minus 1 from the set of 64 preambles. *Id.* There are 64 preambles available in each cell. Exhibit F at § 5.7.2. If the parameter sizeOfRA-PreamblesGroupA is equal to the parameter numberOfRA-Preambles, then there is no Random Access Preambles group B. TS 36.321 § 5.11.

626.    In addition, subsection 5.1.3 of TS 36.321 provides:

---

### 5.1.3    Random Access Preamble transmission

The random-access procedure shall be performed as follows:

- set PREAMBLE_RECEIVED_TARGET_POWER to *preambleInitialReceivedTargetPower* + DELTA_PREAMBLE + (PREAMBLE_TRANSMISSION_COUNTER – 1) * *powerRampingStep*;

- instruct the physical layer to transmit a preamble using the selected PRACH, corresponding RA-RNTI, preamble index and PREAMBLE_RECEIVED_TARGET_POWER.

---

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

██████████████████████████████████████████████████████████████████████████.

Subsection 5 of TS 36.321 provides:

# 5    MAC procedures

## 5.1    Random Access procedure

### 5.1.1    Random Access Procedure initialization

The Random Access procedure described in this subclause is initiated by a PDCCH order or by the MAC sublayer itself. If a UE receives a PDCCH transmission consistent with a PDCCH order [5] masked with its C-RNTI, it shall initiate a Random Access procedure. The PDCCH order or RRC optionally indicate *ra-PreambleIndex* and *ra-PRACH-MaskIndex*.

Before the procedure can be initiated, the following information is assumed to be available [8]:

- the available set of PRACH resources for the transmission of the Random Access Preamble, *prach-ConfigIndex*.

- the groups of Random Access Preambles and the set of available Random Access Preambles in each group:

   The preambles that are contained in Random Access Preambles group A and Random Access Preambles group B are calculated from the parameters *numberOfRA-Preambles* and *sizeOfRA-PreamblesGroupA*.

   If *sizeOfRA-PreamblesGroupA* is equal to *numberOfRA-Preambles* then there is no Random Access Preambles group B. The preambles in Random Access Preamble group A are the preambles 0 to *sizeOfRA-PreamblesGroupA* − 1 and, if it exists, the preambles in Random Access Preamble group B are the preambles *sizeOfRA-PreamblesGroupA* to *numberOfRA-Preambles* − 1 from the set of 64 preambles as defined in [7].

- if Random Access Preambles group B exists, the thresholds, *messagePowerOffsetGroupB* and *messageSizeGroupA*, the configured UE transmitted power, $P_{CMAX}$ [10], and the offset between the preamble and Msg3, *deltaPreambleMsg3*, that are required for selecting one of the two groups of Random Access Preambles.

- the RA response window size *ra-ResponseWindowSize*.

- the power-ramping factor *powerRampingStep*.

- the maximum number of preamble transmission *preambleTransMax*.

████  ██████████████████████████████████████

█████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████

(d)    **Doctrine of Equivalents**

████  ██████████████████████████████████████████████

███████████████████████████████████████████████████████

238

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

███████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████

### 3.   Claim [4C]: "a signal generator configured to: select an first ID from among the group of IDs;"

652.   All of the Accused Instrumentalities perform "a signal generator configured to: select an first ID from among the group of IDs," as recited by claim [4C].

### (a)   3GPP Standards Evidence

███   █████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████.   As a result, the Accused Instrumentalities are compliant with subsection 5 of TS 36.321.

654.   Based in part on information from the base station, including information regarding whether a Preamble group B exists, the UE shall select either Random Access Preambles group A or B.  TS 36.321, § 5.1.2.  In addition, the UE will use a random function to randomly select a random access preamble within the selected group.  *Id.*  Each random access preamble includes a preamble index, also known as a preamble ID, and a RNTI (if available). TS 36.321 §§ 5.1.2, 5.1.3.  Subsection 5.1.3 of TS 36.321 provides:

---

#### 5.1.3    Random Access Preamble transmission

The random-access procedure shall be performed as follows:

- set PREAMBLE_RECEIVED_TARGET_POWER to *preambleInitialReceivedTargetPower* + DELTA_PREAMBLE + (PREAMBLE_TRANSMISSION_COUNTER − 1) * *powerRampingStep*;

- instruct the physical layer to transmit a preamble using the selected PRACH, corresponding RA-RNTI, preamble index and PREAMBLE_RECEIVED_TARGET_POWER.

---

655.   Subsection 5.1.2 of TS 36.321 provides:

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

839.     Further, as I demonstrate above, the Accused Instrumentalities include the claimed receiver, which comprises hardware from the respective baseband processor ███████ ████████████ operating in conjunction with the relevant source code for that processor that performs the receiving of the system information by the UE from the base station.

840.     To the extent Huawei contends that the system information does not "include[] a group of IDs," I understand that this argument is identical to the claim construction argument Huawei is making that the term "system information indicating a group of identification(ID)s" should be interpreted as "including a group of identification(ID)s."  I have already demonstrated that such a construction is not supported by either the claim language or intrinsic record of the '825 patent.

841.     I understand that Huawei makes the following non-infringement argument:

> Samsung's infringement contentions include a reference to subsections 5.1.2 and 5.1.3 of TS 35.321.  Based on Huawei's current understanding of Samsung's infringement contentions, the subsections reference "Random Access Preambles group A" and "Random Access Preambles group B," but Samsung does not identify which, if any, of these satisfy the "group of the IDs."  Nor does Samsung identify whether, or how, these preambles constitute a "first ID" or whether a first ID is "among" the group of IDs. Based on Huawei's current understanding of Samsung's infringement contentions, the accused products do not select a first ID from the group of IDs claimed.

Exhibit CC at 68.  Based on the above analysis, I disagree with Huawei's contentions.

842.     As detailed above, subsections 5.1.2 and 5.1.3 of TS 35.321 describe "system information indicating a group of identification(ID)s."  In particular, the *RACH-ConfigCommon* information element specifies relevant parameters (e.g., numberOfRA-Preambles, preamblesGroupAConfig, sizeOfRA-PreamblesGroupA) that indicates at least a group of

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

random access preambles (groups A and/or B), each of which is identified by a corresponding

preamble index, also referred to as a preamble ID.  TS 36.321, § 5; TS 36.331, § 6.3.2.

843.    Furthermore, I have already demonstrated how the UE shall select either Random

Access Preambles group A or B based in part on information from the base station.  TS 36.321, §

5.1.2.  In addition, the UE will use a random function to randomly select a random access

preamble id of a preamble within the selected group.  TS 36.321 §§ 5.1.2, 5.1.3.

844.    I understand that Huawei makes the following non-infringement argument:

> Samsung's infringement contentions include a reference to subsections 5.1.2 and 5.1.3 of TS 35.321.  These subsections reference a Msg3, but Samsung has not identified whether, or how, this message satisfies the "first uplink signal."  Further, they do not identify which element is a "selected first ID" or explain how a first uplink signal is "corresponding" to that selected first ID.  For example, based on Huawei's current understanding of Samsung's infringement contentions, the Accused Products do not have a first uplink signal that includes any selected first ID.  Further, based on this understanding, the Accused Products do not include an uplink signal that is an initial message, with the claimed elements.  Samsung has therefore failed to demonstrate infringement of this element.

Exhibit CC at 69.  Based on the above analysis, I disagree with Huawei's contentions.

845.    As detailed above, after randomly selecting a random access preamble from the

selected group A or group B, the UE transmits the selected random access preamble id for the

corresponding preamble using a PRACH.  TS 36.321 §§ 5.1.2, 5.1.3.  This signal is sent from the

UE to the base station, and is therefore, by definition, an "uplink" signal.

846.    To the extent Huawei contends that the system information does not "include[] a

group of IDs," I understand that this argument is identical to the claim construction argument

Huawei is making that the term "a first uplink signal corresponding to the selected first ID"

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL–OUTSIDE ATTORNEYS' EYES ONLY–SOURCE CODE INFORMATION

946.    I may amend or supplement this report as necessary based on such additional information, or to address any new claim constructions offered by Huawei, Samsung, or provided by the Court.

I certify under penalty of perjury that the foregoing is true and correct.

Matthew Valenti, Ph.D.

Date:  April 27, 2018