QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and
Samsung Research America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | CASE NO. 16-cv-02787-WHO <br><br> **DECLARATION OF SAM STAKE IN SUPPORT OF SAMSUNG'S OPPOSITION TO HUAWEI'S MOTION FOR SUMMARY JUDGMENT** |
| SAMSUNG ELECTRONICS CO., LTD. & SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., HUAWEI TECHNOLOGIES USA, INC. & HISILICON TECHNOLOGIES CO., LTD., <br><br> Counterclaim-Defendants. | |

I, Sam Stake, declare as follows:

I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Defendant Samsung Research America, Inc. (collectively, "Samsung").  I submit this declaration in support of Samsung's Opposition to Huawei's Motion for Summary Judgment.

1. I have personal knowledge of the facts set forth in this declaration, and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition of Jason Ding, dated March 20, 2018.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the deposition of Xuxin Cheng, dated March 21, 2018.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from Michael J. Lasinski's report submitted in this action, dated April 27, 2018.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the deposition of Xuxin Cheng, dated March 22, 2018.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the transcript of the deposition of Liuping Song, dated May 10, 2018.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Jerry A. Hausman's report submitted in this action, dated April 27, 2018.

8. Attached hereto as Exhibit 7 is a true and correct copy of a letter to Assistant Attorney General Makan Delrahaim titled "Speeches on Patents and Holdup," dated May 17, 2018.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the transcript of the deposition of Hojin Chang, dated May 31, 2018.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from Dr. Hausman's rebuttal report submitted in this action, dated May 25, 2018.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from Gregory

1  K. Leonard's report submitted in this action, dated April 27, 2018.

2    12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from a certified
3  translation of a Huawei technical document produced in this case at SAMSUNG-HNDCA-
4  000614275-614370.

5    13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from a certified
6  translation of a Huawei technical document produced in this case as SAMSUNG-HNDCA-
7  000614371-614439.

8    14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from 3GPP
9  Technical Specification 36.213 v8.7.0 produced in this case as SAMSUNG-HNDCA-000009496-
10 9572.

11   15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the
12 Opening Expert Report of Paul Prucnal, Ph.D. Regarding Infringement of U.S. Patent Nos.
13 RE44,105, 8,509,350, and 9,113,419.

14   16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from Huawei's
15 March 9, 2018 Supplemental Responses to Samsung's Interrogatories.

16   17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the
17 Transcript of the June 15, 2018 Deposition of Paul R. Prucnal, Ph.D.

18   18. Attached hereto as Exhibit 17 is a true and correct copy of Exhibit 834 introduced
19 at the June 15, 2018 deposition of Paul R. Prucnal, Ph.D.

20   19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from Exhibit E
21 to Samsung's Infringement Contentions (10/25/2016) relating to U.S. Patent No. 8,509,350.

22   20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the
23 Rebuttal Expert Report of Dr. Mark Mahon, Ph.D. Regarding Non-infringement of U.S. Patent
24 No. 8,761,130.

25   21. Attached hereto as Exhibit 20 is a true and correct copy of excerpts from the
26 Opening Expert Report of Nicholas Bambos, Ph.D. Regarding U.S. Patent Nos. 8,761,130 and
27 8,619,726.

28   22. Attached hereto as Exhibit 21 is a true and correct copy of the Declaration of

Nicholas Bambos, Ph.D. In Support of Samsung's Opposition to Huawei's Motion for Summary Judgment and Huawei's *Daubert* Motion.

23. Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the Transcript of the November 3, 2017 Deposition of Aris Papasakellariou, Ph.D.

24. Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the Transcript of the June 20, 2018 Deposition of Mark Mahon, Ph.D.

25. Attached hereto as Exhibit 24 is a true and correct copy of excerpts from the Transcript of the July 12, 2018 Deposition of Nicholas Bambos, Ph.D.

26. Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the Opening Expert Report of Matthew Valenti, Ph.D. Regarding Infringement of U.S. Patent No. 9,288,825.

27. Attached hereto as Exhibit 26 is a true and correct copy of the Merriam-Webster definition of "indicate" available at https://www.merriam-webster.com/dictionary/indicate printed on July 17, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed July 17, 2018, in South Lake Tahoe, California.

*/s/ Sam Stake*
Sam Stake

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Sam Stake has concurred in the aforementioned filing.

*/s/ Victoria F. Maroulis*
Victoria F. Maroulis