1 [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | CASE NO. 16-cv-02787-WHO <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL, WITHOUT PREJUDICE, OF HUAWEI'S SECOND CAUSE OF ACTION FOR DECLARATORY JUDGMENT OF FRAND TERMS AND CONDITIONS FOR CROSS-LICENSE (COUNT II), PURSUANT TO FRCP 15(a)(2)** <br><br> **Hearing Date: July 18, 2018** <br> **Time: 2:00 p.m.** <br> **Place: Courtroom 2, 17th Floor** <br> **Judge: Hon. William H. Orrick** |
| SAMSUNG ELECTRONICS CO., LTD. & SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., HUAWEI TECHNOLOGIES USA, INC. & HISILICON TECHNOLOGIES CO., LTD., <br><br> Counterclaim-Defendants. | |

Plaintiffs and Counterclaim-Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc., and Huawei Technologies USA, Inc. (collectively "Huawei"), and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc. (collectively "Samsung") would like to inform the Court that they have reached an agreement on a stipulation to dismiss, without prejudice, pursuant to Rule 15(a)(2), Huawei's Second Cause of Action seeking a declaration of the terms and conditions for a FRAND cross-license under the parties' portfolios of patents essential to the 3GPP UMTS (3G) and LTE (4G) standards ("Count II").  *See* Dkt. 1 at ¶¶ 61-68 (Second Cause of Action); *id*. at Prayer for Relief, B.

The parties further agree the below stipulation will dispose of Samsung's pending Motion for Judgment on the Pleadings Regarding Huawei's Cause of Action for Declaratory Judgment of FRAND Terms and Conditions for a Cross-License (Dkt. 303).

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties that:

1. Huawei agrees to dismiss, without prejudice, pursuant to Rule 15(a)(2), Count II of the Complaint, which sought a declaratory judgment setting the terms and conditions of a cross-license to the parties' portfolios of 3G and 4G standard essential patents, and will not otherwise ask the Court in this action to set the terms and conditions of a cross-license, or a one-way license, to either parties' U.S. or global portfolios of 3G and 4G standard essential patents.

2. Huawei will not file any action in the U.S. seeking a declaration of the terms and conditions that would be FRAND for either a one-way or cross license to the parties' global or U.S. portfolios of SEPs for a period of no less than nine (9) months following the date of this stipulation

3. Both parties will reserve their positions regarding what evidence, if any, may be admitted at trial relating to Huawei's Count II.

4. This agreement does not prevent Huawei from seeking admission of evidence or argument that it offered to submit the parties' dispute to a third-party arbitrator.  Nor

does this agreement prevent Samsung from seeking, via motion in limine or otherwise, to exclude evidence or argument that Huawei offered to submit the parties' dispute to a third-party arbitrator, based on Rule 403 or other authority or argument.  However, Samsung agrees that it will not reference Huawei's Count II, or the dismissal, without prejudice, thereof, as a basis to support the exclusion of evidence or argument that Huawei offered to submit the parties' dispute to a third-party arbitrator.

| | |
|---|---|
| DATED:  July 17, 2018 | Respectfully Submitted, |

By:  _/s/ Michael J. Bettinger (with permission)_    By:  _/s/ Victoria F. Maroulis_

| | |
|---|---|
| Michael J. Bettinger (SBN 122196) | Charles K. Verhoeven (Cal. Bar No. 170151) |
| *mbettinger@sidley.com* | *charlesverhoeven@quinnemanuel.com* |
| Irene Yang (SBN 245464) | David A. Perlson (Cal. Bar No. 209502) |
| *irene.yang@sidley.com* | *davidperlson@quinnemanuel.com* |
| SIDLEY AUSTIN LLP | QUINN EMANUEL URQUHART & |
| 555 California Street, Ste. 2000 | SULLIVAN, LLP |
| San Francisco, California 94104 | 50 California Street, 22nd Floor |
| Telephone: +1 415 772-1200 | San Francisco, California 94111 |
| Facsimile: +1 415 772-7400 | Tel: 415-875-6600 |
| | Fax: 415-875-6700 |
| | |
| David T. Pritikin (*pro hac vice*) | Kevin Johnson (Cal. Bar No. 177129) |
| *dpritikin@sidley.com* | *kevinjohnson@quinnemanuel.com* |
| David C. Giardina (*pro hac vice*) | Victoria Maroulis (Cal. Bar No. 202603) |
| *dgiardina@sidley.com* | *victoriamaroulis@quinnemanuel.com* |
| Douglas I. Lewis (*pro hac vice*) | QUINN EMANUEL URQUHART & |
| *dlewis@sidley.com* | SULLIVAN, LLP |
| John W. McBride (*pro hac vice*) | 555 Twin Dolphin Drive, 5th Floor |
| *jwmcbride@sidley.com* | Redwood Shores, California 94065 |
| SIDLEY AUSTIN LLP | Tel: 650-801-5000 |
| One South Dearborn | Fax: 650-801-5100 |
| Chicago, Illinois 60603 | |
| Telephone: +1 312 853 7000 | |
| Facsimile: +1 312 853 7036 | |

*Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co., Ltd.*

*Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc.*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____July 18__, 2018     _____
                                  The Honorable William H. Orrick
                                  United States District Court Judge

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the above stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from its signatory.

/s/ *Victoria F. Maroulis*
Victoria F. Maroulis