NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., HUAWEI TECHNOLOGIES USA, INC.,**
*Plaintiffs/Counterclaim Defendants-Appellants*

**HISILICON TECHNOLOGIES CO., LTD.,**
*Counterclaim Defendant*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA INC,**
*Defendants/Counterclaimants-Appellees*

**SAMSUNG RESEARCH AMERICA,**
*Defendant-Appellee*

---

2018-1979

---

Appeal from the United States District Court for the Northern District of California in No. 3:16-cv-02787-WHO, Judge William H. Orrick III.

---

**ON MOTION**

---

2   HUAWEI TECHNOLOGIES CO., LTD. v. SAMSUNG ELECTRONICS CO., LTD.

Before BRYSON, *Circuit Judge*.

## O R D E R

Appellants Huawei Technologies Co., Ltd. et al. move to expedite this appeal. Appellees Samsung Electronics Co., Ltd. et al. oppose the motion. Appellants reply.

Appellants filed their opening brief on July 18, 2018, and they may further self-expedite the case by filing their reply brief and the joint appendix early. Appellants have not made a sufficient showing, however, to justify shortening the time for Appellees to file their brief. Appellees should not anticipate any extensions of time. The case will be placed on the next available oral argument calendar after briefing is complete.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32