| | |
|---|---|
| Michael J. Bettinger (SBN 122196)<br>mbettinger@sidley.com<br>Irene Yang (SBN 245464)<br>irene.yang@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, California  94104<br>(415) 772-1200 – Telephone<br>(415) 772-7400 – Facsimile | David T. Pritikin (*Pro Hac Vice*)<br>dpritikin@sidley.com<br>David C. Giardina (*Pro Hac Vice*)<br>dgiardina@sidley.com<br>Douglas I. Lewis (*Pro Hac Vice*)<br>dilewis@sidley.com<br>John W. McBride (*Pro Hac Vice*)<br>jwmcbride@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois  60603<br>(312) 853-7000 – Telephone<br>(312) 853-7036 – Facsimile |

*Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co. Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC.,<br><br>    Plaintiffs / Counterclaim-Defendants,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants / Counterclaim-Plaintiffs,<br><br>   and<br><br>SAMSUNG RESEARCH AMERICA,<br><br>    Defendant,<br>v.<br><br>HISILICON TECHNOLOGIES CO., LTD.,<br><br>    Counterclaim-Defendant. | Case No. 16-cv-02787-WHO<br><br>**DECLARATION OF JOHN W. MCBRIDE IN SUPPORT OF HUAWEI'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:  August 8, 2018<br>Time:  2:00 p.m.<br>Location:  Courtroom 2, 17th Floor<br>Judge:  Hon. William H. Orrick |

I, John W. McBride, declare:

1. I am an attorney at the law firm of Sidley Austin LLP, counsel for Plaintiffs Huawei Technologies Co., Ltd., Huawei Device USA, Inc. and Huawei Technologies USA, Inc., and Counterclaim-Defendant HiSilicon Technologies Co., Ltd. (collectively, "Huawei"). I am a member in good standing of the State Bar of Illinois, and I am admitted pro hac vice to practice in the Northern District of California. I submit this declaration is support of Huawei's Reply In Support of Its Motion for Summary Judgment. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify thereto.

2. Attached hereto as Exhibit 44 is a true and correct copy of additional excerpts from the Expert Report of Eric Stasik Regarding ETSI and Standards Setting Matters, submitted in Apple Inc. v. Samsung Electronics Co., Ltd. et. al., Case No. 11-cv-01846-LHK (N.D. Cal. Mar. 16, 2012). This exhibit is based off a Samsung production document, Bates numbered SAMSUNG-HNDCA-000410118-44.

3. Attached hereto as Exhibit 45 is a true and correct copy of additional excerpts from the transcript of the deposition Hojin Chang, conducted on March 2, 2018.

4. Attached hereto as Exhibit 46 is a true and correct copy of excerpts from the transcript of the deposition of Gregory Leonard, conducted June 20, 2018.

5. Attached hereto as Exhibit 47 is a true and correct copy of excerpts from the deposition of Ilseok Jang, conducted March 6, 2018.

6. Attached hereto as Exhibit 48 is a true and correct copy of a License Terms chart, marked as Exhibit 675 at the deposition of Ilseok Jang, conducted March 6, 2018. This exhibit is a Huawei production document with Bates numbered HW_Samsung_00231242-44.

7. Attached hereto as Exhibit 49 is a true and correct copy of a letter from Xuxin Cheng to Hojin Chang, dated June 5, 2017, marked as Exhibit 684 at the deposition of Ilseok Jang, conducted March 6, 2018. This exhibit is a Huawei production document with Bates numbered HW_Samsung_00697325-26, HW_Samsung_00697338.

8. Attached hereto as Exhibit 50 is a true and correct copy of excerpts from Samsung's Objections & Responses to Huawei's First Set of Requests for Production (1-128), served

September 29, 2016.

9. Attached hereto as Exhibit 51 is a true and correct copy of excerpts from Samsung's Supplemental Objections & Responses to Huawei's Interrogatories (1-3, 5-9, 12-16, 19-25), served March 9, 2018.

10. Attached hereto as Exhibit 52 a webpage screenshot taken from URL http://www.dictionary.com/browse/indicate, accessed July 23, 2018.

11. Attached hereto as Exhibit 53 is a true and correct copy of a webpage screenshot taken from URL https://www.merriam-webster.com/dictionary/indicate, accessed July 23, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 24, 2018 in Chicago, IL.

*/s/ John W. McBride*
John W. McBride