# EXHIBIT 2

**EXHIBIT E TO SAMSUNG'S INFRINGEMENT CONTENTIONS (10/25/2016)**
**U.S. PATENT NO. 8,509,350**

| | |
|---|---|
| The Accused Instrumentalities operate on, and are configured to operate and capable of operating on, a Long Term Evolution (LTE) network, and are compliant with all mandatory provisions of the LTE standards including, for example, 3GPP TS 36.213 (including version 8.7.0, and all subsequent releases and versions) (collectively, "the TS 36.213 standard").  By complying with the TS 36.213 standard, the Accused Instrumentalities infringe at least claims 1-14 of U.S. Patent No. 8,509,350 as explained more fully below. | |
| **[1A]** A method of determining a downlink transmit power from a base station at a wireless terminal, the base station and the wireless terminal having a plurality of Orthogonal Frequency Division Multiplexing (OFDM) symbols available for transmission, the method comprising: | To the extent the preamble is a claim limitation, the Accused Instrumentalities determine a downlink transmit power from a base station at a wireless terminal, the base station and wireless terminal having a plurality of OFDM symbols available for transmission.<br><br>For example, the Accused Instrumentalities are compliant with and operate on LTE networks in compliance with 3GPP's LTE standards including the TS 36.213 standard, which defines the method of determining downlink transmit power received from a base station at a wireless terminal in LTE communication systems, which are based on OFDMA and employ a plurality of OFDM symbols for transmission.<br><br>To the extent that Huawei or HiSilicon contend that the Accused Instrumentalities do not literally perform this limitation, Samsung alleges that this limitation is practiced under the doctrine of equivalents, as any alleged differences are insubstantial. |
| **[1B]** receiving a cell-specific parameter signaled by one or more higher layers from the base station; and | The Accused Instrumentalities receive a cell-specific parameter signaled by one or more higher layers from the base station.<br><br>For example, the Accused Instrumentalities are compliant with subsection 5.2 of the TS |

| | |
|---|---|
| | 36.213 standard, which provides in relevant part:<br><br>**5.2   Downlink power allocation**<br><br>The eNodeB determines the downlink transmit energy per resource element.<br><br>A UE may assume downlink cell-specific RS EPRE is constant across the downlink system bandwidth and constant across all subframes until different cell-specific RS power information is received. The downlink reference-signal EPRE can be derived from the downlink reference-signal transmit power given by the parameter *Reference-signal-power* provided by higher layers. The downlink reference-signal transmit power is defined as the linear average over the power contributions (in [W]) of all resource elements that carry cell-specific reference signals within the operating system bandwidth.<br><br>The ratio of PDSCH EPRE to cell-specific RS EPRE among PDSCH REs (not applicable to PDSCH REs with zero EPRE) for each OFDM symbol is denoted by either $\rho_A$ or $\rho_B$ according to the OFDM symbol index as given by Table 5.2-2. In addition, $\rho_A$ and $\rho_B$ are UE-specific.<br><br>To the extent that Huawei or HiSilicon contend that the Accused Instrumentalities do not literally perform this limitation, Samsung alleges that this limitation is practiced under the doctrine of equivalents, as any alleged differences are insubstantial. |
| **[1C]** determining a cell-specific ratio ($\rho_B/\rho_A$) of a first ratio of traffic data to pilot (T2P) for first OFDM symbols (denoted as $\rho_B$) to a second ratio of T2P for second OFDM symbols (denoted as $\rho_A$), based on the cell-specific parameter and a number of cell-specific antenna ports configured in the base station. | The Accused Instrumentalities determine a cell-specific ratio ($\rho_B/\rho_A$) of a first ratio of traffic data to pilot (T2P) for first OFDM symbols (denoted as $\rho_B$) to a second ratio of T2P for second OFDM symbols (denoted as $\rho_A$), based on the cell-specific parameter and a number of cell-specific antenna ports configured in the base station.<br><br>For example, the Accused Instrumentalities are compliant with subsection 5.2 of the TS 36.213 standard, which provides in relevant part: |

2

## 5.2 Downlink power allocation

The eNodeB determines the downlink transmit energy per resource element.

A UE may assume downlink cell-specific RS EPRE is constant across the downlink system bandwidth and constant across all subframes until different cell-specific RS power information is received. The downlink reference-signal EPRE can be derived from the downlink reference-signal transmit power given by the parameter *Reference-signal-power* provided by higher layers. The downlink reference-signal transmit power is defined as the linear average over the power contributions (in [W]) of all resource elements that carry cell-specific reference signals within the operating system bandwidth.

The ratio of PDSCH EPRE to cell-specific RS EPRE among PDSCH REs (not applicable to PDSCH REs with zero EPRE) for each OFDM symbol is denoted by either $\rho_A$ or $\rho_B$ according to the OFDM symbol index as given by Table 5.2-2. In addition, $\rho_A$ and $\rho_B$ are UE-specific.

The UE may assume that for 16 QAM, 64 QAM, spatial multiplexing with more than one layer or for PDSCH transmissions associated with the multi-user MIMO transmission scheme,

- $\rho_A$ is equal to $\delta_{power-offset} + P_A + 10\log_{10}(2)$ [dB] when the UE receives a PDSCH data transmission using precoding for transmit diversity with 4 cell-specific antenna ports according to Section 6.3.4.3 of [3];

- $\rho_A$ is equal to $\delta_{power-offset} + P_A$ [dB] otherwise

\* \* \*

The cell-specific ratio $\rho_B / \rho_A$ is given by Table 5.2-1 according to cell-specific parameter $P_B$ signalled by higher layers and the number of configured eNodeB cell specific antenna ports.

Table 5.2-1: The cell-specific ratio $\rho_B / \rho_A$ for 1, 2, or 4 cell specific antenna ports

| $P_B$ | $\rho_B / \rho_A$ | |
|---|---|---|
| | One Antenna Port | Two and Four Antenna Ports |
| 0 | 1 | 5/4 |
| 1 | 4/5 | 1 |
| 2 | 3/5 | 3/4 |
| 3 | 2/5 | 1/2 |

\* \* \*

3

| | Table 5.2-2: OFDM symbol indices within a slot where the ratio of the corresponding PDSCH EPRE to the cell-specific RS EPRE is denoted by $\rho_A$ or $\rho_B$ | | | | |
|---|---|---|---|---|---|
| | Number of antenna ports | OFDM symbol indices within a slot where the ratio of the corresponding PDSCH EPRE to the cell-specific RS EPRE is denoted by $\rho_A$ | | OFDM symbol indices within a slot where the ratio of the corresponding PDSCH EPRE to the cell-specific RS EPRE is denoted by $\rho_B$ | |
| | | Normal cyclic prefix | Extended cyclic prefix | Normal cyclic prefix | Extended cyclic prefix |
| | One or two | 1, 2, 3, 5, 6 | 1, 2, 4, 5 | 0, 4 | 0, 3 |
| | Four | 2, 3, 5, 6 | 2, 4, 5 | 0, 1, 4 | 0, 1, 3 |

To the extent that Huawei or HiSilicon contend that the Accused Instrumentalities do not literally perform this limitation, Samsung alleges that this limitation is practiced under the doctrine of equivalents, as any alleged differences are insubstantial.

| | |
|---|---|
| **[2]** The method of claim 1, wherein the cell-specific ratio is determined based on the number of antenna ports at the base station, wherein the cell-specific ratio is a first value for one antenna port and is a second value for two or four antenna ports, the first value being different from the second value. | In the Accused Instrumentalities, the cell-specific ratio is determined based on the number of antenna ports at the base station, wherein the cell-specific ratio is a first value for one antenna port and is a second value for two or four antenna ports, the first value being different from the second value.<br><br>For example, the Accused Instrumentalities are compliant with subsection 5.2 of the TS 36.213 standard, which provides in relevant part:<br><br>The cell-specific ratio $\rho_B / \rho_A$ is given by Table 5.2-1 according to cell-specific parameter $P_B$ signalled by higher layers and the number of configured eNodeB cell specific antenna ports. |

4

| | |
|---|---|
| | Table 5.2-1: The cell-specific ratio $\rho_B/\rho_A$ for 1, 2, or 4 cell specific antenna ports<br><br>| $P_B$ | $\rho_B/\rho_A$ | |<br>|---|---|---|<br>| | One Antenna Port | Two and Four Antenna Ports |<br>| 0 | 1 | 5/4 |<br>| 1 | 4/5 | 1 |<br>| 2 | 3/5 | 3/4 |<br>| 3 | 2/5 | 1/2 |<br><br>To the extent that Huawei or HiSilicon contend that the Accused Instrumentalities do not literally perform this limitation, Samsung alleges that this limitation is practiced under the doctrine of equivalents, as any alleged differences are insubstantial. |
| **[3]** The method of claim 1, wherein a downlink reference symbol Energy Per Resource Element (EPRE) used by the wireless terminal is constant across a downlink system bandwidth and is constant across all subframes until different Reference Signal (RS) power information is received. | In the Accused Instrumentalities, a downlink reference symbol Energy Per Resource Element (EPRE) used by the wireless terminal is constant across a downlink system bandwidth and is constant across all subframes until different Reference Signal (RS) power information is received.<br><br>For example, the Accused Instrumentalities are compliant with subsection 5.2 of the TS 36.213 standard, which provides in relevant part:<br><br>**5.2   Downlink power allocation**<br><br>The eNodeB determines the downlink transmit energy per resource element.<br><br>A UE may assume downlink cell-specific RS EPRE is constant across the downlink system bandwidth and constant across all subframes until different cell-specific RS power information is received. The downlink reference-signal EPRE can be derived from the downlink reference-signal transmit power given by the parameter *Reference-signal-power* provided by higher layers. The downlink reference-signal transmit power is defined as the linear average over the power contributions (in [W]) of all resource elements that carry cell-specific reference signals within the operating system bandwidth.<br><br>\* \* \* |

| | |
|---|---|
| | If UE-specific RSs are present in the PRBs upon which the corresponding PDSCH is mapped, the ratio of PDSCH EPRE to UE-specific RS EPRE within each OFDM symbol containing UE-specific RSs shall be a constant, and that constant shall be maintained over all the OFDM symbols containing the UE-specific RSs in the corresponding PRBs. In addition, the UE may assume that for 16QAM or 64QAM, this ratio is 0 dB.<br><br>To the extent that Huawei or HiSilicon contend that the Accused Instrumentalities do not literally perform this limitation, Samsung alleges that this limitation is practiced under the doctrine of equivalents, as any alleged differences are insubstantial. |
| **[4]** The method of claim 1, wherein at least one of the first ratio and the second ratio is equal among traffic data resource elements for each OFDM symbol. | In the Accused Instrumentalities, at least one of the first ratio and the second ratio is equal among traffic data resource elements for each OFDM symbol.<br><br>For example, the Accused Instrumentalities are compliant with subsection 5.2 of the TS 36.213 standard, which provides in relevant part:<br><br>**5.2   Downlink power allocation**<br><br>The eNodeB determines the downlink transmit energy per resource element.<br><br>A UE may assume downlink cell-specific RS EPRE is constant across the downlink system bandwidth and constant across all subframes until different cell-specific RS power information is received. The downlink reference-signal EPRE can be derived from the downlink reference-signal transmit power given by the parameter *Reference-signal-power* provided by higher layers. The downlink reference-signal transmit power is defined as the linear average over the power contributions (in [W]) of all resource elements that carry cell-specific reference signals within the operating system bandwidth.<br><br>\* \* \*<br><br>If UE-specific RSs are present in the PRBs upon which the corresponding PDSCH is mapped, the ratio of PDSCH EPRE to UE-specific RS EPRE within each OFDM symbol containing UE-specific RSs shall be a constant, and that constant shall be maintained over all the OFDM symbols containing the UE-specific RSs in the corresponding PRBs. In addition, the UE may assume that for 16QAM or 64QAM, this ratio is 0 dB. |

6

| | |
|---|---|
| | To the extent that Huawei or HiSilicon contend that the Accused Instrumentalities do not literally perform this limitation, Samsung alleges that this limitation is practiced under the doctrine of equivalents, as any alleged differences are insubstantial. |
| **[5]** The method of claim 1, wherein the second ratio is acquired based on a terminal-specific parameter ($P_A$) signaled by the one or more higher layers from the base station. | In the Accused Instrumentalities, the second ratio is acquired based on a terminal-specific parameter ($P_A$) signaled by the one or more higher layers from the base station.<br><br>For example, the Accused Instrumentalities are compliant with subsection 5.2 of the TS 36.213 standard, which provides in relevant part:<br><br>The UE may assume that for 16 QAM, 64 QAM, spatial multiplexing with more than one layer or for PDSCH transmissions associated with the multi-user MIMO transmission scheme,<br>- $\rho_A$ is equal to $\delta_{power-offset} + P_A + 10\log_{10}(2)$ [dB] when the UE receives a PDSCH data transmission using precoding for transmit diversity with 4 cell-specific antenna ports according to Section 6.3.4.3 of [3];<br>- $\rho_A$ is equal to $\delta_{power-offset} + P_A$ [dB] otherwise<br><br>where $\delta_{power-offset}$ is 0 dB for all PDSCH transmission schemes except multi-user MIMO and where $P_A$ is a UE specific parameter provided by higher layers.<br><br>To the extent that Huawei or HiSilicon contend that the Accused Instrumentalities do not literally perform this limitation, Samsung alleges that this limitation is practiced under the doctrine of equivalents, as any alleged differences are insubstantial. |
| **[6]** The method of claim 1, wherein the first ratio or the second ratio is a ratio of a Physical Downlink Shared Channel (PDSCH) Energy Per Resource Element (EPRE) to cell-specific | In the Accused Instrumentalities, the first ratio or the second ratio is a ratio of a Physical Downlink Shared Channel (PDSCH) Energy Per Resource Element (EPRE) to cell-specific Reference Signal (RS) EPRE among PDSCH resource elements for each OFDM symbol.<br><br>For example, the Accused Instrumentalities are compliant with subsection 5.2 of the TS |

7

| | |
|---|---|
| Reference Signal (RS) EPRE among PDSCH resource elements for each OFDM symbol. | 36.213 standard, which provides in relevant part:<br><br>The ratio of PDSCH EPRE to cell-specific RS EPRE among PDSCH REs (not applicable to PDSCH REs with zero EPRE) for each OFDM symbol is denoted by either $\rho_A$ or $\rho_B$ according to the OFDM symbol index as given by Table 5.2-2. In addition, $\rho_A$ and $\rho_B$ are UE-specific.<br><br>* * *<br><br>Table 5.2-2: OFDM symbol indices within a slot where the ratio of the corresponding PDSCH EPRE to the cell-specific RS EPRE is denoted by $\rho_A$ or $\rho_B$<br><br>| Number of antenna ports | OFDM symbol indices within a slot where the ratio of the corresponding PDSCH EPRE to the cell-specific RS EPRE is denoted by $\rho_A$ | | OFDM symbol indices within a slot where the ratio of the corresponding PDSCH EPRE to the cell-specific RS EPRE is denoted by $\rho_B$ | |
|---|---|---|---|---|
| | Normal cyclic prefix | Extended cyclic prefix | Normal cyclic prefix | Extended cyclic prefix |
| One or two | 1, 2, 3, 5, 6 | 1, 2, 4, 5 | 0, 4 | 0, 3 |
| Four | 2, 3, 5, 6 | 2, 4, 5 | 0, 1, 4 | 0, 1, 3 |<br><br>To the extent that Huawei or HiSilicon contend that the Accused Instrumentalities do not literally perform this limitation, Samsung alleges that this limitation is practiced under the doctrine of equivalents, as any alleged differences are insubstantial. |
| **[7]** The method of claim 1, wherein the first ratio is a ratio of a Physical Downlink Shared Channel (PDSCH) Energy Per Resource Element (EPRE) to cell-specific Reference Signal (RS) EPRE among PDSCH resource elements (REs) for first OFDM symbols | In the Accused Instrumentalities, the first ratio is a ratio of a Physical Downlink Shared Channel (PDSCH) Energy Per Resource Element (EPRE) to cell-specific Reference Signal (RS) EPRE among PDSCH resource elements (REs) for first OFDM symbols containing a RS, and the second ratio is a ratio of PDSCH EPRE to cell-specific RS EPRE among PDSCH REs for second OFDM symbols not containing a RS. |

| | |
|---|---|
| containing a RS, and the second ratio is a ratio of PDSCH EPRE to cell-specific RS EPRE among PDSCH REs for second OFDM symbols not containing a RS. | For example, the Accused Instrumentalities are compliant with subsection 5.2 of the TS 36.213 standard, which provides in relevant part:<br><br>The ratio of PDSCH EPRE to cell-specific RS EPRE among PDSCH REs (not applicable to PDSCH REs with zero EPRE) for each OFDM symbol is denoted by either $\rho_A$ or $\rho_B$ according to the OFDM symbol index as given by Table 5.2-2. In addition, $\rho_A$ and $\rho_B$ are UE-specific.<br><br>* * *<br><br>Table 5.2-2: OFDM symbol indices within a slot where the ratio of the corresponding PDSCH EPRE to the cell-specific RS EPRE is denoted by $\rho_A$ or $\rho_B$<br><br>| Number of antenna ports | OFDM symbol indices within a slot where the ratio of the corresponding PDSCH EPRE to the cell-specific RS EPRE is denoted by $\rho_A$ | | OFDM symbol indices within a slot where the ratio of the corresponding PDSCH EPRE to the cell-specific RS EPRE is denoted by $\rho_B$ | |
|---|---|---|---|---|
| | Normal cyclic prefix | Extended cyclic prefix | Normal cyclic prefix | Extended cyclic prefix |
| One or two | 1, 2, 3, 5, 6 | 1, 2, 4, 5 | 0, 4 | 0, 3 |
| Four | 2, 3, 5, 6 | 2, 4, 5 | 0, 1, 4 | 0, 1, 3 |<br><br>To the extent that Huawei or HiSilicon contend that the Accused Instrumentalities do not literally perform this limitation, Samsung alleges that this limitation is practiced under the doctrine of equivalents, as any alleged differences are insubstantial. |
| | |
| [8A] An apparatus of a wireless terminal for determining a downlink transmit power from a | The Accused Instrumentalities are or operate in conjunction with an apparatus of a wireless terminal for determining a downlink transmit power from a base station, the base station |

| | |
|---|---|
| base station, the base station and the wireless terminal having a plurality of Orthogonal Frequency Division Multiplexing (OFDM) symbols available for transmission, the apparatus comprising: | and the wireless terminal having a plurality of Orthogonal Frequency Division Multiplexing (OFDM) symbols available for transmission.<br><br>See **[1A]**. |
| **[8B]** an antenna unit configured to receive a cell-specific parameter signaled by one or more higher layers from the base station; and | The Accused Instrumentalities include or operate in conjunction with an antenna unit configured to receive a cell-specific parameter signaled by one or more higher layers from the base station.<br><br>See **[1B]**. |
| **[8C]** a power setting unit configured to determine a cell-specific ratio ($\rho_B/\rho_A$) of a first ratio of traffic data to pilot (T2P) for first OFDM symbols (denoted as $\rho_B$) to a second ratio of T2P for second OFDM symbols (denoted as $\rho_A$), based on the cell-specific parameter and a number of cell-specific antenna ports configured in the base station. | The Accused Instrumentalities include a power setting unit configured to determine a cell-specific ratio ($\rho_B/\rho_A$) of a first ratio of traffic data to pilot (T2P) for first OFDM symbols (denoted as $\rho_B$) to a second ratio of T2P for second OFDM symbols (denoted as $\rho_A$), based on the cell-specific parameter and a number of cell-specific antenna ports configured in the base station.<br><br>See **[1C]**. |
| **[9]** The apparatus of claim 8, wherein the cell-specific ratio is determined based on the number of antenna ports at the base station, wherein the cell-specific ratio is a first value for one antenna port and is a second value for two or four | In the Accused Instrumentalities, the cell-specific ratio is determined based on the number of antenna ports at the base station, wherein the cell-specific ratio is a first value for one antenna port and is a second value for two or four antenna ports, the first value being different from the second value. |

| | |
|---|---|
| antenna ports, the first value being different from the second value. | See **[2]**. |
| **[10]** The apparatus of claim 8, wherein a downlink reference symbol Energy Per Resource Element (EPRE) used by the power setting unit is constant across a downlink system bandwidth and is constant across all subframes until different Reference Signal (RS) power information is received. | In the Accused Instrumentalities, a downlink reference symbol Energy Per Resource Element (EPRE) used by the power setting unit is constant across a downlink system bandwidth and is constant across all subframes until different Reference Signal (RS) power information is received.<br><br>See **[3]**. |
| **[11]** The apparatus of claim 8, wherein at least one of the first ratio and the second ratio is equal among traffic data resource elements for each OFDM symbol. | In the Accused Instrumentalities, at least one of the first ratio and the second ratio is equal among traffic data resource elements for each OFDM symbol.<br><br>See **[4]**. |
| **[12]** The apparatus of claim 8, wherein the second ratio is acquired based a terminal-specific parameter ($P_A$) signaled by the one or more higher layers from the base station. | In the Accused Instrumentalities, the second ratio is acquired based a terminal-specific parameter ($P_A$) signaled by the one or more higher layers from the base station.<br><br>See **[5]**. |
| **[13]** The apparatus of claim 8, wherein the first ratio or the second ratio is a ratio of a Physical Downlink Shared Channel (PDSCH) Energy Per Resource Element (EPRE) to cell-specific | In the Accused Instrumentalities, the first ratio or the second ratio is a ratio of a Physical Downlink Shared Channel (PDSCH) Energy Per Resource Element (EPRE) to cell-specific Reference Signal (RS) EPRE among PDSCH resource elements for each OFDM symbol.<br><br>See **[6]**. |

| | |
|---|---|
| Reference Signal (RS) EPRE among PDSCH resource elements for each OFDM symbol. | |
| **[14]** The apparatus of claim 8, wherein the first ratio is a ratio of a Physical Downlink Shared Channel (PDSCH) Energy Per Resource Element (EPRE) to cell-specific Reference Signal (RS) EPRE among PDSCH resource elements (REs) for first OFDM symbols containing a RS, and the second ratio is a ratio of PDSCH EPRE to cell-specific RS EPRE among PDSCH REs for the second OFDM symbols not containing a RS. | In the Accused Instrumentalities, the first ratio is a ratio of a Physical Downlink Shared Channel (PDSCH) Energy Per Resource Element (EPRE) to cell-specific Reference Signal (RS) EPRE among PDSCH resource elements (REs) for first OFDM symbols containing a RS, and the second ratio is a ratio of PDSCH EPRE to cell-specific RS EPRE among PDSCH REs for the second OFDM symbols not containing a RS.<br><br>See **[7]**. |