Michael J. Bettinger (SBN 122196)
mbettinger@sidley.com
Irene Yang (SBN 245464)
irene.yang@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
(415) 772-1200 – Telephone
(415) 772-7400 – Facsimile

David T. Pritikin (*Pro Hac Vice*)
dpritikin@sidley.com
David C. Giardina (*Pro Hac Vice*)
dgiardina@sidley.com
Douglas I. Lewis (*Pro Hac Vice*)
dilewis@sidley.com
John W. McBride (*Pro Hac Vice*)
jwmcbride@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000 – Telephone
(312) 853-7036 – Facsimile

*Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co. Ltd.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC., <br><br> Plaintiffs / Counterclaim-Defendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants / Counterclaim-Plaintiffs, <br><br> and <br><br> SAMSUNG RESEARCH AMERICA, <br><br> Defendant, <br><br> v. <br><br> HISILICON TECHNOLOGIES CO., LTD., <br><br> Counterclaim-Defendant. | Case No. 3:16-cv-02787-WHO <br><br> **ERRATA TO HUAWEI'S OPPOSITION TO SAMSUNG'S MOTION TO PARTIALLY EXCLUDE THE REPORT AND TESTIMONY OF JORGE PADILLA, MICHAEL J. LASINSKI, AND CHARLES L. JACKSON AND TO STRIKE THE REBUTTAL OPINIONS OF JACQUES DELISLE AND ZHI DING** <br><br> [Dkt. No. 347-4 (sealed version), Dkt. No. 350-0 (public version)] <br><br> Judge: Hon. William H. Orrick |

Plaintiffs and Counterclaim-Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc., and Huawei Technologies USA, Inc., and Counterclaim-Defendant HiSilicon Technologies Co., Ltd. (collectively, "Huawei") hereby notify the Court of a citation error in Huawei's Opposition to Samsung's Motion to Partially Exclude the Report and Testimony of Jorge Padilla, Michael J. Lasinski, and Charles L. Jackson and to Strike the Rebuttal Opinions of Jacques DeLisle and Zhi Ding ("Huawei's Opposition"), filed at docket number 347-4 (sealed version) and 350-0 (public version).

Specifically, footnote 10 on page 7 of Huawei's Opposition cites deposition testimony of Samsung's French law expert Jean-Sebastian Borghetti. The citation to pages 42:24-44:22 of the deposition testimony should, instead, be to pages 75:23-77:13. Filed herewith is a corrected version of Exhibit 6 to the Declaration of Leif Peterson in Support of Huawei's Opposition to Samsung's Motion to Partially Exclude and Strike, containing pages 75:23-77:13.

Dated: July 27, 2018

David T. Pritikin (*Pro Hac Vice*)
dpritikin@sidley.com
David C. Giardina (*Pro Hac Vice*)
dgiardina@sidley.com
Douglas I. Lewis (*Pro Hac Vice*)
dilewis@sidley.com
John W. McBride (*Pro Hac Vice*)
jwmcbride@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000 – Telephone
(312) 853-7036 – Facsimile

Respectfully submitted,

SIDLEY AUSTIN LLP

/s/ Nathan A. Greenblatt
Michael J. Bettinger (SBN 122196)
mbettinger@sidley.com
Irene Yang (SBN 245464)
irene.yang@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
(415) 772-1200 – Telephone
(415) 772-7400 – Facsimile

Nathan A. Greenblatt (SBN 262279)
ngreenblatt@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94303

*Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co. Ltd.*

## CERTIFICATE OF SERVICE

Pursuant to Rule 5-5 of the Civil Local Rules of the United States District Court for the Northern District of California, I hereby certify under penalty of perjury under the laws of the United States of America that on July 27, 2018, a true copy of the below documents were served upon Samsung's counsel of record via the email address QE_Huaweiv.Samsung@quinnemanuel.com.

- CORRECTED EXHIBIT 6 - DECLARATION OF LEIF PETERSON IN SUPPORT OF HUAWEI'S OPPOSITION TO SAMSUNG'S MOTION TO PARTIALLY EXCLUDE AND STRIKE

Dated:  July 27, 2018            SIDLEY AUSTIN LLP

                                 By: */s/  Michael E. Braud*
                                 Michael E. Braud
                                 *Legal Secretary for Nathan A. Greenblatt*