1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar No. 209502)
3  davidperlson@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   Attorneys for Samsung Electronics Co., Ltd.,
11 Samsung Electronics America, Inc., and
   Samsung Research America, Inc.
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 16  HUAWEI TECHNOLOGIES CO., LTD., et al., | CASE NO. 16-cv-02787-WHO |
| 17           Plaintiffs, | **NOTICE OF WITHDRAWAL OF MARK GRAY AS COUNSEL FOR DEFENDANTS** |
| 18      v. | |
| 19  SAMSUNG ELECTRONICS CO., LTD., et al., | |
| 20           Defendants. | |
| 21  SAMSUNG ELECTRONICS CO., LTD. & | |
| 22  SAMSUNG ELECTRONICS AMERICA, INC., | |
| 23           Counterclaim-Plaintiffs, | |
| 24      v. | |
| 25  HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., HUAWEI | |
| 26  TECHNOLOGIES USA, INC. & HISILICON TECHNOLOGIES CO., LTD., | |
| 27           Counterclaim-Defendants. | |
| 28 | |

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 11-5(a), the undersigned requests that Mark Gray, of Quinn Emanuel Urquhart & Sullivan, LLP, be withdrawn as counsel of record for Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc. (collectively, "Samsung"). Other counsel of record will continue to represent Samsung. As such, withdrawal of Mr. Gray will cause no prejudice to any party.

DATED: July 31, 2018

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Mark Gray*
Mark Gray

*Attorney for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc.*