# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** August 15, 2018 | **Time:** 2 hrs, 7 mins<br>2:47 p.m. to 4:54 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 16-cv-02787-WHO | **Case Name:** Huawei Technologies, Co, Ltd v. Samsung Electronics Co, Ltd. | |

**Attorneys for Plaintiff:**   Michael J. Bettinger, Diavid Giardina, Douglas I. Lewis, Nathan A. Greenblatt, and Irene I. Yang

**Attorneys for Defendant:**   Charles K. Verhoeven, Carl G. Anderson, Melissa J. Baily, Marissa R. Ducca, Iman Lordgooei, Brian E. Mack, Victoria Maroulis, Sam S. Stake, Alan L. Whitehurst, and Ray R. Zado

**Deputy Clerk:** Jean Davis                                   **Court Reporter:** JoAnn Bryce

## PROCEEDINGS

Counsel appear for hearing as to multiple motions for summary judgment, motions to strike and *Daubert* motions. The Court has previously issued a tentative opinion. After argument of counsel, motions taken under submission. Written order(s) to follow.

Plaintiff's counsel suggests that a case management conference be set to address the litigation plan for the remainder of the case. This has not been previously discussed with defense counsel. The Court directs that the parties confer. A case management conference can be set via stipulation and proposed order for any Tuesday the Court is available (the Court has limited availability during the month of October). The Court emphasizes the importance of formulating a plan to conduct the trial proceedings in a manner that provides a fulsome public record while protecting the essential privacy concerns of the parties and encourages the parties to strongly consider whether a jury trial on December 3, 2018 is truly the best way to address their disagreements.