1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9                             SAN FRANCISCO DIVISION

10   HUAWEI TECHNOLOGIES CO., LTD., et al.,

11                  Plaintiffs,                    CASE NO. 16-cv-02787-WHO

12          v.                                     **DECLARATION OF PAULA
                                                   PHILLIPS IN SUPPORT OF
13   SAMSUNG ELECTRONICS CO., LTD., et al.,        SAMSUNG'S ADMINISTRATIVE
                                                   MOTIONS TO FILE UNDER SEAL**
14                  Defendants.
                                                   **[Dkt. 333 and 369]**
15   SAMSUNG ELECTRONICS CO., LTD. &
16   SAMSUNG ELECTRONICS AMERICA, INC.,

17                  Counterclaim-Plaintiffs,

18          v.

19   HUAWEI TECHNOLOGIES CO., LTD.,
     HUAWEI DEVICE USA, INC., HUAWEI
20   TECHNOLOGIES USA, INC., & HISILICON
     TECHNOLOGIES CO., LTD.,
21
                    Counterclaim-Defendants.
22

23

24

25

26

27

28

1    I, PAULA PHILLIPS, declare as follows:

2    1.    I am currently employed as Legal Administrator at AT&T Services, Inc.. Except as

3    otherwise indicated, I have personal knowledge of the facts stated herein and, if called as a witness,

4    could and would testify thereto.

5    2.    Pursuant to Civil L.R. 7-11 and 79-5, I make this declaration in support of Samsung's

6    Administrative Motion to File Under Seal Portions of Its Motion for Summary Judgment and

7    Exhibits Thereto (Dkt. 333) and Samsung's Administrative Motion to File Under Seal Portions of

8    Reply in Support of Samsung's Motion for Summary Judgment and Exhibits Thereto (Dkt. 369) in

9    the above-captioned matter.

10    3.    I have reviewed the portions of Exhibit O to the Declaration of Brian Mack in

11    Support of Samsung's Motion for Summary Judgment ("Exhibit O") and the Reply in Support of

12    Samsung's Motion for Summary Judgment ("Reply") that contain or suggest AT&T confidential

13    information.

14    4.    Exhibit O describes highly confidential information about AT&T's LTE wireless

15    communication network.  AT&T does not disclose this information to the public and only made it

16    available in the above-captioned matter under the designation "HIGHLY CONFIDENTIAL

17    ATTORNEYS EYES ONLY" pursuant to the applicable Protective Order.  Disclosure of this

18    information to the public could result in substantial harm to AT&T's competitive standing by giving

19    AT&T's competitors insight into AT&T's LTE wireless communication network without AT&T

20    having such insight in return.

21    5.    The purple highlighted portions on pages 10 and 11 of the Reply discuss highly

22    confidential information from Exhibit O.  For the same reasons given in the preceding paragraph,

23    disclosure of this information to the public would harm AT&T's competitive standing.

24    I declare under penalty of perjury under the laws of the United States of America that the

25    foregoing is true and correct.  Executed August 23, 2018, in Bedminster, New Jersey.

26

27    /s/ Paula Phillips

28

1

**ATTESTATION**

2      Pursuant to Civil L.R. 5-1(i)(3), the undersigned attests that concurrence in the filing of

3  this Declaration has been obtained from Paula Phillips.

4      The undersigned has agreed to file this Declaration as a courtesy to third-party AT&T

5  Services, Inc.  For the avoidance of doubt, Quinn Emanuel Urquhart & Sullivan, LLP does not

6  represent AT&T Services, Inc. or Ms. Phillips.  Assistance in the filing of this Declaration does

7  not in any way establish an attorney-client relationship.

8

9                                                  */s/ Victoria F. Maroulis*
                                                  Victoria F. Maroulis
10

11                                                  QUINN EMANUEL URQUHART &
                                                  SULLIVAN, LLP
12
                                                  Charles K. Verhoeven (Bar No. 170151)
13                                                  charlesverhoeven@quinnemanuel.com
                                                  David A. Perlson (Bar No. 209502)
14                                                  davidperlson@quinnemanuel.com
                                                  50 California Street, 22nd Floor
15                                                  San Francisco, California 94111
                                                  Telephone:  (415) 875-6600
16                                                  Facsimile:  (415) 875-6700

17                                                  Kevin P.B. Johnson (Bar No. 177129)
                                                  kevinjohnson@quinnemanuel.com
18                                                  Victoria F. Maroulis (Bar No. 202603)
                                                  victoriamaroulis@quinnemanuel.com
19                                                  555 Twin Dolphin Drive, 5th Floor
                                                  Redwood Shores, California 94065
20                                                  Telephone:  (650) 801-5000
                                                  Facsimile:  (650) 801-5100
21
                                                  Attorneys for Samsung Electronics Co., Ltd.,
22                                                  Samsung Electronics America, Inc., and
                                                  Samsung Research America, Inc.
23

24

25

26

27

28