# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** September 17, 2018    **Time:** 11:13-3:30    **Judge:** KANDIS A. WESTMORE
**Case No.**: 16-cv-02787-WHO    **Case Name:** Huawei Technologies, Co, Ltd v. Samsung Electronics Co, Ltd.

**Attorney for Plaintiff:** Michael Bettinger, David Giardina
**Attorney for Defendant:** Victoria Maroulis, Thomas Pease, Carl Anderson, Charles Verhoeven, Jocelyn Ma, Kevin Hardy, R. Paul Zeineddin

**Deputy Clerk:** Sue Imbriani    **Court Reporter:** N/A

## PROCEEDINGS

Settlement Conference - held.

Case did not settle.

**Order to be prepared by:**
( )    Plaintiff            ( )    Defendant            ( )    Court