UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUAWEI TECHNOLOGIES, CO, LTD, ET AL., <br><br>   Plaintiffs, <br><br>   v. <br><br> SAMSUNG ELECTRONICS CO, LTD., et al., <br><br>   Defendants. | Case No.  16-cv-02787-WHO <br><br> **ORDER REGARDING TRIAL DATE** |

I anticipate that a month-long trial with priority on my calendar will commence on November 13, 2018, making it impossible to try this case in 2018.  Therefore, I will re-set trial to January 7, 2019 at 8:30 a.m. for jury selection.  The Pre-Trial Conference is re-set for December 3, 2018, with dates associated with the Pre-Trial Conference re-set accordingly.  If the new trial date poses an irreconcilable conflict for any party, please request a telephonic conference at a mutually convenient time or an in person appearance on any of my civil or criminal calendars prior to October 4, 2018.  Be forewarned that my trial calendar is heavy through the summer of 2019.

**IT IS SO ORDERED.**

Dated: September 18, 2018

_____
William H. Orrick
United States District Judge