UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUAWEI TECHNOLOGIES, CO, LTD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO, LTD., et al., <br><br> Defendants. | Case No. 16-cv-02787-WHO <br><br> **ORDER CONDITIONALLY SEALING ORDER ON PENDING MOTIONS** <br><br> Re: Dkt. No. 409 |

My Order on the pending motions (Order on Motions for Summary Judgment, Daubert Motions, Motions to Strike and Exclude, dated September 25, 2018) is conditionally filed under seal for a period of seven days (Conditionally Sealed Order).

On or before October 1, 2018, the parties shall file declarations identifying the compelling justifications for keeping the currently highlighted material in the Conditionally Sealed Order redacted in the Public Order that will be filed next week.

The declarations shall also identify by page and line number: (i) any information that is highlighted in the Conditionally Sealed Order that does not need to be redacted; and (ii) any information that is not highlighted in the Conditionally Sealed Order that a party believes should be redacted from the Public Order.

After reviewing the parties' submissions, I will make a final determination on what, if any, information will be redacted from the Public Order.

**IT IS SO ORDERED.**

Dated: September 25, 2018

William H. Orrick  
United States District Judge