# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| Date: September 28, 2018 | Time: 9 minutes 9:02 a.m. to 9:11 a.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 16-cv-02787-WHO | Case Name: Huawei Technologies, Co, Ltd v. Samsung Electronics Co, Ltd. | |

**Attorneys for Plaintiff:**   David C. Giardina and Mike Bettinger
**Attorneys for Defendant:**  Charles Verhoeven and Marissa Ducca

**Deputy Clerk:** Jean Davis                              **Court Reporter:** n/a

# PROCEEDINGS

Telephone conference conducted to discuss new date for trial and associated deadlines. The parties are unavailable until April 1, 2019. The Court has a previously scheduled trial on that date in *Woods v. City and County of San Francisco*, No. 15-cv-5666, but is willing to set this one on that date as well in case the *Woods* matter settles. The Court also sets an alternative, more firm date of September 3, 2019 for trial, allowing for the conclusion of *US v Williams,* 13-cr-764.

**Case Management Conference by Phone:** January 29, 2019

**TRAILING DATE:**

**Pretrial Conference:** March 4, 2019
**Trial:** April 1, 2019                                                     **by Jury**

I will let parties know during the January phone call whether the April 1 trial date is available and will vacate the trailing date at that time if necessary. If that occurs, then the following schedule will be in effect:

**PRETRIAL SCHEDULE:**

**Pretrial Conference:** August 12, 2019
**Trial:** September 3, 2019                                            **by Jury**