UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUAWEI TECHNOLOGIES, CO, LTD, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO, LTD., et al.,<br><br>    Defendants. | Case No. 16-cv-02787-WHO<br><br>**REDACTION OF ORDER** |

The September 25, 2018 Order on Motions for Summary Judgment, Daubert Motions, Motions to Strike and Exclude has now been publicly filed with redactions for which I found the parties provided compelling justifications.

However, simply because certain pieces of information were redacted from the Order does not mean that those pieces of information will be sealed or otherwise protected from disclosure if introduced at trial.

**IT IS SO ORDERED.**

Dated: October 4, 2018

William H. Orrick
United States District Judge