1  QUINN EMANUEL URQUHART & SULLIVAN, LLP

2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  David A. Perlson (Bar No. 209502)
   davidperlson@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone:  (415) 875-6600
   Facsimile:  (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone:  (650) 801-5000
10 Facsimile:  (650) 801-5100

11 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and
12 Samsung Research America, Inc.

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16 HUAWEI TECHNOLOGIES CO., LTD., et al.,

17           Plaintiffs,                    CASE NO. 16-cv-02787-WHO

18      v.                                  **DECLARATION OF COLE MALMBERG REGARDING SUMMARY JUDGMENT AND DAUBERT FILINGS**

19 SAMSUNG ELECTRONICS CO., LTD., et al.,

20           Defendants.

21
   SAMSUNG ELECTRONICS CO., LTD. &
22 SAMSUNG ELECTRONICS AMERICA, INC.,

23           Counterclaim-Plaintiffs,

24      v.

25 HUAWEI TECHNOLOGIES CO., LTD.,
   HUAWEI DEVICE USA, INC., HUAWEI
26 TECHNOLOGIES USA, INC., & HISILICON
   TECHNOLOGIES CO., LTD.,
27
             Counterclaim-Defendants.
28

I, Cole Malmberg, declare as follows:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc. (collectively, "Samsung"). Except as otherwise indicated, I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify thereto.

2. I make this declaration concurrently with the filing of the Joint Chart Regarding Sealing Summary Judgment and Daubert Filings (Dkt. 420) to resubmit documents that were previously filed under seal. These documents are being resubmitted because the previously filed versions lacked highlighting of the sealable information contained therein and/or the parties have determined to submit excerpts of lengthy documents for the convenience of the Court and of the parties. Where excerpts of previously filed documents are submitted, those excerpts encompass all of the material in those documents cited in the parties' summary judgment and Daubert briefing.

3. Attached hereto as Exhibit 1 to the Declaration of Sam Stake in Support of Samsung's Motion to Partially Exclude is a true and correct copy of excerpts of a document previously submitted at Dkt. 331-6. Blue highlighting has been added to the document to denote the information that Samsung seeks to seal. Huawei seeks to seal other, non-highlighted portions of the document.

4. Attached hereto as Exhibit 2 to the Declaration of Sam Stake in Support of Samsung's Motion to Partially Exclude is a true and correct copy of excerpts of a document previously submitted at Dkt. 331-8. Yellow and blue highlighting has been added to the document to denote the information that Huawei and Samsung seek to seal.

5. Attached hereto as Exhibit 3 to the Declaration of Sam Stake in Support of Samsung's Motion to Partially Exclude is a true and correct copy of excerpts of a document previously submitted at Dkt. 331-10. Yellow and blue highlighting has been added to the document to denote the information that Huawei and Samsung seek to seal.

6. Attached hereto as Exhibit 4 to the Declaration of Sam Stake in Support of Samsung's Motion to Partially Exclude is a true and correct copy of excerpts of a document previously submitted at Dkt. 331-12. Blue highlighting has been added to the document to denote the information that Samsung seeks to seal. Huawei seeks to seal other, non-highlighted portions of the document.

7. Attached hereto as Exhibit 5 to the Declaration of Sam Stake in Support of Samsung's Motion to Partially Exclude is a true and correct copy of excerpts of a document previously submitted at Dkt. 331-14. Yellow and blue highlighting has been added to the document to denote the information that Huawei and Samsung seek to seal.

8. Attached hereto as Exhibit 7 to the Declaration of Sam Stake in Support of Samsung's Motion to Partially Exclude is a true and correct copy of excerpts of a document previously submitted at Dkt. 331-18. Yellow highlighting has been added to the document to denote the information that Huawei seeks to seal.

9. Attached hereto as Exhibit 8 to the Declaration of Sam Stake in Support of Samsung's Motion to Partially Exclude is a true and correct copy of excerpts of a document previously submitted at Dkt. 331-20. Yellow and blue highlighting has been added to the document to denote the information that Huawei and Samsung seek to seal.

10. Attached hereto as Exhibit 12 to the Declaration of Sam Stake in Support of Samsung's Motion to Partially Exclude is a true and correct copy of excerpts of a document previously submitted at Dkt. 331-27. Yellow highlighting has been added to the document to denote the information that Huawei seeks to seal.

11. Attached hereto as Exhibit I to the Declaration of Brian Mack in Support of Samsung's Motion for Summary Judgment is a true and correct copy of excerpts of a document previously submitted at Dkt. 333-21. Blue highlighting has been added to the document to denote the information that Samsung seeks to seal. Purple highlighting has been added to the document to denote information that third parties seek to seal.

12. Attached hereto as Exhibit 1 to the Declaration of Leif Peterson in Support of Huawei's Opposition to Samsung's Motion to Partially Exclude is a true and correct copy of a

1  document previously submitted at Dkt. 347-14 (beginning at page 1).  Yellow highlighting has
2  been added to the document to denote the information that Huawei seeks to seal.

3       13.    Attached hereto as Exhibit 2 to the Declaration of Leif Peterson in Support of
4  Huawei's Opposition to Samsung's Motion to Partially Exclude is a true and correct copy of a
5  document previously submitted at Dkt. 347-14 (beginning at page 20).  Yellow highlighting has
6  been added to the document to denote the information that Huawei seeks to seal.

7       14.    Attached hereto as Exhibit 6 to the Declaration of Sam Stake in Support of
8  Samsung's Opposition to Huawei's Motion for Summary Judgment is a true and correct copy of
9  excerpts of a document previously submitted at Dkt. 357-15.  Yellow and blue highlighting has
10 been added to the document to denote the information that Huawei and Samsung seek to seal.

11      15.    Attached hereto as Exhibit 9 to the Declaration of Sam Stake in Support of
12 Samsung's Opposition to Huawei's Motion for Summary Judgment is a true and correct copy of
13 excerpts of a document previously submitted at Dkt. 357-20.  Yellow highlighting has been added
14 to the document to denote the information that Huawei and Samsung seek to seal.

16      I declare under penalty of perjury under the laws of the United States of America that the
17 foregoing is true and correct.  Executed October 15, 2018, in Redwood Shores, California.

19                    */s/ Cole Malmberg*
                      Cole Malmberg

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the undersigned attests that concurrence in the filing of this Declaration has been obtained from Cole Malmberg.

*/s/ Victoria F. Maroulis*
Victoria F. Maroulis