| | |
|---|---|
| Michael J. Bettinger (SBN 122196) | David T. Pritikin (*Pro Hac Vice*) |
| mbettinger@sidley.com | dpritikin@sidley.com |
| Irene Yang (SBN 245464) | David C. Giardina (*Pro Hac Vice*) |
| irene.yang@sidley.com | dgiardina@sidley.com |
| SIDLEY AUSTIN LLP | Douglas I. Lewis (*Pro Hac Vice*) |
| 555 California Street, Suite 2000 | dilewis@sidley.com |
| San Francisco, California 94104 | John W. McBride (*Pro Hac Vice*) |
| (415) 772-1200 – Telephone | jwmcbride@sidley.com |
| (415) 772-7400 – Facsimile | SIDLEY AUSTIN LLP |
| | One South Dearborn |
| *Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co. Ltd.* | Chicago, Illinois 60603 |
| | (312) 853-7000 – Telephone |
| | (312) 853-7036 – Facsimile |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC.,<br><br>Plaintiff(s)/Counterclaim Defendants,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD, SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants / Counterclaim-Plaintiffs,<br><br>and<br><br>SAMSUNG RESEARCH AMERICA, INC.,<br><br>Defendant,<br><br>v.<br><br>HISILICON TECHNOLOGIES CO., LTD.,<br><br>Counterclaim-Defendant. | Case Number: 3:16-cv-2787-WHO<br><br>**HUAWEI'S UPDATED ELECTION OF ASSERTED CLAIMS AND ACCUSED PRODUCTS PURSUANT TO THE COURT'S CASE MANAGEMENT ORDERS** |

Pursuant to the Court's Civil Pretrial Order (Dkt. 208) and the parties' Joint Case Management Conference Statement of January 12, 2018 (Dkt. 224 at 2), Plaintiffs' Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co. Ltd. ("Huawei") hereby narrows its currently asserted patent claims to 5, and narrows the accused Samsung products to 15 models.

Asserted Claims

- U.S. Patent 8,416,892, claim 10
- U.S. Patent 8,644,239, claims 7, 18
- U.S. Patent 8,885,587, claim 9
- U.S. Patent 8,724,613, claim 5

Accused Products

In accordance with the agreed product narrowing protocol outlined in Dkt. 224, Huawei identifies the following 15 Samsung models.

1. Group 1:  Qualcomm MSM 8998 baseband chip
    a. Galaxy S8 - SM-G950U
    b. Galaxy S8 Plus - SM-G955U
2. Group 2:  Qualcomm MSM 8996 baseband chip
    a. Galaxy S7 - SM-G930A, G930V, and G930T
    b. Galaxy S7 Edge - SM-G935A, G935V, and G935T
3. Group 3:  Qualcomm MDM 9635M baseband chip
    a. Galaxy S6 - SM-G920V
    b. Galaxy Note 5 – SM-N920V
4. Group 4:  Qualcomm MSM8974 baseband chip
    a. Galaxy S5 - SM-G900A, G900V, and G900T
5. Group 5:  Samsung Shannon 333 baseband chip
    a. Galaxy S6 – SM-G920A
    b. Galaxy Note 5 - SM-N920T

Dated:  October 19, 2018

Respectfully submitted,

*/s/ Michael J. Bettinger*
Michael J. Bettinger (SBN 122196)
*mbettinger@sidley.com*
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:   (415) 772-7400

*Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co. Ltd.*