QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and
Samsung Research America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | CASE NO. 16-cv-02787-WHO <br><br> **SAMSUNG'S CASE NARROWING STATEMENT** |
| SAMSUNG ELECTRONICS CO., LTD. & SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO., LTD, HUAWEI DEVICES USA, INC., HUAWEI TECHNOLOGIES USA, INC. & HISILICON TECHNOLOGIES CO., LTD. <br><br> Counterclaim-Defendants. | |

Pursuant to the Court's Order Regarding Case Management Proposals (Dkt. 143), as modified by the parties (Dkt. 224) and by the Court (Dkt. 272), Samsung submits this statement narrowing its patent infringement claims against Huawei to 5 patents, 5 asserted claims, and no more than 15 accused models.

Samsung identifies the following 5 patents and 5 asserted claims:

- U.S. Patent No. RE44,105 – Claim 28
- U.S. Patent No. 8,509,350 – Claim 1
- U.S. Patent No. 8,619,726 – Claim 11
- U.S. Patent No. 8,761,130 – Claim 16
- U.S. Patent No. 9,288,825 – Claim 1

Samsung also identifies the following accused products:

1. Model No. ALE-L04 (P8 Lite/Youth)
2. Model No. BERLIN-L24 (Honor 6X)
3. Model Nos. FRD-L04, FRD-L10, FRD-L14 (Honor 8)
4. Model No. G620-A2 (SnapTo)
5. Model No. H892L (Raven LTE)
6. Model No. H891L (Pronto LTE)
7. Model Nos. H710VL, H715BL (Sensa)
8. Model No. KIW-L24 (Honor 5X)
9. Model Nos. MHA-L29B, MHA-L2AB (Mate 9)
10. Model No. MT2-L03 (Ascend Mate2 4G)
11. Model Nos. NIN-A1, -A12, -A13 (Nexus 6P)
12. Model No. Texas-A1 (Ascend XT)
13. Model No. Y301-A2 (Vitria)
14. Model No. Y536-A1 (e.g., Y536-A1, Fusion 3, Tribute)
15. Model No. Y538-A1 (Union)

| | | |
|---|---|---|
| DATED: October 19, 2018 | | Respectfully submitted, |
| | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | | By */s/ Victoria F. Maroulis* |
| | |     Charles K. Verhoeven |
| | |     Kevin P.B. Johnson |
| | |     Victoria F. Maroulis |
| | |     David A. Perlson |
| | | *Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc.* |