# EXHIBIT 5

**TO DECLARATION OF DAVID C. GIARDINA
IN SUPPORT OF HUAWEI'S OPPOSITION TO SAMSUNG MOTION FOR
CLARIFICATION OF THE COURT'S SEPT. 25, 2018 DAUBERT ORDER, OR IN THE
ALTERNATIVE, LEAVE TO SERVE A LIMITED SUPPLEMENTAL EXPERT REPORT**

**(UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED)**

References material marked HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC.,  Plaintiff(s)/Counterclaim Defendants,  vs.  SAMSUNG ELECTRONICS CO., LTD, SAMSUNG ELECTRONICS AMERICA, INC.,  Defendants / Counterclaim-Plaintiffs,  and  SAMSUNG RESEARCH AMERICA, INC.,  Defendant,  v.  HISILICON TECHNOLOGIES CO., LTD.,  Counterclaim-Defendant. | Case Number: 3:16-cv-2787-WHO  **References Discovery Material Marked "Highly Confidential - Attorneys' Eyes Only"** |

# Second Supplemental Report of Dr. Charles L. Jackson Regarding the 3GPP Patent Landscape

References material marked HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

### Table of Contents

1   Introduction and Overview ................................................................................... 1
2   Prior Opinions .......................................................................................................... 1
3   Mr. Lee's Testimony ............................................................................................... 1
Attachment A   Materials Consulted or Relied On ............................................................. 3

## 1  Introduction and Overview

I am the same Charles Jackson who provided an opening report in this matter on April 27, 2018 ("Jackson Opening Report"), a rebuttal report on May 26, 2018 ("Jackson Rebuttal Report") and a supplemental report on June 11, 2018.  My background and biographical information is set forth in the Jackson Opening Report.  Counsel provided me with a copy of a July 17, 2013 deposition of Heung-Mo Lee, which I understand only recently became available.  Portions of Mr. Lee's testimony provide further support for opinions expressed in my earlier reports.  This report describes that further support.

## 2  Prior Opinions

In my initial report I stated "that there is a definite relationship between the contributions and approved contributions manufacturing companies have made to ETSI and the strength of the SEP portfolio for the standards to which those companies have contributed" and "the number of accepted contributions provides useful information regarding the likely value of a firm's portfolio of SEPs."[1]

## 3  Mr. Lee's Testimony

When he testified on July 17, 2013, Mr. Lee was Vice President in the IP (intellectual property) prosecution group at Samsung.[2]  Mr. Lee previously had responsibility for licensing declared-essential patents for telecommunications at Samsung.[3]

Mr. Lee testified 

---

[1]   Jackson Report at pp. 92-93 and Jackson Rebuttal Report at p. 45.
[2]   See Lee Deposition at 10:10-24.
[3]   Ibid 10:25-11:25.

References material marked HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

██████████████████████████████████████ Specifically, Mr. Lee testified that

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████[5]

Similarly, Mr. Lee testified

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
     ████████████████████████████████
     ████████████████████████████████[7]

Mr. Lee ████████████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████[7]


Mr. Lee's testimony ████████████████████████████████████████

████████████████████████████

*Charles L. Jackson*
Charles L. Jackson

24 September 2018
Port Tobacco, Maryland

---

<sup>4</sup> See Lee Deposition at 98:9-103:6, 114:13-117:7, and 122:2-124:1.
<sup>5</sup> Ibid 100:22-101:7.
<sup>6</sup> Ibid 101:8-20.
<sup>7</sup> Ibid 101:21-103:6.

References material marked HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

## Attachment A   Materials Consulted or Relied On

Transcript of Deposition of Heung-Mo Lee in *Apple Inc. v. Samsung Electronics Co., LTD., et al., Civil Action No. 12-CV-00630-LHK, United States District Court, Northern District of California, San Jose Division*, July 17, 2013.

Report of Dr. Charles L. Jackson, April 27, 2018

Rebuttal Report of Dr. Charles L. Jackson, May 26, 2018