[*Counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC., <br><br> Plaintiffs / Counterclaim-Defendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants / Counterclaim-Plaintiffs, <br><br> and <br><br> SAMSUNG RESEARCH AMERICA, <br><br> Defendant, <br> v. <br><br> HISILICON TECHNOLOGIES CO., LTD., <br><br> Counterclaim-Defendant. | Case No. 3:16-cv-2787-WHO <br><br> **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** <br><br> Date:      January 29, 2019 <br> Time:     2:00 p.m. (by phone) <br> Judge:    Honorable William H. Orrick <br> Trial Date: April 1 or Sept. 3, 2019 |

Pursuant to the Court's Order of October 1, 2018 (Dkt. 413), Federal Rule of Civil Procedure 26(f), Civil Local Rule 16-9(a), and the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement, Plaintiffs/Counterclaim-Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc., and Huawei Technologies USA, Inc., and Counterclaim-Defendant Hi-Silicon Technologies Co. Ltd. (collectively, "Huawei") and Defendants/Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc., and Defendant Samsung Research America (collectively "Samsung") jointly submit this Case Management Statement.

At this time, the parties do not have any specific issues to address at the January 29, 2019 telephonic case management conference, other than the trial date, but will be prepared to discuss the current status of the case.

## I. ADDITIONAL INFORMATION REQUIRED BY THE DISTRICT'S STANDING ORDER

The parties previously submitted a Joint Case Management Conference Statement (Dkt. 67) that includes additional information required by the District's Standing Order, such as the basis for jurisdiction, the factual background for this case, and the principal disputed legal issues. The parties update this information as follows:

<u>Pending Motions</u>.  Huawei's Motion to Strike the Jury Demand for Samsung's Breach of Contract Counterclaim (Dkt. 434) was filed on January 7, 2019.  Briefing on the motion is scheduled to be completed on January 29, 2019, and a hearing on the motion has been noticed for February 13, 2019.

<u>Discovery Status</u>.  Discovery is closed.  Samsung reserves the right to depose Huawei's experts regarding expert reports served after the close of discovery.  Huawei believes that there is no basis or need for further expert depositions, but, if such depositions are pursued by Samsung, Huawei also reserves the right to depose Samsung's expert Dr. Gregory Leonard with respect to his supplemental expert report served after the close of discovery.

<u>Pretrial Conference Statement.</u>   The parties are scheduled to submit their pretrial conference statement to the Court on February 18 (if the Court sets the trial for April 1).  The parties are continuing to discuss potential ways to narrow further the claims for trial.

| | |
|---|---|
| Dated: January 22, 2019 | Respectfully Submitted, |
| By: */s/ Michael J. Bettinger* | By: */s/ Charles K. Verhoeven* |
| Michael J. Bettinger (SBN 122196) | Charles K. Verhoeven (Cal. Bar No. 170151) |
| *mbettinger@sidley.com* | *charlesverhoeven@quinnemanuel.com* |
| Irene Yang (SBN 245464) | David A. Perlson (Cal. Bar No. 209502) |
| *irene.yang@sidley.com* | *davidperlson@quinnemanuel.com* |
| SIDLEY AUSTIN LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 555 California Street, Suite 2000 | 50 California Street, 22nd Floor |
| San Francisco, CA 94104 | San Francisco, CA 94111 |
| 415-772-1200 – Telephone | 415-875-6600 – Telephone |
| 415-772-7400 – Facsimile | 415-875-6700 – Facsimile |
| David T. Pritikin (*pro hac vice*) | |
| *dpritikin@sidley.com* | Kevin Johnson (Cal. Bar No. 177129) |
| David C. Giardina (*pro hac vice*) | *kevinjohnson@quinnemanuel.com* |
| *dgiardina@sidley.com* | Victoria Maroulis (Cal. Bar No. 202603) |
| Douglas I. Lewis (*pro hac vice*) | *victoriamaroulis@quinnemanuel.com* |
| *dilewis@sidley.com* | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| John W. McBride (*pro hac vice*) | 555 Twin Dolphin Drive, 5th Floor |
| *jwmcbride@sidley.com* | Redwood Shores, CA 94065 |
| SIDLEY AUSTIN LLP | 650-801-5000 – Telephone |
| One South Dearborn | 650-801-5100 – Facsimile |
| Chicago, IL 60603 | |
| 312-853-7000 – Telephone | *Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc.* |
| 312-853-7036 – Facsimile | |
| *Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co., Ltd.* | |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

Dated:  January 22, 2019                    By: */s/ Nathan A. Greenblatt*
                                                Nathan A. Greenblatt
                                                *Attorney for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co. Ltd.*