QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
Research America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., et al.,<br><br>         Plaintiffs,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>         Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., & SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>         Counterclaim-Plaintiffs,<br><br>    vs.<br><br>HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., HUAWEI TECHNOLOGIES USA, INC., & HISILICON TECHNOLOGIES CO., LTD.,<br><br>         Counterclaim-Defendants. | CASE NO. 16-cv-02787-WHO<br><br>**DECLARATION OF CARL ANDERSON IN SUPPORT OF EXHIBIT 28 TO SAMSUNG'S OPPOSITION TO HUAWEI'S MOTION TO STRIKE THE JURY DEMAND FOR SAMSUNG'S BREACH OF CONTRACT COUNTERCLAIM** |

I, Carl Anderson, declare as follows:

1. I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Defendant Samsung Research America, Inc. (collectively, "Samsung"). I submit this declaration in support of Samsung's Opposition to Huawei's Motion to Strike the Jury Demand For Samsung's Breach of Contract Counterclaim. I have personal knowledge of the facts set forth in this declaration, and, if called upon as a witness, I could and would testify to such facts under oath.

2. Exhibit 28, filed as Dkt. No. 440 in the above-captioned matter on January 22, 2019, is a true and correct copy an excerpt of the book *Principles of French Law* (2nd ed.), Oxford, 2008, by J. Bell, S. Boyron & S. Whittaker.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed January 28, 2019, in San Francisco, California.

*/s/ Carl Anderson*
Carl Anderson

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the above Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Carl Anderson has concurred in the aforementioned filing.

                                               */s/ Victoria F. Maroulis*
                                               Victoria F. Maroulis