UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: January 29, 2019 | Time: 7 minutes 2:08 p.m. to 2:15 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 16-cv-02787-WHO | Case Name: Huawei Technologies, Co, Ltd v. Samsung Electronics Co, Ltd. | |

**Attorneys for Plaintiff:** Michael J. Bettinger, David C. Giardina, and David P. Pritkin
**Attorneys for Defendant:** Carl Anderson, Marissa Ducca, Victoria F. Maroulis, Thomas Pease, and R. Paul Zeineddin

**Deputy Clerk:** Jean Davis          **Court Reporter:** FTR Recording

## PROCEEDINGS

Telephonic case management conference conducted. The *Woods* matter, which is set first out for April 1, 2019, is expected to proceed to trial. Therefore, the trailing dates are vacated and the trial schedule is:

    Pretrial Conference:    August 12, 2019 at 2:00 p.m.
    Jury Selection:    September 3, 2019 at 8:30 a.m.
    First day of trial:    September 9, 2019 at 8:00 a.m.

The parties discuss the possible implication of the interlocutory appeal on the litigation and the motion set for hearing on Feb. 13.