| | |
|---|---|
| Michael J. Bettinger (SBN 122196)<br>mbettinger@sidley.com<br>Irene Yang (SBN 245464)<br>irene.yang@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, California  94104<br>(415) 772-1200 – Telephone<br>(415) 772-7400 – Facsimile | David T. Pritikin (*Pro Hac Vice*)<br>dpritikin@sidley.com<br>David C. Giardina (*Pro Hac Vice*)<br>dgiardina@sidley.com<br>Douglas I. Lewis (*Pro Hac Vice*)<br>dilewis@sidley.com<br>John W. McBride (*Pro Hac Vice*)<br>jwmcbride@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois  60603<br>(312) 853-7000 – Telephone<br>(312) 853-7036 – Facsimile |

*Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co. Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC.,<br><br>    Plaintiffs / Counterclaim-Defendants,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants / Counterclaim-Plaintiffs,<br><br>    and<br><br>SAMSUNG RESEARCH AMERICA,<br><br>    Defendant,<br><br>v.<br><br>HISILICON TECHNOLOGIES CO., LTD.,<br><br>    Counterclaim-Defendant. | Case No. 16-cv-02787-WHO<br><br>**HUAWEI'S NOTICE OF FILING PUBLIC REDACTED VERSIONS OF DOCUMENTS PURSUANT TO THE COURT'S JANUARY 30, 2019 ORDER (DKT. 446)** |

Pursuant to the Court's Order on Sealing (Dkt. 446) at 23, Plaintiffs and Counterclaim-Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc., and Huawei Technologies USA, Inc., and Counterclaim-Defendant HiSilicon Technologies Co., Ltd. (collectively, "Huawei") hereby resubmit public redacted versions of the following docket numbers: 327-4, 327-8, 327-10, 327-17, 327-20, 327-46, 327-55, 347-4, 347-14, 347-18, 371-4, 371-9, 371-11, 371-17, and 371-19.

Dated: February 19, 2019

Respectfully submitted,

SIDLEY AUSTIN LLP

David T. Pritikin (*Pro Hac Vice*)
dpritikin@sidley.com
David C. Giardina (*Pro Hac Vice*)
dgiardina@sidley.com
Douglas I. Lewis (*Pro Hac Vice*)
dilewis@sidley.com
John W. McBride (*Pro Hac Vice*)
jwmcbride@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000 – Telephone
(312) 853-7036 – Facsimile

/s/ *Nathan A. Greenblatt*
Michael J. Bettinger (SBN 122196)
mbettinger@sidley.com
Irene Yang (SBN 245464)
irene.yang@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
(415) 772-1200 – Telephone
(415) 772-7400 – Facsimile

*Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co. Ltd.*