UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUAWEI TECHNOLOGIES, CO, LTD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO, LTD., et al., <br><br> Defendants. | Case No. 3:16-cv-02787-WHO <br><br> **ORDER ON AMENDED MOTIONS TO SEAL** <br><br> Re: Dkt. Nos. 457, 458 |

On January 30, 2019, I issued an Order on numerous motions to seal that remained pending in this case. Order on Pending Motions to Seal ("1/30/19 Order") [Dkt. No. 446]. I denied some of the parties' requests because they were overbroad and others because they were insufficiently justified under the Ninth Circuit's compelling reasons standard. *See generally id.* I gave the parties leave to amend, and they submitted their amended requests on February 19, 2019. Samsung's Amended Motion [Dkt. No. 457]; Huawei's Amended Motion [Dkt. No. 458]. I now address those amendments.

The parties rely on some of the same justifications I addressed in my prior Order, including source code, confidential product information, licensing information, and sales and financial data. I incorporate those justifications by reference. *See* 1/30/19 Order 2–3, 13, 19. In their amendments, the parties reduced the scope of requests I denied as overbroad. They also submitted declarations from third parties in support of requests I denied as insufficiently justified. The latter requests fall into two categories. First, Huawei and Samsung seek to seal information from research reports they purchased from Signals Research and ABI Research. The chief operating officer of ABI Research asserts that public disclosure of the report will significantly harm its

competitive standing because customers will no longer have to pay to access it.  Declaration of Edward Rerisi [Dkt. No. 457-19] ¶¶ 5–6; *see also* Declaration of Xiaowu Zhang [Dkt. No. 458-2] ¶ 8.  Second, InterDigital, Inc. seeks to seal confidential information including internal practices, licensing strategies, and arbitration information.[1]  Declaration of Ranae McElvaine [Dkt. No. 458-1] ¶¶ 7–8.  Public disclosure would cause competitive harm to its licensing business.  *Id.* ¶ 7.

These declarations are sufficient to cure the deficiencies I noted in my prior Order.  But as I wrote there, just because I agree to seal information at this juncture does not necessarily mean it will remain sealable at trial, particularly if it is key to the public's ability to understand the case and the parties' respective arguments.  1/30/19 Order 2 n.1.  The parties' requests and my orders are as follows:

| Document | Requesting Party and Portion to be Sealed | Description of Contents | Court Ruling |
| --- | --- | --- | --- |
| Dkt. 327-26 (Peterson Decl., Exh. 3) | Huawei: yellow-highlighted portions (page 13, paragraph 14) | License counterparty name | **GRANTED** |
| Dkt. 331-6 Exhibit 1 (resubmitted at Dkt. 422-1) (expert report) | Huawei: yellow-highlighted portions on pages 5, 9-11, 13-16, 18, 44, 45, 47-49, 53, 54, 57, 60-62, 66, 77, 78, 81, 89, 90, 97, 98, Schedules 21.2-21.5, and in Appendix D | Licensing information, sales and financial information, proprietary data | **GRANTED** |
| Dkt. 331-8 Exhibit 2 (resubmitted at Dkt. 422-2) (expert report) | Huawei, Samsung: green-highlighted portions on pages 38-39 and footnote 87 | Licensing information | **GRANTED** |
|  | Samsung: blue-highlighted portions on pages 38-39 | Licensing information | **GRANTED** |
| Dkt. 331-12 Exhibit 4 (resubmitted at Dkt. 422-4) (expert report) | Huawei: yellow-highlighted portions on pages 11-12, and 27 | Licensing information, sales and financial information | **GRANTED** |

---

[1] Huawei asserts that InterDigital's requests are associated with a motion to strike an expert report and thus are subject to the good cause standard.  *See* Huawei's Amended Motion 5; *United States v. Celgene Corp.*, No. CV 10-3165 GHK, 2016 WL 6609375, at *4 (C.D. Cal. Aug. 23, 2016) (applying the good cause standard to a motion to seal associated with a motion to strike portions of a supplemental expert report).

| Document | Requesting Party and Portion to be Sealed | Description of Contents | Court Ruling |
|---|---|---|---|
| Dkt. 331-18 Exhibit 7 (resubmitted at Dkt. 422-6) (expert report) | Huawei: yellow-highlighted portions on pages 34-37, 113-119, and 121-122 | Signals Research | **GRANTED** |
| Dkt. 331-20 Exhibit 8 (resubmitted at Dkt. 422-7) (expert report) | Huawei: yellow-highlighted portions on pages 62-71, and 75 | Licensing information | **GRANTED** |
| | Huawei, Samsung: green-highlighted portions of paragraphs 163, 164, 179 | Licensing information | **GRANTED** |
| Dkt. 331-23 Exhibit 10 | Samsung: entire document | ABI Research Report | **GRANTED** |
| Dkt. 347-14 at 54 Exhibit 5 (deposition) | Samsung: red boxes on pages 204- 209 | Royalty rates | **GRANTED** |
| At 89 Exhibit 10 (expert report) | Interdigital: second and third sentences of paragraph 17 | Arbitration information | **GRANTED** |
| At 101 Exhibit 11 (expert report) | Samsung: red boxes on page 35 | Information about the parties' investments in research and design | **GRANTED** |
| Dkt. 347-16 Szczepanik Declaration  At page 19: Exhibits 4-9 (deposition) | Samsung: blue highlighted portions of Exhibit 4 (pages 25, 28-33), Exhibit 5 (pages 22-24, 29, 100-113, 115- 130, 188-190), Exhibit 6 (pages 24, 25, 27, 28, 33, 34, 37, 38, 87-89, 102, 107, 108, 111-113, 115- 121, 128-135, 139-142, 168-175, 181-183, 191, 192, 197-199, 204-208, 211-213, 217-220, 226, 227, 231-236, 239-245), Exhibit 7 (entire exhibit), Exhibit 8 (entire exhibit), Exhibit 9 (pages 33-38, 49, 51-55, 57-65, 67-73, 75-82, 89-95, 99-103) | Some discussion of confidential features | **GRANTED** |
| At page 281 Exhibit 16 (deposition) | Samsung: blue highlighted portions on pages 73-76, 78, 80, 81, 83-85, 87-90, 92-94, 105 | Some references to source code and confidential products | **GRANTED** |

| Document | Requesting Party and Portion to be Sealed | Description of Contents | Court Ruling |
|---|---|---|---|
| Dkt. 357-4 Samsung's Opposition to Huawei's MSJ (corrected at Dkt. 362) | Samsung: blue highlighted portion on page 9, line 24 | Sales and financial information | **GRANTED** |
| Dkt. 357-8 Exhibit 2 (deposition) | Huawei: yellow-highlighted portions on pages 137- 138 | Licensing information | **GRANTED** |
| Dkt. 357-12 Exhibit 4 (deposition) | Huawei: yellow-highlighted portions on page 171 | Licensing information | **GRANTED** |
| Dkt. 378-10 Exhibit 3 (expert report) | Huawei, Samsung: Yellow-highlighted portions on pages 53, 92, 101, and in Appendix D | Licensing information, sales and financial information, proprietary data | **GRANTED** |
| | Samsung: Blue-highlighted portions on page 53, footnote 195 | Sales and financial information, proprietary data | |

**IT IS SO ORDERED.**

Dated: February 25, 2019



William H. Orrick
United States District Judge