[COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC.,<br><br>Plaintiffs / Counterclaim-Defendants,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants / Counterclaim-Plaintiffs,<br><br>and<br><br>SAMSUNG RESEARCH AMERICA, INC.,<br><br>Defendant,<br><br>v.<br><br>HISILICON TECHNOLOGIES CO., LTD.,<br><br>Counterclaim-Defendant. | Case No. 16-cv-02787-WHO<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME** |

Pursuant to Civil Local Rule 6-2, Plaintiffs and Counterclaim-Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon

1

1  Technologies Co., Ltd. (collectively, "Huawei") and Defendants and Counterclaim-Plaintiffs
2  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research
3  America, Inc. (collectively, "Samsung"), hereby notify the Court that the parties have entered into a
4  settlement agreement, and move for a 30-day extension of the March 21, 2019 deadline for the
5  parties to produce expert invoices pursuant to the Court's February 17, 2019 Order (Dkt. 454).  The
6  parties anticipate that in the next several weeks they will complete the pending steps to finalize the
7  settlement and ultimately will jointly file a stipulation of dismissal thereby obviating the need for
8  any further proceedings in this action.

**Previous Time Modifications in the Case**

Pursuant to Civil L.R. 6-2(a), the parties state that there have been 14 previous time modifications in this case: (1) a stipulation extending the time for Samsung to respond to Huawei's Complaint (Dkt. 30); (2) a stipulation and order rescheduling the initial Case Management Conference and extending the time for Samsung to respond to Huawei's Complaint (Dkt. 38); (3) a stipulation and order rescheduling the hearing date and briefing deadlines for Samsung's Partial Motion to Dismiss (Dkt. 62); (4) a stipulation extending the time for Huawei to respond to Samsung's Answer and Counterclaims (Dkt. 68); (5) a stipulation and order rescheduling the hearing date and briefing deadlines for Samsung's Partial Motion to Dismiss (Dkt. 83); (6) a stipulation and order rescheduling the initial claim construction disclosure dates (Dkt. 112); (7) a stipulation and order rescheduling the initial technology tutorial and claim construction dates (Dkt. 139); (8) a stipulation and order rescheduling the claim construction hearing date (Dkt. 157); (9) an order extending the close of discovery, resetting the trial date, and adjusting intermediate deadlines (Dkt. 207); (10) an order adjusting certain briefing deadlines on Samsung's motion for an injunction (Dkt. 239); (11) an order permitting certain fact discovery to be completed out of time (Dkt. 250); (12) an order adjusting certain expert discovery deadlines (Dkt. 272); (13) an order adjusting discovery deadlines regarding Qualcomm Inc. (Dkt. 282); and (14) orders moving the trial date (Dkt. 444).

\\

\\

| | |
|---|---|
| Dated: February 26, 2019 | Respectfully Submitted, |
| By: */s/ Michael J. Bettinger* | By: */s/ Charles K. Verhoeven (w/ consent)* |
| Michael J. Bettinger (SBN 122196)<br>*mbettinger@sidley.com*<br>Irene Yang (SBN 245464)<br>*irene.yang@sidley.com*<br>SIDLEY AUSTIN LLP<br>555 California Street, Ste. 2000<br>San Francisco, California 94104<br>Telephone: +1 415 772-1200<br>Facsimile: +1 415 772-7400<br><br>David T. Pritikin (*pro hac vice*)<br>*dpritikin@sidley.com*<br>David C. Giardina (*pro hac vice*)<br>*dgiardina@sidley.com*<br>Douglas I. Lewis (*pro hac vice*)<br>*dlewis@sidley.com*<br>John W. McBride (*pro hac vice*)<br>*jwmcbride@sidley.com*<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: +1 312 853 7000<br>Facsimile: +1 312 853 7036<br><br>*Attorneys for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co., Ltd.* | Charles K. Verhoeven (Cal. Bar No. 170151)<br>*charlesverhoeven@quinnemanuel.com*<br>David A. Perlson (Cal. Bar No. 209502)<br>*davidperlson@quinnemanuel.com*<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Tel: 415-875-6600<br>Fax: 415-875-6700<br><br>Kevin Johnson (Cal. Bar No. 177129)<br>*kevinjohnson@quinnemanuel.com*<br>Victoria Maroulis (Cal. Bar No. 202603)<br>*victoriamaroulis@quinnemanuel.com*<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Tel: 650-801-5000<br>Fax: 650-801-5100<br><br>*Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc.* |

## **ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatures above.

Dated:  February 26, 2019                    By: */s/ Nathan A. Greenblatt*
                                                                  Nathan A. Greenblatt