[COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC., <br><br> Plaintiffs / Counterclaim-Defendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants / Counterclaim-Plaintiffs, <br><br> and <br><br> SAMSUNG RESEARCH AMERICA, INC., <br><br> Defendant, <br><br> v. <br><br> HISILICON TECHNOLOGIES CO., LTD., <br><br> Counterclaim-Defendant. | Case No. 16-cv-02787-WHO <br><br> **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Counterclaim-Defendants Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Technologies USA, Inc., and HiSilicon Technologies Co., Ltd. (collectively, "Huawei") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America, Inc. (collectively, "Samsung"), hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal with prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated:  March 22, 2019                              Respectfully Submitted,

By: */s/ Michael J. Bettinger*                      By: */s/ Charles K. Verhoeven*

Michael J. Bettinger (SBN 122196)                   Charles K. Verhoeven (Cal. Bar No. 170151)
*mbettinger@sidley.com*                             *charlesverhoeven@quinnemanuel.com*
Irene Yang (SBN 245464)                             David A. Perlson (Cal. Bar No. 209502)
*irene.yang@sidley.com*                             *davidperlson@quinnemanuel.com*
SIDLEY AUSTIN LLP                                   QUINN EMANUEL URQUHART &
555 California Street, Ste. 2000                    SULLIVAN, LLP
San Francisco, California 94104                     50 California Street, 22nd Floor
Telephone: +1 415 772-1200                          San Francisco, California 94111
Facsimile: +1 415 772-7400                          Tel: 415-875-6600
                                                    Fax: 415-875-6700
David T. Pritikin (*pro hac vice*)
*dpritikin@sidley.com*                              Kevin Johnson (Cal. Bar No. 177129)
David C. Giardina (*pro hac vice*)                  *kevinjohnson@quinnemanuel.com*
*dgiardina@sidley.com*                              Victoria Maroulis (Cal. Bar No. 202603)
Douglas I. Lewis (*pro hac vice*)                   *victoriamaroulis@quinnemanuel.com*
*dlewis@sidley.com*                                 QUINN EMANUEL URQUHART &
John W. McBride (*pro hac vice*)                    SULLIVAN, LLP
*jwmcbride@sidley.com*                              555 Twin Dolphin Drive, 5th Floor
SIDLEY AUSTIN LLP                                   Redwood Shores, California 94065
One South Dearborn                                  Tel: 650-801-5000
Chicago, Illinois 60603                             Fax: 650-801-5100
Telephone: +1 312 853 7000
Facsimile: +1 312 853 7036                          *Attorneys for Samsung Electronics Co., Ltd.,*
                                                    *Samsung Electronics America, Inc., and*
*Attorneys for Huawei Technologies Co., Ltd.,*      *Samsung Research America, Inc.*
*Huawei Device USA, Inc., Huawei*
*Technologies USA, Inc., and HiSilicon*
*Technologies Co., Ltd.*

**<u>ORDER</u>**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: March 25, 2019

_____
Honorable William H. Orrick
United States District Judge

STIPULATED DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

# **ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

Dated: March 22, 2019                                    By: */s/ Nathan A. Greenblatt*
                                                                               Nathan A. Greenblatt